UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>v.<br><br>Silicon Laboratories Inc. ("SILABS"),<br><br>        Defendant. | Civil Action No.: 6:20-cv-1214<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Ocean Semiconductor LLC ("Ocean Semiconductor") hereby files its Corporate Disclosure Statement and certifies the following:

Ocean Semiconductor is wholly owned by Fullbrite Capital Partners, a Michigan limited liability company. There is no publicly held company that owns 10% or more of Fullbrite Capital Partners' stock.

|  |  |
|---|---|
| Dated: January 13, 2021 | DEVLIN LAW FIRM LLC<br><br>/s/ Alex Chan<br>Timothy Devlin  (*pro hac vice* forthcoming)<br>tdevlin@devlinlawfirm.com<br>Alex Chan   (State Bar No. 24108051)<br>achan@devlinlawfirm.com<br>1526 Gilpin Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>*Attorneys for Plaintiff,*<br>*Ocean Semiconductor LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 13, 2021.

/s/ Alex Chan
Alex Chan