IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **OCEAN SEMICONDUCTOR LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SILICON LABORATORIES INC.**<br><br>**Defendant.** | §§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 6:20-cv-1214 |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Silicon Laboratories Inc. ("Silicon Labs") hereby moves for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint. Dkt. 1.

Silicon Labs requests a 45-day extension of the deadline to respond to Plaintiff's Complaint to March 11, 2021. The parties conferred, and the Plaintiff does not oppose the extension. The extension will serve the interest of justice by providing the Defendant time to investigate and respond to Plaintiff's Complaint.

For these reasons, Silicon Labs respectfully requests that the Court grant this motion and extend to March 11, 2021 the deadline to answer or otherwise respond to Plaintiff's Complaint. A proposed order is attached.

January 19, 2021                    Respectfully submitted,

                                    By:     /s/ *Marc B. Collier*

                                    Marc B. Collier (SBN 00792418)
                                    marc.collier@nortonrosefulbright.com
                                    Eric C. Green (SBN 24069824)
                                    eric.green@nortonrosefulbright.com
                                    **NORTON ROSE FULBRIGHT US LLP**
                                    98 San Jacinto Boulevard, Suite 1100
                                    Austin, Texas 78701
                                    Tel:    (512) 474-5201
                                    Fax:    (512) 536-4598

                                    **COUNSEL FOR DEFENDANT SILICON LABORATORIES INC.**

## CERTIFICATE OF CONFERENCE

I certify that the undersigned counsel conferred with counsel for Plaintiff, and counsel for Plaintiff agreed to the extension for Defendant to answer or otherwise respond to Plaintiff's Complaint.

                                    /s/ *Eric C. Green*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                    /s/ *Eric C. Green*