IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **OCEAN SEMICONDUCTOR LLC,** | § § § § |
| **Plaintiff,** | § § |
| v. | § § § **CIVIL ACTION NO. 6:20-cv-1214** |
| **SILICON LABORATORIES INC.** | § § § |
| **Defendant.** | § § § § § |

## ORDER

Before this Court is Defendant's Unopposed Motion For Extension of Time to Respond to Plaintiff's Complaint.

After considering the motion, the motion is GRANTED. Defendant will have until March 11, 2021 to answer or otherwise respond to Plaintiff's Complaint.