IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **OCEAN SEMICONDUCTOR LLC,** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 6:20-cv-1214 |
| **SILICON LABORATORIES INC.** | § § § | |
| **Defendant.** | § § § § § | |

**NOTICE OF APPEARANCE OF MARC B. COLLIER**

Notice is hereby given that the undersigned attorney, Marc B. Collier, enters his appearance in this matter as counsel for Defendant Silicon Laboratories Inc. ("Silicon Labs"). As a registered user of the Court's electronic filing system, the undersigned counsel consents to electronic service of all documents filed in this action, including all notices, orders and opinions issued by the Court, pursuant to Local Rule CV-5(b)(1).

- 1 -

| | |
|---|---|
| January 19, 2021 | Respectfully submitted, |

By: /s/ *Marc B. Collier*

Marc B. Collier (SBN 00792418)
marc.collier@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel: (512) 474-5201
Fax: (512) 536-4598

**COUNSEL FOR DEFENDANT SILICON LABORATORIES INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

 /s/ *Marc B. Collier*