IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **OCEAN SEMICONDUCTOR LLC,** § § § | |
| **Plaintiff,** § § | |
| v. § | **CIVIL ACTION NO. 6:20-cv-1214** |
| § § | |
| **SILICON LABORATORIES INC.** § § | |
| **Defendant.** § § § § § | |

**NOTICE OF APPEARANCE OF RICHARD S. ZEMBEK**

Notice is hereby given that the undersigned attorney, Richard S. Zembek, enters his appearance in this matter as counsel for Defendant Silicon Laboratories Inc. ("Silicon Labs"). As a registered user of the Court's electronic filing system, the undersigned counsel consents to electronic service of all documents filed in this action, including all notices, orders and opinions issued by the Court, pursuant to Local Rule CV-5(b)(1).

| | |
|---|---|
| March 11, 2021 | Respectfully submitted,<br><br>By:   /s/ *Richard S. Zembek*<br><br>Richard S. Zembek (SBN 00797726)<br>richard.zembek@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel:    (713) 651-5151<br>Fax:   (713) 651-5246<br><br>Marc B. Collier (SBN 00792418)<br>marc.collier@nortonrosefulbright.com<br>Eric C. Green (SBN 24069824)<br>eric.green@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Tel:    (512) 474-5201<br>Fax:   (512) 536-4598<br><br>**COUNSEL FOR DEFENDANT SILICON LABORATORIES INC.** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　  /s/ *Richard S. Zembek*