# EXHIBIT A

# EXHIBIT A

**Language of Asserted Claims from the '402, '538, '305, and '248 patents**

'402 patent, Claim 1:

A method comprising:

receiving at a first interface operational state data of a processing tool related to the manufacture of a processing piece;

sending the state data from the first interface to a fault detection unit, wherein the act of sending comprises:

sending the state data from the first interface to a data collection unit;

accumulating the state data at the data collection unit;

translating the state data from a first communications protocol to a second communications protocol compatible with the fault detection unit; and

sending the translated state data from the data collection unit to the fault detection unit;

determining if a fault condition exists with the processing tool based upon the state data received by the fault detection unit;

performing a predetermined action on the processing tool in response to the presence of a fault condition; and

sending an alarm signal indicative of the fault condition to an advanced process control framework from the fault detection unit providing that a fault condition of the processing tool was determined by the fault detection unit,

wherein performing a predetermined action further comprises sending a signal by the framework to the first interface reflective of the predetermined action.

'538 patent, Claim 1:

A method, comprising:

performing in a computer a fault detection analysis relating to processing of a workpiece;

determining in a said computer a relationship of a parameter relating to said fault detection analysis to a detected fault;

adjusting in said computer a weighting of said parameter based upon said relationship of said parameter to said detected fault; and

performing in said computer the fault detection analysis relating to processing of a subsequent workpiece using said adjusted weighting.

'305 patent, Claim 1:

A method for scheduling in an automated manufacturing environment, comprising:

detecting an occurrence of a predetermined event in a process flow;

notifying a software scheduling agent of the occurrence; and

reactively scheduling an action from the software scheduling agent responsive to the detection of the predetermined event.

'248 patent, Claim 1:

A method for scheduling in an automated manufacturing environment, comprising:

automatically detecting an occurrence of a predetermined event in an integrated, automated process flow;

automatically notifying a software scheduling agent of the occurrence; and

reactively scheduling an action from the software scheduling agent responsive to the detection of the predetermined event.