IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| OCEAN SEMICONDUCTOR LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:20-cv-1214 |
| SILICON LABORATORIES INC. | § § § | |
| Defendant. | § § | |

# ORDER

Defendant Silicon Labs, Inc.'s Motion to Dismiss for Failure to State a Claim is hereby **GRANTED**. Plaintiff Ocean Semiconductor LLC's Counts II, III, IV, and VII are dismissed with prejudice, and the remainder of its claims of infringement are dismissed without prejudice.

**SIGNED** this _____ day of _____, 2020.

_____
ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE

101941765.2