# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **OCEAN SEMICONDUCTOR LLC,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:20-cv-1214** |
| **SILICON LABORATORIES INC.** | § § § | |
| **Defendant.** | § § | |

## DEFENDANT SILICON LABORATORIES INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Silicon Laboratories Inc. ("Silicon Labs") states that it has no parent company, and no publically traded company owns 10% or more of the stock of Silicon Labs.

March 11, 2021  Respectfully submitted,

By: /s/ *Marc B. Collier*

Marc B. Collier (SBN 00792418)
marc.collier@nortonrosefulbright.com
Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel:   (512) 474-5201
Fax:   (512) 536-4598

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

**COUNSEL FOR DEFENDANT SILICON LABORATORIES INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Eric C. Green*