# EXHIBIT 1



# Process Change Notice #1011021

**User Registration**
Register today to create your account on Silabs.com.  Your personalized profile allows you to receive technical document updates, new product announcements, "how-to" and design documents, product change notices (PCN) and other valuable content available only to registered users.  http://www.silabs.com/profile

| | |
|---|---|
| **PCN Date:** 02Nov10 | **Effective Date:** 02Feb11 |

| **Title:** MCU Fabrication - TSMC Fab10 & Assembly Capacity Expansion – ASECL |
|---|

| | | |
|---|---|---|
| **Originator:** Ross Bannatyne | **Phone:** +15125325780 | **Dept:** Marketing |
| **Customer Contact:** Kathy Hagar | **Phone:** +15125325261 | **Dept:** Inside Sales |

**PCN Type:**

| | | | |
|---|---|---|---|
| ☒ Assembly | ☐ Discontinuance | ☐ Package | ☐ Test |
| ☐ Datasheet | ☒ Fabrication | ☐ Product Revision | ☐ Other |
| ☐ Packing | ☐ Labeling | ☐ Location | |

**Last Order Date:** 02Feb11

### PCN Details

**Description of Change:**

Silicon Laboratories (Silicon Labs) is pleased to announce the successful qualification of Taiwan Semiconductor Manufacturing Company Ltd. (TSMC) Fab 10 (TSMC10) as an additional Fab site and Advanced Semi-conductor Engineering Chung Li (ASECL) as an additional Assembly site for MCU QFN products.

TSMC's Fab10 is being added as an additional Fabrication site for Silicon Labs MCU products currently being fabricated in TSMC's Fab3 site.  This is a transfer of the same die designs from one TSMC factory to another.

ASECL is an existing Assembly site for Silicon Labs QFN products.  This facility will be used as an additional assembly site for MCU QFN products currently assembled at UNISEM.

Both sites are certified to ISO9001, ISO14001 and ISO/TS16949 and are Sony Green Partners.  This PCN outlines MCU products that will be affected by either the Fab site addition, Assembly site addition, or both.  Please see the Product Identification section for details.

**Reason for Change:**

The qualification of both TSMC's Fab10 and ASECL increases fabrication and assembly capacity for MCU product. This is necessary to ensure we continue to meet delivery performance to customers as demand and capacity requirements continue to increase.

**Impact on Form, Fit, Function, Quality, Reliability:**

There is no impact on form, fit, function, quality or reliability.  The MCU devices fabricated at TSMC's Fab10 or assembled at ASECL comply with Silicon Labs relevant datasheets and quality levels.

There is no change required for board layout or soldering profiles for the new ASECL packages. They meet all of the same Moisture Sensitivity Level (MSL) specifications and are a direct, drop-in replacement for existing packages. There are no changes to the mechanical specifications or drawings. They continue to meet all restriction of hazardous substance requirements, including RoHS, where applicable.

W7206F1 Process Change Notice Form rev Z
The information contained in this document is PROPRIETARY to Silicon Laboratories, Inc. and shall not be reproduced or used in part or whole without Silicon Laboratories' written consent. The document is uncontrolled if printed or electronically saved.  Pg 1



# Process Change Notice #1011021

**Product Identification:**

Products ordered under the following Ordering Part umbers (OPN) are affected by this change. Note that parts with an "*" next to the OPN are available for immediate sampling. All others are available using standard lead times. ASECL QFN products with an "*" next to the OPN may also be used as mechanical samples for any other part in the same table. Parts within the same table use the same BOM and assembly process flow for all parts within that table.

Example using the table titled "ASECL 10-DFN-3X3 Non-Automotive Flow Only". The parts listed in that table are not being transferred to Fab 10. The only change to parts in this table is the additional availability of the 10-DFN-3x3 package offering from ASECL. The parts with OPN C8051F300 and C8051F301 are available immediately for samples upon request. Either of those two parts may be used for mechanical samples per JEDEC for any other part in the same table (such as SI3461-E02-GM) because they use the same BOM, similar die size and same assembly process flow.

| TSMC Fab 3 to Fab 10 Transfer Only No Package Additions ||
|---|---|
| C8051F310-GQ* | CF310-PX0188GQ |
| C8051F312-GQ* | CF320-XM0480GQ |
| C8051F314-GQ | CF320-XM0513GQ |
| C8051F320-GQ | |

| TSMC Fab 3 to Fab 10 Transfer + ASECL 20-QFN-4X4 Non-Automotive Flow |||
|---|---|---|
| C8051F330-GM* | CP2120-GM* | CF330-PX0208GM |
| C8051F331-GM | CF330-PM0254GM | CF330-PX0243GM |
| C8051F332-GM | CF330-PM0266GM | CF330-PX0421GM |
| C8051F333-GM | CF330-PM0457GM | CF331-PX0330GM |
| C8051F334-GM | CF330-PM0467GM | CF332-PX0557GM |
| C8051F335-GM | CF330-PM0493GM | |

| TSMC Fab 3 to Fab 10 Transfer + ASECL 24-TQFN-4X4 Non-Automotive Flow |||
|---|---|---|
| C8051F316-GM* | C8051F317-GM* | |



# Process Change Notice #1011021

| TSMC Fab 3 to Fab 10 Transfer + ASECL 28-QFN-5X5 Non-Automotive Flow | | |
|---|---|---|
| C8051F311-GM* | CF321-PX0324GM | CP2102SX0155GM |
| C8051F313-GM* | CF321-SX0067GM | CP2102SX0167GM |
| C8051F315-GM | CF326-SX0261GM | CP2102SX0214GM |
| C8051F321-GM* | CF327-PX0313GM | CP2102SX0334GM |
| C8051F326-GM | CF327-PX0407GM | CP2102SX0435GM |
| C8051F327-GM* | CF327-PX0418GM | CP2102SX0441GM |
| CF311-PX0223GM | CF327-PX0464GM | CP2102SX0550GM |
| CF311-PX0265GM | CF327-PX0534GM | CP2102XM0499GM |
| CF311-PX0308GM | CF327-PX0541GM | CP2102XX0385GM |
| CF311-PX0310GM | CF327-PX0556GM | CP2102XX0386GM |
| CF311-PX0336GM | CP2101-GM | CP2102XX0388GM |
| CF311-PX0402GM | CP2101SX0143GM | CP2102XX0539GM |
| CF315-PX0250GM | CP2102-GM* | CP2103-GM* |
| CF321-PM0161GM | CP2102PX0285GM | CP2103PX0276GM |
| CF321-PM0226GM | CP2102PX0294GM | CP2103SX0367GM |
| CF321-PX0320GM | | |

| ASECL 10-DFN-3X3 Non-Automotive Flow Only | | |
|---|---|---|
| C8051F300-GM* | C8051T606-GM | CF304-XX0395GM |
| C8051F301-GM* | SI3460-E02-GM | CF305-PX0342GM |
| C8051F302-GM | SI3460-E03-GM | CF305-PX0485GM |
| C8051F303-GM | SI3461-E02-GM | CF305-PX0504GM |
| C8051F304-GM | CF300-PM0317GM | CF305-PX0505GM |
| C8051F305-GM | CF300-XM0437GM | CF305-PX0506GM |
| C8051T600-GM | CF301-PX0389GM | CT601-PX0478GM |
| C8051T601-GM | CF301-PX0423GM | CT602-PX0427GM |
| C8051T602-GM | CF301-PX0476GM | CT603-PM0459GM |
| C8051T603-GM | CF301-PX0501GM | CT604-PM0508GM |
| C8051T604-GM | CF304-PM0297GM | CT604-PX0538GM |
| C8051T605-GM | CF304-PM0495GM | |

| ASECL 10-DFN-3X3 Automotive Flow Only | | |
|---|---|---|
| C8051F520A-IM | C8051F521-IM | C8051F527A-IM |
| C8051F520-IM | C8051F524A-IM | C8051F527-IM* |
| C8051F521A-IM | C8051F526-IM | CF527APX0450IM |



# Process Change Notice #1011021

| ASECL 20-QFN-4X4 Non-Automotive Flow Only | | |
|---|---|---|
| C8051F336-GM* | C8051F813-GM | C8051T633-GM |
| C8051F337-GM | C8051F814-GM | C8051T634-GM |
| C8051F800-GM* | C8051F818-GM | C8051T635-GM |
| C8051F801-GM | C8051F819-GM* | CT632-PX0452GM |
| C8051F802-GM | C8051F820-GM | CT632-XM0449GM |
| C8051F806-GM | C8051T630-GM | CT633-PX0436GM |
| C8051F807-GM | C8051T631-GM | CT634-PX0475GM |
| C8051F808-GM | C8051T632-GM | CT634-PX0525GM |
| C8051F812-GM | | |

| ASECL 20-QFN-4X4 Automotive Flow Only | | |
|---|---|---|
| C8051F530A-IM* | C8051F531-IM | C8051F537A-IM |
| C8051F530-IM | C8051F534A-IM | C8051F537-IM |
| C8051F531A-IM | C8051F534-IM | CF534APM0462IM |

| ASECL 24-TQFN-4X4 Non-Automotive Flow Only | | |
|---|---|---|
| C8051F338-GM | C8051F557-IM | C8051F997-GM |
| C8051F339-GM | C8051F717-GM | C8051T616-GM |
| C8051F542-IM | C8051F901-GM | C8051T617-GM |
| C8051F543-IM | C8051F902-GM | CF338-PX0377GM |
| C8051F546-IM | C8051F911-GM | CF338-PX0451GM |
| C8051F547-IM | C8051F912-GM | CF921-PM0529GM |
| C8051F550-IM | C8051F921-GM* | CF921-PM0570GM |
| C8051F551-IM | C8051F931-GM* | CP2104-B01-GM |
| C8051F552-IM | C8051F986-GM | CP2104-E02-GM |
| C8051F553-IM | C8051F987-GM | CP2104PX0523GM |
| C8051F554-IM | C8051F988-GM | CP2104SX0542GM |
| C8051F555-IM | C8051F989-GM | CP2104XX0522GM |
| C8051F556-IM | C8051F996-GM* | CP3000-GM |

| ASECL 28-QFN-5X5 Non-Automotive Flow Only | | |
|---|---|---|
| C8051F351-GM | C8051F413-GM | CP2201-GM |
| C8051F353-GM | C8051T326-GM | CT321-PX0524GM |
| C8051F362-GM* | C8051T611-GM | CT326-PX0566GM |
| C8051F365-GM | C8051T613-GM | CT326-PX0568GM |
| C8051F367-GM | C8051T615-GM | SI8250-IM |
| C8051F369-GM | CF411-PX0323GM | SI8252-IM |
| C8051F411-GM* | | |



# Process Change Notice #1011021

| ASECL 32-QFN-5X5 Non-Automotive Flow Only |||
|---|---|---|
| C8051F342-GM | C8051F347-GM | C8051F34B-GM |
| C8051F343-GM | C8051F349-GM* | CP2501-B01-GM |
| C8051F346-GM | C8051F34A-GM | |

| ASECL 32-QFN-5X5 Automotive Flow Only |||
|---|---|---|
| C8051F502-IM | C8051F560-IM | C8051F582-IM |
| C8051F503-IM | C8051F561-IM | C8051F583-IM |
| C8051F506-IM | C8051F562-IM | C8051F586-IM |
| C8051F507-IM | C8051F563-IM | C8051F587-IM |
| C8051F540-IM | C8051F564-IM | C8051F920-GM* |
| C8051F541-IM | C8051F565-IM | C8051F930-GM |
| C8051F544-IM | C8051F566-IM | C8051T620-GM |
| C8051F545-IM | C8051F567-IM | CF930-PX0429GM |

Note: Affected Part Numbers also include any additional custom parts made from the above listed base parts and tape and reel equivalents ("R" suffix).

**Last Date of Unchanged Product:** 02Feb11

**Qualification Samples:**

Available upon request.  Parts listed with an "*" next to their Orderable Part Number (OPN) in the tables above are available for shipment immediately.  All other parts are available with standard lead times. The parts with an "*" next to the OPN in a particular table (for example C8051F300-GM* in table "ASECL 10-DFN-3X3 Non-Automotive Flow Only") can be used as mechanical samples for any of the other products listed in the same table (such as SI3460-E03-GM in table "ASECL 10-DFN-3X3 Non-Automotive Flow Only" for this example). Please contact your local Silicon Labs sales representative to order samples. A list of Silicon Labs sales representatives may be found at www.silabs.com.

Note: Silicon Labs PCN Policy complies with JEDEC Standard JESD46.

**Customer Early Acceptance Sign Off:**

Customers may approve early PCN acceptance by completing the information below:

Early Acceptance Date:

Name:

Company:

Email your early Acceptance approval to: katherine.haggar@silabs.com

**Qualification Data:**

See Appendix A for Qualification Reports

W7206F1 Process Change Notice Form rev Z

The information contained in this document is PROPRIETARY to Silicon Laboratories, Inc. and shall not be reproduced or used in part or whole without Silicon Laboratories' written consent. The document is uncontrolled if printed or electronically saved.  Pg 5



# Process Change Notice #1011021

## Appendix A: Qualification Reports

### TSMC Fab10 Additional Site Qualification Report
### W7101F1 Product Qualification Plan and Report    Rev. D

The information contained in this document is PROPRIETARY to Silicon Laboratories, Inc. and shall not be reproduced or used in part or whole without Silicon Laboratories' written consent. The document is uncontrolled if printed or electronically saved.

| Test Name | Test Condition | Qualification | Lot ID or Start | Fail/Pass or End | Notes | Summary | Status |
|---|---|---|---|---|---|---|---|
| **Test Group A – Accelerated Environment Stress Tests** | | | | | | | |
| Temp Cycle | JA104 | | Q28754 | 0/30 | | | |
| | Cond C: -65°C to 150°C | 3 lots, N=>25 | Q28757 | 0/30 | | 3 lots | Pass |
| | 500 cycles | | Q28760 | 0/30 | | 0/90 | |
| HTSL | JA103 | | Q28783 | 0/40 | | | |
| | 150°C, 1000hr | 3 lots, N=>25 | Q28785 | 0/40 | | 3 lots | Pass |
| | | | Q28787 | 0/40 | | 0/120 | |
| **Test Group B – Accelerated Lifetime Simulation Tests** | | | | | | | |
| HTOL | JA108 | | Q28752 | 0/82 | | | |
| | 125°C, Dynamic | 3 lots, N=>77 | Q28755 | 0/80 | | 3 lots | Pass |
| | Vcc=3.3V, 1000 hours | | Q28758 | 0/80 | | 0/242 | |
| ELFR | JA108 | | Q29520 | 0/500 | | | |
| | 125°C, Dynamic | 3 lots, N=>500 | Q29521 | 0/500 | | 3 lots | Pass |
| | Vcc=3.3V, 48 hours | | Q28751 | 0/500 | | 0/1500 | |
| **Test Group E – Electrical Verification** | | | | | | | |
| ESD-HBM | JA114 | 1 lot, N=>3 | Q28827 | | | | 2500 |
| ESD-MM | JA115 | 1 lot, N=>3 | Q28826 | | | | 250 |
| ESD-CDM | JC101 | 1 lot, N=>3 | Q29226 | | | | 2000 |
| | | | Q28828 | | | | |
| Latch Up | JESD78 | 1 lot, N=>6 | Q29230 | 85C | | | Pass |
| | ±200mA | | Q29227 | 25C | | | |
| | Overvoltage = 3.3V | | | | | | |

Notes:
1. These devices are fully qualified and running in high volume production in TSMC Fab3. The move to Fab10 is a family qualification of TSMC 0.35um Embedded flash products in TSMC Fab10 facility per JEDEC JESD47.
2. Devices subjected to moisture preconditioning at MSL1@260°C.



# Process Change Notice #1011021

## ASECL 3x3, 4x4, 5x5 QFN Qualification Report
### W7101F1 Product Qualification Plan and Report    Rev. D

*The information contained in this document is PROPRIETARY to Silicon Laboratories, Inc. and shall not be reproduced or used in part or whole without Silicon Laboratories' written consent. The document is uncontrolled if printed or electronically saved.*

### ASECL 10-DFN-3X3 Non-Automotive Flow

| Test Name | Test Condition | Qualification | Lot ID or Start | Fail/Pass or End | Notes | Summary | Status |
|---|---|---|---|---|---|---|---|
| Test Group A - Accelerated Environment Stress Tests | | | | | | | |
| HAST | JA110<br>130°C, 85%RH<br>Vcc=3.3V, 96 hours | 1 lot, N=>77 | Q29292 | 0/77 | | 1 lot<br>0/77 | Pass |
| UHAST | JA110<br>130°C, 85%RH<br>96 hours | 3 lots, N=>77 | Q29293<br>Q29297<br>Q29301 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| Temp Cycle | JA104<br>Cond C: -65°C to 150°C<br>750 cycles | 3 lots, N=>77 | Q29294<br>Q29298<br>Q29302 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| HTSL | JA103<br>150°C, 1000hr | 1 lot, N=>45 | Q29295<br>Q29299<br>Q29303 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| ESD-CDM | JC101 | 1 lot, N=>3 | Q28832 | | | | 2kV |

### ASECL 10-DFN-3X3 Automotive Flow

| Test Name | Test Condition | Qualification | Lot ID or Start | Fail/Pass or End | Notes | Summary | Status |
|---|---|---|---|---|---|---|---|
| Test Group A - Accelerated Environment Stress Tests | | | | | | | |
| HAST | JA110<br>130°C, 85%RH<br>Vcc=3.3V, 96 hours | 1 lot, N=>77 | Q29359 | 0/77 | | 1 lot<br>0/77 | Pass |
| UHAST | JA110<br>130°C, 85%RH<br>96 hours | 3 lots, N=>77 | Q29360<br>Q29364<br>Q29368 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| Temp Cycle | JA104<br>Cond C: -65°C to 150°C<br>750 cycles | 3 lots, N=>77 | Q29361<br>Q29365<br>Q29369 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| HTSL | JA103<br>150°C, 1000hr | 1 lot, N=>45 | Q29362<br>Q29366<br>Q29370 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| ESD-CDM | JC101 | 1 lot, N=>3 | Q28837 | | | | 2kV |



# Process Change Notice #1011021

## ASECL 3x3, 4x4, 5x5 QFN Qualification Report

### W7101F1 Product Qualification Plan and Report     Rev. D

The information contained in this document is PROPRIETARY to Silicon Laboratories, Inc. and shall not be reproduced or used in part or whole without Silicon Laboratories' written consent. The document is uncontrolled if printed or electronically saved.

### ASECL 20-QFN-4X4 Non-Automotive Flow

| Test Name | Test Condition | Qualification | Lot ID or Start | Fail/Pass or End | Notes | Summary | Status |
|---|---|---|---|---|---|---|---|
| Test Group A - Accelerated Environment Stress Tests ||||||||
| HAST | JA110<br>130°C, 85%RH<br>Vcc=3.3V, 96 hours | 1 lot, N=>77 | Q29318 | 0/77 | | 1 lot<br>0/77 | Pass |
| UHAST | JA110<br>130°C, 85%RH<br>96 hours | 3 lots, N=>77 | Q29319<br>Q29323<br>Q29327 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| Temp Cycle | JA104<br>Cond C: -65°C to 150°C<br>750 cycles | 3 lots, N=>77 | Q29320<br>Q29324<br>Q29328 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| HTSL | JA103<br>150°C, 1000hr | 1 lot, N=>45 | Q29321<br>Q29325<br>Q29329 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| ESD-CDM | JC101 | 1 lot, N=>3 | Q28833 | | | | 2kV |

### ASECL 20-QFN-4X4 Automotive Flow

| Test Name | Test Condition | Qualification | Lot ID or Start | Fail/Pass or End | Notes | Summary | Status |
|---|---|---|---|---|---|---|---|
| Test Group A - Accelerated Environment Stress Tests ||||||||
| HAST | JA110<br>130°C, 85%RH<br>Vcc=3.3V, 96 hours | 1 lot, N=>77 | Q29380 | 0/77 | | 1 lot<br>0/77 | Pass |
| UHAST | JA110<br>130°C, 85%RH<br>96 hours | 3 lots, N=>77 | Q29372<br>Q29376<br>Q29381 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| Temp Cycle | JA104<br>Cond C: -65°C to 150°C<br>750 cycles | 3 lots, N=>77 | Q29373<br>Q29377<br>Q29382 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| HTSL | JA103<br>150°C, 1000hr | 1 lot, N=>45 | Q29374<br>Q29378<br>Q29383 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| ESD-CDM | JC101 | 1 lot, N=>3 | Q28835 | | | | 2kV |



# Process Change Notice #1011021

## ASECL 3x3, 4x4, 5x5 QFN Qualification Report

**W7101F1 Product Qualification Plan and Report    Rev. D**

The information contained in this document is PROPRIETARY to Silicon Laboratories, Inc. and shall not be reproduced or used in part or whole without Silicon Laboratories' written consent. The document is uncontrolled if printed or electronically saved.

### ASECL 24-TQFN-4X4 Non-Automotive Flow

| Test Name | Test Condition | Qualification | Lot ID or Start | Fail/Pass or End | Notes | Summary | Status |
|---|---|---|---|---|---|---|---|
| Test Group A - Accelerated Environment Stress Tests | | | | | | | |
| HAST | JA110<br>130°C, 85%RH<br>Vcc=3.3V, 96 hours | 1 lot, N=>77 | Q29305 | 0/77 | | 1 lot<br>0/77 | Pass |
| UHAST | JA110<br>130°C, 85%RH<br>96 hours | 3 lots, N=>77 | Q29306<br>Q29310<br>Q29314 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| Temp Cycle | JA104<br>Cond C: -65°C to 150°C<br>750 cycles | 3 lots, N=>77 | Q29307<br>Q29311<br>Q29315 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| HTSL | JA103<br>150°C, 1000hr | 1 lot, N=>45 | Q29308<br>Q29312<br>Q29316 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| ESD-CDM | JC101 | 1 lot, N=>3 | Q29209 | | | | 2kV |

### ASECL 28-QFN-5X5 Non-Automotive Flow

| Test Name | Test Condition | Qualification | Lot ID or Start | Fail/Pass or End | Notes | Summary | Status |
|---|---|---|---|---|---|---|---|
| Test Group A - Accelerated Environment Stress Tests | | | | | | | |
| HAST | JA110<br>130°C, 85%RH<br>Vcc=3.3V, 96 hours | 1 lot, N=>77 | Q29346 | 0/78 | | 1 lot<br>0/78 | Pass |
| UHAST | JA110<br>130°C, 85%RH<br>96 hours | 3 lots, N=>77 | Q29347<br>Q29351<br>Q29355 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| Temp Cycle | JA104<br>Cond C: -65°C to 150°C<br>750 cycles | 3 lots, N=>77 | Q29348<br>Q29352<br>Q29356 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| HTSL | JA103<br>150°C, 1000hr | 1 lot, N=>45 | Q29349<br>Q29353<br>Q29357 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| ESD-CDM | JC101 | 1 lot, N=>3 | Q28834 | | | | 2kV |

# Process Change Notice #1011021

## ASECL 3x3, 4x4, 5x5 QFN Qualification Report



**W7101F1 Product Qualification Plan and Report     Rev. D**

The information contained in this document is PROPRIETARY to Silicon Laboratories, Inc. and shall not be reproduced or used in part or whole without Silicon Laboratories' written consent. The document is uncontrolled if printed or electronically saved.

### ASECL 32-QFN-5X5 Non-Automotive Flow

| Test Name | Test Condition | Qualification | Lot ID or Start | Fail/Pass or End | Notes | Summary | Status |
|---|---|---|---|---|---|---|---|
| Test Group A - Accelerated Environment Stress Tests | | | | | | | |
| HAST | JA110<br>130°C, 85%RH<br>Vcc=3.3V, 96 hours | 1 lot, N=>77 | Q29331<br>Q29336<br>Q29341 | 0/80<br>0/80<br>0/80 | | 3 lots<br>0/240 | Pass |
| UHAST | JA110<br>130°C, 85%RH<br>96 hours | 3 lots, N=>77 | Q29332<br>Q29337<br>Q29342 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| Temp Cycle | JA104<br>Cond C: -65°C to 150°C<br>750 cycles | 3 lots, N=>77 | Q29333<br>Q29338<br>Q29343 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| HTSL | JA103<br>150°C, 1000hr | 1 lot, N=>45 | Q29334<br>Q29339<br>Q29344 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| ESD-CDM | JC101 | 1 lot, N=>3 | Q28839 | | | | 2kV |

### ASECL 32-QFN-5X5 Automotive Flow

| Test Name | Test Condition | Qualification | Lot ID or Start | Fail/Pass or End | Notes | Summary | Status |
|---|---|---|---|---|---|---|---|
| Test Group A - Accelerated Environment Stress Tests | | | | | | | |
| HAST | JA110<br>130°C, 85%RH<br>Vcc=3.3V, 96 hours | 1 lot, N=>77 | Q29385 | 0/78 | | 1 lot<br>0/78 | Pass |
| UHAST | JA110<br>130°C, 85%RH<br>Vcc=3.3V, 96 hours | 3 lots, N=>77 | Q29386<br>Q29390<br>Q29394 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| Temp Cycle | JA104<br>Cond C: -65°C to 150°C<br>750 cycles | 3 lots, N=>77 | Q29387<br>Q29391<br>Q29395 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| HTSL | JA103<br>150°C, 1000hr | 1 lot, N=>45 | Q29388<br>Q29392<br>Q29396 | 0/77<br>0/77<br>0/77 | | 3 lots<br>0/231 | Pass |
| ESD-CDM | JC101 | 1 lot, N=>3 | Q28838 | | | | 2kV |

Notes:
1. Devices subjected to moisture preconditioning at MSL1@260°C.