IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| OCEAN SEMICONDUCTOR LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:20-cv-1214 |
| SILICON LABORATORIES INC. | § § § | |
| Defendant. | § § | |

**DECLARATION OF ERIC C. GREEN IN SUPPORT OF
DEFENDANT SILICON LABORATORIES INC.' S REPLY IN SUPPORT OF ITS
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

I, Eric Conley Green, declare as follows:

1. I am admitted to practice law in the Western District of Texas and am a senior counsel in the law firm of Norton Rose Fulbright US LLP. I am counsel of record for Silicon Labs Inc. ("Silicon Labs") in the above-captioned action. I submit this declaration in support of Silicon Labs' Reply in support of its pending Motion to Dismiss for Failure to State a Claim.

2. Attached hereto as Exhibit 1 is a true and correct copy of a website available at https://www.edn.com/taiwan-semiconductor-manufacturing-company-adopts-pdf-solutions-yield-improvement-technology/ (accessed April 1, 2021), which is cited in Ocean Semiconductor LLC's ("Ocean") Complaint at Paragraph 9.

3. Attached hereto as Exhibit 2 is a true and correct copy of a website available at https://www.eetimes.com/asml-apparently-beats-nikon-for-umcs-huge-300-mm-scanner-order/ (accessed April 1, 2021), which is cited in Ocean's Complaint at Paragraphs 17 and 19.

4. Attached hereto as Exhibit 3 is a true and correct copy of a website available at https://www.tsmc.com/download/ir/annualReports/2012/english/e_5_3.html (accessed April 1, 2021), which is cited in Ocean's Complaint at Paragraph 13.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Ocean to Silicon Labs dated October 16, 2020.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Ocean to Silicon Labs dated November 24, 2020.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed on April 1, 2021                         /s/ Eric Conley Green
                                                  Eric Conley Green