# EXHIBIT 1



Advertisement

 **< https://www.edn.com/>**



**DESIGN < HTTPS://WWW.EDN.COM/CATEGORY/DESIGN/>**

**DESIGN HOW-TO < HTTPS://WWW.EDN.COM/CATEGORY/DESIGN/DESIGN-HOW-TO/>**

# Taiwan Semiconductor Manufacturing Company adopts PDF Solutions yield improvement technology

**JULY 15, 2003 < HTTPS://WWW.EDN.COM/TAIWAN-SEMICONDUCTOR-MANUFACTURING-COMPANY-ADOPTS-PDF-SOLUTIONS-YIELD-IMPROVEMENT-TECHNOLOGY/>**
BY **TEST MEASUREMENT WORLD STAFF < HTTPS://WWW.EDN.COM/AUTHOR/TEST-MEASUREMENT-WORLD-STAFF/>**

**COMMENTS 0 < HTTPS://WWW.EDN.COM/TAIWAN-SEMICONDUCTOR-MANUFACTURING-COMPANY-ADOPTS-PDF-SOLUTIONS-YIELD-IMPROVEMENT-TECHNOLOGY/#RESPOND>**

Print　PDF　Email

PDF Solutions (San Jose, CA; **www.pdf.com < http://www.pdf.com>** ) has announced that Taiwan Semiconductor Manufacturing Company (Hsinchu, Taiwan; **www.tsmc.com < http://www.tsmc.com>** ) will integrate PDF's 90-nm Yield Learning Infrastructure into its products. The joint project should be completed in Q4 of this year and will be deployed in TSMC's 300-mm Fab 12.

"TSMC is one of the market leaders and we are excited that it has selected our infrastructure for its 90-nm ramp. By characterizing TSMC's 90-nm process modules across a variety of design attributes, we are confident that products will yield higher and TSMC's customers will benefit. This will help accelerate the adoption of TSMC's 90-nm technology," said John Kibarian, chief executive officer of PDF Solutions, in a prepared statement.

More info < https://aspencore.com/privacy-policy/>

Close and accept

SPONSORED CONTENT



**Intel® FPGAs Enable the Next Generation of Production Video Test Systems**

In this webinar, Intel PSG will introduce FPGA solutions for modern HD Video Test & Measurement applications. We will also be covering solutions for three types of Video Based Testers and Intel Video IP. Register Today!

*Sponsored By Intel*

# 0 COMMENTS ON "TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY ADOPTS PDF SOLUTIONS YIELD IMPROVEMENT TECHNOLOGY"

## LEAVE A REPLY

You must **Sign in < https://login.aspencore.com/d045a02d-767d-4f3f-80d7-695dce25d142/login/authorize?response_type=code&scope=profile%20email%20openid&client_id=cf5f876c-2b69-4672-892d-1a3f9cd881ea&state=065694e1e9902bcfa559d79a67cefc93&redirect_uri=https%3A%2F%2Fwww.edn.com%2Fopenid connect-authorize>** or **Register < https://login.aspencore.com/d045a02d-767d-4f3f-80d7-695dce25d142/login/authorize?response_type=code&scope=profile%20email%20openid&client_id=cf5f876c-2b69-4672-892d-1a3f9cd881ea&state=632fac1426662dcf7e96015316f1cf80&redirect_uri=https%3A%2F%2Fwww.edn.com%2Fopenid-connect-authorize>** to post a comment.

**PREVIOUS POST < HTTPS://WWW.EDN.COM/STMICRO-VERKLEINERT-NOR-FLASH/>**
**NEXT POST < HTTPS://WWW.EDN.COM/CADENCE-SCHLUCKT-VERPLEX-SYSTEMS/>**



More info < https://aspencore.com/privacy-policy/>

Close and accept

Advertisement