# EXHIBIT 5



1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

**VIA FEDERAL EXPRESS**

NOVEMBER 24, 2020

Néstor Ho,
Chief Legal Officer
Silicon Laboratories, Inc.
400 West Cesar Chavez
Austin, TX 78701 USA
Nestor.ho@silabs.com

Re: Licensing of U.S. Patent Nos. 7,080,330, 6,836,691 and 8,676,538

Dear Mr. Ho:

Ocean Semiconductor LLC ("Ocean Semiconductor") is the owner of and holds all rights to a patent portfolio, including U.S. Patent Nos. 7,080,330, 6,836,691 and 8,676,538 ("the Patents"), all of which are related to semiconductor fabrication and manufacturing.

Silicon Laboratories, Inc. ("SILABS") uses, sells, offers to sell, distributes, and/or imports products into the United States, including products that are/were made using the patented systems, methods or processes, of the Patents within the Ocean Semiconductor portfolio.

For example, the Patents cover any SILABS products, devices, systems, components of systems, and/or integrated circuits developed, fabricated, or manufactured using the claimed systems, device, methods or processes (e.g., involving lithography, overlay error measurement and correction, ultra-thin resist formation, and advanced process control), including, but not limited to, internet of things products (e.g., EFM8BB10F8G-QFN20, EFM8BB10F2A-QFN20, EFM8BB10F2G-QFN20, EFM8BB10F2I-QFN20, EFM8BB10F4A-QFN20, EFM8BB10F4G-QFN20, EFM8BB10F4I-QFN20, EFM8BB10F8A-QFN20, EFM8BB10F8G-QSOP24, EFM8BB10F8G-SOIC16, EFM8BB10F8I-QFN20, EFM8BB10F8I-QSOP24, EFM8BB10F8I-SOIC16, EFM8BB21F16A-QFN20, EFM8BB21F16G-QFN20, EFM8BB21F16G-QSOP24, EFM8BB21F16I-QFN20, EFM8BB21F16I-QSOP24, EFM8BB22F16A-QFN28, EFM8BB22F16G-QFN28, EFM8BB22F16I-QFN28, EFM8BB31F16A-4QFN24, EFM8BB31F16A-5QFN32, EFM8BB31F16G-QFN24, EFM8BB31F16G-QFN32, EFM8BB31F16G-QFP32, EFM8BB31F16G-QSOP24, EFM8BB31F16I-4QFN24, EFM8BB31F16I-5QFN32, EFM8BB31F16I-QFN24, EFM8BB31F16I-QFN32, EFM8BB31F16I-QFP32, EFM8BB31F16I-QSOP24, EFM8BB31F32A-4QFN24, EFM8BB31F32A-5QFN32, EFM8BB31F32G-QFN24, EFM8BB31F32G-QFN32,

DEVLIN LAW FIRM
November 24, 2020
Page 2 of 3

EFM8BB31F32G-QFP32, EFM8BB31F32G-QSOP24, EFM8BB31F32I-4QFN24, EFM8BB31F32I-5QFN32, EFM8BB31F32I-QFN24, EFM8BB31F32I-QFN32, EFM8BB31F32I-QFP32, EFM8BB31F32I-QSOP24, EFM8BB31F64A-4QFN24, EFM8BB31F64A-5QFN32, EFM8BB31F64G-QFN24, EFM8BB31F64G-QFN32, EFM8BB31F64G-QFP32, EFM8BB31F64G-QSOP24, EFM8BB31F64I-4QFN24, EFM8BB31F64I-5QFN32, EFM8BB31F64I-QFN24, EFM8BB31F64I-QFN32, EFM8BB31F64I-QFP32, EFM8BB31F64I-QSOP24), infrastructure products (e.g., Si5332A-GM1, Si5332A-GM2, Si5332A-GM3, Si5332B-GM1, Si5332B-GM2, Si5332B-GM3, Si5332C-GM1, Si5332C-GM2, Si5332C-GM3, Si5332D-GM1, Si5332D-GM2, Si5332D-GM3, Si5332E-GM1, Si5332E-GM2, Si5332E-GM3, Si5332F-GM1, Si5332F-GM2, Si5332F-GM3, Si5332G-GM1, Si5332G-GM2, Si5332G-GM3, Si5332H-GM1, Si5332H-GM2, Si5332H-GM3, Si5332A-GM1, Si5332A-GM2, Si5332A-GM3, Si5332B-GM1, Si5332B-GM2, Si5332B-GM3, Si5332C-GM1, Si5332C-GM2, Si5332C-GM3, Si5332D-GM1, Si5332D-GM2, Si5332D-GM3, Si5332E-GM1, Si5332E-GM2, Si5332E-GM3, Si5332F-GM1, Si5332F-GM2, Si5332F-GM3, Si5332G-GM1, Si5332G-GM2, Si5332G-GM3, Si5332H-GM1, Si5332H-GM2, Si5332H-GM3), broadcast products (e.g., Si2160, Si2162, Si2164, Si2180, Si2181, Si2182, Si2183), and access products (e.g., Si3000, Si3402-GM, Si3404-GM, Si3406-GM, Si34062-GM, Si3462-GM, Si3471A-IM)(the "SILABS Products") and similar products, devices, systems, components of systems, and/or integrated circuits.

Thus, SILABS requires a license to the patents at issue for such products.

In light of SILABS' sales related to the foregoing products, devices, systems, components of systems, and/or integrated circuits, SILABS may wish to have its patent counsel examine the patents cited above to determine whether a non-exclusive license is needed as to those patents.

Should SILABS have interest in a non-exclusive license to Ocean Semiconductor's portfolio, please contact us to discuss licensing terms.

**DEVLIN LAW FIRM**
November 24, 2020
Page 3 of 3

                        Very truly yours,

                        Timothy Devlin

                        Devlin Law Firm LLC
                        1526 Gilpin Avenue
                        Wilmington, Delaware 19801
                        Tel.: (302) 449-9010
                        Fax: (302) 353-4251
                        www.devlinlawfirm.com