**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>v.<br><br>Silicon Laboratories Inc.,<br><br>        Defendant. | Civil Action No.: 6:20-cv-1214<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**UNOPPOSED MOTION BY PLAINTIFF OCEAN SEMICONDUCTOR LLC'S FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT SILICON LABORATORIES INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

/s/ *Alex Chan*
Timothy Devlin
tdevlin@devlinlawfirm.com
Henrik D. Parker
hparker@devlinlawfirm.com
Alex Chan (State Bar No. 24108051)
achan@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

DATED:     April 8, 2021

1

In this patent infringement case, Plaintiff Ocean Semiconductor LLC ("Ocean" or "Plaintiff") filed its complaint (Dkt. 1) (the "Complaint") against Defendant Silicon Laboratories Inc. ("Silicon Labs" or "Defendant"). In lieu of an answer, Silicon Labs filed a Motion to Dismiss the Complaint under Fed. R. Civ. P. 12(b)(6) with a supporting brief. (Dkt. 14, the "Motion.") On March 25, 2021, Ocean filed a responsive brief in opposition (Dkt. 16) and on April 1, 2021, Silicon Labs filed a reply brief (Dkt. 17).

Ocean hereby moves this Court, pursuant to Local Rule CV-7(f)(1), for permission to file a sur-reply brief for the following reasons.

In its Reply, Silicon Labs asserts new arguments and cites new legal authority not presented in their original opening brief which present an inaccurate description of the Complaint and the applicable cases interpreting the pleading standard for direct and indirect infringement. In particular, Silicon Lab's new arguments are directed to challenging Ocean's claims in the Complaint regarding induced infringement and direct infringement under 35 U.S.C. § 271(g), and the new authority not previously cited includes Justice Breyer's concurrence in *Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 136 S. Ct. 1923, 1932 (2016) and *Mich. Motor Techs. LLC v. Volkswagen Aktiengesellschaft*, 472 F. Supp. 3d 377, 383 (E.D. Mich. 2020).

Because these new arguments and authority were presented for the first time in Silicon Labs' Reply, Ocean has not had any opportunity to respond to or address the new legal arguments or authority in briefing regarding Defendant's Motion to Dismiss.

A copy of the sur-reply brief that Ocean would file, if permitted to do so by the Court, is attached as Exhibit A.

Dated: April 8, 2021

*/s/ Alex Chan*

Timothy Devlin
tdevlin@devlinlawfirm.com
Henrik D. Parker
hparker@devlinlawfirm.com
Alex Chan (State Bar No. 24108051)
achan@devlinlawfirm.com
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
OCEAN SEMICONDUCTOR LLC

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), the undersigned, counsel for Plaintiff, hereby certifies that on April 2, 2021, counsel for Plaintiff conferred by email with counsel for Defendant and that Defendant is unopposed to the relief requested herein.

*/s/ Alex Chan*
Alex Chan

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2021, I caused a copy of this document to be served by transmitting it via e-mail or electronic transmission to counsel of record for Defendant.

*/s/ Alex Chan*
Alex Chan