IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br>v.<br><br>Silicon Laboratories Inc.,<br><br>    Defendant. | Civil Action No.: 6:20-cv-1214<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

  Before the Court is Plaintiff Ocean Semiconductor LLC's Motion for Leave to File a Sur-Reply in Opposition to Defendant Silicon Laboratories Inc.'s Motion to Dismiss ("the Motion").

  The Court is of the opinion that this motion should be GRANTED.

  It is therefore ORDERED that the Clerk of Court shall promptly file Plaintiff's Sur-Reply and its accompanying Declaration of Alex Chan, attached as Exhibits A and B to the Motion.

  Entered this _____ day of April, 2021

_____
U.S. District Judge Alan D Albright
