# EXHIBIT 3



# Silicon Labs Quality and Operations Overview

JANUARY 2020

# IC Manufacturing Model- Fabless and Outsourced

