IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>　　　　　　　　Plaintiff<br><br>v.<br><br>Silicon Laboratories Inc.,<br><br>　　　　　　　　Defendant. | Civil Action No.: 6:20-cv-1214<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Ocean Semiconductor LLC ("Ocean") provides this notice of supplemental authority from the United States District Court for the Eastern District of Texas, *Ocean Semiconductor LLC v. Huawei Device USA, Inc.*, Civil Action No. 4:20-cv-991-ALM (E.D. Tex. April 27, 2021), attached as Exhibit A.  In this order, Judge Mazzant III denied Huawei's Motion to Dismiss for Failure to State a Claim Under 35 U.S.C. § 271(g) relating to Ocean's 271(g) allegations for four of the seven patents[1] asserted against Silicon Laboratories, Inc. ("Silicon Labs")—the same four patents that Silicon Labs has argued are purportedly not covered by § 271(g) in its Motion to Dismiss for Failure to State a Claim (Dkt. 14).  Accordingly, Ocean believes it will assist the Court in ruling on Silicon Labs' Motion to Dimiss.

---

[1] These four patents are U.S. Patent Nos. 6,725,402, 8,676,538, 6,907,305, and 6,968,248.

1

Dated:  April 30, 2021

        */s/ Alex Chan*
        Timothy Devlin
        tdevlin@devlinlawfirm.com
        Henrik D. Parker
        hparker@devlinlawfirm.com
        Alex Chan
        State Bar No. 24108051
        achan@devlinlawfirm.com
        DEVLIN LAW FIRM LLC
        1526 Gilpin Avenue
        Wilmington, Delaware 19806
        Telephone: (302) 449-9010
        Facsimile: (302) 353-4251

        *Attorneys for Plaintiff,*
        *Ocean Semiconductor LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2021, a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF system.

        */s/ Alex Chan*
        Alex Chan