# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC, <br><br> Plaintiff <br><br> v. <br><br> Silicon Laboratories Inc., <br><br> Defendant. | Civil Action No.: 6:20-cv-1214-ADA <br><br> JURY TRIAL DEMANDED <br><br> PATENT CASE |

## [PROPOSED] ORDER GRANTING MOTION
## FOR PRE-TRIAL CONSOLIDATION OF CO-PENDING RELATED CASES

Before the Court is Plaintiff Ocean Semiconductor LLC's Motion for Pre-Trial Consolidation of Co-Pending Related Cases ("the Motion").

Having considered the Motion and the arguments presented by the parties, the Court is of the opinion that this motion should be GRANTED.

It is therefore ORDERED that the seven related actions (C.A. Nos. 6:20-CV-01210, 6:20-CV-01211, 6:20-CV-01212, 6:20-CV-01213, 6:20-CV-01214, 6:20-CV-01215, 6:20-CV-01216) are consolidated under the lead case 6:20-CV-01210 for pre-trial purposes.

Entered this _____ day of May, 2021

_____
U.S. District Judge Alan D Albright