IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| OCEAN SEMICONDUCTOR LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:20-cv-1214 |
| SILICON LABORATORIES INC. | § § § | |
| Defendant. | § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR PRE-TRIAL CONSOLIDATION**

Defendant Silicon Laboratories Inc. ("Silicon Labs") hereby moves for an extension of time to file its response to Plaintiff Ocean Semiconductor LLC's Motion for Pre-Trial Consolidation of Co-Pending Related Cases (Dkt. 21). The current deadline for Defendant to file its response is May 21, 2021. Defendant seeks an extension until and including June 4, 2021. Plaintiff is not opposed to Defendant's requested extension. The extension is sought so that the parties have additional time to confer and narrow the dispute and the Defendant has additional time to prepare its response brief and fully present its arguments to the Court.

For the foregoing reasons, Defendant respectfully requests that the Court grant this motion.

May 19, 2021                                    Respectfully submitted,

                                                By:     /s/ *Eric C. Green*

                                                Marc B. Collier (SBN 00792418)
                                                marc.collier@nortonrosefulbright.com
                                                Eric C. Green (SBN 24069824)
                                                eric.green@nortonrosefulbright.com
                                                **NORTON ROSE FULBRIGHT US LLP**
                                                98 San Jacinto Boulevard, Suite 1100
                                                Austin, Texas 78701
                                                Tel:    (512) 474-5201
                                                Fax:    (512) 536-4598

                                                Richard S. Zembek (SBN 00797726)
                                                richard.zembek@nortonrosefulbright.com
                                                **NORTON ROSE FULBRIGHT US LLP**
                                                1301 McKinney, Suite 5100
                                                Houston, Texas 77010-3095
                                                Tel: (713) 651-5151
                                                Fax: (713) 651-5246

                                                **COUNSEL FOR DEFENDANT SILICON LABORATORIES INC.**

## **CERTIFICATE OF CONFERENCE**

I certify that the parties conferred via email on May 18, 2021 with regard to this Motion and that Plaintiff does not oppose the relief requested herein.

                                                By: /s/ *Eric C. Green*
                                                        Eric C. Green

## **CERTIFICATE OF SERVICE**

I certify that on May 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                By: /s/ *Eric C. Green*
                                                        Eric C. Green