IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **OCEAN SEMICONDUCTOR LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:20-cv-1214 |
| **SILICON LABORATORIES INC.** | § § § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR PRE-TRIAL CONSOLIDATION**

Before the Court is Defendant Silicon Laboratories Inc.'s Unopposed Motion for Extension of Time to File a Response to Plaintiff's Motion for Pre-Trial Consolidation. After consideration of the same, the Court is of the opinion that is should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the due date for Defendant's response to Plaintiff Ocean Semiconductor LLC's Motion for Pre-Trial Consolidation of Co-Pending Related Cases (Dkt. 21) is extended through and including June 4, 2021.

SIGNED this _____ day of May, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE