# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **OCEAN SEMICONDUCTOR LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 6:20-cv-1214** |
| **SILICON LABORATORIES INC.** | § § § | |
| Defendant. | § § | |

### NOTICE OF APPEARANCE OF CATHERINE GARZA

Notice is hereby given that the undersigned attorney, Catherine Garza, enters her appearance in this matter as counsel for Defendant Silicon Laboratories Inc. ("Silicon Labs"). As a registered user of the Court's electronic filing system, the undersigned counsel consents to electronic service of all documents filed in this action, including all notices, orders and opinions issued by the Court, pursuant to Local Rule CV-5(b)(1).

June 1, 2021                                  Respectfully submitted,

                                              By:  /s/ *Catherine Garza*

                                              Marc B. Collier (SBN 00792418)
marc.collier@nortonrosefulbright.com
Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
Catherine Garza (SBN 24073318)
Cat.garza@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel:   (512) 474-5201
Fax:   (512) 536-4598

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
Darren Smith (SBN 24088433)
Darren.smith@nortonrosefulbright.com
 **NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

**COUNSEL FOR DEFENDANT SILICON LABORATORIES INC.**

## CERTIFICATE OF SERVICE

I certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                          By: */s/ Catherine Garza*
                                                               Catherine Garza