# EXHIBIT 1

Home / About TSMC / Contact Us / TSMC Fabs

# TSMC Fabs

Annual capacity of the manufacturing facilities managed by TSMC and its subsidiaries exceeded 12 million 12-inch equivalent wafers in 2019. These facilities include four 12-inch wafer GIGAFAB® fabs, four 8-inch wafer fabs, and one 6-inch wafer fab – all in Taiwan – as well as one 12-inch wafer fab at a wholly owned subsidiary, TSMC Nanjing Company Limited, and two 8-inch wafer fabs at wholly owned subsidiaries, WaferTech in the United States and TSMC China Company Limited. In 2016, TSMC Nanjing Company Limited was established, managing a 12-inch wafer fab and a design service center.

TSMC provides customer service through its account management and engineering services offices in North America, Europe, Japan, China, and South Korea.

## 12-inch GIGAFABs



### Corporate Headquarters, Fab 12A

8, Li-Hsin Rd. 6, Hsinchu Science Park, Hsinchu 300-78, Taiwan, R.O.C.

TEL: 886-3-5636688
FAX: 886-3-5637000

View Map



### TSMC R&D Center, Fab 12B

168, Park Ave. II, Hsinchu Science Park, Hsinchu 300-75, Taiwan, R.O.C.

TEL: 886-3-5636688
FAX: 886-3-6687827

View Map



### Fab 14

1-1, Nan-Ke North Rd., Tainan Science Park, Tainan 741-44, Taiwan, R.O.C.

TEL: 886-6-5056688
FAX: 886-6-5051262

View Map



### Fab 15

1, Keya Rd. 6, Central Taiwan Science Park, Taichung 428-82, Taiwan, R.O.C.

TEL: 886-4-27026688
FAX: 886-4-25607548

View Map



### TSMC Nanjing Company Limited, Fab 16



16, Zifeng Road, Pukou Economic Development Zone, Nanjing, Jiangsu Province, China

TEL: 86-25-57668000
FAX: 86-25-57712395

View Map



### Fab 18

8, Beiyuan Rd. 2, Tainan Science Park, Tainan 745-43, Taiwan, R.O.C.

TEL: 886-6-5056688
FAX: 886-6-5050363

View Map

## 8-inch Fabs



### Fab 3

9, Creation Rd. 1, Hsinchu Science Park, Hsinchu 300-77, Taiwan, R.O.C.

TEL: 886-3-5636688
FAX: 886-3-5781548

View Map



### Fab 5

121, Park Ave. 3, Hsinchu Science Park, Hsinchu 300-77, Taiwan, R.O.C.

TEL: 886-3-5636688
FAX: 886-3-5781546

View Map



### Fab 6

1, Nan-Ke North Rd., Tainan Science Park, Tainan 741-44, Taiwan, R.O.C.

TEL: 886-6-5056688
FAX: 886-6-5052057

View Map



### Fab 8

25, Li-Hsin Rd., Hsinchu Science Park, Hsinchu 300-78, Taiwan, R.O.C.

TEL: 886-3-5636688
FAX: 886-3-5662051

View Map



### TSMC China Company Limited, Fab 10

4000, Wen Xiang Road, Songjiang, Shanghai, China
Postcode: 201616
TEL: 86-21-57768000





TEL: 86-21-57768000
FAX: 86-21-57762525

View Map



### WaferTech L.L.C., Fab 11

5509 N.W. Parker Street Camas, WA 98607-9299 U.S.A.

TEL: 1-360-8173000
FAX: 1-360-8173590

View Map

## 6-inch Fabs



### Fab 2

121, Park Ave. 3, Hsinchu Science Park, Hsinchu 300-77, Taiwan, R.O.C.

TEL: 886-3-5636688
FAX: 886-3-5781546

View Map

## Backend Fabs



### Advanced Backend Fab 1

6, Creation Rd. II, Hsinchu Science Park, Hsinchu 300-77, Taiwan, R.O.C.

TEL: 886-3-5636688
FAX: 886-3-5773628

View Map



### Advanced Backend Fab 2

1-1, Nan-Ke North Rd., Tainan Science Park, Tainan 741-44, Taiwan, R.O.C.

TEL: 886-6-5056688
FAX: 886-6-5051262

View Map



### Advanced Backend Fab 3

101, Longyuan 6th Rd., Longtan Dist., Taoyuan City 325-42, Taiwan R.O.C.

TEL: 886-3-5636688
FAX: 886-3-4804250

View Map



### Advanced Backend Fab 5

5, Keya W. Rd., Cental Taiwan Science Park, Taichung 428-82, Taiwan, R.O.C.

TEL: 886-4-27026688
FAX: 886-4-27026688

View Map

## Related Information



Contact Us



Corporate Governance



Document Center



TSMC-ONLINE™



TSMC-SUPPLY ONLINE 360



DOCUMENT CENTER

Dedicated IC Foundry

Investors

Press Center

Careers

ESG

Research

About TSMC



Legal Notice & Trademark Information  |  Privacy Policy  |  Cookie Policy  |  Sitemap

Copyright© Taiwan Semiconductor Manufacturing Company Limited 2010-2020, All Rights Reserved.




