IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **OCEAN SEMICONDUCTOR LLC,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **SILICON LABORATORIES INC.** § <br> § <br> Defendant. § | **CIVIL ACTION NO. 6:20-cv-1214** |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR
PRE-TRIAL CONSOLIDATION**

Before the Court is Plaintiff's Motion for Pre-Trial Consolidation. Having considered the Parties' arguments and relevant facts, including as described in corresponding briefing, the Court **DENIES** Ocean's Motion.

SIGNED this _____ day of June, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE