**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>　　　　　　　Plaintiff<br><br>v.<br><br>Silicon Laboratories Inc.,<br><br>　　　　　　　Defendant. | Civil Action No.: 6:20-cv-1214<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO CONSOLIDATE**

Ocean Semiconductor LLC ("Ocean" or "Plaintiff") files this Unopposed Motion for an Extension of Time to File a Reply In Support of Plaintiff's Motion to Consolidate (Dkt. 21) ("the Motion to Consolidate").  Ocean respectfully shows the following:

Ocean filed the Motion to Consolidate on May 14, 2021 (Dkt. 21).  On May 19, 2021, Defendant Silicon Laboratories Inc. ("Silicon Labs" or "Defendant") filed an Unopposed Motion For Extension of Time seeking an unopposed two-week extension to file its opposition to the Motion to Consolidate to June 4, 2021 (Dkt. 22), and filed its Response to Ocean's Motion to Consolidate on June 4, 2021. The current deadline for Ocean to file its reply is June 11, 2021.

Ocean respectfully now requests a seven-day extension of time for Ocean to file its reply to June 18, 2021.  Counsel for Ocean conferred with counsel for Defendants and Defendants do not oppose this request.

1

Wherefore, Ocean respectfully requests that the Court grant this unopposed motion and enter an order extending the deadline for Ocean to file a reply in support of Plaintiff's Motion to Consolidate to <u>June 18, 2021.</u>

Dated: June 8, 2021

By: <u>*/s/ Alex Chan*</u>
Timothy Devlin
DE Bar No. 4241
tdevlin@devlinlawfirm.com
Alex Chan
TX Bar No. 24108051
achan@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff,*
*Ocean Semiconductor LLC*

## **CERTIFICATE OF CONFERENCE**

On June 8, 2021, counsel for Plaintiff Ocean Semiconductor LLC, conferred with Counsel for Defendant as required by Local Rule 7(i).  Defendant does not oppose the relief sought by this Motion.

*/s/ Alex Chan*
Alex Chan

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 8, 2021.

*/s/ Alex Chan*
Alex Chan