# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>               Plaintiff<br><br>v.<br><br>Silicon Laboratories Inc.,<br><br>               Defendant. | Civil Action No.: 6:20-cv-1214<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY

Upon consideration of Plaintiff Ocean Semiconductor LLC ("Ocean" or "Plaintiff")'s Unopposed Motion for an Extension of Time to File a Reply In Support of Plaintiff's Motion to Consolidate:

IT IS ORDERED that the motion is granted, and the new response date for Ocean to file a reply in support of Plaintiff's Motion to Consolidate to <u>June 18, 2021</u>.

Entered this \_\_\_\_\_ day of June, 2021

                                                        Honorable Alan D Albright
                                                        United States District Judge