IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>Silicon Laboratories, Inc.,<br><br>　　　　　　Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

### NOTICE OF PENDING INTER PARTES REVIEW PROCEEDINGS

Pursuant to the Court's Order Governing Proceedings – Patent Case ("OGP") Plaintiff Ocean Semiconductor LLC ("Ocean") provides this notice of the filing of Inter Partes Review Proceedings ("IPR") before the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office.

On April 29, 2021, Western Digital Technologies, Inc. ("WDT") filed IPR2021-00864 challenging certain claims of U.S. Patent 6,660,651, which Ocean has asserted against Defendant Silicon Laboratories, Inc. ("Silicon Labs") in the above-captioned action.  Pursuant to 35 U.S.C. § 314(b), an institution decision is expected in IPR2021-00864 around October 29, 2021. Pursuant to 35 U.S.C. § 316(a)(11) and 37 C.F.R. § 42.100(c), should the PTAB institute review, a final written decision is anticipated around October 29, 2022.

On May 18, 2021, WDT filed IPR2021-00929 challenging certain claims of U.S. Patent No. 7,080,330, which Ocean has asserted against Silicon Labs in the above-captioned action. Pursuant to 35 U.S.C. § 314(b), an institution decision is expected in IPR2021-00864 around

November 18, 2021.  Pursuant to 35 U.S.C. § 316(a)(11) and 37 C.F.R. § 42.100(c), should the PTAB institute review, a final written decision is anticipated around November 18, 2022.

Dated: July 6, 2021

*/s/ Alex Chan*
Timothy Devlin
tdevlin@devlinlawfirm.com
Henrik D. Parker
hparker@devlinlawfirm.com
Alex Chan
State Bar No. 24108051
achan@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff,
Ocean Semiconductor LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2021, a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF system.

*/s/ Alex Chan*
Alex Chan