IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br> v.<br><br>Silicon Laboratories, Inc.,<br><br>    Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## NOTICE OF PENDING *INTER PARTES* REVIEW PROCEEDINGS

  Pursuant to the Court's Order Governing Proceedings – Patent Case, Plaintiff Ocean Semiconductor LLC ("Ocean") provides this notice of the filing of *Inter Partes* Review Proceedings ("IPR") before the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office.

  On August 3, 2021, Applied Materials, Inc. ("Applied Materials") filed IPR2021-01339 challenging certain claims of U.S. Patent No. 8,676,538, which Ocean has asserted against Defendant Silicon Laboratories, Inc. ("Silicon Labs") in the above-captioned action. Pursuant to 35 U.S.C. § 314(b), a PTAB decision as to whether or not to institute *inter partes* review is expected in IPR2021-01339 on approximately February 12, 2022. Pursuant to 35 U.S.C. § 316(a)(11) and 37 C.F.R. § 42.100(c), should the PTAB institute review, a final written decision is anticipated on approximately February 12, 2023.

  Also on August 3, 2021, Applied Materials filed IPR2021-01340 challenging certain claims of U.S. Patent No. 6,725,402, which Ocean has asserted against Silicon Labs in the above-captioned action. Pursuant to 35 U.S.C. § 314(b), a PTAB decision as to whether or not to

institute *inter partes* review is expected in IPR2021-01340 on approximately February 12, 2022. Pursuant to 35 U.S.C. § 316(a)(11) and 37 C.F.R. § 42.100(c), should the PTAB institute review, a final written decision is anticipated on approximately February 12, 2023.

Also on August 3, 2021, Applied Materials filed IPR2021-01342 challenging certain claims of U.S. Patent No. 6,968,248, which Ocean has asserted against Silicon Labs in the above-captioned action. As of today, IPR2021-01342 has not been accorded a filing date. Pursuant to 35 U.S.C. § 314(b) and § 316(a)(11), a PTAB decision as to whether or not to institute *inter partes* review is expected in IPR2021-01342 six months after the date of filing accorded to the IPR2021-01342 petition (i.e., no earlier than February 17, 2022), and, should the PTAB institute review, a final written decision is anticipated approximately eighteen months after the date of filing accorded to the IPR2021-01342 petition (i.e., no earlier than February 17, 2023).

Also on August 3, 2021, Applied Materials filed IPR2021-01344 challenging certain claims of U.S. Patent No. 6,907,305, which Ocean has asserted against Silicon Labs in the above-captioned action. As of today, IPR2021-01344 has not been accorded a filing date. Pursuant to 35 U.S.C. § 314(b) and § 316(a)(11), a PTAB decision as to whether or not to institute *inter partes* review is expected in IPR2021-01344 six months after the date of filing accorded to the IPR2021-01344 petition (i.e., no earlier than February 17, 2022), and, should the PTAB institute review, a final written decision is anticipated approximately eighteen months after the date of filing accorded to the IPR2021-01344 petition (i.e., no earlier than February 17, 2023).

Also on August 3, 2021, Applied Materials filed IPR2021-01348 challenging certain claims of U.S. Patent No. 6,836,691, which Ocean has asserted against Silicon Labs in the above-captioned action. As of today, IPR2021-01348 has not been accorded a filing date.

Pursuant to 35 U.S.C. § 314(b) and § 316(a)(11), a PTAB decision as to whether or not to institute *inter partes* review is expected in IPR2021-01348 six months after the date of filing accorded to the IPR2021-01348 petition (i.e., no earlier than February 17, 2022), and, should the PTAB institute review, a final written decision is anticipated approximately eighteen months after the date of filing accorded to the IPR2021-01348 petition (i.e., no earlier than February 17, 2023).

Dated:  August 17, 2021

/s/ *Alex Chan*
Timothy Devlin
tdevlin@devlinlawfirm.com
Henrik D. Parker
hparker@devlinlawfirm.com
Alex Chan (State Bar No. 24108051)
achan@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Ocean Semiconductor LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 17, 2021, a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF system.

            */s/ Alex Chan*
            Alex Chan