IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| OCEAN SEMICONDUCTOR LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 6:20-cv-1214-ADA |
| SILICON LABORATORIES INC. | § § § | |
| Defendant. | § § | |

**DECLARATION OF CATHERINE GARZA IN SUPPORT OF DEFENDANT SILICON LABORATORIES INC.'S OPPOSED MOTION FOR INTRA-DISTRICT TRANSFER TO THE AUSTIN DIVISION OF THE WESTERN DISTRICT OF TEXAS**

I, Catherine Garza, declare as follow:

1. I am admitted to practice law in the Western District of Texas and am Counsel with the law firm of Norton Rose Fulbright US LLP, counsel of record for Silicon Laboratories, Inc. ("Silicon Labs") in the above-captioned action. I submit this declaration in support of Defendant's Motion for Intra-District to the Austin Division of the Western District of Texas.

2. Attached hereto as **Exhibit 3** is a true and correct copy of a May 15, 2020, TSMC press release entitled "TSMC Announces Intention to Build and Operate an Advanced Semiconductor Fab in the United States" discussing TSMC's existing office in Austin, Texas.

3. Attached hereto as **Exhibit 4** is a true and correct copy of a June 16, 2008 AMD press release entitled "AMD Opens New Austin Campus" discussing AMD's move to Austin in 1979.

4. Attached hereto as **Exhibit 5** are true and correct copies of patent assignment records for the asserted patents showing assignment from AMD to Fullbrite Capital Partners LLC and to Ocean.

5. Attached hereto as **Exhibit 6** is a true and correct copy of a list of ASML corporate contacts and locations showing ASML's Austin location at 201 West Howard Lane, Suite 300, Austin, Texas 78753.

6. Attached hereto as **Exhibit 7** is a true and correct copy of a January 22, 2021, article from the Austin Business Journal entitled "Applied Materials expanding with 729,000-square-foot warehouse" discussing Applied Materials' planned expansion of its facilities in Austin, Texas.

7. Attached hereto as **Exhibit 8** is a true and correct copy of a California corporate filing showing camLine USA Inc. with a principal executive office in Georgia.

8. Attached hereto as **Exhibit 9** is a true and correct copy of a list of locations for PDF Solutions showing a location in Dallas, Texas.

9. Attached hereto as **Exhibit 10** is a true and correct copy of a summary of U.S. District Court Judge Lee Yeakel's experience with patent infringement litigation obtained from the Docket Navigator service.

10. Attached hereto as **Exhibit 11** is a true and correct copy of a summary of U.S. District Court Judge Robert Pitman's experience with patent infringement litigation obtained from the Docket Navigator service.

- 3 -

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct.

August 20, 2021                                        Respectfully submitted,

                                                       By:  /s/ Catherine Garza