# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| OCEAN SEMICONDUCTOR LLC, § § Plaintiff, § § v. § § SILICON LABORATORIES INC. § § Defendant. § | C.A. NO. 6:20-cv-1214 |

**DECLARATION OF JALIN WU IN SUPPORT OF DEFENDANT
SILICON LABORATORIES INC.'S OPPOSED MOTION FOR
INTRA-DISTRICT TRANSFER TO THE AUSTIN DIVISION
<u>OF THE WESTERN DISTRICT OF TEXAS</u>**

I, Jalin Wu, declare as follow:

1. I am the Manager of Global Compensation and Benefits in the Human Resources Department at Silicon Laboratories, Inc. ("Silicon Labs"), in Austin, Texas.

2. I have personal knowledge of the facts set forth below after a reasonable investigation and could testify thereto. Unless otherwise stated, I make this declaration based on my own personal knowledge or corporate records maintained by Silicon Labs in the ordinary course of business.

3. Silicon Labs has a principal place of business in Austin, Texas since at least 1996.

4. Silicon Labs has approximately 1,692 employees worldwide and 560 employees in Austin, Texas or 33.1% of its workforce.

5. Silicon Labs has no facilities and maintains no records in Waco nor in any of the counties that comprise the Waco Division of the Western District of Texas: Bell, Bosque, Coryell, Falls, Freestone, Hamilton, Hill, Leon, Limestone, McLennan, Milam, Robertson, and Somervell.

6. Only one Silicon Labs employee resides within the Waco Division of the Western District of Texas, and he is an Information Technology Support employee that has no relation to the manufacture of Silicon Labs' products, nor Silicon Labs' interactions with third party chip fabricators.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of August, 2021, in Austin, Texas.

DocuSigned by:

*Jalin Wu*

A4425DA3AA32445...