# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| OCEAN SEMICONDUCTOR LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 6:20-cv-1214 |
| SILICON LABORATORIES INC. | § § § | |
| Defendant. | § | |

**DECLARATION OF THOMAS FOWLER IN SUPPORT OF DEFENDANT
SILICON LABORATORIES INC.'S OPPOSED MOTION FOR
INTRA-DISTRICT TRANSFER TO THE AUSTIN DIVISION
OF THE WESTERN DISTRICT OF TEXAS**

I, Thomas Fowler, declare as follow:

1. I am the Vice President of Central Engineering at Silicon Laboratories, Inc. ("Silicon Labs"), in Austin, Texas.

2. I have personal knowledge of the facts set forth below after a reasonable investigation and could testify thereto. Unless otherwise stated, I make this declaration based on my own personal knowledge or corporate records maintained by Silicon Labs in the ordinary course of business.

3. Silicon Labs maintains records in Austin, Texas, including records relating to its interaction with third party chip fabricators.

4. I understand the Complaint in this action discusses Taiwan Semiconductor Manufacturing Company Ltd's. ("TSMC") purported use of certain tools including the ASML TWINSCAN system, ASML YieldStar metrology and inspection system, Applied Materials' E3 system, PDF Solutions' Exensio system, and camLine's LineWorks system. Silicon Labs' employees that primarily interface with TSMC are located in Austin or Singapore.

- 1 -

5. None of TSMC, ASML, Applied Materials, PDF Solutions, or camLine provide Silicon Labs with detailed technical information, schematics, or source code related to the functionality of their tools.

6. To the extent Silicon Labs has relevant documents or witnesses, they are located in Austin. For example, potential relevant witnesses located in the Austin area include:

- Thomas Fowler (Central Research & Development);
- Wenjie Zhang (Central Research & Development);
- Sandeep Kumar (Operations);
- Mark Mauldin (Finance);
- Kathy Haggar (Business Operations); and
- Support staff for the foregoing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20 day of August, 2021, in Austin, Texas.

*[signature]*