# EXHIBIT 5

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                    EPAS ID: PAT6464254
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| ADVANCED MICRO DEVICES, INC. | 06/03/2020 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | FULLBRITE CAPITAL PARTNERS, LLC |
| Street Address: | 121 W. LONG LAKE ROAD |
| Internal Address: | SUITE 300 |
| City: | BLOOMFIELD HILLS |
| State/Country: | MICHIGAN |
| Postal Code: | 48304 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 8676538 |

**CORRESPONDENCE DATA**

**Fax Number:** (302)353-4251

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

| | |
|---|---|
| Phone: | 6307380595 |
| Email: | jpicini@devlinlawfirm.com |
| Correspondent Name: | JENNIFER PICINI |
| Address Line 1: | 1526 GILPIN AVE. |
| Address Line 4: | WILMINGTON, DELAWARE 19806 |

| NAME OF SUBMITTER: | JENNIFER PICINI |
|---|---|
| SIGNATURE: | /Jennifer Picini/ |
| DATE SIGNED: | 12/22/2020 |

**Total Attachments: 2**
source=Assignment AMD-Fullbrite 2020-06-03#page1.tif
source=Assignment AMD-Fullbrite 2020-06-03#page2.tif

## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which  is hereby acknowledged, Advanced Micro Devices, Inc., a Delaware corporation ("**Assignor**"), does hereby assign, transfer, and convey unto Fullbrite Capital Partners, a Michigan limited liability company ("**Assignee**"), all of Assignor's entire right, title and interest in and to all patents and patent applications listed in the attached <u>Exhibit 1</u> (collectively "**Patent Rights**"), subject to the terms and conditions of that certain Patent Sale Agreement between Assignor and Assignee dated as of December 8, 2017, as amended October 4, 2019 (the "**Agreement**").  Assignor and Assignee acknowledge that some of the Patent Rights may be currently expired or abandoned.

In addition, Assignor agrees to and hereby does sell, assign, transfer and convey unto Assignee all rights: (i) in and to causes of action and enforcement rights for the Patent Rights including all rights to pursue damages, injunctive relief and other remedies for past, present and future infringement of the Patent Rights; (ii) the right to apply (or continue prosecution) in any and all countries of the world for patents, design patents, utility models, certificates of invention or other governmental grants for the Patent Rights, including under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement or understanding; and (iii) the rights, if any, to revive prosecution of any abandoned Patent Rights.

Assignor also hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents or certificates of invention or equivalent which may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

The terms and conditions of this Assignment shall inure to the benefit of Assignee, its successor and other legal representatives, and shall be binding upon Assignor, its successor, assigns and other legal representatives.

IN WITNESS WHEREOF, this Assignment of Patent Rights is executed at Toronto, ON on June 3, 2020.

ASSIGNOR

By: _Kon_

Name: Kevin ONeil

Title: Vice President

Exhibit 1

to

Assignment of Patents

| Patent or Application Number |
|---|
| US7797073 |
| US7130762<br>DE10240115 |
| US6915177<br>AU2003276881<br>CN1685492<br>DE10393394<br>GB2410834<br>JP04478574<br>KR994271<br>TWI332129 |
| US8676538<br>CN101048711<br>GB2433134<br>JP05401038<br>KR1414775<br>TWI447545 |
| US9023712<br>US9659928<br>DE102007041206<br>US20150187765A1 |
| US7298007<br>US7297581<br>US6924561 |
| US7402485 |
| US7402497<br>CN101405848B<br>DE102006009226A1<br>GB2450430B<br>JP05443767B2<br>KR1180978B1<br>TWI424566B |

Confidential

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT6464225

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| FULLBRITE CAPITAL PARTNERS, LLC | 10/22/2020 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | OCEAN SEMICONDUCTOR LLC |
| Street Address: | 717 N. UNION STREET |
| City: | WILMINGTON |
| State/Country: | DELAWARE |
| Postal Code: | 19805 |

**PROPERTY NUMBERS Total: 5**

| Property Type | Number |
|---|---|
| Patent Number: | 6725402 |
| Patent Number: | 6968248 |
| Patent Number: | 7080330 |
| Patent Number: | 6836691 |
| Patent Number: | 8676538 |

**CORRESPONDENCE DATA**

**Fax Number:**     (302)353-4251

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 6307380595 |
| Email: | jpicini@devlinlawfirm.com |
| Correspondent Name: | JENNIFER PICINI |
| Address Line 1: | 1526 GILPIN AVE. |
| Address Line 4: | WILMINGTON, DELAWARE 19806 |

| NAME OF SUBMITTER: | JENNIFER PICINI |
|---|---|
| SIGNATURE: | /Jennifer Picini/ |
| DATE SIGNED: | 12/22/2020 |

**Total Attachments: 3**
source=Assignment Fullbrite-Ocean Semiconductor 2020-10-22#page1.tif
source=Assignment Fullbrite-Ocean Semiconductor 2020-10-22#page2.tif
source=Assignment Fullbrite-Ocean Semiconductor 2020-10-22#page3.tif

## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Fullbrite Capital Partners, a Michigan limited liability company ("**Assignor**"), does hereby assign, transfer and convey unto Ocean Semiconductor LLC, a Delaware limited liability company ("**Assignee**"), all of Assignor's entire right, title and interest in and to all patents and patent applications listed in the attached <u>Exhibit 1</u> (collectively "**Patent Rights**"). Assignor and Assignee acknowledge that some of the Patent Rights may be currently expired or abandoned.

In addition, Assignor agrees to, and hereby does, sell, assign, transfer and convey unto Assignee all rights: (i) in and to causes of action and enforcement rights for the Patent Rights including all rights to pursue damages, injunctive relief, and other remedies for past, present, and future infringement of the Patent Rights: (ii) the right to apply (or continue prosecution) in any and all countries of the world for patents, design patents, utility models, certificates of invention or other governmental grants for the Patent Rights, including under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement or understanding; and (iii) the rights, if any, to revive prosecution of any abandoned Patent Rights.

Assignor also hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents or certificates of invention or equivalent that may be granted upon any of the Patent Rights in the name of Assignee as the assignee to the entire interest therein.

The terms and conditions of this Assignment shall inure to the benefit of Assignee, its successor and other legal representatives, and shall be binding upon Assignor, its successor, assigns, and other legal representatives.

IN WITNESS WHEREOF, this Assignment of Patent Rights is executed at _Michigan_ on _10 - 22_, 2020.

**Fullbrite Capital Partners, LLC**

By: _[signature]_
Name: _Eric Stovall_
Title: _Member_
(Signature must be notarized)

_Jillian M. Vogel_
Before me, _Jillian Vogel_

JILLIAN M. VOGEL
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES NOV. 30, 2020
ACTING IN THE COUNTY OF _Oakland_

Notary Public at _Macomb County_

Date: _10 - 22 - 20_

Exhibit 1
to
Assignment of Patent Rights

| Patent Number |
|:---:|
| US6420097 |
| US6660651 |
| US6725402<br>CN100520651<br>DE60127267T2<br>GB1305681<br>JP04977303<br>KR819190 |
| US6836691 |
| US6907305<br>US6968248<br>CN100351723<br>KR950796<br>TWI284792 |
| US7005376<br>US7307322<br>CN100477096<br>DE112004001251T5<br>GB2419233<br>KR1093123<br>TWI346992 |
| US7080330 |
| US7130762<br>DE10240115 |
| US7402497<br>CN101405848<br>DE102006009226<br>GB2450430<br>JP5443767<br>KR101180978<br>TWI424566 |
| US8120170<br>US8847383<br>DE602007053484.4<br>GB2084739 |

US8676538
CN101048711
GB2433134
JP5401038
KR101414775
TWI447545

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                               EPAS ID: PAT6365207
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| FULLBRITE CAPITAL PARTNERS | 10/22/2020 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | OCEAN SEMICONDUCTOR LLC |
| Street Address: | 717 N. UNION STREET |
| City: | WILMINGTON |
| State/Country: | DELAWARE |
| Postal Code: | 19805 |

**PROPERTY NUMBERS Total: 7**

| Property Type | Number |
|---|---|
| Patent Number: | 6660651 |
| Patent Number: | 6725402 |
| Patent Number: | 6907305 |
| Patent Number: | 6968248 |
| Patent Number: | 8120170 |
| Patent Number: | 8847383 |
| Patent Number: | 6420097 |

**CORRESPONDENCE DATA**

**Fax Number:**        (302)353-4251

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 6307380595 |
| Email: | jpicini@devlinlawfirm.com |
| Correspondent Name: | JENNIFER PICINI |
| Address Line 1: | 1526 GILPIN AVE. |
| Address Line 4: | WILMINGTON, DELAWARE 19806 |

| NAME OF SUBMITTER: | TIM DEVLIN |
|---|---|
| SIGNATURE: | /Tim Devlin/ |
| DATE SIGNED: | 10/23/2020 |

**Total Attachments: 3**

source=1115_001#page1.tif
source=1115_001#page2.tif
source=1115_001#page3.tif

PATENT
REEL: 054148 FRAME: 0641

## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Fullbrite Capital Partners, a Michigan limited liability company ("**Assignor**"), does hereby assign, transfer and convey unto Ocean Semiconductor LLC, a Delaware limited liability company ("**Assignee**"), all of Assignor's entire right, title and interest in and to all patents and patent applications listed in the attached Exhibit 1 (collectively "**Patent Rights**"). Assignor and Assignee acknowledge that some of the Patent Rights may be currently expired or abandoned.

In addition, Assignor agrees to, and hereby does, sell, assign, transfer and convey unto Assignee all rights: (i) in and to causes of action and enforcement rights for the Patent Rights including all rights to pursue damages, injunctive relief, and other remedies for past, present, and future infringement of the Patent Rights: (ii) the right to apply (or continue prosecution) in any and all countries of the world for patents, design patents, utility models, certificates of invention or other governmental grants for the Patent Rights, including under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement or understanding; and (iii) the rights, if any, to revive prosecution of any abandoned Patent Rights.

Assignor also hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents or certificates of invention or equivalent that may be granted upon any of the Patent Rights in the name of Assignee as the assignee to the entire interest therein.

The terms and conditions of this Assignment shall inure to the benefit of Assignee, its successor and other legal representatives, and shall be binding upon Assignor, its successor, assigns, and other legal representatives.

IN WITNESS WHEREOF, this Assignment of Patent Rights is executed at _Michigan_ on _10-22_, 2020.

**Fullbrite Capital Partners, LLC**

By: _[signature]_
Name: _Eric Starell_
Title: _Member_
(Signature must be notarized)

_[signature] Jillian M. Vogel_

Before me, _Jillian Vogel_

Notary Public at _Macomb County_

Date: _10-22-20_

JILLIAN M. VOGEL
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES NOV. 30, 2020
ACTING IN THE COUNTY OF _Oakland_

Exhibit 1
to
Assignment of Patent Rights

| Patent Number |
| --- |
| US6420097 |
| US6660651 |
| US6725402<br>CN100520651<br>DE60127267T2<br>GB1305681<br>JP04977303<br>KR819190 |
| US6836691 |
| US6907305<br>US6968248<br>CN100351723<br>KR950796<br>TWI284792 |
| US7005376<br>US7307322<br>CN100477096<br>DE112004001251T5<br>GB2419233<br>KR1093123<br>TWI346992 |
| US7080330 |
| US7130762<br>DE10240115 |
| US7402497<br>CN101405848<br>DE102006009226<br>GB2450430<br>JP5443767<br>KR101180978<br>TWI424566 |
| US8120170<br>US8847383<br>DE602007053484.4<br>GB2084739 |

| |
|---|
| US8676538 |
| CN101048711 |
| GB2433134 |
| JP5401038 |
| KR101414775 |
| TWI447545 |

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                          EPAS ID: PAT6629586
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| ADVANCED MICRO DEVICES, INC. | 03/28/2019 |

### RECEIVING PARTY DATA

| Name: | FULLBRITE CAPITAL PARTNERS |
|---|---|
| Street Address: | 121 W. LONG LAKE ROAD |
| City: | BLOOMFIELD HILLS |
| State/Country: | MICHIGAN |
| Postal Code: | 48304 |

### PROPERTY NUMBERS Total: 27

| Property Type | Number |
|---|---|
| Patent Number: | 6458605 |
| Patent Number: | 6555879 |
| Patent Number: | 6660651 |
| Patent Number: | 6665065 |
| Patent Number: | 6725402 |
| Patent Number: | 6737208 |
| Patent Number: | 6836691 |
| Patent Number: | 6897075 |
| Patent Number: | 6907305 |
| Patent Number: | 6914277 |
| Patent Number: | 6925347 |
| Patent Number: | 6968248 |
| Patent Number: | 7005376 |
| Patent Number: | 7080330 |
| Patent Number: | 7162326 |
| Patent Number: | 7307322 |
| Patent Number: | 7546177 |
| Patent Number: | 7581140 |
| Patent Number: | 7629211 |
| Patent Number: | 7666735 |

| Property Type | Number |
|---|---|
| Patent Number: | 7763532 |
| Patent Number: | 7829889 |
| Patent Number: | 7932166 |
| Patent Number: | 8003459 |
| Patent Number: | 8114688 |
| Patent Number: | 8263453 |
| Patent Number: | 8497556 |

**CORRESPONDENCE DATA**

**Fax Number:**

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

| | |
|---|---|
| **Phone:** | 3024499010 |
| **Email:** | dlflitparas@devlinlawfirm.com |
| **Correspondent Name:** | FENG XU |
| **Address Line 1:** | 1526 GILPIN AVENUE |
| **Address Line 4:** | WILMINGTON, DELAWARE 19806 |

| | |
|---|---|
| **NAME OF SUBMITTER:** | TIMOTHY DEVLIN |
| **SIGNATURE:** | /TIMOTHY DEVLIN/ |
| **DATE SIGNED:** | 03/30/2021 |

**Total Attachments: 7**
source=2019-03-28 Assignment AMD-Fullbrite#page1.tif
source=2019-03-28 Assignment AMD-Fullbrite#page2.tif
source=2019-03-28 Assignment AMD-Fullbrite#page3.tif
source=2019-03-28 Assignment AMD-Fullbrite#page4.tif
source=2019-03-28 Assignment AMD-Fullbrite#page5.tif
source=2019-03-28 Assignment AMD-Fullbrite#page6.tif
source=2019-03-28 Assignment AMD-Fullbrite#page7.tif

## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Advanced Micro Devices, Inc., a Delaware corporation ("**Assignor**"), does hereby assign, transfer and convey unto Fullbrite Capital Partners a Michigan limited liability company ("**Assignee**"), all of Assignor's entire right, title and interest in and to all patents and patent applications listed in the attached <u>Exhibit 1</u> (collectively "**Patent Rights**"), subject to the terms and conditions of that certain Patent Sale Agreement between Assignor and Assignee dated as of December 8, 2017 (the "**Agreement**"). Assignor and Assignee acknowledge that some of the Patent Rights may be currently expired or abandoned.

In addition, Assignor agrees to and hereby does sell, assign, transfer and convey unto Assignee all rights (i) in and to causes of action and enforcement rights for the Patent Rights including all rights to pursue damages, injunctive relief and other remedies for past, present and future infringement of the Patent Rights, (ii) the right to apply (or continue prosecution) in any and all countries of the world for patents, design patents, utility models, certificates of invention or other governmental grants for the Patent Rights, including under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement or understanding, and (iii) the rights, if any, to revive prosecution of any abandoned Patent Rights.

Assignor also hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents or certificates of invention or equivalent which may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

The terms and conditions of this Assignment shall inure to the benefit of Assignee, its successor and other legal representatives, and shall be binding upon Assignor, its successor, assigns and other legal representatives.

PATENT
REEL: 055766 FRAME: 0696

IN WITNESS WHEREOF, this Assignment of Patent Rights is executed at on     .

ASSIGNOR

By: _Kone_

Name: Kevin O'Neil

Title: Vice-President, Intellectual Property & Licensing

(Signature must be notarized)

Before me, _Sheldon Silberman_

Notary Public at _Markham Ontario_

Date: _March 28, 2019_


IN TESTIMONY WHEREOF, in accepting said Assignment, I hereunto set my hand as of the date indicated below:


**Fullbrite Capital Partners, LLC**


_____          _____
Date                                        Erik S. Stamell
                                              Managing Member

*(Signature must be notarized)*


_____

**Before me,** _____

**Notary Public at** _____

**Date:** _____


Confidential

Exhibit 1
to
Assignment of Patents

| Patent or Application Number |
| --- |
| AU200171800A |
| CN100520651C |
| CN1447933A |
| DE60127267T2 |
| DE60127267D1 |
| EP1305681B1 |
| EP1305681A2 |
| JP04977303B2 |
| JP2004505366A |
| KR100819190B1 |
| KR20030019635A |
| TW589691B |
| US6725402B1 |
| WO2002010873A3 |
| WO2002010873A2 |
| US6351684B1 |
| US7162326B1 |
| US6458605B1 |
| US6555879B1 |
| AU2002320220A1 |
| AU2002320220A8 |
| CN1643452B |
| CN1643452A |
| DE10297564B4 |
| DE10297564T5 |
| GB2397902B |

| Patent or Application Number |
|---|
| GB2397902A |
| GB200412040D0 |
| JP05165179B2 |
| JP2005513771A |
| KR100860135B1 |
| KR2004076256A |
| TW579542B |
| US6737208B1 |
| US6897075B2 |
| US20040159397A1 |
| WO2003052517A3 |
| WO2003052517A2 |
| AU2002364053A1 |
| CN100351723C |
| CN1625722A |
| EP1499933A1 |
| JP2005524165A |
| KR100950796B1 |
| KR20040102199A |
| TWI284792B |
| TW200307861A |
| US6907305B2 |
| US20040243266A1 |
| US6968248B1 |
| US20050256598A1 |
| WO2003093912A1 |
| US6660651B1 |
| US6665065B1 |
| US6836691B1 |

Confidential

| Patent or Application Number |
|---|
| CN100477096C |
| CN1820356A |
| DE112004001251B4 |
| DE112004001251T5 |
| GB2419233B |
| GB2419233A |
| GB200526401D0 |
| JP2007527617A |
| KR101093123B1 |
| KR2006033781A |
| TWI346992B |
| TW200507178A |
| US7005376B2 |
| US20050006705A1 |
| US7307322B2 |
| US20060267107A1 |
| WO2005008758A1 |
| US6914277B1 |
| US6925347B1 |
| DE102004052577B4 |
| DE102004052577A1 |
| US7763532B2 |
| US20060094215A1 |
| US7080330B1 |
| CN101346678B |
| CN101346678A |
| DE102006001257A1 |
| EP1966664B1 |
| EP1966664A1 |

Confidential

| Patent or Application Number |
|---|
| JP05294875B2 |
| JP2009522773A |
| KR101495256B1 |
| KR2008081092A |
| TWI443776B |
| TW200741974A |
| US7546177B2 |
| US20070156274A1 |
| WO2007078792A1 |
| DE102006035665B4 |
| DE102006035665A1 |
| US7629211B2 |
| US20080026531A1 |
| DE102006040765B4 |
| DE102006040765A1 |
| GB2454135B |
| GB2454135A |
| GB200902636D0 |
| TWI497603B |
| TW200818339A |
| US7932166B2 |
| US20080054314A1 |
| WO2008027471A1 |
| DE102007015506B4 |
| DE102007015506A1 |
| US7829889B2 |
| US20080237588A1 |
| US8114688B2 |
| US201110020958A1 |

Confidential

PATENT
REEL: 055766 FRAME: 0701

| Patent or Application Number |
| --- |
| US7581140B1 |
| US8263453B2 |
| US20110272791A1 |
| US8497556B2 |
| US20120326279A1 |
| US20130270680A1 |
| US7666735B1 |
| US8003459B2 |
| US20100151660A1 |

Confidential

**PATENT**