# EXHIBIT 6

ASML

# Contacts & locations

## Coronavirus (COVID-19) notice

In view of the coronavirus situation, ASML has implemented specific guidelines for visitors. Before planning your visit, get in touch with your ASML contact for more details.

GLOBAL HEADQUARTERS

ASML Veldhoven

UNITED STATES

All offices

EUROPE

Belgium

France

Germany

Ireland

Israel

Italy

The Netherlands

United Kingdom

ASIA

China

Hong Kong

Japan

Malaysia

Singapore

South Korea

Taiwan

OTHER CONTACTS

Media Relations

Investor Relations

Sales

Refurbished products

Customer Training Centers

Recruitment

ASML Foundation

# Global headquarters

**ASML Veldhoven**
De Run 6501
5504 DR, Veldhoven
The Netherlands
+31 40 268 3000

DOWNLOAD
Visitor information & campus map

DOWNLOAD
Bezoekersinformatie & plattegrond campus

# European offices

## Belgium

**ASML Leuven**
Kapeldreef 75
B-3001, Leuven
Belgium
+32 16 28 12 11

## France

**ASML Bernin**
Chemin Des Fontaines 459
38190, Bernin
France
+33 476 044 040

## Germany

**ASML Berlin (Berliner Glas)**
Waldkraiburger Straße 5
12347 Berlin
Germany
+49 30 60 9050

**ASML Dresden**

Germany
+49 351 796 00

**ASML Erlangen**
Staudtstrasse 2
Max Planck Institut
91058, Erlangen
Germany

## Ireland

**ASML Leixlip**
Collinstown Ind Park IR4-1-9
Leixlip
Ireland
+353 1 606 6635

## Israel

**ASML Kiryat-Gat**
Hashlagan 21
Kiryat-Gat
Israel
+972 8 681 9169

**ASML Migdal Ha'emek**
Ramat Gabriel Industry Area 5
Africa Israel Building
23513 Migdal Ha'emek
Israel
+972 4 644 4455

## Italy

**ASML Avezzano**
Via Tiburtina Valeria 112
500, Avezzano
Italy
+39 0863 509 302

## The Netherlands



De Run 6501
5504 DR, Veldhoven
The Netherlands
+31 40 268 3000

**ASML Delft**
Computerlaan 15
2628 XK, Delft
The Netherlands

## United Kingdom

**ASML Bellshill**
Grovewood Business Centre Suite 51
ML4 3NQ, Bellshill
United Kingdom

# Asia offices

## China

**ASML Shanghai (China Headquarters)**
Jinke Road 2889
No1 Block A / No2 Block B
Chantime Square
Shanghai
China
+86 21 2036 6330

**ASML Beijing**
Ronghua Middle Road 609
Block B, Office Building B
Zhaolin Plaza
100176, Beijing
China
+86 10 5815 7402

**ASML Dalian**
Yong De Road 1
F1101 & 1102
Kinmen & Matsu Intl Building



China
+86 411 3926 3609

**ASML Hefei**
Innovation Avenue
Room 2001, Office Building B
High-Tech Zone, Innovation International Square
Hefei
China
+86 186 16305 806

**ASML Jinjiang**
Changxing Road 22F
Unit 2201, 2202, 2203
Minxing Fortune Center
362200, Jinjiang
China
+86 29 8874 1700

**ASML Nanjing**
Tuan Jie Road 99
210001 Nanjing
China
+86 158 0518 1796

**ASML Shenzhen**
Chuangye Road 3023
Raffles City, Tower C, Block B
Park One Plaza Office Building
518000, Shenzhen
China

**ASML Tianjin**
Zhonghai Fortune Center 25F
Units 09, 10 & 11
300204, Tianjin
China
+86 22 8386 5464

**ASML Wuhan**
Guanggu Avenue, 77
Room 402, Building A9
Optical Valley Financial Harbor
430074, Wuhan



+86 21 2036 6230

**ASML Wuxi**
Hefeng Road 26
Xinfa Huirong Plaza
214028, Wuxi
China
+8651081105808

**ASML Xiamen**
Hongxiang Road 1888
19/F, Room 1903 & 1905
Hawaii Pearl Building
361002, Xiamen
China
+86 29 8874 1700

**ASML Xian**
Jin Ye Road 70
6F
710077, Xian
China
+86 29 8874 1719

**HMI Beijing**
Liye Rd 8
International Information Park
Beijing
China

## Hong Kong

**ASML Hong Kong (Regional Headquarters)**
Matheson Street 1
Suites 3704-6
Times Square Tower Two
Hong Kong
China
+852 2295 1168

## Japan

**ASML Tokyo (Japan Headquarters)**



Gotenyama Trust Tower Building
140-0001, Tokyo
Japan
+81 3 5793 1800

**ASML Hiroshima**
Saijo Okamachi 10-7
Higashi Hiroshima-shi
Hiroshima
Japan
+81 82 431 3256

**ASML Kitakami**
Iwate-Jisho Kitakami-Ekimae Bldg.
5F, 2-3-8 Odori
Kitakami-shi. Iwate 024-0061
Japan
+81 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

**ASML Kumamoto**
Oaza Tabaru 1155-12 2F
Techno Lab Building
861-2202, Kumamoto
Japan
+81 96 287 5080

**ASML Nagasaki**
Higashikouji-Machi 10-23
Shigyo No. 2 Building 4F
Isayaha Office
854-0014, Nagasaki
Japan
+81 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

**ASML Tsuruoka**
Takarada, Tsuruoka-Shi 1-11-73
997-0011, Tsuruoka
Japan
+81 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

**ASML Yokkaichi**
Yasujima 2-1-15
Masuda Building
510-0075, Yokkaichi



+81 59 350 8671

# Malaysia

**ASML Kulim**
Kulim Hi-Tech Park
Suite 2.02
09000, Kulim
Malaysia
+60 4 403 1008

# Singapore

**ASML Singapore**
151 Lorong Chuan
New Tech Park
#06-08
556741
Singapore
+65 6484 0123

# South Korea

**ASML Hwasung (South Korea Headquarters)**
Samsung 1 Ro, 5 Gil 25
18449, Hwasung, Gyeonggi-Do
South Korea
+82 31 379 1500

**HMI Hwasung**
9F, Samsung1-Ro 6, 5 Gil
18449, Hwasung, Gyeonggi-Do
South Korea
+82 31 8015 5025

**ASML Cheongju**
3F, Seohyeon Jung Ro 66
Heungdeok-Gu, Chungbuk
28378, Cheongju
South Korea
+82 43 233 7100

7/7/2021 Contact information - The world's supplier for the semiconductor industry

Bubal-Eup, Icheon, Gyeonggi-Do
17332, South Korea
+82 31 370 3700

**ASML Pyeongtaek**
2F JS Plaza, Jijaero 173
Pyeong-Taek, Gyeonggi
17823, South Korea
+82 31 379 1900

## Taiwan

**ASML Hsinchu (Taiwan Headquarters)**
11F, No. 1, Sec 3, Gongdao 5th Road
Taifei ONE
Hsinchu City
30069
Taiwan
+886 3 516 6266

**ASML Linkou**
No. 59, Keji 6th Rd
Taoyuan City
33383
Taiwan
+886 3 318 5533

**ASML Taichung**
13F, No. 925, Sec. 4
Taiwan Boulevard
Taichung City
407
Taiwan
+886 4 2358 6000

**ASML Tainan**
1F, No. 13, Guoji Road
Tainan City
74442
Taiwan
+886 6 505 3808

**HMI Tainan**
No. 9, Dali 1st Road

https://www.asml.com/en/contacts#55e3f517-a812-4df8-a344-7cfd70316524 9/14



74145
Taiwan
+886 6 300 0777

## US offices

All offices

**ASML Albany**
255 Fuller Road, NanoFab South
Albany, New York 12203
United States
+1 518 459 6500

**ASML Austin**
201 West Howard Lane, Suite 300
Austin, Texas 78753
United States
+1 512 813 7500

**ASML Boise**
3130 S. Owyhee Street
Parkview Plaza
Boise, Idaho 83705
United States
+1 208 424 7100

**ASML Chandler**
2650 West Geronimo Place
Chandler, Arizona 85224
United States
+1 480 696 2888

**ASML Clifton Park**
800 State Route 146
Suite 365 Town Plaza
Clifton Park, New York 12065
United States
+1 518 371 0168

**ASML Dallas**



Richardson, Texas 75081
United States
+1 972 792 2150

**ASML Eagan**
2020 Silver Bell Road, Suite 1
Eagan, Minnesota 55122
United States
+1 651 681 2400

**ASML Fishkill**
60 Merritt Boulevard, Suite 105
Fishkill, New York 12524
United States
+1 845 231 5900

**ASML Hillsboro**
7451 NW Evergreen Parkway
Two Technology Building
Hillsboro, Oregon 97124
United States
+1 971 245 8401

**ASML Lehi**
4000 N Flash Drive, Building 20
c/o IM Flash Technologies, LLC
Lehi, Utah 84043
United States
+1 801 753 5300

**ASML Malta**
2452 State Route 9
Suite 306 Bluth Building
Malta, New York 12020
United States

**ASML Manassas**
10381 Central Park Drive
Suites 108, 110, 111
Manassas, Virginia 20110
United States
+1 703 361 1112

**ASML Portland**



Portland, Maine 04092
United States
+1 207 541 5000

**ASML San Diego**
17075 Thornmint Court
San Diego, California 92127
United States
+1 858 385 7300

**ASML Silicon Valley**
80 West Tasman
San Jose, California 95131
United States
+1 408 597 8600

**HMI San Jose**
1762 Automation Parkway
San Jose, California 95131
United States
+1 408 597 8600

**ASML Wilton**
77 Danbury Road
Wilton, Connecticut 06897
United States
+1 203 761 4000

# Customer Training Centers

## Europe

**Europe Training Center**
De Run 1120-1130
5503 LA, Veldhoven
The Netherlands
+31 40 268 8250
Training-Europe@asml.com



**Asia Training Center**
Hwa-Ya Technology Park
No. 59, Keji 6th Rd
33383, Kuei-Shan Township, Taoyuan County
Taiwan
+886 331 855 33
Training-ASIA@asml.com

# Recruitment

Read our most frequently asked questions or get in touch with the recruitment team in different ASML locations.

**Recruitment Netherlands**
Careers FAQ and contact form for the Netherlands

**Recruitment United States**
Careers FAQ and contact form for the US

**Recruitment Korea**
Careers FAQ and contact form for South Korea

**Recruitment Taiwan**
Careers FAQ and contact form for Taiwan

**Recruitment China**
Careers FAQ and contact form for China

**Recruitment Japan**
Careers FAQ and contact form for Japan

Didn't find what you're looking for? Contact us via the form.

Home / Contacts

LEARN

ASML at a glance
History
Products
Technology
Sustainability
News
ASML Foundation

WORK AT ASML

Job search
Careers
Organization
Locations

INVEST

GET IN TOUCH

7/7/2021 Case 6:20-cv-01214-ADA-DTG Document 34-7 Filed 08/20/21 Page 15 of 15 Contact information - The world's supplier for the semiconductor industry

Financial results

Investor days

Shares

Contact Media Relations

Contact Investor Relations

CustomerNet

SupplierNet

SOCIAL MEDIA

Terms of use Privacy section Cookie Notice Terms and conditions

Copyright © 2019-2021 (ASML) All Rights Reserved

https://www.asml.com/en/contacts#55e3f517-a812-4df8-a344-7cfd70316524 14/14