# EXHIBIT 7



☰  **Latest News**  Commercial Real Estate  Banking  Technology  Health Care  Residential Real Estate  Austi |  Events  Nominations  🔍

Please Sign In and use this article's on page print button to print this article.

COMMERCIAL REAL ESTATE

# Applied Materials expanding with 729,000-square-foot warehouse



By Paul Thompson
Assistant Managing Editor, Austin Business Journal
Jan 22, 2021

Another California-based company is expanding in Austin, and this one already has a sizable footprint in the Texas capital.

Santa Clara-based semiconductor supplier Applied Materials Inc. is expanding its Austin campus with a new 729,000-square-foot warehouse facility, public records show.

It's a major expansion for the company, which is already the third-largest manufacturing firm operating in Austin, ranked by total campus square footage. Applied Materials had 2.05 million square feet of campus space and 316,661 square feet of manufacturing space as of October 2020, Austin Business Journal data shows.

"Applied Materials is adding to our multi-building Harris Branch campus to support our growing business," the company confirmed in a Jan. 21 statement. ==“Applied first established its presence in Austin in 1992 with a manufacturing site and has expanded the campus over time."==

Applied Materials [Nasdaq: AMAT] on Jan. 14 received a site plan permit from the city of Austin for the single-story building, along with "parking, drives, drainage, water quality & detention and utilities," according to the permit.

The planned warehouse — located just adjacent to its current Austin facility at 9700 U.S. Highway 290 East — comes with an estimated $75 million price tag and will feature 25,000 square feet of office space, rooftop HVAC units and "provisions for future PV panels," or solar panels, according to a Jan. 11 filing with the Texas Department of Licensing and Regulation.

The Applied Materials expansion is among a handful of major facilities in the works in the Austin-area, from Tesla's $1.1 billion gigafactory in Southeast Austin to a slew of Amazon warehouses — including a four-story, 3.8 million-square-foot facility in Pflugerville — that are indicative of the burgeoning industrial space race in Central Texas. More recently, Samsung is reportedly planning to build a $10 billion chipmaking plant in Central Texas. Samsung Austin Semiconductor LLC's Austin headquarters is only about a 10-minute drive from where Applied Materials is expanding in Austin, just north of Highway 290 in East Austin.

The Applied Materials project was scheduled to start on Jan. 15 and be completed on Feb. 1, 2022, according to the TDLR filing. Frisco-based Haskell Architects & Engineers is the design firm of record.

Applied Materials was founded in 1967 and established its presence in Austin in 1992. The company has a market cap of $97.57 billion, according to Yahoo Finance. It employs around 24,000 people in 19 countries, according to the company website, and had 2,400 Austin employees at last check.

T H E L I S T

## The List: Austin-area manufacturing firms
Ranked by Austin: Total campus s.f.

| Rank | Company Name | Austin: Total Campus S.F. |
|---|---|---|
| 1 | NXP Semiconductors | 2.68 million |
| 2 | Samsung Austin Semiconductor LLC | 2.45 million |

| Rank | Company Name | Austin: Total Campus S.F. |
|---|---|---|
| 3 | Applied Materials Inc. | 2.05 million |

View This List

**RELATED CONTENT**

Bigger than Tesla? Tech giant may build $10B plant, report says 

Austin chamber wins Deal of the Year for Tesla factory 

This is Central Texas' hottest real estate sector at the moment 

## MORE FOR YOU

More >



Data shows Austin is indeed affordable — with a huge, scary exception



In the money July 19: Nearly $400M raised in Austin



5 things to know about F45, Austin's newest public company



Applied Materials seeks state tax incentives for $150M expansion




Scorched, parched and now uninsurable: climate change hits Wine Country

Best Places to Work: Tarvos Talent tops field after less than 2 years in business

**Latest Listings**   More ›



BEST PLACES TO WORK    8
SPONSORED
**The Zebra | Insurance Comparison Site**



BEST PLACES TO WORK    8
SPONSORED
**Tarvos Talent: Where talent and opportunity align.**



BEST PLACES TO WORK    6
SPONSORED
**Sedera prioritizes inclusive and collaborative company culture**

Back to Top ▲

# AUSTIN BUSINESS JOURNAL

User Agreement  |  Privacy Policy
Your California Privacy Rights  |  Ad Choices

© 2021 American City Business Journals. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 1/1/21) and Privacy Policy and Cookie

Statement (updated 1/1/21). The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of American City Business Journals.