# EXHIBIT 9

Menu

Close

Search for: 
Search for: 

- Support (https://www.pdf.com/support/)
  - Overview (https://www.pdf.com/support/overview/)
  - Support Portal (https://www.pdf.com/support/support/)
  - Software Downloads (https://www.pdf.com/support/training/)
- Contact (https://www.pdf.com/contact/)
- Schedule A Demo (https://www.pdf.com/schedule-a-demo/)

- Why PDF Solutions (https://www.pdf.com/why-pdf/)
- Products (https://www.pdf.com/products/)
  - Exensio® Analytics Platform (https://www.pdf.com/products/exensio-analytics-platform/overview/)
  - Advanced Insights for Manufacturing (https://www.pdf.com/products/advanced-insights-for-manufacturing/)
  - Design-for-Inspection™ System (https://www.pdf.com/products/design-for-inspection-system/)
  - Characterization Vehicle® System (https://www.pdf.com/products/characterization-vehicle-system/)
  - Cimetrix® Connectivity & Control (https://www.pdf.com/products/cimetrix-connectivity-control/)
  - Cimetrix Sapience® Platform (https://www.pdf.com/products/cimetrix-sapience-platform/)
  - Technology (https://www.pdf.com/products/technology/)
- Services (https://www.pdf.com/services/)
  - Overview (https://www.pdf.com/services/overview/)
  - Integrated Yield Ramp (https://www.pdf.com/services/integrated-yield-ramp/)
  - Professional Services (https://www.pdf.com/services/professional-services/)
  - Value Added Services (https://www.pdf.com/services/exensio-value-added-services/)
- Resources (https://www.pdf.com/resources/)
  - All Resources
  - Published Papers
  - News & PR
  - Events
  - Applications (https://www.pdf.com/resourcetype/applications/)
- Company (https://www.pdf.com/company/)

- Overview (https://www.pdf.com/company/overview/)
- Management Team (https://www.pdf.com/company/management-team/)
- Board of Directors (https://www.pdf.com/company/board-of-directors/)
- Corporate Governance (https://www.pdf.com/company/governance/)
- Careers (https://www.pdf.com/company/careers/)
- Investor Relations (https://www.pdf.com/company/investor-relations/)
- Locations (https://www.pdf.com/company/locations/)
- Trust Center (https://www.pdf.com/company/trust-center/)

 English

# Company

# Locations

## Corporate Headquarters

2858 De La Cruz Blvd
Santa Clara, CA 95050 USA
Telephone/Fax: +1-408-280-7900
Email: info@pdf.com



- Overview (https://www.pdf.com/company/overview/)
- Management Team (https://www.pdf.com/company/management-team/)
- Board of Directors (https://www.pdf.com/company/board-of-directors/)
- Corporate Governance (https://www.pdf.com/company/governance/)
- Careers (https://www.pdf.com/company/careers/)
  - Open Positions (https://www.pdf.com/company/careers/open-positions/)
- Investor Relations (https://www.pdf.com/company/investor-relations/)
  - Stock Quote (https://www.pdf.com/company/investor-relations/stock-quote/)
  - Fundamentals (https://www.pdf.com/company/investor-relations/fundamentals/)
  - Analyst Coverage (https://www.pdf.com/company/investor-relations/analyst-coverage/)
  - Webcasts (https://www.pdf.com/company/investor-relations/webcasts/)
  - Financial News (https://www.pdf.com/company/investor-relations/financial-news/)
  - Financial Reports (https://www.pdf.com/company/investor-relations/financial-reports/)
  - Investor FAQ (https://www.pdf.com/company/investor-relations/investor-faq/)
  - Presentations (https://www.pdf.com/company/investor-relations/investor-presentations/)
  - Information Request (https://www.pdf.com/company/investor-relations/information-request/)
- Locations (https://www.pdf.com/company/locations/)
- Trust Center (https://www.pdf.com/company/trust-center/)
  - Overview (https://www.pdf.com/company/trust-center/overview/)
  - Privacy Policy (https://www.pdf.com/company/trust-center/privacy-policy/)

- CCPA (https://www.pdf.com/company/trust-center/ccpa/)
- GDPR (https://www.pdf.com/company/trust-center/gdpr/)
- Terms of Service (https://www.pdf.com/company/trust-center/terms-of-service/)
- Working with PDF Solutions (https://www.pdf.com/company/trust-center/working-with-pdf-solutions/)
  - Supplier Code of Conduct (https://www.pdf.com/company/trust-center/working-with-pdf-solutions/supplier-code-of-conduct/)
  - Environmental Guidelines (https://www.pdf.com/company/trust-center/working-with-pdf-solutions/environmental-guidelines/)
  - Conflict Minerals Policy (https://www.pdf.com/company/trust-center/working-with-pdf-solutions/conflict-mineral-policy/)
  - Definitions and Boilerplate Provisions (https://www.pdf.com/company/trust-center/working-with-pdf-solutions/definitions-and-boilerplate-provisions/)
  - Cloudsite Acceptable Use Policy (https://www.pdf.com/company/trust-center/working-with-pdf-solutions/cloudsite-acceptable-use-policy/)

# North America

## CANADA – VANCOUVER, BC

WeWork Bentall 2
555 Burrard St, Office 02-110
Vancouver, BC, Canada, V7X 1M8
Tel: +1-408-280-7900
Email: info@pdf.com

## USA – DALLAS, TX

101 West Renner Road, Suite 315
Richardson, TX 75082, USA
Tel: +1-408-280-7900
Email: info@pdf.com

## USA – MILPITAS, CA

1473 N. Milpitas Blvd
Milpitas, CA, 95035, USA
Tel: +1-408-280-7900
Email: info@pdf.com

# USA – PITTSBURGH, PA

**2840 Liberty Ave., Suite 204**
**Pittsburgh, PA 15222, USA**
**Tel: +1-412-246-1532**
**Email: info@pdf.com**

# EMEA

## FRANCE

**45 Place Jacques Mirouze, Espace Pitot**
**34000 Montpellier, France**
**Tel: + 33-4-6703-3700**
**Email: info@pdf.com**

## GERMANY

**Schwanthalerstrasse 10**
**Munich, D-80336 Germany**
**Tel: + 49-89-767062-0**
**Email: info@pdf.com**

## ITALY

**Via Roma, 10**
**25015 Desenzano del Garda (Brescia) Italy**
**Tel: + 39-030-9120490**
**Email: info@pdf.com**

## THE NETHERLANDS

Aagje Dekenstraat 51

8023 BZ Zwolle

The Netherlands

Tel: +31 (0)85 760 5700

Email: info@pdf.com

## PALESTINE

CGC Building 7th Floor

Al Madaen Street

Ramallah, Palestine

Tel: +970(0)2 2422660

Email: info@pdf.com

# Asia

## CHINA

9F, Block A1, 1599 Xinjinqiao Road (ITC)

Pudong, Shanghai, China 201206

Tel: + 86-21-61171616

Email: info@pdf.com

## JAPAN

Avenue-Takanawa 711, 3-25-27

Takanawa, Minato-ku, Tokyo, 108-0074, Japan

Tel: + 81-3-6687-2125

Email: info@pdf.com

## KOREA

4th floor, Room 406, U-Space2A

670, Daewang Pangyo-ro, Bundang-gu

Seongnam-si, Gyeonggi-do

Republic of Korea, 463-400

Tel: + 82-31-628-6565

Email: info@pdf.com

## TAIWAN

5F-3, No.38, Taiyuan St.

Zhubei City, Hsinchu County 302

Taiwan (R.O.C.)

Tel: +886-3-560-0730

Email: **info@pdf.com**

- **Overview (https://www.pdf.com/company/overview/)**
- **Management Team (https://www.pdf.com/company/management-team/)**
- **Board of Directors (https://www.pdf.com/company/board-of-directors/)**
- **Corporate Governance (https://www.pdf.com/company/governance/)**
- **Careers (https://www.pdf.com/company/careers/)**
    - **Open Positions (https://www.pdf.com/company/careers/open-positions/)**
- **Investor Relations (https://www.pdf.com/company/investor-relations/)**
    - **Stock Quote (https://www.pdf.com/company/investor-relations/stock-quote/)**
    - **Fundamentals (https://www.pdf.com/company/investor-relations/fundamentals/)**
    - **Analyst Coverage (https://www.pdf.com/company/investor-relations/analyst-coverage/)**
    - **Webcasts (https://www.pdf.com/company/investor-relations/webcasts/)**
    - **Financial News (https://www.pdf.com/company/investor-relations/financial-news/)**
    - **Financial Reports (https://www.pdf.com/company/investor-relations/financial-reports/)**
    - **Investor FAQ (https://www.pdf.com/company/investor-relations/investor-faq/)**
    - **Presentations (https://www.pdf.com/company/investor-relations/investor-presentations/)**
    - **Information Request (https://www.pdf.com/company/investor-relations/information-request/)**
- **Locations (https://www.pdf.com/company/locations/)**
- **Trust Center (https://www.pdf.com/company/trust-center/)**
    - **Overview (https://www.pdf.com/company/trust-center/overview/)**
    - **Privacy Policy (https://www.pdf.com/company/trust-center/privacy-policy/)**
    - **CCPA (https://www.pdf.com/company/trust-center/ccpa/)**
    - **GDPR (https://www.pdf.com/company/trust-center/gdpr/)**
    - **Terms of Service (https://www.pdf.com/company/trust-center/terms-of-service/)**
    - **Working with PDF Solutions (https://www.pdf.com/company/trust-center/working-with-pdf-solutions/)**

- **Supplier Code of Conduct (https://www.pdf.com/company/trust-center/working-with-pdf-solutions/supplier-code-of-conduct/)**
- **Environmental Guidelines (https://www.pdf.com/company/trust-center/working-with-pdf-solutions/environmental-guidelines/)**
- **Conflict Minerals Policy (https://www.pdf.com/company/trust-center/working-with-pdf-solutions/conflict-mineral-policy/)**
- **Definitions and Boilerplate Provisions (https://www.pdf.com/company/trust-center/working-with-pdf-solutions/definitions-and-boilerplate-provisions/)**
- **Cloudsite Acceptable Use Policy (https://www.pdf.com/company/trust-center/working-with-pdf-solutions/cloudsite-acceptable-use-policy/)**

## Ready to get started with PDF Solutions?

Contact us to learn how we can transform your manufacturing data into actionable intelligence and improve product yield, quality, and reliability

**Contact Us**

*Corporate Headquarters*
*2858 De La Cruz Blvd.*
*Santa Clara, CA 95050 USA*

*Phone: 408-280-7900*

*Fax: 408-280-7900*

*Email: info@pdf.com*

© 2021 PDF Solutions. All rights reserved.

- **Privacy Policy (https://www.pdf.com/company/trust-center/privacy-policy/)**
- **Terms of Service (https://www.pdf.com/company/trust-center/terms-of-service/)**
- **Sitemap (https://www.pdf.com/sitemap/)**