# EXHIBIT 10



Judge Lee Yeakel

By the Numbers

| | |
|---|---:|
| Accusations | 2,356 |
| Asserted Patents | 512 |
| Cases | 361 |
| Claim Constructions | 762 |
| Filings | 20,947 |
| Parties | 1,276 |

Determinations

| | |
|---|---|
| Infringed | 9 |
| Invalid | 50 |
| Not infringed | 19 |
| Not invalid | 50 |
| Not unenforceable | 13 |
| Unenforceable | 3 |