# EXHIBIT 11



Patent Cases by Technology Center



| Technology Center | Count |
|---|---|
| 1600 Biotechnology and Organi.. | 1 |
| 1700 Chemical and Materials E.. | 5 |
| 2400 Networking, Multiplexing, .. | 29 |
| 2800 Semiconductors/Memory, .. | 18 |
| 2900 Design | 29 |
| 3600 Transportation, Constructi.. | 16 |
| 3700 Mechanical Engineering, .. | 20 |
| Computers, Communication, an.. | 73 |

Tech Center Group Calc
- 1600 Biotechnology and Organic Chemistry
- 1700 Chemical and Materials Engineering
- 2400 Networking, Multiplexing, Cable, and Security
- 2800 Semiconductors/Memory, Circuits/Measuring and Testing, Optics/Photocopying
- 2900 Design
- 3600 Transportation, Construction, Electronic Commerce, Agriculture, National Security
- 3700 Mechanical Engineering, Manufacturing and Medical Devices/Processes
- Computers, Communication, and e-commerce

Judge Robert Pitman

By the Numbers

| | |
|---|---:|
| Accusations | 1,091 |
| Asserted Patents | 253 |
| Cases | 152 |
| Claim Constructions | 15 |
| Filings | 7,491 |
| Parties | 471 |

Determinations

| | |
|---|---|
| Infringed | 2 |
| Invalid | 7 |
| Not infringed | 8 |
| Not invalid | 101 |
| Not unenforceable | 101 |