IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| OCEAN SEMICONDUCTOR LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 6:20-cv-1214 |
| SILICON LABORATORIES INC. | § § § | |
| Defendant. | § § | |

**[PROPOSED] ORDER**

Having considered the governing statute, applicable precedents, and the relevant convenience factors, the Court finds that Defendant Silicon Labs, Inc. has satisfied its burden to demonstrate that the Austin Division of the Western District of Texas is a clearly more convenient forum for this case, warranting transfer under § 1404(a). Defendant Silicon Labs, Inc.'s Opposed Motion For Intra-District Transfer to the Austin Division of the Western District of Texas is hereby **GRANTED**. Accordingly, this case is **ORDERED TRANSFERRED** to the Austin Division of the Western district of Texas.

**SIGNED** this _____ day of _____, 2021.

_____
ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE