AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| Ocean Semiconductor LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-cv-1214 ADA |
| Silicon Laboratories Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Silicon Laboratories Inc.

Date: 08/27/2021

/s/Kevin S. Kudlac
*Attorney's signature*

Kevin S. Kudlac
*Printed name and bar number*

Radulescu LLP
100 Congress Avenue, Ste. 2000
Austin, TX 78701

*Address*

kevin@radip.com
*E-mail address*

(512) 656-5743
*Telephone number*

*FAX number*