IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br>  v.<br><br>Silicon Laboratories Inc.,<br><br>    Defendant. | C.A. No. 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**DECLARATION OF ALEX CHAN IN SUPPORT OF PLAINTIFF
OCEAN SEMICONDUCTOR LLC'S OPPOSITION TO DEFENDANT
SILICON LABORATORIES INC.'S MOTION FOR INTRA-DISTRICT TRANSFER**

I, Alex Chan, Esq., declare as follows:

1. I am a partner at the Devlin Law Firm LLC. I am currently in good standing and licensed to practice in the State of Texas and a member of the bar of this Court.

2. I am counsel of record for Plaintiff Ocean Semiconductor LLC, ("Ocean") in this action, and make this Declaration in support of Ocean's contemporarily-filed Opposition to Defendant Silicon Laboratories Inc.'s ("Silicon Labs") Motion for Intra-District Transfer.

3. The facts set forth herein are true to my personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

4. Attached as Exhibit 1 to this Declaration is a true and correct copy of an Application Data Sheet submitted with the invention entitled "HIGH DIELECTRIC CONSTANT MATERIAL AT LOCATIONS OF HIGH FIELDS," showing that Mr. Thomas Fowler is a resident of Georgetown, Texas as of December 24, 2019.

1

2

5. Further, in 2020, counsel for Ocean attempted to contact the inventors of U.S. Patent No. 6,725,402 ("'402 patent").

6. Ocean was unable to directly contact one such inventor, Qingsu Wang. Rather, counsel for Ocean spoke with her husband, who informed Ocean that Qingsu Wang is living in China with her parents.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct. Executed this 3rd day of September, 2021.

*/s/ Alex Chan*
Alex Chan