# EXHIBIT 19

21ST CENTURY REFERENCE

# The AMERICAN HERITAGE®



# dic·tion·ar·y

**ALL-NEW FOURTH EDITION**

OVER 70,000 ENTRIES

THOROUGHLY REVISED AND UPDATED

1,000 NEW WORDS AND MEANINGS

OVER 400 PHOTOGRAPHS AND ILLUSTRATIONS

EXPERT GUIDANCE ON CORRECT USAGE



FOURTH EDITION

Based on the Best-selling *American Heritage®  Dictionary*
*of the English Language, Fourth Edition*

THE AMERICAN HERITAGE DICTIONARY
A Dell Book / Published by arrangement with Houghton Mifflin Company

PUBLISHING HISTORY
Houghton Mifflin hardcover edition published September 2000
Dell mass market edition published July 2001
Dell reissue edition / July 2004

Published by
Bantam Dell
A Division of Random House, Inc.
New York, New York

Words included in this book that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this book is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this book is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

All rights reserved
Copyright © 2001 by Houghton Mifflin Company

No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the publisher, except where permitted by law. For information address: Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

If you purchased this book without a cover, you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher, and neither the author nor the publisher has received any payment for this "stripped book."

Dell is a registered trademark of Random House, Inc., and the colophon is a trademark of Random House, Inc.

ISBN 0-440-23701-7

Manufactured in the United States of America
Published simultaneously in Canada

OPM   25   24   23   22

tures, and other apparatus of a water or sewage system in a building. **2.** The work or trade of a plumber.

**plumb line** ▸ *n.* A line from which a weight is suspended to determine verticality or depth.

**plume** (plo͞om) ▸ *n.* **1.** A feather, esp. a large and showy one. **2.** Something that resembles a long feather: *a plume of smoke.* ▸ *v.* **plumed, plum·ing 1.** To decorate with or as if with plumes. **2.** To pride (oneself) in a self-satisfied way. [< Lat. *plūma.*]

**plum·met** (plŭm′ĭt) ▸ *v.* To fall or drop straight down. [< Lat. *plumbum,* lead.]

**plump**[1] (plŭmp) ▸ *adj.* **-er, -est.** Well-rounded and full in form; chubby. ▸ *v.* To make or become plump. [Prob. < MLGer. *plomp,* thick.] —**plump′ness** *n.*

**plump**[2] (plŭmp) ▸ *v.* **1.** To drop abruptly or heavily. **2.** To give full support or praise. ▸ *n.* **1.** A heavy or abrupt fall. **2.** The sound of such a fall. ▸ *adv.* **1.** With a heavy or abrupt drop. **2.** Straight down. [< MLGer. *plumpen.*]

**plun·der** (plŭn′dər) ▸ *v.* To rob of goods by force, esp. in time of war; pillage. ▸ *n.* Property stolen by fraud or force. [< MLGer., household goods.] —**plun′der·er** *n.*

**plunge** (plŭnj) ▸ *v.* **plunged, plung·ing 1.** To thrust or throw forcefully into a substance or place. **2.** To enter or cast suddenly into a given state, situation, or activity. **3.** To descend steeply or suddenly. **4.** To speculate or gamble extravagantly. [< VLat. *\*plumbicāre,* heave a sounding lead.] —**plunge** *n.*

**plung·er** (plŭn′jər) ▸ *n.* **1.** A device consisting of a rubber suction cup attached to the end of a stick, used to unclog drains and pipes. **2.** A machine part that operates with a thrusting or plunging movement.

**plunk** (plŭngk) ▸ *v.* **1.** To throw, place, or drop heavily or abruptly. **2.** To strum or pluck (a stringed instrument). **3.** To emit a hollow, twanging sound. [Imit.] —**plunk** *n.*

**plu·per·fect** (plo͞o-pûr′fĭkt) ▸ *adj.* Of or relating to a verb tense used to express action completed before a specified or implied past time. ▸ *n.* **1.** The pluperfect tense. **2.** A verb or form in this tense. [< Lat. *plūs quam perfectum,* more than perfect.]

**plu·ral** (plo͝or′əl) ▸ *adj.* Of or being a grammatical form that designates more than one of the things specified. ▸ *n.* **1.** The plural number or form. **2.** A word or term in the plural form. [ME *plurel* < OFr. < Lat. *plūrālis* < *plūs, plūr-,* more.] —**plu′ral·ize′** *v.* —**plu′ral·i·za′tion** *n.*

**plu·ral·ism** (plo͝or′ə-lĭz′əm) ▸ *n.* A condition of society in which numerous distinct ethnic, religious, or cultural groups coexist within one nation. —**plu′ral·ist** *n.* —**plu′ral·is′tic** *adj.*

**plu·ral·i·ty** (plo͝o-răl′ĭ-tē) ▸ *n., pl.* **-ties 1a.** In a contest of more than two choices, the number of votes cast for the winner if this number is not more than one half of the total votes cast. **b.** The number by which the vote of a winning choice in such a contest exceeds that of the closest opponent. **2.** The larger or greater part.

**plus** (plŭs) ▸ *conj.* **1.** *Math.* Increased by: *Two plus two is four.* **2.** Added to; along with. ▸ *adj.* **1.** Positive or on the positive part of a scale. **2.** Added or extra: *a plus value.* ▸ *n., pl.* **plus·es** or **plus·ses 1.** *Math.* A symbol (+) used to indicate addition or a positive quantity. **2.** A fa-

vorable condition or factor. [Lat. *plūs,* more.]
**Usage:** When mathematical equations are pronounced as English sentences, the verb is usually in the singular: *Two plus two is* (or *equals*) *four.* • The use of *plus* introducing an independent clause, as in *She has a lot of talent, plus she is willing to work hard,* is limited chiefly to informal contexts.

**plush** (plŭsh) ▸ *n.* A fabric having a thick, deep pile. ▸ *adj.* **-er, -est.** Luxurious. [< OFr. *peluchier,* pluck.] —**plush′i·ly, plush′ly** *adv.* —**plush′i·ness, plush′ness** *n.* —**plush′y** *adj.*

**Plu·tarch** (plo͞o′tärk′). A.D. 46?–120? Greek biographer and philosopher.

**Plu·to** (plo͞o′tō) ▸ *n.* **1.** *Gk. Myth.* The god of the dead and the ruler of the underworld. **2.** The 9th and usu. farthest planet from the sun, 4.5 billion km (2.8 billion mi) distant at perihelion and 7.4 billion km (4.6 billion mi) at aphelion, with a diameter less than half that of Earth. [< Gk. *ploutos,* wealth.]

**plu·toc·ra·cy** (plo͞o-tŏk′rə-sē) ▸ *n., pl.* **-cies 1.** Government by the wealthy. **2.** A wealthy class that controls a government. [Gk. *ploutos,* wealth + -CRACY.] —**plu′to·crat′** (plo͞o′tə-krăt′) *n.* —**plu′to·crat′ic, plu′to·crat′i·cal** *adj.*

**plu·ton·ic** (plo͞o-tŏn′ĭk) ▸ *adj.* Of deep igneous or magmatic origin: *plutonic rocks.*

**plu·to·ni·um** (plo͞o-tō′nē-əm) ▸ *n.* Symbol **Pu** A naturally radioactive, silvery metallic element used as a reactor fuel and in nuclear weapons. At. no. 94. See table at **element.**

**plu·vi·al** (plo͞o′vē-əl) ▸ *adj.* Of or caused by rain. [< Lat. *pluvia,* rain < *pluere,* to rain.]

**ply**[1] (plī) ▸ *v.* **plied** (plīd), **ply·ing 1.** To join together, as by molding or twisting. **2.** To double over (e.g., cloth). ▸ *n., pl.* **plies 1.** A layer, as of cloth or wood. **2.** One of the strands twisted together to make yarn, rope, or thread. [< Lat. *plicāre,* fold.]

**ply**[2] (plī) ▸ *v.* **plied** (plīd), **ply·ing 1.** To use diligently; wield. **2.** To engage in (e.g., a trade); practice. **3.** To traverse or sail over regularly. **4.** To continue supplying: *plied their guests with food.* [< APPLY.]

**Plym·outh** (plĭm′əth) **1.** A borough of SW England on **Plymouth Sound,** an inlet of the English Channel. Pop. 259,040. **2.** A town of SE MA on **Plymouth Bay,** an inlet of the Atlantic SE of Boston; founded (1620) by Pilgrims from the *Mayflower.* Pop. 45,608

**ply·wood** (plī′wo͝od′) ▸ *n.* A structural material made of layers of wood glued together.

**Pm** ▸ The symbol for the element **promethium.**

**P.M.** also **p.m.** or **P.M.** ▸ *abbr.* post meridiem See Usage Note at **ante meridiem.**

**PMS** ▸ *abbr.* premenstrual syndrome

**p.n.** or **P/N** ▸ *abbr.* promissory note

**pneu·mat·ic** (no͞o-măt′ĭk, nyo͞o-) also **pneu·mat·i·cal** (-ĭ-kəl) ▸ *adj.* **1.** Of or relating to air or other gases. **2.** Filled with or operated by compressed air. [< Gk. *pneuma,* wind.]

**pneu·mo·coc·cus** (no͞o′mə-kŏk′əs, nyo͞o′-) ▸ *n., pl.* **-coc·ci** (-kŏk′sī′, -kŏk′ī′). A bacterium that causes pneumonia. [Gk. *pneuma,* breath + -COCCUS.] —**pneu′mo·coc′cal** *adj.*

**pneu·mo·nia** (no͞o-mōn′yə, nyo͞o-) ▸ *n.* An acute or chronic disease marked by inflammation of the lungs and caused by viruses, bacte-