# EXHIBIT 20

# McGRAW-HILL
# DICTIONARY
# OF
# ENGINEERING



16,700 ESSENTIAL TERMS

COVERS EVERY DISCIPLINE OF ENGINEERING

PROVIDES SYNONYMS, ACRONYMS, AND ABBREVIATIONS

# McGraw-Hill Dictionary of Engineering

Sybil P. Parker
Editor in Chief

McGraw-Hill

New York   San Francisco   Washington, D.C.   Auckland
Bogotá   Caracas   Lisbon   London   Madrid   Mexico City
Milan   Montreal   New Delhi   San Juan   Singapore
Sydney   Tokyo   Toronto

Case 6:20-cv-01214-ADA-DTG   Document 38-22   Filed 10/06/21   Page 4 of 5
Case 6:20-cv-01214-ADA-DTG   Document 38-22   Filed 10/06/21   Page 4 of 5

Library of Congress Cataloging in Publication Data

McGraw-Hill dictionary of engineering / Sybil P. Parker, editor in chief.
    p.   cm.
    "All text in this dictionary was published previously in the McGraw-Hill dictionary of scientific and technical terms, fifth edition, 1994"—T.p. verso.
    ISBN 0-07-052435-1 (alk. paper)
    1. Engineering—Dictionaries.  I. Parker, Sybil P.  II. McGraw-Hill dictionary of scientific and technical terms.  5th ed.
TA9.M35  1997
620'.003—dc21
                                                      97-8928

# McGraw-Hill 

*A Division of The McGraw-Hill Companies*

All text in this dictionary was published previously in the McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fifth Edition, copyright © 1994 by McGraw-Hill, Inc. All rights reserved.

McGRAW-HILL DICTIONARY OF ENGINEERING, copyright © 1997 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

3 4 5 6 7 8 9 0   DOC/DOC   9 0 2 1 0 9 8

ISBN 0-07-052435-1



This book is printed on recycled, acid-free paper containing a minimum of 50% recycled, de-inked fiber.

This book was set in Helvetica Bold and Novarese Book by Progressive Information Technologies, Emigsville, Pennsylvania. It was printed and bound by R. R. Donnelley & Sons Company, The Lakeside Press.

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, McGraw-Hill, 11 West 19th Street, New York, NY 10011. Or contact your local bookstore.

ple, on alternate courses) are aligned. { 'pləm ˌband }

**plumbing**  [CIVIL ENGINEERING] The system of pipes and fixtures concerned with the introduction, distribution, and disposal of water in a building. { 'pləm·iŋ }

**plumb line**  [ENGINEERING] The string on which a plumb bob hangs. { 'pləm ˌlīn }

**plummet**  [ENGINEERING] A loose-fitting metal plug in a tapered rotameter tube which moves upward (or downward) with an increase (or decrease) in fluid flow rate upward through the tube. Also known as float. { 'pləm·ət }

**plunge**  [ENGINEERING]  1. To set the horizontal cross hair of a theodolite in the direction of a grade when establishing a grade between two points of known level.  2. See transit. { plənj }

**plunge grinding**  [MECHANICAL ENGINEERING] Grinding in which the wheel moves radially toward the work. { 'plənj ˌgrīnd·iŋ }

**plunger**  [DESIGN ENGINEERING] A wooden shaft with a large rubber suction cup at the end, used to clear plumbing traps and waste outlets.  [ENGINEERING] See force plug.  [MECHANICAL ENGINEERING] The long rod or piston of a reciprocating pump. { 'plən·jər }

**plunger pump**  [MECHANICAL ENGINEERING] A reciprocating pump where the packing is on the stationary casing instead of the moving piston. { 'plən·jər ˌpəmp }

**plunger-type instrument**  [ENGINEERING] Moving-iron instrument in which the pointer is attached to a long and specially shaped piece of iron that is drawn into or moved out of a coil carrying the current to be measured. { 'plən·jər ˌtīp 'in·strə·mənt }

**pluviograph**  [ENGINEERING] See recording rain gage. { 'plü·vē·əˌgraf }

**pluviometer**  [ENGINEERING] See rain gage. { ˌplü·vē'äm·əd·ər }

**pneumatic**  [ENGINEERING] Pertaining to or operated by air or other gas. { nu'mad·ik }

**pneumatic atomizer**  [MECHANICAL ENGINEERING] An atomizer that uses compressed air to produce drops in the diameter range of 5-100 micrometers. { nu'mad·ik 'ad·əˌmīz·ər }

**pneumatic caisson**  [CIVIL ENGINEERING] A caisson having a chamber filled with compressed air at a pressure equal to the pressure of the water outside. { nu'mad·ik 'kāˌsän }

**pneumatic controller**  [MECHANICAL ENGINEERING] A device for the mechanical movement of another device (such as a valve stem) whose action is controlled by variations in pneumatic pressure connected to the controller. { nu'mad·ik kən'trōl·ər }

**pneumatic control valve**  [MECHANICAL ENGINEERING] A valve in which the force of compressed air against a diaphragm is opposed by the force of a spring to control the area of the opening for a fluid stream. { nu'mad·ik kən'trōl ˌvalv }

**pneumatic conveyor**  [MECHANICAL ENGINEERING] A conveyor which transports dry, free-flowing, granular material in suspension, or a cylindrical carrier, within a pipe or duct by means of a high-velocity airstream or by pressure of vacuum generated by an air compressor. Also known as air conveyor. { nu'mad·ik kən'vā·ər }

**pneumatic drill**  [MECHANICAL ENGINEERING] Compressed-air drill worked by reciprocating piston, hammer action, or turbo drive. { nu'mad·ik 'dril }

**pneumatic drilling**  [MECHANICAL ENGINEERING] Drilling a hole when using air or gas in lieu of conventional drilling fluid as the circulating medium; an adaptation of rotary drilling. { nu'mad·ik 'dril·iŋ }

**pneumatic hammer**  [MECHANICAL ENGINEERING] A hammer in which compressed air is utilized for producing the impacting blow. Also known as air hammer; jack hammer. { nu'mad·ik 'ham·ər }

**pneumatic loudspeaker**  [ENGINEERING ACOUSTICS] A loudspeaker in which the acoustic ouput results from controlled variation of an airstream. { nu'mad·ik 'laudˌspēk·ər }

**pneumatic riveter**  [MECHANICAL ENGINEERING] A riveting machine having a rapidly reciprocating piston driven by compressed air. { nu'mad·ik 'riv·əd·ər }

**pneumatic servo**  [CONTROL SYSTEMS] See valve positioner.

**pneumatic servomechanism**  [CONTROL SYSTEMS] A servomechanism in which power is supplied and transmission of signals is carried out through the medium of compressed air. { nu'mad·ik ˈsər·vō 'mek·əˌniz·əm }

**pneumatic telemetering**  [ENGINEERING] The transmission of a pressure impulse by means of pneumatic pressure through a length of small-bore tubing; used for remote transmission of signals from primary process-unit sensing elements for pressure, temperature, flow rate, and so on. { nu'mad·ik 'tel·əˌmēd·ə·riŋ }

**pneumatic test**  [ENGINEERING] Pressure testing of a process vessel by the use of air pressure. { nu'mad·ik 'test }

**pneumatic weighing system**  [ENGINEERING] A system for weight measurement in which the load is detected by a nozzle and balanced by modulating the air pressure in an opposing capsule. { nu'mad·ik 'wā·iŋ ˌsis·təm }

**pocket**  [BUILDING CONSTRUCTION] A recess in a wall designed to receive a folding or sliding door in the open position.  [CIVIL ENGINEERING] A recess made in masonry to receive the end of a beam. { 'päk·ət }

**pod**  [DESIGN ENGINEERING]  1. The socket for a bit in a brace.  2. A straight groove in the barrel of a pod auger. { päd }

**Podbielniak extractor**  [CHEMICAL ENGINEERING] A solvent-extraction device in which centrifugal action enhances liquid-liquid contact and increases resultant separation efficiency. { päd'bēl·nē·ak ikˌstrak·tər }

**Pohlé air lift pump**  [MECHANICAL ENGINEERING] A pistonless pump in which compressed air fills the annular space surrounding the uptake pipe and is free to enter the rising column at all points of its periphery. { pō'lā 'er ˌlift ˌpəmp }

**poidometer**  [ENGINEERING] An automatic weighing device for use on belt conveyors. { pȯi'däm·əd·ər }

375