# EXHIBIT 21

**UPDATED ANNUALLY**

# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

**THE WORDS YOU NEED TODAY**

- Clear and precise
- Best guidance on word choice
- Most definitions—over 215,000

AN ENCYCLOPÆDIA BRITANNICA® COMPANY



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

# Contents

Preface 6a

Explanatory Chart 8a

Explanatory Notes 10a

The English Language in the Dictionary 23a

Guide to Pronunciation 31a

Abbreviations in This Work 36a

Pronunciation Symbols 38a

A Dictionary of the English Language 1

Abbreviations and Symbols for Chemical Elements 1375

Foreign Words and Phrases 1387

Biographical Names 1393

Geographical Names 1439

Signs and Symbols 1529

A Handbook of Style 1533

Index 1557



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2001 by Merriam-Webster, Incorporated

Philippines Copyright 2001 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). — ISBN 0-87779-707-2 (laminated cover, unindexed).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1998
423—dc21
                                                                          97-41846
                                                                                 CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

2930313233RT:WC01

**plunk** \'pləŋk\ vb [imit.] vt (1805) **1 :** to pluck or hit so as to produce a quick, hollow, metallic, or harsh sound **2 :** to set down suddenly **:** PLUMP ~ vi **1 :** to make a plunking sound **2 :** to drop abruptly **:** DIVE **3 :** to come out in favor of someone or something — used with *for* — **plunk** n — **plunk·er** n

**plunk down** vt (1891) **:** to drop abruptly **:** settle into position ~ vt **1 a :** to put down usu. firmly or abruptly ⟨*plunked* the money *down* on the counter⟩ **b :** to settle (oneself) into position ⟨*plunked* himself *down* on the bench⟩ **2 :** to pay out

**plu·per·fect** \plü-'pər-fikt\ adj [ME *pluperfyth*, modif. of LL *plusquamperfectus*, lit., more than perfect] (15c) **1 :** PAST PERFECT **2 :** utterly perfect or complete — **pluperfect** n

**plu·ral** \'plur-əl\ adj [ME, fr. MF & L; MF *plurel*, fr. L *pluralis*, fr. *plur-*, *plus* more — more at PLUS] (14c) **1 :** of, relating to, or constituting a class of grammatical forms usu. used to denote more than one or in some languages more than two **2 :** relating to, consisting of, or containing more than one or more than one kind or class ⟨a ~ society⟩ — **plural** n — **plu·ral·ly** \-ə-lē\ adv

**plu·ral·ism** \'plur-ə-ˌli-zəm\ n (1818) **1 :** the holding of two or more offices or positions (as benefices) at the same time **2 :** the quality or state of being plural **3 a :** a theory that there are more than one or more than two kinds of ultimate reality **b :** a theory that reality is composed of a plurality of entities **4 a :** a state of society in which members of diverse ethnic, racial, religious, or social groups maintain an autonomous participation in and development of their traditional culture or special interest within the confines of a common civilization **b :** a concept, doctrine, or policy advocating this state — **plu·ral·ist** \-list\ adj or n — **plu·ral·is·tic** \ˌplur-ə-'lis-tik\ adj — **plu·ral·is·ti·cal·ly** \-ti-k(ə-)lē\ adv

**plu·ral·i·ty** \plu-'ra-lə-tē\ n, pl **-ties** (14c) **1 a :** the state of being plural **b :** the state of being numerous **c :** a large number or quantity **2 :** PLURALISM 1; *also* **:** a benefice held by pluralism **3 a :** a number greater than another **b :** an excess of votes over those cast for an opposing candidate **c :** a number of votes cast for a candidate in a contest of more than two candidates that is greater than the number cast for any other candidate but not more than half the total votes cast

**plu·ral·ize** \'plur-ə-ˌlīz\ vt **-ized; -iz·ing** (1803) **:** to make plural or express in the plural form — **plu·ral·i·za·tion** \ˌplur-ə-lə-'zā-shən\ n

**plu·rip·o·tent** \plu-'ri-pə-tənt\ adj [L *plur-*, *plus* more + E *potent*] (1916) **:** not fixed as to developmental potentialities **:** having developmental plasticity ⟨~ stem cell⟩

¹**plus** \'pləs\ adj [L, adv., more, fr. neut. of *plur-*, *plus*, adj.; akin to Gk *pleion* more, L *plenus* full — more at FULL] (1579) **1 :** algebraically positive **2 :** having, receiving, or being in addition to what is anticipated **3 a :** falling high in a specified range ⟨a grade of C ~⟩ **b :** greater than that specified **c :** possessing a specified quality to a high degree **4 :** electrically positive **5 :** relating to or being a particular one of the two mating types that are required for successful fertilization in sexual reproduction in some lower plants (as a fungus)

²**plus** n, pl **plus·es** \'plə-səz\ *also* **plus·ses** (1654) **1 :** PLUS SIGN **2 :** an added quantity **3 :** a positive factor or quality **4 :** SURPLUS

³**plus** prep (1668) **1 :** increased by **:** with the addition of ⟨four ~ five⟩ ⟨principal ~ interest⟩ **2 :** BESIDES — used chiefly in speech and casual writing ⟨~ all this, as a sedative it has no equal —Groucho Marx⟩

⁴**plus** conj (ca. 1950) **1 :** AND ⟨the Smyth Report, ~ an idea and some knowledge of bureaucracy, were all I needed —Pat Frank⟩ ⟨eats alone, a hot beef sandwich ~ a BLT ~ apple pie —Garrison Keillor⟩ **2 :** in addition to which ⟨it was an achievement. *Plus*, I wrote the story and the musical score —Jackie Gleason⟩ ⟨it's also pretty on my open shelves, ~ it smells good —Nikki Giovanni⟩
*usage* The preposition *plus* has long been used with a meaning equivalent to *and* (as in "two *plus* two"); it is not, therefore, very surprising that in time people have begun to use it as a conjunction much like *and*. Sense 2 is considered to be an adverb by some commentators. It is used chiefly in speech and in informal writing.

**plus fours** n pl (1920) **:** loose sports knickers made four inches longer than ordinary knickers

¹**plush** \'pləsh\ n [MF *peluche*] (1594) **:** a fabric with an even pile longer and less dense than velvet pile

²**plush** adj (ca. 1645) **1 :** relating to, resembling, or made of plush **2 :** notably luxurious — **plush·ly** adv — **plush·ness** n

**plushy** \'plə-shē\ adj **plush·i·er; -est** (1611) **1 :** having the texture of or covered with plush **2 :** LUXURIOUS, SHOWY — **plush·i·ness** n

**plus·age** \'plə-sij\ n (1924) **:** an amount over and above another amount

**plus sign** n (ca. 1907) **:** a sign + denoting addition or a positive quantity

**Plu·to** \'plü-(ˌ)tō\ n [L *Pluton-*, *Pluto*, fr. Gk *Ploutōn*] **1 :** the Greek god of the underworld — compare DIS **2** [NL] **:** the planet with the farthest mean distance from the sun — see PLANET table

**plu·toc·ra·cy** \plü-'tä-krə-sē\ n, pl **-cies** [Gk *ploutokratia*, fr. *ploutos* wealth; akin to Gk *plein* to sail, float — more at FLOW] (1652) **1 :** government by the wealthy **2 :** a controlling class of the wealthy — **plu·to·crat** \'plü-tə-ˌkrat\ n — **plu·to·crat·ic** \ˌplü-tə-'kra-tik\ adj — **plu·to·crat·i·cal·ly** \-ti-k(ə-)lē\ adv

**plu·ton** \'plü-ˌtän\ n [prob. back-formation fr. *plutonic*] (1936) **:** a typically large body of intrusive igneous rock

**plu·to·ni·an** \plü-'tō-nē-ən\ adj, *often cap* (1667) **:** of, relating to, or characteristic of Pluto or the lower world **:** INFERNAL

**plu·ton·ic** \plü-'tä-nik\ adj [L *Pluton-*, *Pluto*] (1833) **1 :** formed by solidification of magma deep within the earth and crystalline throughout ⟨~ rock⟩ **2** *often cap* **:** PLUTONIAN

**plu·to·ni·um** \plü-'tō-nē-əm\ n [NL, fr. *Pluton-*, *Pluto*, the planet Pluto] (1942) **:** a radioactive metallic element similar chemically to uranium that is formed as the isotope 239 by decay of neptunium and found in minute quantities in pitchblende, that undergoes slow disintegration with the emission of an alpha particle to form uranium 235, and that is fissionable with slow neutrons to yield atomic energy — see ELEMENT table

¹**plu·vi·al** \'plü-vē-əl\ adj [L *pluvialis*, fr. *pluvia* rain, fr. fem. of *pluvius* rainy, fr. *pluere* to rain — more at FLOW] (ca. 1656) **1 a :** of or relating to rain **b :** characterized by abundant rain **2** *of a geologic change* **:** resulting from the action of rain

²**pluvial** n (1929) **:** a prolonged period of wet climate

¹**ply** \'plī\ vb **plied; ply·ing** [ME *plien*, short for *applien* to apply] (14c) **1 a :** to use or wield diligently ⟨busily ~ing his pen⟩ **b :** to practice or perform diligently ⟨~ a trade⟩ **2 :** to keep furnishing or supplying something to ⟨*plied* us with liquor⟩ **3 a :** to make a practice of rowing or sailing over or on ⟨the boat *plies* the river⟩ **b :** to travel regularly over, on, or through ⟨jets ~ing the skies⟩ ~ vi **1 a :** apply oneself steadily **2 :** to go or travel regularly

²**ply** n, pl **plies** \'plīz\ (1532) **1 a :** one of several layers (as of cloth) sewn or laminated together **b :** one of the strands in a yarn **c :** one of the veneer sheets forming plywood **d :** a layer of a paper or paper board **2 :** INCLINATION, BIAS

³**ply** vt **plied; ply·ing** [ME *plien* to fold, fr. MF *plier*, fr. L *plicare*, akin to OHG *flehtan* to braid, L *plectere*, Gk *plekein*] (ca. 1909) **:** to twist together ⟨~ two single yarns⟩

**Plym·outh Rock** \'pli-məth-\ n [*Plymouth Rock*, on which the Pilgrims are supposed to have landed in 1620] (1849) **:** any of an American breed of medium-sized single-combed dual-purpose domestic fowls

**plyo·met·rics** \ˌplī-ə-'me-triks\ n pl *but sing or pl in constr* [perh. irreg. fr. *plio-* + *-metrics* (as in *isometrics*)] (1981) **:** exercise involving repeated rapid stretching and contracting of muscles (as by jumping and rebounding) to increase muscle power — **plyo·met·ric** \-trik\ adj

**ply·wood** \'plī-ˌwud\ n (1907) **:** a structural material consisting of sheets of wood glued or cemented together with the grains of adjacent layers arranged at right angles or at a wide angle

**-pnea** *or* **-pnoea** n *comb form* [NL, fr. Gk *-pnoia*, fr. *pnoia*, fr. *pnein* to breathe] **:** breath **:** breathing ⟨hyperpnea⟩ ⟨apnoea⟩

**pneum-** *or* **pneumo-** *comb form* [NL, partly fr. Gk *pneum-* (fr. *pneuma*), partly fr. Gk *pneumōn* lung] **1 :** air **:** gas ⟨pneumothorax⟩ **2 :** lung ⟨pneumoconiosis⟩ **3 :** respiration ⟨pneumograph⟩ **4 :** pneumococcus⟩

**pneu·ma** \'nu̇-mə, 'nyu̇-\ n [Gk] (1884) **:** SOUL, SPIRIT

**pneumat-** *or* **pneumato-** *comb form* [Gk, fr. *pneumat-*, *pneuma*] **1 :** air **:** vapor **:** gas ⟨pneumatolytic⟩ **2 :** respiration ⟨pneumatophore⟩

**pneu·mat·ic** \nu̇-'ma-tik, nyu̇-\ adj [L *pneumaticus*, fr. Gk *pneumatikos*, fr. *pneumat-*, *pneuma* air, breath, spirit, fr. *pnein* to breathe — more at SNEEZE] (1659) **1 :** of, relating to, or using gas (as air or wind) **a b** (1) **:** adapted for holding or inflated with compressed air (2) **:** having air-filled cavities **2 :** of or relating to the pneuma **:** SPIRITUAL **3 :** having a well-proportioned feminine figure; *esp* **:** having a full bust — **pneu·mat·i·cal·ly** \-ti-k(ə-)lē\ adv — **pneu·ma·tic·i·ty** \ˌnu̇-mə-'ti-sə-tē, ˌnyu̇-\ n

**pneu·ma·tol·o·gy** \ˌnu̇-mə-'tä-lə-jē, ˌnyu̇-\ n [NL *pneumatologia*, fr. Gk *pneumat-*, *pneuma* + NL *-logia* *-logy*] (1678) **:** the study of spiritual beings or phenomena

**pneu·ma·to·lyt·ic** \ˌnu̇-mə-tə-'li-tik, ˌnyu̇-; (ˌ)n(y)u̇-ˌma-\ adj [ISV] (1896) **:** formed or forming by hot vapors or superheated liquids under pressure — used esp. of minerals and ores

**pneu·ma·to·phore** \nu̇-'ma-tə-ˌfōr, nyu̇-, -ˌfȯr\ n [ISV] (1859) **1 a :** muscular gas-containing sac that serves as a float on a siphonophore colony **2 :** a root often functioning as a respiratory organ in a wetland plant

**pneu·mo·coc·cus** \ˌnu̇-mə-'kä-kəs, ˌnyu̇-\ n, pl **-coc·ci** \-'käk-ˌsī, -ˌsē; -'kä-ˌkī, -ˌkē\ [NL] (1890) **:** a bacterium (*Streptococcus pneumoniae*) that causes an acute pneumonia involving one or more lobes of the lung — **pneu·mo·coc·cal** \-'kä-kəl\ adj

**pneu·mo·co·ni·o·sis** \ˌnu̇-mō-ˌkō-nē-'ō-səs, ˌnyu̇-\ n, pl **-o·ses** \-ˌsēz\ [NL, fr. *pneum-* + Gk *konis* dust — more at INCINERATE] (1881) **:** a disease of the lungs caused by the habitual inhalation of irritants (as mineral or metallic particles) — compare BLACK LUNG, SILICOSIS

**Pneu·mo·cys·tis ca·ri·nii pneumonia** \ˌnu̇-mə-'sis-təs-kə-'rī-nē-ˌē, ˌnyu̇-\ n [NL *Pneumocystis carinii*, species name] (1964) **:** a pneumonia that affects individuals whose immunological defenses have been compromised, that is caused by a microorganism (*Pneumocystis carinii*), and that attacks esp. the interstitial tissue of the lungs with marked thickening of the alveolar septa and alveoli

**pneu·mo·graph** \'nu̇-mə-ˌgraf, 'nyu̇-\ n [ISV] (1878) **:** an instrument for recording thoracic movements or volume change during respiration

**pneu·mo·nec·to·my** \ˌnu̇-mə-'nek-tə-mē, ˌnyu̇-\ n, pl **-mies** [Gk *pneumōn* + ISV *-ectomy*] (ca. 1895) **:** excision of an entire lung or of one or more lobes of a lung

**pneu·mo·nia** \nu̇-'mō-nyə, nyu̇-\ n [NL, fr. Gk, fr. *pneumōn* lung, alter. of *pleumōn* — more at PULMONARY] (1603) **:** a disease of the lungs characterized by inflammation and consolidation followed by resolution and caused by infection or irritants

**pneu·mon·ic** \nu̇-'mä-nik, nyu̇-\ adj [NL *pneumonicus*, fr. Gk *pneumonikos*, fr. *pneumōn*] (1675) **1 :** of, relating to, or affecting the lungs **:** PULMONIC, PULMONARY **2 :** of, relating to, or affected with pneumonia

**pneu·mo·ni·tis** \ˌnu̇-mə-'nī-təs, ˌnyu̇-\ n [NL, fr. Gk *pneumōn*] (ca. 1834) **:** inflammation of the lungs

**pneu·mo·tho·rax** \ˌnu̇-mə-'thōr-ˌaks, ˌnyu̇-, -'thȯr-\ n [NL] (1821) **:** a condition in which air or other gas is present in the pleural cavity and which occurs spontaneously as a result of disease or injury of lung tissue or puncture of the chest wall or is induced as a therapeutic measure to collapse the lung

¹**poach** \'pōch\ vt [ME *pochen*, fr. MF *pocher*, fr. OF *pochier*, lit., to put into a bag, fr. *poche* bag, pocket, of Gmc origin; akin to OE *pocca* bag] (15c) **:** to cook in simmering liquid

²**poach** vb [MF *pocher*, of Gmc origin; akin to ME *poken* to poke] vi (1611) **1 :** to encroach upon esp. for the purpose of taking something **2 :** to trespass for the purpose of stealing game; *also* **:** to take game or fish illegally ~ vt **1 :** to trespass on ⟨a field ~ed too frequently by the amateur —*Times Lit. Supp.*⟩ **2 a :** to take (game or fish) by illegal methods **b :** to appropriate (something) as one's own

¹**poach·er** \'pō-chər\ n [²*poach*] (1614) **1 :** one that trespasses or steals **2 :** one who kills or takes wild animals (as game or fish) illegally

²**poacher** n [¹*poach*] (1861) **1 :** a covered pan containing a plate with depressions or shallow cups in each of which an egg can be cooked over steam rising from boiling water in the bottom of the pan **2 a :** baking dish in which food (as fish) can be poached

**po'·boy** \'pō-ˌbȯi\ *var of* POOR BOY

**po·chard** \'pō-chərd\ n [origin unknown] (1552) **:** any of numerous rather heavy-bodied diving ducks (esp. genus *Aythya*) with a large head and with feet and legs placed far back under the body