# EXHIBIT 28

# NEW NINTH EDITION

# THE
# CHAMBERS DICTIONARY

The richest range of

English language from Shakespeare

to the present day

## *The* AUTHORITY ON ENGLISH TODAY

6,000 new references and 10,000 new definitions

www.chambers.co.uk

# THE
# CHAMBERS
# DICTIONARY

Withdrawn from
LAWRENCE PUBLIC LIBRARY

## CHAMBERS

LAWRENCE PUBLIC LIBRARY
707 VERMONT STREET
LAWRENCE, KANSAS 66044

CHAMBERS
An imprint of Chambers Harrap Publishers Ltd
7 Hopetoun Crescent, Edinburgh, EH7 4AY

First published as *Chambers's Twentieth Century Dictionary* in 1901; published as *Chambers English Dictionary* in 1988; first published as *The Chambers Dictionary* in 1993.
This edition first published 2003.

© Chambers Harrap Publishers Ltd 2003

We have made every effort to mark as such all words which we believe to be trademarks. We should also like to make it clear that the presence of a word in the dictionary, whether marked or unmarked, in no way affects its legal status as a trademark.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying or otherwise, without the prior permission of the publisher.

A CIP catalogue record for this book is available from the British Library.

ISBN  0550 10013 X          Standard
ISBN  0550 10105 5          Thumb index

Designed and typeset by Chambers Harrap Publishers Ltd, Edinburgh
Printed and bound in Great Britain by William Clowes, Beccles, Suffolk

This material may be protected by Copyright law (Title 17 U.S. Code)

**concreate**                                    316                              **condition**

has the legal right to grant it (*Scots law*). [Fr *concours*, from L *concursus*, from *con-* and *currere* to run]

**concreate** /kon'krē-āt/ (*archaic*) *vt* to create with; to create at the same time.

**concremation** /kon-kri-mā'shən/ *n* complete burning; cremation; burning together; suttee. [L *concremāre*, *-ātum*, from *con-*, intens, and *cremāre* to burn]

**concrescence** /kon-kres'əns/ (*biol* and *med*) *n* a coalescence or growing together of separate parts or organs. [L *concrēscentia*, from *con-* and *crēscere* to grow]

▪ **concresc'ent** *adj*.

**concrete** /kon'krēt or kən-krēt'/ *adj* formed into one mass; real, actual, specific, not abstract, able to be experienced; /kon'/ made of concrete. ◆ *n* /kon'/ a mixture of sand, gravel, etc and cement, used in building; a solid mass formed by parts growing or sticking together. ◆ *vt* /-krēt'/ to form into a solid mass; /kon'/ to cover or fix with concrete. ◆ *vi* /-krēt'/ to harden. [L *concrētus*, from *con-* together, and *crēscere*, *crētum* to grow]

▪ **concrēte'ly** (or /kon'/) *adv*. **concrēte'ness** (or /kon'/) *n*. **concrētion** /-krē'shən/ *n* a concreted mass; a nodule or lump formed within a rock by materials rearranging themselves about a centre (*geol*); a solid mass formed within an animal or plant body, whether by deposition or by accumulation of foreign matter (*biol* and *med*). **concrē'tionary** *adj*. **con'cretism** *n* regarding or representing abstract things as concrete. **con'cretist** *n* and *adj*. **concrēt'ive** *adj* having the power to concrete. **concretizā'tion** or **-s-** *n*. **con'cretize** or **-ise** *vt* to render concrete, realize.

❏ **concrete art** *n* non-figurative art using geometrical forms and simple planes. **concrete jungle** *n* (*facetious*) an area of bleakly ugly (*esp* high-rise) buildings. **concrete mixer** *n* a machine with a large revolving drum for mixing concrete. **concrete music** same as **musique concrète**. **concrete poetry** *n* an art form which seeks to introduce a new element into poetry by means of visual effects such as special arrangements of the letters of the poem on the printed page. **concrete steel** *n* reinforced concrete.

**concrew** /kon-kroo'/ (*archaic*) *vi* to grow together. [Fr *concrû*, pa p of *concroître*, from L *concrēscere*]

**concubine** /kong'kū-bīn/ *n* a woman who cohabits with a man without being married; a kept mistress; (in certain polygamous societies) a secondary wife. [Fr, from L *concubina*, from *con-* together, and *cubāre* to lie down]

▪ **concubinage** /kon-kū'bin-āj/ *n* the state of living together as man and wife without being married; being or having a concubine. **concū'binary** *adj*. **concū'bitancy** *n* a custom by which marriage between certain persons is obligatory. **concū'bitant** *n* a person subject to such an obligation (also *adj*).

**concupiscence** /kən-kū'pis-əns/ *n* a strong desire; sexual appetite, lust. [L *concupiscentia*, from *concupiscere*, from *con-*, intens, and *cupere* to desire]

▪ **concū'piscent** *adj*. **concū'piscible** *adj*.

**concupy** /kon(g)'kū-pi/ (*Shakesp*) *n* short form of **concupiscence** (or perhaps of **concubine**).

**concur** /kən-kûr'/ *vi* (**concur'ring**; **concurred**') to agree; to assent; to coincide; to meet in one point; to run together. [L *concurrere*, from *con-* and *currere* to run]

▪ <mark>**concurrence** /-kur'/ *n* agreement; assent; the meeting of lines in one point; coincidence. **concur'rency** *n*. **concur'rent** *adj* running, coming, acting or existing together or simultaneously;</mark> coinciding; accompanying; meeting in the same point. ◆ *n* a person who or thing that concurs; formerly, a person who accompanied a sheriff's officer as witness (*obs*). **concur'rently** *adv*. **concur'ring** *adj* agreeing.

**concuss** /kən-kus'/ *vt* to affect with concussion; to disturb; to shake. [L *concussus*, pap of *concutere*, from *con-* together, and *quatere* to shake]

▪ **concussion** /-kush'/ *n* the state of being shaken or jarred; (a state of brief or partial unconsciousness resulting from) a violent blow to the head or neck causing a (*usu* temporary) disturbance in brain function; a violent shock caused by the sudden contact of two bodies. **concuss'ive** *adj* having the power or quality of concussion.

**concyclic** /kon-sī'klik/ (*geom*) *adj* lying or situated on the circumference of the same circle. [L *con-* together, and Gr *kyklos* wheel]

▪ **concy'clically** *adv*.

**cond** see **con**³.

**condemn** /kən-dem'/ *vt* to declare (a person, action, etc) to be wrong, immoral, reprehensible, etc; to judge unfavourably or blame; to sentence (to imprisonment or death); to demonstrate the guilt of; to force into or doom to some fate or unhappy condition; to pronounce unfit for use or consumption. [L *condemnāre*, from *con-*, intens, and *damnāre* to hurt]

▪ **condemnable** /-dem'nə-bl/ *adj* that may be condemned.

**condemnation** /kon-dəm-nā'shən/ *n* the state of being condemned; the act of condemning. **condem'natory** *adj* expressing or implying condemnation. **condemned'** *adj* pronounced to be wrong, guilty or worthless; belonging or relating to one who is sentenced to punishment by death (*esp condemned cell*); declared dangerous or unfit.

**condense** /kən-dens'/ *vt* to reduce to smaller extent or volume; to render more dense, intense or concentrated; to subject to condensation (*chem*). ◆ *vi* to become condensed. [L *condēnsāre*, from *con-*, intens, and *dēnsus* dense]

▪ **condensabil'ity** *n*. **condens'able** *vt* and *vi* to condense. ◆ *n* /kon'dən-sāt/ a product of condensation; a hydrocarbon liquid, a light form of oil. **condensā'tion** /kon-/ *n* the act of condensing; water which, having vaporized, returns to its liquid state, eg on a cold window; the union of two or more molecules of the same or different compounds with the elimination of water, alcohol, or other simple substances (*chem*); (loosely) applied to almost any reaction in which a product of higher molecular weight than the original substance is obtained; anything that has been shortened, eg a concise version of a text. **condens'er** *n* an apparatus for reducing vapours to a liquid form; a mirror or lens for focusing light, eg in a microscope; a capacitor. **condens'ery** *n* a condensed-milk factory.

❏ **condensation trail** *n* a vapour trail. **condensed milk** *n* milk reduced and thickened by evaporation, with added sugar. **condensed type** *n* printing type of narrow face.

**conder** see under **con**⁴.

**condescend** /kon-di-send'/ *vi* to act graciously to those one regards as inferior; to deign (to do something) (now *usu facetious*); to stoop to what is unworthy of one; to comply (*obs*); to agree, consent (*obs*). ◆ *vt* to concede or grant (*obs*); to specify (*esp Scots law*). [L *con-*, intens, and *dēscendere* to descend, from *dē* down from, and *scandere* to climb]

▪ **condescend'ence** *n* condescension; an articulate statement annexed to a summons, setting down the allegations in fact upon which an action is founded (*Scots law*). **condescend'ing** *adj* gracious; offensively patronizing. **condescend'ingly** *adv*. **condescen'sion** *n*.

✻ **condescend upon** to specify; to mention.

**condiddle** /kən-did'l/ (*Walter Scott*) *vt* to steal. [L *con-*, intens, and *diddle*¹]

**condie** see **cundy**.

**condign** /kən-dīn'/ *adj* (*usu* of punishment) well-deserved, fitting. [L *condignus*, from *con-*, intens, and *dignus* worthy]

▪ **condign'ly** *adv*. **condign'ness** *n*.

**condiment** /kon'di-mənt/ *n* a seasoning, *esp* salt or pepper. ◆ *vt* to season. [L *condimentum*, from *condire* to preserve, to pickle]

**condisciple** /kon-di-sī'pl/ *n* a fellow disciple; a school-friend, classmate; a fellow student. [L *condiscipulus*, from *con-* together, and *discipulus* (see **disciple**)]

**condition** /kən-dish'ən/ *n* the state in which things exist, eg *the human condition*; a good or fit state; a particular quality of existence, good, bad, etc; rank (as in *a person of condition*; *archaic*); prerequisite, prior requirement; temper (*obs*); a term of a contract; (in *pl*) circumstances; that which must be true for a further statement to be true (*logic*); a clause in a will, etc which requires something to happen or be done before the part of the will to which it relates can take effect (*law*). ◆ *vi* (*rare*) to make or impose terms. ◆ *vt* to restrict, limit; to put into the required state; to prepare or train (a person or animal) for a certain activity or for certain conditions of living; to secure by training (a certain behavioural response to a stimulus which would not normally cause it; *psychol*). [L *condiciō* (wrongly *conditiō*), *-ōnis* an agreement, from *condicere*, from *con-* together, and *dicere* to say]

▪ **condi'tional** *adj* depending on conditions; expressing a condition or conditions. **conditional'ity** *n*. **condi'tionally** *adv*. **condi'tionate** *vt* (*obs*) to act as a condition. **condi'tioned** *adj* having a certain condition, state or quality; caused by psychological conditioning; subject to condition. **condi'tioner** *n* a person, substance or apparatus that brings something into a good or required condition. **condi'tioning** *n*.

❏ **conditional discharge** *n* a court order whereby an offender is not sentenced for an offence unless he or she commits a further offence within a given period. **conditional probability** *n* (*stats*) the probability of one event occurring given that another has already occurred. **condition code** *n* (*comput*) one of a set of bits indicating the state of a logic or arithmetic operation. **conditioned reflex** or **response** *n* a reflex response to a stimulus which depends upon the former experience of the individual. **conditioning house** *n* an establishment in which the true weight, length, and condition of articles of trade and commerce are determined scientifically.

✻ **in** or **out of condition** in good or bad condition; physically fit or unfit. **on no condition** absolutely not, not under any circumstances.