# EXHIBIT 29



**Property of WTS** / Return to: Wendt Library Room 140



# RANDOM HOUSE
# WEBSTER'S
# *unabridged*
# *dictionary*

## SECOND EDITION

RANDOM HOUSE
REFERENCE

NEW YORK   TORONTO   LONDON   SYDNEY   AUCKLAND

Copyright © 2001, 1998, 1997, 1996, 1993, 1987 by Random House, Inc.

All rights reserved. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the publisher. Published in the United States by Random House Reference, an imprint of The Random House Information Group, a division of Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

RANDOM HOUSE is a registered trademark of Random House, Inc.

Please address inquiries about electronic licensing of any products for use on a network, in software or on CD-ROM to the Subsidiary Rights Department, Random House Information Group, fax 212-572-6003.

This book is available for special discounts for bulk purchases for sales promotions or premiums. Special editions, including personalized covers, excerpts of existing books, and corporate imprints, can be created in large quantities for special needs. For more information, write to Random House, Inc., Special Markets/Premium Sales, 1745 Broadway, MD 6-2, New York, NY, 10019 or e-mail specialmarkets@randomhouse.com.

*Random House Webster's Unabridged Dictionary, Second Edition,* is a revised and updated edition of
*The Random House Dictionary of the English Language, Second Edition, Unabridged.*

*International Phonetic Alphabet* courtesy of International Phonetic Association

Library of Congress Cataloging-in-Publication Data is available.

**Trademarks**
A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

Visit the Random House Reference Web site at www.randomwords.com
Printed in China.

10 9 8 7 6

ISBN: 978-0-375-42599-8
ISBN: 978-0-375-42605-6 (Deluxe Edition)
ISBN: 978-0-375-42609-4 (CD-ROM Edition)

This material may be protected by Copyright law (Title 17 U.S. Code)

**con·cu·pis·cence** (kon kyōō′pi səns, kong-), n. 1. sexual desire; lust. 2. ardent, usually sensuous, longing. [1300–50; ME < LL concupiscentia. See CONCUPISCENT, -ENCE]

**con·cu·pis·cent** (kon kyōō′pi sənt, kong-), adj. 1. lustful or sensual. 2. eagerly desirous. [1400–50; < L concupiscent- (s. of concupiscēns, prp. of concupiscere to conceive ardent desire for), equiv. to con- CON- + cup- (s. of cupere to desire) + -iscent-, var. of -ēscent- -ESCENT]

**con·cu·pis·ci·ble** (kon kyōō′pi sə bəl, kong-), adj. Archaic. worthy of being desired. [1490–1500; < MF concupiscible < LL concupiscibilis), equiv. to L concupisc(ere) (see CONCUPISCENT) + -ibilis -IBLE]

**con·cur** (kən kûr′), v.i., -curred, -cur·ring. 1. to accord in opinion; agree: Do you concur with his statement? 2. to cooperate; work together; combine; be associated: Members of both parties concurred. 3. to coincide; occur at the same time: His graduation concurred with his birthday. 4. Obs. to run or come together; converge. [1375–1425; late ME < L concurrere to run together, meet, be in agreement, equiv. to con- CON- + currere to run; cf. CONCOURSE, CURRENT] —con·cur′ring·ly, adv. —Syn. 1. See agree.

**con·cur·rence** (kən kûr′əns, -kur′-), n. 1. the act of concurring. 2. accordance in opinion; agreement: With the concurrence of several specialists, our doctor recommended surgery. 3. cooperation, as of agents or causes; combined action or effort. 4. simultaneous occurrence; coincidence: the concurrence of several unusual events. 5. Geom. a point that is in three or more lines simultaneously. 6. Law. a power equally held or a claim shared equally. 7. Archaic. competition; rivalry. Also, **con·cur′ren·cy** (for defs. 1–4). [1515–25; < ML concurrentia. See CONCURRENT, -ENCE]

**con·cur·rent** (kən kûr′ənt, -kur′-), adj. 1. occurring or existing simultaneously or side by side: concurrent attacks by land, sea, and air. 2. acting in conjunction; cooperating: the concurrent efforts of several legislators to pass the new law. 3. having equal authority or jurisdiction: two concurrent courts of law. 4. accordant or agreeing: concurrent testimony by three witnesses. 5. tending to or intersecting at the same point: four concurrent lines. —n. 6. something joint or contributory. 7. Archaic. a rival or competitor. [1375–1425; late ME (< MF) < L concurrent- (s. of concurrēns, prp. of concurrere to run together; see CONCUR); see CON-, CURRENT] —con·cur′rent·ly, adv.

**concur′rent resolu′tion,** a resolution adopted by both branches of a legislative assembly that, unlike a joint resolution, does not require the signature of the chief executive. [1795–1805]

**concur′ring opin′ion,** Law. (in appellate courts) an opinion filed by a judge that agrees with the majority or plurality opinion on the case but that bases this conclusion on different reasons or on a different view of the case.

**con·cuss** (kən kus′), v.t. to injure by concussion: He was mildly concussed by the falling books. [1590–1600; < L concussus, ptp. of concutere, equiv. to con- CON- + -cut-, comb. form of quat-, s. of quatere to shake + -tus ptp. ending]

**con·cus·sion** (kən kush′ən), n. 1. Pathol. injury to the brain or spinal cord due to jarring from a blow, fall, or the like. 2. shock caused by the impact of a collision, blow, etc. 3. the act of violently shaking or jarring. [1350–1400; ME < L concussiōn- (s. of concussiō) a shaking. See CONCUSS, -ION] —con·cus′sion·al, con·cus′sant, con·cus′sive, adj. —con·cus′sive·ly, adv.

**concus′sion grenade′,** a grenade designed to inflict damage by the force of its detonation rather than by the fragmentation of its casing.

**con·cyc·lic** (kon sī′klik, -sik′lik), adj. Geom. (of a system of points) lying on the circumference of a circle. [1870–75; CON- + CYCLIC]

**cond.,** 1. condenser. 2. condition; conditional. 3. conductivity. 4. conductor.

**Con·dé** (kôn dā′), n. **Louis II de Bour·bon** (lwē də bōōr bôn′), **Prince de,** (Duc d'Enghien) ("the Great Condé") 1621–86, French general.

**con·demn** (kən dem′), v.t. 1. to express an unfavorable or adverse judgment on; indicate strong disapproval of; censure. 2. to pronounce to be guilty; sentence to punishment: to condemn a murderer to life imprisonment. 3. to give grounds for or cause for condemning: His acts condemn him. 4. to judge or pronounce to be unfit for use or service: to condemn an old building. 5. U.S. Law. to acquire ownership of for a public purpose, under the right of eminent domain; take for public use. 6. to force into a specific state or activity: His lack of education condemned him to a life of menial jobs. 7. to declare incurable. [1350–1400; ME condempnen < AF, OF condem(p)ner < L condemnāre. See CON-, DAMN] —con·dem′na·ble (kən dem′nə bəl), adj. —con·dem′nor (kən dem′ər, kən·dem′nôr′), n. —con·dem′ning·ly, adv. —Syn. 1. See blame. —Ant. 2. exonerate, liberate.

**con·dem·na·tion** (kon′dem nā′shən, -dəm-), n. 1. the act of condemning. 2. the state of being condemned. 3. strong censure; disapprobation; reproof. 4. a cause or reason for condemning. 5. U.S. Law. the seizure, as of property, for public use. [1350–1400; ME condempnation- (s. of condempnātiō). See CONDEMN, -ATION]

**con·dem·na·to·ry** (kən dem′nə tôr′ē, -tōr′ē), adj. serving to condemn. [1555–65; CONDEMNAT(ION) + -ORY]

**con·den·sa·ble** (kən den′sə bəl), adj. capable of being condensed. Also, **condensible.** [1635–45; CONDENSE + -ABLE] —con·den′sa·bil′i·ty, n.

**con·den·sate** (kon′dən sāt, kən den′sāt), n. 1. a product of condensation, esp. a liquid reduced from a gas or vapor. [1545–55; < L condēnsātus (ptp. of condēnsāre), equiv. to condēns(us) very dense (see CON-, DENSE) + -ātus -ATE[1]]

**con·den·sa·tion** (kon′den sā′shən, -dən-), n. 1. the act of condensing; the state of being condensed. 2. the result of being made more compact or dense. 3. reduction of a book, speech, statement, or the like, to a shorter or terser form; abridgment. 4. a condensed form: Did you read the whole book or just a condensation? 5. a condensed mass. 6. (in nontechnical usage) condensate. 7. the act or process of reducing a gas or vapor to a liquid or solid form. 8. Chem. a reaction between two or more organic molecules leading to the formation of a larger molecule and the elimination of a simple molecule such as water or alcohol. 9. Meteorol. the process by which atmospheric water vapor liquefies to form fog, clouds, or the like, or solidifies to form snow or hail. 10. Psychoanal. the representation of two or more ideas, memories, feelings, or impulses by one word or image, as in a person's humor, accidental slips, or dreams. 11. Physics. the relative amount by which the density of an elastic medium varies from its average value as a sound wave passes through it. [1595–1605; < LL condēnsātiōn- (s. of condēnsātiō), equiv. to condēnsāt(us) CONDENSATE + -iōn- -ION] —con·den·sa′tion·al, adj. —con′den·sa′tive, adj.

**condensa′tion nu′cleus,** Meteorol. nucleus (def. 5). [1910–15]

**condensa′tion point′,** Math. a point of which every neighborhood contains an uncountable number of points of a given set.

**condensa′tion polymeriza′tion,** Chem. See under **polymerization** (def. 2).

**condensa′tion trail′,** contrail. [1940–45]

**con·dense** (kən dens′), v., -densed, -dens·ing. —v.t. 1. to make more dense or compact; reduce the volume or extent of; concentrate. 2. to reduce to a shorter form; abridge: Condense your answer into a few words. 3. to reduce to another and denser form, as a gas or vapor to a liquid or solid state. —v.i. 4. to become denser or more compact or concentrated. 5. to reduce a book, speech, statement, or the like, to a shorter form. 6. to become liquid or solid, as a gas or vapor: The steam condensed into droplets. [1475–85; < MF condenser < L condēnsāre, equiv. to con- CON- + dēnsāre to thicken, v. deriv. of dēnsus DENSE] —Syn. 1. compress, consolidate. 2. digest, epitomize, abstract, abbreviate. See **contract.** —Ant. 1. expand.

**con·densed** (kən denst′), adj. 1. reduced in volume, area, length, or scope; shortened: a condensed version of the book. 2. made denser, esp. reduced from a gaseous to a liquid state; thickened by distillation or evaporation; concentrated: condensed lemon juice. 4. Print. (of type) narrow in proportion to its height. Cf. **expanded** (def. 3). [1375–1425; late ME; see CONDENSE, -ED[2]] —con·densed′ly, adv. —con·densed′ness, n.

**condensed′ milk′,** whole milk reduced by evaporation to a thick consistency, with sugar added. [1855–60]

**con·dens·er** (kən den′sər), n. 1. a person or thing that condenses. 2. an apparatus for condensing. 3. any device for reducing gases or vapors to liquid or solid form. 4. Optics. a lens or combination of lenses that gathers and concentrates light in a specified direction, often used to direct light onto the projection lens in a projection system. 5. Elect. capacitor. [1680–90; CONDENSE + -ER[1]]

**con·den·si·ble** (kən den′sə bəl), adj. condensable. —con·den·si·bil′i·ty, n.

**con·de·scend** (kon′də send′), v.i. 1. to behave as if one is conscious of descending from a superior position, rank, or dignity. 2. to stoop or deign to do something: He would not condescend to misrepresent the facts. 3. to put aside one's dignity or superiority voluntarily and assume equality with one regarded as inferior: He condescended to their intellectual level in order to be understood. 4. Obs. a. to yield. b. to assent. [1300–50; ME condescenden < LL condēscendere (see CON-, DESCEND); r. ME condescender < MF] —con′des·cend′er, con′des·cend′ent, n.

**con·de·scend·ence** (kon′də sen′dəns), n. 1. condescension. 2. Scot. a list or specification of particulars. [1630–40; CONDESCEND + -ENCE]

**con·de·scend·ing** (kon′də sen′ding), adj. showing or implying a usually patronizing descent from dignity or superiority: They resented the older neighbors' condescending cordiality. [1630–40; CONDESCEND + -ING[2]] —con′de·scend′ing·ly, adv. —Syn. patronizing, disdainful, superciliious.

**con·de·scen·sion** (kon′də sen′shən), n. 1. an act or instance of condescending. 2. behavior that is patronizing or condescending. 3. voluntary assumption of equality with a person regarded as inferior. [1635–45; < LL condēscēnsiōn- (s. of condēscēnsiō). See CON-, DESCENSION] —con′de·scen·sive (kon′də sen′siv), adj. —con′de·scen′sive·ly, adv.

**con·dign** (kən dīn′), adj. well-deserved; fitting; adequate: condign punishment. [1375–1425; late ME condigne < AF, MF < L condignus, equiv. to con- CON- + dignus worthy; see DIGNITY] —con·dign′ly, adv. —Syn. appropriate, suitable.

**con·dig·ni·ty** (kən dig′ni tē), n. Scholasticism. merit earned through good works while in a state of grace, and having a just claim on such rewards as heavenly glory. Cf. **congruity** (def. 4). [1545–75; < ML condignitās; see CONDIGN, -ITY]

**Con·dil·lac** (kôn dē yAk′), n. **Étienne Bon·not de** (ā tyen′ bô nô′ də), 1715–80, French philosopher.

**con·di·ment** (kon′də mənt), n. something used to give a special flavor to food, as mustard, ketchup, salt, or spices. [1400–50; late ME < MF < L condimentum spice, equiv. to condi(re) to season + -mentum -MENT] —con′di·men′tal, con′di·men′ta·ry, adj.

**con·dis·ci·ple** (kon′də sī′pəl), n. a fellow student or disciple. [1375–1425; late ME < L condiscipulus schoolmate. See CON-, DISCIPLE]

**con·di·tion** (kən dish′ən), n. 1. a particular mode of being of a person or thing; existing state; situation with respect to circumstances. 2. state of health: He was reported to be in critical condition. 3. fit or requisite state: to be out of condition; to be in no condition to run. 4. social position: in a lowly condition. 5. a restricting, limiting, or modifying circumstance: It can happen only under certain conditions. 6. a circumstance indispensable to some result; prerequisite; that on which something else is contingent: conditions of acceptance. 7. Usually, **conditions.** existing circumstances: poor living conditions. 8. something demanded as an essential part of an agreement; provision; stipulation: He accepted on one condition. 9. Law. a. a stipulation in an agreement or instrument transferring property that provides for a change consequent on the occurrence or nonoccurrence of a stated event. b. the event upon which this stipulation depends. 10. Informal. an abnormal or diseased state of part of the body: heart condition; skin condition. 11. U.S. Educ. a. a requirement imposed on a college student who fails to reach the prescribed standard in a course at the end of the regular period of instruction, permitting credit to be established by later performance. b. the course or subject to which the requirement is attached. 12. Gram. protasis. 13. Logic. the antecedent of a conditional proposition. 14. **on** or **upon condition that,** with the promise or provision that; provided that; if: She accepted the position on condition that there would be opportunity for advancement. —v.t. 15. to put in a fit or proper state. 16. to accustom or inure: to condition oneself to the cold. 17. to air-condition. 18. to form or be a condition of; determine, limit, or restrict as a condition. 19. to subject to particular conditions or circumstances: Her studies conditioned her for her job. 20. U.S. Educ. to impose a condition on (a student). 21. to test (a commodity) to ascertain its condition. 22. to make (something) a condition; stipulate. 23. Psychol. to establish a conditioned response in (a subject). 24. Textiles. **a.** to test (fibers or fabrics) for the presence of moisture or other foreign matter. **b.** to replace moisture lost from (fibers or fabrics) in manipulation or manufacture. —v.i. 25. to make conditions. [1275–1325; ME condicioun < AF; OF < L condiciōn- (s. of condiciō) agreement, equiv. to con- CON- + dic- say (see DICTATE) + -iōn- -ION; sp. with t by influence of LL and ML forms; cf. F condition] —con·di′tion·a·ble, adj. —Syn. 1. See **state.** 8. requirement, proviso.

**con·di·tion·al** (kən dish′ə nl), adj. 1. imposing, containing, subject to, or depending on a condition or conditions; not absolute; made or allowed on certain terms: conditional acceptance. 2. Gram. (of a sentence, clause, mood, or word) involving or expressing a condition, as the first clause in the sentence If it rains, he won't go. 3. Logic. **a.** (of a proposition) asserting that the existence or occurrence of one thing or event depends on the existence or occurrence of another thing or event; hypothetical. **b.** (of a syllogism) containing at least one conditional proposition as a premise. 4. Math. (of an inequality) true for only certain values of the variable, as $x + 3 > 0$ is only true for real numbers greater than –3. Cf. **absolute** (def. 12). —n. 5. Gram. **a.** (in some languages) a mood, tense, or other category used in expressing conditions, often corresponding to an English verb phrase beginning with **would,** as Spanish comeria "he would eat." **b.** a sentence, clause, or word expressing a condition. [1350–1400; ME condicionel < AF, MF < LL condiciōnālis, equiv. to condiciōn- (s. of condiciō) CONDITION + -ālis -AL[1]] —con·di′tion·al′i·ty, n. —con·di′tion·al·ly, adv. —Syn. 1. dependent, contingent, relative.

**condi′tional conver′gence,** Math. the property of an infinite series that converges while the series formed by replacing each term in the given series with its absolute value diverges; the property of an infinite series that converges when the order of the terms is altered. Cf. **absolute convergence** (def. 1).

**condi′tional opera′tion,** Computers. a step in a computer program that determines which of two or more instructions or instruction sequences to execute next, depending on whether or not one or more specified conditions have been met.

**condi′tional probabil′ity,** Statistics, Math. the probability that an event will occur under the condition that another event occurs first; equal to the probability that both will occur divided by the probability that the first will occur. [1960–65]

**condi′tional sale′,** a sale in which the title of a property remains with the seller until some condition is met, as the payment of the full purchase price.

**con·di·tioned** (kən dish′ənd), adj. 1. existing under or subject to conditions. 2. characterized by a predictable or consistent pattern of behavior or thought as a result of having been subjected to certain circumstances or conditions. 3. Psychol. proceeding from or dependent on a conditioning of the individual; learned; acquired: conditioned behavior patterns. Cf. **unconditioned** (def. 2). 4. made suitable for a given purpose. 5. air-conditioned. 6. accustomed; inured. [1400–50; late ME; see CONDITION, -ED[2]] —Ant. 1. free, absolute.

**condi′tioned response′,** Psychol. a response that becomes associated with a previously unrelated stimulus as a result of pairing the stimulus with another stimulus normally yielding the response. Also called **condi′tioned re′flex.** [1930–35]

**con·di·tion·er** (kən dish′ə nər), n. 1. a person or

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bŏŏk, bōōt, out; up, ûrge; child; sing; shoe; thin; that; zh as in treasure. ə = a as in alone, e as in system, i as in easily, o as in gallop, u as in circus; ° as in fire (fī°r), hour (ou°r). l and n can serve as syllabic consonants, as in cradle (krād′l) and button (but′n). See the full key inside the front cover.