# EXHIBIT A

1                    ROUGH DRAFT DISCLAIMER

2

3          THE STENOGRAPHIC NOTES TAKEN IN THIS PROCEEDING ARE

4     BEING TRANSLATED INSTANTANEOUSLY INTO THEIR ENGLISH

5     EQUIVALENT THROUGH AN AUTOMATED PROCESS CALLED REALTIME

6     TRANSLATION.   THIS TRANSCRIPT HAS BEEN NEITHER EDITED

7     NOR PROOFREAD BY THE COURT REPORTER.

8          THE REALTIME DRAFT IS UNEDITED AND UNCERTIFIED AND

9     MAY CONTAIN UNTRANSLATED STENOGRAPHIC SYMBOLS, AN

10    OCCASIONAL REPORTER'S NOTE, A MISSPELLED PROPER NAME,

11    AND/OR NONSENSICAL WORD COMBINATIONS, DEPENDING UPON THE

12    COMPLEXITY OF THE DEPOSITION AND THE SPEED OF THE

13    QUESTIONS AND ANSWERS.

14         ALL SUCH ENTRIES WILL BE CORRECTED ON THE FINAL

15    CERTIFIED TRANSCRIPT, WHICH WILL BE DELIVERED TO YOU IN

16    ACCORDANCE WITH STANDARD DELIVERY TERMS, OR ON AN

17    EXPEDITED BASIS SHOULD YOU DESIRE FASTER DELIVERY.

18         DUE TO THE NEED TO CORRECT ENTRIES PRIOR TO

19    CERTIFICATION, THIS ROUGH REALTIME DRAFT CAN ONLY BE

20    USED FOR THE PURPOSE OF AUGMENTING COUNSEL'S NOTES AND

21    NOT TO USE OR CITE IT IN ANY COURT PROCEEDING AS THE

22    ORIGINAL, CERTIFIED TRANSCRIPT, NOR TO DISTRIBUTE IT TO

23    ANY OTHER PARTIES -- CCP 2025.540(b).

24

25

2                BY MR. CHAN:

3        Q      Let me know when you have that document

4     open.

5        A      I have it open on my computer.

6        Q      If you can turn to page 86 --

7        A      86.

8        Q      -- under the section 5.1.1?

9        A      Sorry.  86 in the document, not in the

10    file.

11               Okay.  I am page 86, 5.1.1.

12       Q      Under section 5.1.1 titled "Construction

13    of Single Acting Cylinder."

14               Do you see?

15       A      I see that.

16       Q      And it reads:

17               "Generally, a single acting cylinder is

18    made of the following elements, including two end

19    covers.  One may be an integral part of the

20    cylindrical tube."

21               Do you see that?

22       A      I -- give me one second.

23               Are you reading the first paragraph

24    under the title?

25       Q      Correct.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      A      Okay.  I see one.  Great.  Please

3      continue.

4      Q      Now, are you aware of those end covers

5      being part of the housing of the cylindrical

6      device that you were just talking about?

7               MR. BOWEN:  Objection.  Asked and

8      answered.

9               THE WITNESS:  Am I aware of them being

10     part of the housing?  They're certainly part of

11     the assembly.  The definition of a housing might

12     be a little bit vague for me at this point.  I see

13     the same -- I see the cross-section that you're

14     pointing out and I see the end covers, and they're

15     certainly part of the assembly.  If you want to

16     call them part of the housing, I'm not going to

17     object to that.

18               BY MR. CHAN:

19     Q      Okay.  But here, the definition says:

20            "Two end covers.  One may be an integral

21     part of the" -- excuse me -- "cylinder tube."

22            Do you see that?

23     A      I do see that, yes.

24     Q      Do you have any reason to dispute that

25     definition or assembly?

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

 2          A       No, I don't.

 3          Q       If you skip a few lines, it also reads:

 4                  "The end covers are fitted to the body

 5      by four cover screws or tie rods."

 6                  Do you see that as well?

 7          A       I see that as well.

 8          Q       Do you have any reason to dispute the

 9      statements?

10          A       None whatsoever.

11          Q       Dr. Spanos, what shape is the cap

12      generally?

13                  (Simultaneous colloquy.)

14                  MR. BOWEN:  Objection.  Scope.

15                  Go ahead.

16                  THE WITNESS:  Well, I mean, certainly it

17      has what you call the cylindrical symmetry.  It's

18      a kind of a form that's created by rotation of a

19      surface, if that's what you're asking.  One cap

20      has to have a hole to allow the piston to go

21      through it.  If I'm reading this correctly, I

22      think No. 7 is a cap here if I'm reading it

23      correctly.

24                  BY MR. CHAN:

25          Q       Great.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2        A       But please, continue.

3        Q       So the question is actually very simple.

4                Is the shape of the cap limited to being

5        cylindrical?

6        A       The shape --

7                (Simultaneous colloquy.)

8                MR. BOWEN:  Sorry.

9                THE WITNESS:  Apologies.  I'll give time

10       for objections as we go on.

11               THE COURT REPORTER:  I didn't hear the

12       objection, though.

13               MR. BOWEN:  Objection.  Scope.

14               Thank you.

15               THE WITNESS:  I do not know the answer

16       to that.  I'm looking at this particular diagram.

17       This particular diagram doesn't tell me otherwise,

18       that the cap might or might not be cylindrical.

19       It may or may not be.  It might have, for example,

20       some indentation for alignment purposes, or it

21       might be a hexagonal on the outside so you can

22       turn it with a wrench.

23               BY MR. CHAN:

24       Q       So the -- sorry.  I didn't mean to

25       interrupt before you finished.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      A      Air is not gas?  Well, it's not a single

3      gas.  It's a mixture of various gases, yes.

4      Q      Okay.  If the pneumatic cylinder were to

5      be defined as only a gas cylinder, is that a

6      correct construction?

7      A      You mean by that, excluding the

8      possibility of operating a pneumatic cylinder with

9      air?

10      Q      That's right, as only a gas cylinder.

11             Do you agree with that construction?

12      A      I do not.  As an engineer, I think a

13      pneumatic cylinder, depending on the circumstances

14      of applications, can very nicely operate on air as

15      well.

16      Q      Thank you.

17             Conversely, if a pneumatic cylinder were

18      to be defined as only an air cylinder, is that a

19      correct construction?

20      A      It is not.

21      Q      Dr. Spanos, I recall the specification

22      describes the pneumatic cylinder as having a shaft

23      49.

24             Do you remember that?

25      A      Shaft 49?  Yes.  Are you referring to

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      figure 2, I presume.  Yes.

3          Q      That's right.

4          A      Yes, I do.

5          Q      What does a shaft mean to you?

6          A      Shaft is a -- is a mechanical element.

7      It's usually a rod that is used to transfer

8      motion.

9              (Reporter clarification.)

10              THE WITNESS:  Yes.  Sometimes, this

11      motion is rotational.  Sometimes this motion is

12      linear.  In this case, I think we're referring to

13      the latter, to linear motion.

14              BY MR. CHAN:

15          Q      In your opinion, is a shaft the same as

16      a rod?

17          A      No.  The two words do not mean the same.

18      But a shaft is usually a rod, but a rod is not

19      always a shaft.

20          Q      What does a rod mean to you, then?

21          A      A rod is generally used to describe a

22      shape which is usually an item that has some

23      length and some diameter.  And that's how people

24      would describe it.

25          Q      Is a piston a shaft?

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2          A      Not necessarily.

3          Q      Is a piston a rod?

4          A      I don't think engineers will describe it

5      as such.

6          Q      Can I direct your attention back to

7      Exhibit 22.

8          A      Okay.

9          Q      Let me know when you're there.

10         A      On page 87.

11         Q      Let me know when you're there.

12         A      Okay.

13         Q      In figure 5.1 (b), do you see the piston

14     rod labeled as referenced in numeral 11?

15         A      Okay.  Yes, I do.

16         Q      And that rod has three portions.  The

17     middle portion is the expanded portion with a

18     wider diameter, whereas the portion to the left as

19     well as the portion to the right each have a

20     diameter that is smaller than the middle portion?

21                Do you agree?

22         A      I do see that, yes.

23         Q      Do you view piston 11 as a rod or a

24     shaft?

25                MR. BOWEN:  Objection.  Vague.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2       describe that shape -- that the trajectory of the

3       stone takes as curvilinear.

4               BY MR. CHAN:

5       Q       Dr. Spanos, does specification say that

6       the rod of the pneumatic cylinder must travel in a

7       linear path?

8       A       I'm sorry.  I do not have a clear

9       recollection of that.  Is it mentioned anywhere?

10      I believe the examples are such, but I don't know

11      if it limits it to that.

12      Q       Let me put it another way.

13              Does the specification say that the rod

14      of the pneumatic cylinder must travel in a

15      straight line?

16              MR. BOWEN:  Objection.  Asked and

17      answered.

18              THE WITNESS:  Does it say explicit?

19      Does it say explicitly so?  I don't believe that

20      it limits it explicitly in that sense.

21              BY MR. CHAN:

22      Q       Now, if the rod travels only in a

23      straight line, can it deviate from the center of

24      axis to, say, travel at an angle?

25              MR. BOWEN:  Objection.  Vague.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

 2          THE WITNESS:  Well, in this case, you

 3    have to be a little more specific.  If the rod is

 4    a straight item, it doesn't have a curvature on it

 5    at all, and the if the rod is the one connected to

 6    the piston inside the cylinder, then, of course,

 7    it can only move in a straight line.

 8          BY MR. CHAN:

 9    Q    That's what I'm asking.  Thank you.

10          If I can turn your attention to the

11    '651 patents again.  If you can go to column 5,

12    line 65.

13          Let me know when you're there.

14    A    I'm there.

15    Q    Now, it reads:

16          "A mechanism useful in adjusting the

17    position of the wafer stage 40 may be comprised of

18    any of a variety of devices, such as pneumatic,

19    hydraulic, electromagnetic or mechanical systems."

20          Do you see that?

21    A    I do.

22    Q          Is there anywhere in this specification

23    that says a pneumatic cylinder cannot combine any

24    of these mechanisms for moving the wafer stage?

25          MR. BOWEN:  Objection.  Vague.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2          THE WITNESS:  If I -- let me try to

3     rephrase your question better so I can understand

4     it.

5          Is there anywhere in the specification

6     that says that you cannot have a combination of

7     multiple modalities on top of a pneumatic

8     cylinder?  Is that what you're asking?

9          BY MR. CHAN:

10     Q     Correct.  Yes.

11     A     There is -- there is not a --

12          (Reporter clarification.)

13          THE WITNESS:  -- specific exclusion of

14     that in this specification, if I recall correctly.

15          BY MR. CHAN:

16     Q     So in your opinion, can a pneumatic

17     cylinder employ both pneumatic and mechanical

18     mechanisms for moving a wafer stage?

19          MR. BOWEN:  Objection.  Calls for a

20     legal conclusion.

21          THE WITNESS:  The term "mechanical

22     device" here, if used, you know, casually, means

23     everything.  Spring, piece of metal, screw, a rack

24     pinion, a motor -- all of these -- and pneumatic

25     and pneumatic cylinder.  All of these are

2      mechanical devices.  So can you be a little bit

3      more precise?

4           BY MR. CHAN:

5      Q      Well, actually, that's a good segue into

6      your opinion.  Maybe I can refer you to paragraph

7      44 of your opinion.  Let me know when you're

8      there.

9      A      Yes.

10     Q      The last sentence of paragraph 44 -- and

11     it reads -- let me know when you're ready.

12          It says:

13          "And the fourth type, a mechanical

14     device, is a device that creates the needed motion

15     through interacting mechanical parts, as, for

16     example, in a rack and pinion configuration."

17          Do you see that?

18     A      I do.

19     Q      You're not limiting mechanical parts to

20     only rack and pinion configuration; right?

21     A      No.  I need to give you a longer

22     explanation of that.  Because again, context

23     matters.

24          In the previous question, you used

25     "mechanical device" in a very general sense.  And

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      I explained to you that in a very general sense,

3      anything is mechanical.  Okay?  What I mean here

4      in my declaration, I put it specifically in the

5      context of the specification of the '051 patent

6      where they do make -- the inventors do make the

7      distinction, and they make a listing of the

8      devices and they call out mechanical devices --

9      for example, rack and pinion separately in

10     addition to pneumatic, hydraulic, electromagnetic,

11     and so on.  So it is in this context that I use

12     the term "mechanical" here.

13         Q      Where can you point me to the

14     specification -- where do you believe the inventor

15     refers to mechanical as only rack and pinion?

16         A      Well, I can infer that if we go to the

17     bottom of column 5, paragraph -- line 65.  They

18     have a list.  Pneumatic, hydraulic,

19     electromagnetic -- all mechanical systems.  So

20     they clearly use the term "mechanical" as

21     something to mean other than hydraulic,

22     electromagnetic, or pneumatic.  So this is the

23     context I'm referring to.

24         Q      Do you see the word "comprised of" in

25     that sentence you just read?

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2     A     I do.

3     Q     What does that mean to you?

4           MR. BOWEN:  Objection.  Calls for a

5     legal conclusion.

6           THE WITNESS:  It means made of.

7           BY MR. CHAN:

8     Q     It means made of?

9     A     Uh-huh.  In combination for any of these

10    parts.

11    Q     Does your definition of "made of"

12    include multiple of those mechanisms?

13          MR. BOWEN:  Objection.  Asked and

14    answered.

15          THE WITNESS:  Yes, it does.

16          BY MR. CHAN:

17    Q     Okay.  Mr. Spanos, I think we talked

18    about the shaft 49 and the valve 61.

19          Those are mechanical parts; right?

20    A     Yeah.  People would describe them as

21    mechanical, correct.

22    Q     So those mechanical parts -- excuse me.

23          Those mechanical parts are used by

24    pneumatic cylinders; correct?

25    A     Sure.  Cylinders are made of parts and

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2    people could call those mechanical parts.

3         Q      And are you aware that mechanical parts

4    such as the shaft 49 are used in hydraulic

5    applications?

6         A      Yes.

7                MR. BOWEN:  Objection.  Scope.

8                BY MR. CHAN:

9         Q      I'm sorry.  Can you repeat the answer

10   again, Dr. Spanos?

11        A      Yes.  They can be used in hydraulic

12   applications.

13        Q      And are you aware that mechanical parts

14   such as the shaft 49, again, are used in

15   electromagnetic applications?

16               MR. BOWEN:  Objection.  Scope.

17               THE WITNESS:  Yes.  They could be used,

18   even though 49 -- the way figure 2 -- the way it's

19   drawn doesn't show how.  But yes, in general, they

20   could.

21               BY MR. CHAN:

22        Q      In opining on the construction of the

23   term "pneumatic cylinder," did you consider that

24   hybrid pneumatic mechanical cylinders were readily

25   available at the time of your invention?

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

```
2               MR. BOWEN:  Objection.  Vague.

3               THE WITNESS:  Yes.

4               MR. BOWEN:  Go ahead.

5               THE WITNESS:  Could you please repeat

6       the question.

7               BY MR. CHAN:

8        Q      Sure.

9               In opining on the construction of

10      pneumatic cylinder, did you consider that hybrid

11      pneumatic mechanical cylinders were readily

12      available at the time of the invention?

13              MR. BOWEN:  Objection.

14              THE WITNESS:  Yes, I was aware of that.

15              THE COURT REPORTER:  What's the

16      objection?

17              MR. BOWEN:  Vague.

18              BY MR. CHAN:

19       Q      What are hydraulic cylinders?

20       A      Hydraulic cylinders are devices that use

21      compressed liquid, liquid under some pressure, in

22      order to generate some kind of action, motion,

23      typically.

24       Q      So it is different than pneumatic

25      cylinder in that it uses liquid instead of air or
```

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2        numerical label, 46, to describe hydraulic

3        cylinders and pneumatic cylinders; right?

4                MR. BOWEN:  Objection.  Misrepresents

5        the document.

6                THE WITNESS:  I see they refer to line

7        50, cylinder -- I'm sorry -- the pneumatic

8        cylinder 46 is referred to in line 48 and 49.  And

9        then the same numerical element, 46, is used with

10       the term "hydraulic cylinder" near the bottom of

11       this paragraph.  I do see that, yes.

12               BY MR. CHAN:

13       Q       Have you considered why the inventor

14       used that same numerical label to describe both

15       hydraulic cylinders and pneumatic cylinders?

16               MR. BOWEN:  Objection.  Misstates the

17       document.

18               THE WITNESS:  I have.

19               BY MR. CHAN:

20       Q       And what is your conclusion?

21       A       I think it's probably a mistake in the

22       way this part of the specification is written.

23       Q       Did you consider that the inventor

24       intended that pneumatic cylinder and hydraulic

25       cylinder be interchangeable?

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2                  MR. BOWEN:  Objection.  Objection.

3         Misstates the document.

4                  THE WITNESS:  The document does not say

5         that they're interchangeable.  If they didn't say

6         that, they do have said so explicitly.

7                  BY MR. CHAN:

8         Q       Are you aware that there were hybrid

9         cylinders that combined pneumatic and hydraulic

10        functions at the time of the invention?

11        A       Yes.

12        Q       In opining on the construction of

13        pneumatic cylinders, have you considered that

14        hybrid -- excuse me.  Strike that.

15                 Are you aware that the defendant cited

16        the use of hydraulic actuator in their invalidity

17        contentions as one form of pneumatic cylinder?

18        A       I have not studied invalidity

19        contentions so...

20                 (Simultaneous colloquy.)

21                 BY MR. CHAN:

22        Q       So yo haven't looked at -- so in forming

23        your opinion, you did not look at defendant's

24        invalidity contentions?

25        A       That is correct.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      Q      Thank you, Dr. Spanos.  Let's switch

3   gears to a different patent.

4             Before we do that, do you need a break?

5   I know we are almost at the hour.

6             MR. BOWEN:  Sorry, Alex.  This does seem

7   this might be a good spot because it seems like

8   you might be moving on to a different subject

9   manner.

10            But, Dr. Spanos would you like to have a

11  break now?

12            THE WITNESS:  Sure.

13            (Recess.)

14            BY MR. CHAN:

15     Q      Welcome back, Dr. Spanos.  Let's switch

16  gears a little bit to the '538 patent.  First, let

17  me ask you just a few foundational question.

18            Are you familiar with fault detection in

19  semiconductor manufacturing?

20     A      I am.

21     Q      In what capacity?

22     A      Quite a bit of my research work at the

23  university have to do with fault detection in the

24  statistical process, control and advanced process

25  control.  And also, in my interactions within the

2     you don't know if these claims would cover a

3     situation where a fault is 5 percent out of

4     specification, or it would only cover a situation

5     where a fault is only 10 percent out of

6     specification or a situation where a fault is

7     15 percent out of specification.

8              Do you see that?

9              MR. BOWEN:  Objection.  Misstates the

10    document.

11             BY MR. CHAN:

12       Q    Go ahead, Dr. Spanos.

13       A    I'll have to ask you to repeat the

14    question.

15       Q    Sure.

16             What I just read, that is your opinion

17    in your declaration; correct?

18             MR. BOWEN:  Same objection.

19             THE WITNESS:  You read the lines

20    starting, "I do not know, for example"?  Is that

21    what you're talking about.

22             BY MR. CHAN:

23       Q    Correct.

24             (Reporter clarification.)

25             THE WITNESS:  Everything in my

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

 2     declaration is my opinion.  So I stand by that

 3     sentence.

 4              BY MR. CHAN:

 5        Q     So is it your opinion that the term

 6     "significant" must be quantified to some amount in

 7     order to be definite?

 8              MR. BOWEN:  Objection.  Vague.

 9              THE WITNESS:  It is not.  As I say here,

10     "for example."  So I just gave one example on what

11     type of information might need to be known for

12     classification, but that might not be the only

13     one.

14              BY MR. CHAN:

15        Q     Now, in your declaration, under

16     paragraph 28 -- if you can go there very quickly.

17        A     Yes.

18        Q     Okay.  You said -- and I quote, you:

19              -- "did not find any disclosure that

20     provides a definition, parameters, or other

21     metrics to determine the boundaries of what is or

22     isn't significant."

23              And then in paragraph 29, you said that:

24              "The other example of the word

25     'significant' being used in the specification is

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2        not related to determining whether a fault is

3        significant."

4                Now, other than these examples, did you

5        review any other examples in this specification in

6        forming your opinion?

7        A       These examples refer to the entire

8        reading of the specification.  When I say that I

9        have reviewed the pattern and not find any

10       disclosure, I mean the entire specification and

11       patent, if I understood your question.

12       Q       Well, in paragraph 29, you said that the

13       other example -- so I want to clarify.  That is

14       not -- that is or is not the only example that you

15       have reviewed?

16               MR. BOWEN:  Objection.  Vague.

17               THE WITNESS:  What paragraph 29 says is

18       that the term "significant" is used to two

19       different meanings in the specification.  One is

20       to -- applying to the significance of the fault.

21       The other applies to the significant contribution

22       of the factor to a significant fault.  This is

23       what I'm trying to say in paragraph 29.

24               BY MR. CHAN:

25       Q       Thank you for clarifying.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

 2      process.  I need to know a few things about the

 3      sensor that measures the pressure and the

 4      variation introduced by the sensor and so on and

 5      so forth.  In other words, these questions can

 6      only be answered with lots of details and context

 7      about the process in question because this

 8      processes are extremely complex and interact with

 9      many, many steps.

10              BY MR. CHAN:

11      Q      So using this example in the background,

12      let's just say the acceptable range of the

13      pressure is between 1 to 10 Psi which is ten times

14      more than -- excuse me, 1 to 10 Psi and let's

15      assume that the pressure sense is 100 Psi.  Does

16      that inform you there is a significant fault?

17              MR. BOWEN:  Objection.  Scope.  Go

18      ahead.

19              BY MR. CHAN:

20      Q      It does?

21      A      It does not.

22      Q      Let's say the result is 10,000 Psi,

23      which is many more times than the acceptable

24      range.

25              Is it your opinion that this still is

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      not significant?

3              MR. BOWEN:  Objection.  Scope.  Go

4      ahead.

5              THE WITNESS:  It is my opinion that I

6      still would not know whether it is significant or

7      not.  Even if it is a medium Psi.  The reason

8      being is that you have not determined what is the

9      role of pressure in the process, in this

10     particular process.  We have not determined the

11     quality of the sensor that might be producing the

12     results.  In order to give you an answer, I need

13     to know many more things and of course, the most

14     important thing is in your question, said, is my

15     opinion that this is a significant fault.  You

16     have not defined what significant means.  That's

17     why I cannot answer this question.

18              BY MR. CHAN:

19          Q     Have you ever used the word significant

20     in any context in any of your publications?

21          A     Many times.

22          Q     Used it many times?

23              And in those occasions, you know why you

24     used that term?

25          A     I certainly hope so.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2        Q     Now, in your -- excuse me.  Under

3     paragraph 30 of your declaration -- let me know if

4     you're there.  Your opinion is that:

5              "The term 'significant' is an exact term

6     I would never use if I had to describe the value

7     of this field with reasonable certainty."

8              Correct?

9        A     Correct.

10       Q     And you just confirmed that you use the

11    term "significant" in your publication; correct?

12             MR. BOWEN:  Objection.  Misstates

13    testimony.

14             MR. CHAN:  Let's give an example.  If I

15    may ask you to go to one of the exhibits.  I'm

16    going to need the court reporter to designate this

17    exhibit and mark it as Exhibit 2.  This is the

18    exhibit entitled "Engineering Versus Ambient Type

19    Visualization."

20             Let me know when you're there.

21             (Exhibit 2 was marked.)

22             THE WITNESS:  Okay.  I'm here.

23             BY MR. CHAN:

24       Q     Do you recognize this publication?

25       A     I do.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      output shown in figure 7."

3              Do you see that?

4      A     I do.

5      Q     And here, why did you use the term

6      "significant" in describing protection of daily

7      aggregate energy use?

8      A     Because --

9              MR. BOWEN:  Objection.  Scope.

10             Go ahead.

11             THE WITNESS:  Because here it has a

12     specific meaning.  And if I direct you to the

13     abstract --

14             BY MR. CHAN:

15     Q     I'm sorry, Dr. Spanos.  You got cut out

16     there again.  Can you repeat that answer --

17     A     I use the term "significant" because it

18     has a specific meaning.  And if I direct you to

19     the abstract of the paper.

20     Q     Okay.

21     A     You might see that the first -- the

22     first time the words significant appears may be

23     1-third from the bottom at the beginning of the

24     line, significant reductions.  Do you see that.

25     A     Yes.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2          Q      The word proceeding that is

3     statistically significant reductions.  In the

4     space where this paper was presented, in fact, in

5     many spaces the word "statistical significance"

6     has a meaning, has a quantifiable meaning.

7          Q      So again, I think that sort of -- but I

8     thought earlier you said -- and you can correct me

9     if I'm wrong -- I said you're not trying to

10    quantify the word significance but here you're

11    saying it's quantifiable.?

12                MR. BOWEN:  Objection.  Misstates

13    testimony.

14                THE WITNESS:  Actually --

15                (Reporter clarification.)

16                THE WITNESS:  Actually, I'm not saying

17    the term significance is quantifiable.  I am

18    saying the term statistical significance is

19    quantifiable.  The composite term.

20                BY MR. CHAN:

21          Q      Okay.  Let's go back to section 3.2.1.

22                Let me know when you're there.

23                Somewhere in the middle of that

24    paragraph it says a category or the y'all

25    available treating each day of the week as an

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      independent predictor found four of the five

3      weekdays to have insignificant predictive power

4      with respect to the response.  And there's a

5      footnote.  Footnote four.  It says when we say a

6      predictor was insignificant in predicting a

7      response, we use conventional definitions of 5

8      percent significance in a frequent ordinary least

9      square (OLS) framework.

10             Do you see that?

11      A      I do.

12      Q      Now, does the use of the word

13      significance have anything to do with statistics

14      here?

15      A      Are you asking how the word significance

16      is being used in this paper in this instance.

17      Q      I'm only asking -- I'm only asking in

18      the context of this paragraph where it says about

19      insignificance predicted power with a footnote

20      actually defining what it means by insignificance.

21      So my question is does the definition of the word

22      significance or insignificance have anything to do

23      with statistics?

24      A      Only when it was defined in that way.

25      Not in a general sense.  If I'm with my friend in

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2        the street and asking if they have anything

3        significant to say or insignificance news,

4        certainly would not be refer to the fact of

5        significance in the frequenttist ordinary square

6        network; right.

7                BY MR. CHAN:

8        Q       I'm sorry.  Can you cut out there.  Can

9        can can you repeat one more time for me, please?

10       A       Yes.  I'll be glad to.

11               If I believe here the operation is, if I

12       heard the word significance, should I immediately

13       construe that this is a -- this is a -- referring

14       to a specific formal statistical definition?

15       That's how I understood the question.

16               Did I understand it correctly?

17       Q       Yes.

18       A       Okay.  And my answer is normally, no.

19       If I meet my friend in the street and they tell me

20       that they have some significant use, I will

21       certainly not infer that they used the 5 percent

22       significance level in some kind of statistical

23       framework.  I'll take the use of the word to

24       meaning something perhaps important but it's not

25       certainly quantifiable.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      Q      Okay.  Would it be fair to say under

3      footnote four where you define significant to mean

4      5 percent?

5      A      The 5 percent that you see there is an

6      accurate number but it requires a little bit

7      longer explanation of what it actually means.  And

8      I'll be glad to go into that explanation.  But it

9      relates to the type one and type two errors in

10     some hypothesis testing.  So this item is a bit

11     esoteric.  I'll be glad to talk about it if you

12     want.

13     Q      Okay.  That's okay.

14            Dr. Spanos, are you aware that you used

15     the term significant or significantly or

16     insignificant more than 18 times in this article?

17     A      That's quite likely, yes.

18     Q      And do you have any reason to dispute

19     that this term, significant or significantly or

20     insignificance as used by you are not clear as to

21     the meaning?

22     A      No, I disagree with that.  This paper is

23     placed in a statistical experimental context.  It

24     is -- it says so in the abstract.  It says so in

25     the footnote that you pointed me to.  So it was

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

```
 2      very reasonable for the readers to infer that I'm

 3      using the term in its formal sense, in its formal,

 4      quantifiable sense and the audience is went for

 5      that.  The forum where the paper was presented was

 6      meant for that.  So no, I think the term is very

 7      clear.

 8                  MR. CHAN:  Thank you.  Let's mark the

 9      next exhibit as Exhibit Number 3.  This is the

10      document labeled segmentation analysis in human

11      centric cyber physical systems using graphical

12      lasso.

13                  (Exhibit 3 was marked.)

14                  BY MR. CHAN:

15      Q      Sorry, Dr. Spanos.

16             Do you recognize this publication?

17      A      Yes.

18      Q      And are you one of the authors?

19      A      I am.

20      Q      And this was also published in 2019?

21      A      I believe so.

22      Q      What is the article about?

23      A      This article -- let me refresh my memory

24      a bit if you don't mind.  This is dealing again --

25      this is in the emergency space.  This is dealing
```

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

```
2        with cyber physical systems.  The application here

3        is smart billings are a complicated system that

4        involves not only computational aspect but also

5        human behavior.  That's why we call it human

6        centric cyber physical system.  And it is paper

7        about data analysis.  Using something known as

8        graphical lasso.

9             Q       That explanation is much better than

10       what I can describe to you.  There's no page

11       number but several paragraphs above section 6.2 on

12       page 8 of the PDF the photograph that starts with

13       the feature correlations.

14                   Do you see that that paragraph?

15            A       Section 6.2.

16            Q       Right above -- it's that same column,

17       but the first paragraph.  That starts with the

18       feature correlations -- yeah, the paragraph that

19       starts with the feature correlations.  Do you see

20       that?

21            A       I'm sorry.  The feature correlations in

22       figure eight.  Is that what you're referring to.

23            Q       I'm sorry.  Can you repeat one more

24       time?  I could barely hear.

25            A       I'm looking at the entitled 6.2.
```

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2       Q       Right.

3       A       And I'm looking at five lines below that

4       title.  The sentence starts with "The feature

5       correlations for $CLUSTER_3$ is shown in figure 8."

6               Is that what you're referring to?

7       Q       No, no.  It's that column, but if you go

8       all the way up starting at line 5.

9               MR. BOWEN:  Alex, is there a way that

10      you can actually share the document using Zoom?

11              THE WITNESS:  No, I actually found it.

12              (Simultaneous colloquy.)

13              BY MR. CHAN:

14      Q       Okay.  Sure.  It's that paragraph.  If

15      you count five lines down.  That starts with a

16      positive correlation.

17              Do you see that.

18      A       Yes.

19      Q       It reads:

20              "There is a positive correlation between

21      morning time and desk light usage indicating

22      somewhat heedless behavior towards energy savings.

23      The absolute energy savings increase during the

24      breaks and finals, given by positive correlation

25      with total points, but it is not significant as

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      compared to the amount of energy savings that

3      other players in the game exhibit during the game

4      [sic] period, thus increasing the rank."

5              Now, you use the term "significant" here

6      and I don't see any explanation as to statistics.

7      So the question is why did you use it to describe

8      the amount of energy savings between two groups of

9      players.

10             MR. BOWEN:  Objection.  Scope.

11             Go ahead.

12             THE WITNESS:  It is done in a

13     statistical context but let me explain.  The whole

14     term graphical lasso is a fairly advanced method

15     of regression analysis which is of course a formal

16     statistical method.  And I believe -- and if I can

17     do a quick search if you don't mind -- if you go

18     to section 6.3, that entitled causal relationship

19     between features you can see again a reference to

20     the 5 percent significance level four lines down

21     so it is defined in a very formal way.

22             BY MR. CHAN:

23     Q      Where it says a P value lower than .055,

24     5 percent significance level indicates a strong

25     casual relationship -- casual relationship between

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      the tested features and implies rejecting the null

3      hypothesis HO.

4                I do see that.

5                But going back to the very section I

6      referred you to, it says nothing about the P

7      value.  It says about the absolutely energy

8      savings; right that it is not significance as

9      compared to the other amount of energy savings

10     that other groups of players have?

11        A       Correct.  But again, in the paper like

12     this, when you use that term and assert something

13     is not asked and answered the readers will expect

14     you're going to show that in terms of formal

15     statistical analysis.  I did not have time to

16     review this paper to tell you exactly what is

17     going on.  But I think the paragraph that I

18     pointed to, 6.3, says what is the test you have

19     applied to make those statements about

20     significance or lack thereof.

21        Q       But that definition is subsequent to

22     that paragraph.  So really at the time of reading

23     this section, the reader will have no idea what

24     that means.

25                MR. BOWEN:  Objection.  Mischaracterizes

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      testimony.

3              THE WITNESS:  That is incorrect.  A

4      reader in this forum of a paper like that would

5      certainly know what that means and they would

6      expect to see the definition of that.  So no, I

7      would disagree with that statement.

8              BY MR. CHAN:

9      Q      Okay.  Now, immediately after what we

10     just read, it says external parameters play a

11     significant role in energy usage behavior of this

12     case [sic].

13             Why do the external parameters play a

14     significant role in energy usage?

15     A      Again, significant here means the same

16     definition that I used before, if it's

17     quantifiable established that they do so, now why

18     they do so, it's a matter of this particular

19     experiment.  So I don't remember the details,

20     whether the weather or the way people were dressed

21     or many other things might have affected that.

22     This would be external parameters.  But they turn

23     out to play a significant role.  That's what the

24     experiment said.

25     Q      But here the use of the phrase

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2          what I need to do in order to make that

3          determination.

4          Q      Let's read the next sentence.  In other

5          words, the system 300 determines whether the

6          abnormality or fault indication relays to an

7          actual fault.

8                 Did you consider this sentence in

9          forming your opinion?

10         A      I have.

11         Q      And does this offer you the opinion that

12         it clearly indicates what an actual fault is?

13                MR. BOWEN:  Objection.  Vague.

14                THE WITNESS:  No, it does not.  It tells

15         you that some system determines whether the

16         abnormality or fault indicates relates to an

17         actual fault.  That to me implies that somewhere

18         out there is a definition of what an actual fault

19         is and the system sees whether the abnormalities

20         or the faculty indications point to that

21         definition but that definition is missing.

22                BY MR. CHAN:

23         Q      Dr. Spanos, for a skilled engineer,

24         would there be any issue with respect to

25         identifying whether a fault is an actual fault or

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

 2    a false positive?

 3       A      A skilled engineer -- give me enough

 4    context and enough information, and given a

 5    specific processes to define things, deciding what

 6    kind of hypothesis test I need to do.  They may be

 7    able to classify the fault.  But the faults in

 8    semiconductor manufacturing do not simply fall in

 9    the category of significant or insignificant.

10    It's much more nuanced than that.  So that is my

11    whole problem with the definition.

12       Q      I understand.  But my question is a

13    little different.  My question is, for a skilled

14    engineer, will there be any issue in terming of

15    identifying whether there's an actual fault or a

16    false positive?

17       A      In a very narrow context with enough

18    information known, I think skilled engineers could

19    do that.

20       Q      For a skilled engineer, would there be

21    any issue with respect to identifying whether a

22    fault is an actual fault or a false negative?

23       A      I have trouble passing that question

24    because a false negative negatively imply it is

25    absence of a fault or at least of a fault

2      indication so you are asking me whether a skilled

3      engineer in the absence of any evidence, will they

4      see an actual catastrophe happening in saying, oh,

5      my God, we missed the fault.  We had a false

6      negative here.  Is that what you're asking.

7          Q      That is the question.

8          A      Yes.  Again, that's a hypothetical, but

9      yes, catastrophes do happen and sometimes they

10     come unannounced so that is certainly possible.

11     Again in an a narrow context with enough

12     information about the process.

13         Q      Okay.  Thank you for your time,

14     Dr. Spanos.  Looks like we're almost up to an

15     hour, again.  Let me just stop here and let's take

16     another ten-minute break.  After the break, I'm

17     going to have my colleague take over because I

18     have to attend so some other personal matters.  So

19     let's take a ten-minute break and resume at 4:20.

20             (Recess.)

21                     --oOo--

22                 EXAMINATION

23             BY MR. PARKER:

24         Q      So Dr. Spanos, my name is Henrik Parker,

25     Rick Parker, I work with Mr. Chan so I'm going to

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2              "The term ultra-thin resist layers (UTR

3         layer) appears explicitly in only claims 1 and 4."

4              Isn't it true that the term appears many

5         other times in the specifications?

6         A    Yes.  That is true.

7         Q    So when you said it appears explicitly

8         only in the claims that wasn't accurate?

9              MR. BOWEN:  Objection.  Misstates the

10        document.

11             THE WITNESS:  The document says not only

12        in the claims but it says in only claims 1 and 4,

13        my intention is to say in the context of the

14        claims, these are the only two instances where you

15        can find this term.

16             BY MR. PARKER:

17        Q    At the end of the second sentence of

18        paragraph 48, you say -- you say so that UTR layer

19        refers to resist layers having thicknesses that

20        would have been considered very thin at the time

21        of the invention.

22             Does your use of have in that steps, are

23        you using that in the same way as ultra thin or

24        actually just ultra?

25             MR. BOWEN:  Objection.  Vague.  Go

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2       ahead, Dr. Spanos.

3               THE WITNESS:  No, this is just a

4       description of what ultra-thin resist are.  I use

5       the term "very thin" in comparison to regular

6       resist that are used as a single layer of

7       photolithography.  Ultra-thin resist are usually

8       viewed in that context are very thin.  So I

9       would --

10              (Reporter clarification.)

11              THE WITNESS:  So I was just describing

12      it in plain words.

13              BY MR. PARKER:

14        Q      When you said very thin at the time of

15      the invention in paragraph 48, what did you mean

16      by "very thin"?

17              MR. BOWEN:  Objection.  Asked and

18      answered.

19              THE WITNESS:  I meant thinner than what

20      you will have in a resist used as a single -- for

21      a single layer patterning.

22              MR. PARKER:  I'm sorry.  Cheryl, can you

23      read back that answer, please.

24              (Record read.)

25              ///

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2              BY MR. PARKER:

3       Q       In your experience with an ultra-thin

4    resist coating be the same thing as an -- sorry.

5    Let me start over again.

6              In your experience, would an ultra-thin

7    resist coating be an ultra-thin resist layer?

8       A       Yes, I believe they're used with the

9    same meaning.

10      Q       And that would be true in the context of

11   the '097 patent as well?

12      A       Yes, I think so.

13      Q       In paragraph 49 of your declaration, you

14   say -- the second sentence says claim one does not

15   specifically any resist thicknesses.

16              Do you see that?

17      A       That is correct.  Yes.

18      Q       Does that mean in your opinion that the

19   resist as claimed in claim one could be any

20   thickness and still fall within the scope of claim

21   one?

22              MR. BOWEN:  Objection.  Misstates the

23   document.  Go ahead.

24              THE WITNESS:  That sense does not mean

25   that.  So that's not my opinion.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      not agree to that, no.

3         Q      Where in the '097 patent are there

4      ultra-thin resist layers discussed as having

5      thicknesses that are greater than -- or -- equal

6      to or greater than 2500 angstroms?

7         A      In the specification, it states that

8      normal resist for UV lithography is

9      4,000 angstroms.  For regular lithography, it's

10     5,000 angstroms.  And these things that lower

11     thicknesses are considered ultra thin.

12        Q      Where does does it say that lower

13     thicknesses are considered ultra-thin?

14        A      If we can go to the part of the

15     specification.  In fact I think it's being

16     discussed in paragraph 52 of my declaration.  What

17     I'm stating there in the sentence:  The pattern

18     describes a standard resist thickness of 5,000 or

19     more, or 248 nanometer lithography and 4,000

20     angstroms.  I would assume that anything below

21     that would qualify.

22        Q      And why do you make that assumption?

23        A      Well, from my general knowledge about

24     the subject matter and also reinforced by

25     references from the very same inventors in

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2       different patterns that actually freely defined

3       ultra-thin resist thicknesses in that range.

4           Q       Okay.  But the question I asked you

5       earlier was, were there any specific statements in

6       the '097 patent describing an ultra-thin resist

7       layer as being equal to or greater to 2,500

8       angstroms.  And is it your position that the one

9       sentence that you just read from column one lines

10      39 to 43 describes such an embodiment?

11          A       Let me go to column one, lines what

12      again.

13                  Lines 41 to 43.

14          Q       It's the lines that you cited in

15      paragraph 52?

16          A       Yes.  I think to me that's a strong

17      indication that this pattern does not exclude the

18      possibility of ultra-thin resist being in those

19      ranges.

20          Q       Okay.  That wasn't my question.  My

21      question is, is there any discussion in here of an

22      embodiment that is more than -- equal to or

23      greater than 2,500 angstroms?

24                  MR. BOWEN:  Objection.  Asked and

25      answered.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2          Go ahead.

3          THE WITNESS:  It's not explicit.

4     There's not an explicit discussion about that.

5          BY MR. PARKER:

6     Q     If the '097 patent was identical in all

7     respects except that it did not include claim

8     four, would you be able to construe the term

9     ultra-thin resist layer in claim one?

10    A     I have not done this analysis.  I did

11    this analysis in the presence of claim four.  So I

12    will have to give it some thought before I answer

13    to you.

14    Q     Go right ahead.

15    A     Okay.  Your question is in the absence

16    of claim four.  Could you repeat.

17    Q     If claim four was not in the patent, so

18    all you had was claim one just written as it is

19    now, discussing an ultra-thin resist layer, would

20    you be able to construe that term as used in the

21    patent?

22         MR. BOWEN:  Objection.  Scope.  Calls

23    for speculation.

24         THE WITNESS:  Speculation indeed.

25    Right.  I would have to think about it.  I can

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2       tell you that it's still vague.  The definition

3       that I see here -- you know, we know that

4       specifications do not impose limitations that are

5       examples of embodiments?  Right.  And not having a

6       limitation on claim one, I would still have a

7       single problem.  But again, I haven't put in the

8       thought that it deserves.

9               BY MR. PARKER:

10      Q       In paragraph 57 of your declaration, you

11      discuss a couple of other patents that aren't

12      directly involved in these actions; right?

13      A       Correct.

14      Q       And I believe you were e-mailed those

15      two patents.  I'd like you to look at the one -- I

16      think it's entitled DI40-20 -- it says Exhibit 18

17      at the end of the name.  It should be U.S. patent

18      No. 6326319?

19      A       I have it.

20      Q       Was it correct that that was the right

21      file that pulled up that patent?

22      A       You were.

23      Q       And it's got a cover page saying

24      Exhibit 18.

25              How did you go about finding the two

2      declaration, I'm looked at column 1, 47 to 50.

3          Q      Okay.

4          Q      Now, if you would turn to that, column

5      one of the 319 patent, Exhibit 4, I'd actually

6      like you to start a few lines earlier at 39 of

7      column one through the end of that paragraph

8      online 45.

9          A      Yes.

10         Q      And this is -- actually.

11                It's your opinion that the language in

12     column one of the 319 patent, Exhibit 4, as you

13     say in your declaration, identifies an upper limit

14     for UTR thickness of 2500 angstroms?

15                MR. BOWEN:  Objection.  Misstates the

16     declaration.

17                THE WITNESS:  This particular patent, to

18     language you had is identical to the language of

19     the patent -- the main patent we're discussing and

20     it specifically says, you know, in so many

21     words -- I don't think it defines the limit.  I

22     think it gives us a range within which somebody

23     will call the layer characterized as an

24     ultra-thin.  It doesn't not tell us what it is

25     not.  It does not put a limit on it.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2                   BY MR. PARKER:

3          Q       But your declaration says it identifies

4     an upper limit for UTR thickness of

5     2500 angstroms; correct?

6          A       Correct.

7          Q       Is it your understanding that someone

8     construing a claim should not look at extrinsic

9     evidence if the intrinsic evidence sufficiently

10    informs a person of ordinary skill how to construe

11    a given claim for him?

12                  MR. BOWEN:  Objection.  Calls for legal

13    analysis.

14                  MR. PARKER:  I'm asking for his view.

15                  THE WITNESS:  I have seen the

16    definition, yes.

17                  BY MR. PARKER:

18         Q       Okay.  But my question is, is that your

19    view?

20                  MR. BOWEN:  Objection.  Calls for a

21    legal conclusion.

22                  THE WITNESS:  It's my view whether -- if

23    a patent all all its intrinsic evidence, meaning

24    specification, wrapper, and claims and so on, if

25    it's sufficient, then I should not look for

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2    extrinsic evidence.  If that patent informs me

3    completely, yes.  The question is that this one

4    does not.

5            BY MR. PARKER:

6    Q        What is your understanding of the

7    doctrine of claim differentiation?

8            MR. BOWEN:  Objection.  Calls for legal

9    analysis.

10           THE WITNESS:  My general understanding,

11   not having legal training is its claim has to add

12   something that other claims do not have.  They

13   have to be different.  They have to be covering

14   different things.

15           BY MR. PARKER:

16   Q        Is it your understanding that the

17   doctrine should always be followed when construing

18   claims?

19   A        I do not know the legal answer to that.

20   My common sense understanding is yes, it should

21   be.

22           MR. PARKER:  I don't have any further

23   questions.

24           MR. BOWEN:  I think we should take a

25   break.

2                THE COURT REPORTER:  Off the record?

3                (Recess.)

4                MR. BOWEN:  So the defendants don't have

5       any questions for Dr. Spanos, but they do reserve

6       the right to read and sign.

7                THE COURT REPORTER:  Anything else?

8                MR. PARKER:  I don't think so.

9                MR. BOWEN:  Not from us.  Let me ask the

10      other defense counsel -- does anybody have

11      anything else?

12               Looks like we don't.

13               Thanks Cheryl.

14               Thanks, Dr. Spanos.

15

16

17

18

19

20

21

22

23

24

25