**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| OCEAN SEMICONDUCTOR LLC,<br>    *Plaintiff,*<br>vs.<br>MEDIATEK INC., ET AL.,<br>    *Defendant.* | Case No. 6:20-cv-01210-ADA |
| OCEAN SEMICONDUCTOR LLC,<br>    *Plaintiff,*<br>vs.<br>NVIDIA CORPORATION,<br>    *Defendant.* | Case No. 6:20-cv-01211-ADA |
| OCEAN SEMICONDUCTOR LLC,<br>    *Plaintiff,*<br>vs.<br>NXP SEMICONDUCTORS NV, ET AL.,<br>    *Defendant.* | Case No. 6:20-cv-01212-ADA |
| OCEAN SEMICONDUCTOR LLC,<br>    *Plaintiff,*<br>vs.<br>RENESAS ELECTRONICS CORPORATION, ET AL.,<br>    *Defendant.* | Case No. 6:20-cv-01213-ADA |
| OCEAN SEMICONDUCTOR LLC,<br>    *Plaintiff,*<br>vs.<br>SILICON LABORATORIES INC.,<br>    *Defendant.* | Case No. 6:20-cv-01214-ADA |
| OCEAN SEMICONDUCTOR LLC,<br>    *Plaintiff,*<br>vs.<br>STMICROELECTRONICS INC.,<br>    *Defendant.* | Case No. 6:20-cv-01215-ADA |
| OCEAN SEMICONDUCTOR LLC,<br>    *Plaintiff,*<br>vs.<br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br>    *Defendant.* | Case No. 6:20-cv-01216-ADA |

**STEPHANIE SIVINSKI'S DECLARATION IN SUPPORT OF DEFENDANTS'
<u>REPLY CLAIM CONSTRUCTION BRIEF</u>**

I, Stephanie Sivinski, declare and state as follows:

1. I am an attorney admitted to practice in the State of Texas.

2. I am a partner at the law firm Haynes and Boone LLP and represent Defendants MediaTek, Inc. and MediaTek USA, Inc.

3. I provide this declaration in support of the Defendants' Reply Claim Construction Brief. If called to testify as a witness, I could and would competently do so under oath.

4. Exhibits 1-30 are attached to my declaration submitted in support of Defendants' Opening Claim Construction Brief.

5. Attached as **Exhibit 31** is a true and correct copy of excerpts of the rough transcript recorded during the deposition of Ron Maltiel on November 2, 2021.

6. Attached as **Exhibit 32** is a true and correct copy of the office action dated January 16, 2004 in the file history of U.S. Patent No. 6,907,305.

7. Attached as **Exhibit 33** is a true and correct copy of U.S. Patent No. 5,369,570.

8. Attached as **Exhibit 34** is a true and correct copy of applicant's response dated April 14, 2004 in the file history of U.S. Patent No. 6,907,305.

9. Attached as **Exhibit 35** is a true and correct copy of the office action dated June 15, 2004 in the file history of U.S. Patent No. 6,907,305.

10. Attached as **Exhibit 36** is a true and correct copy of excerpts of the final transcript from the deposition of Costa J. Spanos, Ph.D., dated October 20, 2021. The cited portions have been highlighted to facilitate the Court's review.

11. Attached as **Exhibit 37** is a true and correct copy of a paper titled "Engineering vs. Ambient type visualizations: Quantifying effects of different data visualizations on energy consumption" by Lucas Spangher, Alex Devonport, Akaash Tawade, and Costas Spanos. This

was marked as Exhibit 2 to Dr. Spanos's deposition.

12. Attached as **Exhibit 38** is a true and correct copy of a paper titled "Segmentation Analysis in Human Centric Cyber-Physical Systems using Graphical Lasso," by Costas J. Spanos, Hari Prasanna Das, Ioannis C. Konstantakopoulos, Aummul Baneen Manasawala, Tanya Veeravalli, and Huihan Liu. This was marked as Exhibit 3 to Dr. Spanos's deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 8, 2021

_____
Stephanie Sivinski