# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>MediaTek Inc. and MediaTek USA Inc. ("MediaTek"),<br><br>　　　　　Defendants. | Civil Action No.: 6:20-cv-1210-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>NVIDIA Corporation,<br><br>　　　　　Defendant. | Civil Action No.: 6:20-cv-01211-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>NXP USA, Inc.<br><br>　　　　　Defendants. | Civil Action No.: 6:20-cv-1212-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br> v.<br><br>Renesas Electronics Corporation and Renesas Electronics America, Inc.,<br><br>    Defendants. | Civil Action No.: 6:20-cv-1213-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br> v.<br><br>Silicon Laboratories Inc.,<br><br>    Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br> v.<br><br>STMicroelectronics, Inc.,<br><br>    Defendant. | Civil Action No.: 6:20-cv-1215-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>                Plaintiff<br><br>    v.<br><br>Western Digital Technologies, Inc.<br><br>                Defendant. | Civil Action No.: 6:20-cv-1216-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

### DECLARATION OF HENRIK D. PARKER IN SUPPORT OF PLAINTIFF OCEAN SEMICONDUCTOR LLC'S SUR-REPLY CLAIM CONSTRUCTION BRIEF

I, Henrik D. Parker, Esq., declare as follows:

1. I am Counsel at the Devlin Law Firm LLC. I am currently in good standing and licensed to practice in the State of Pennsylvania and a member of the bar of this Court.

2. I am counsel of record for Plaintiff Ocean Semiconductor LLC, ("Ocean") in this action, and make this Declaration in support of Ocean's contemporaneously-filed Sur-Reply Claim Construction Brief.

3. The facts set forth herein are true to my personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

4. Attached as Exhibit E to this Declaration is a true and correct copy of excerpts of the transcript of the deposition of Ron Maltiel taken on November 2, 2021.

5. Attached as Exhibit F to this Declaration is a true and correct copy of excerpts of the transcript of the deposition of Dr. Costas J. Spanos taken on October 20, 2021.

3

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct.

Executed this 19th day of November, 2021.

*/s/ Henrik D. Parker*
Henrik D. Parker

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Alex Chan*
Alex Chan
