# EXHIBIT E

1

2              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
3                   SHERMAN DIVISION
------------------------------X
4  OCEAN SEMICONDUCTOR LLC,
                Plaintiff,
5       v.              NO. 4:20-cv-991-ALM
  HUAWEI DEVICE USA, INC.,
6  HUAWEI DEVICE CO., LTD.,
  and HISILICON TECHNOLOGIES
7  CO., LTD.,
                Defendants.
8  ------------------------------X

9  AND RELATED ACTIONS ON NEXT PAGE

10

11          REMOTE DEPOSITION OF RON MALTIEL

12                 November 2, 2021

13

14

15

16

17

18

19

20

21

22

23  Reported by:

24  MARY F. BOWMAN, RPR, CRR

25  JOB NO. 201774

1                   Maltiel - 11/2/21

2   line 65, he talk of the kind of devices

3   that could be used and he mentions a

4   pneumatic, hydraulic, electromagnetic and

5   mechanical.

6             So all these ways, the values,

7   pneumatic cylinder that he is talking

8   about, they can operate using different

9   central force.  It won't be purely just

10  pneumatic.

11    Q.    But my question is slightly

12  different.

13            In order to be called a pneumatic

14  cylinder, is it correct that there needs to

15  be at least some type of pneumatic force or

16  pressure involved in that device?

17            MR. PARKER:  Objection, asked and

18      answered.

19    A.    Not necessarily.  Not

20  necessarily.  Because if you look -- he

21  described what kind of device it could be.

22  And this device is operated by -- that was

23  pneumatic, hydraulic, electromagnetic or

24  mechanical.

25    Q.    So is it your opinion that a

1          Maltiel - 11/2/21

2   so you know -- and it cause ill effect, you

3   know that you have a significant fault for

4   any of these parameters that I mentioned.

5       Q.    So is the fault actually the

6   temperature being too high?

7       A.    They seem -- the cause, because

8   basically a cause you can think of it like

9   the cause, the cause could be -- I

10  mentioned several things it could be, like

11  pressure, gas flow and so on and

12  temperature.  But you could have a

13  situation that it would be just the

14  temperature too high, yes.

15      Q.    Did you say that the fault is the

16  cause of the issue on the wafer?

17      A.    The fault caused the problems,

18  let's say.  Let's just say that everything

19  is perfectly within the parameters and the

20  only thing is the temperature slightly was

21  too high.  So the temperature would be

22  cause for the fault on the wafer.

23      Q.    So the temperature is not the

24  fault itself, it's the cause of the fault

25  in your example?

Page 96

                        Maltiel - 11/2/21
1
2      A.    I'm not clear what you mean the

3   cause of the fault.  The fault is that the

4   wafer doesn't -- it's -- it doesn't -- it's

5   not -- the current is too low, so it's not

6   working, so this is the fault.  It's the

7   end result.

8            But the cause of the fault is the

9   temperature being too high.

10     Q.    So in your example, what would be

11  a significant fault?

12     A.    In a case the temperature is too

13  high that lead to current being too low and

14  not functioning die.

15     Q.    So I want to make sure we are

16  defining things properly.

17            You defined the fault as being

18  something being wrong with the wafer or the

19  dies itself.

20            So if the fault is significant,

21  would the fact that there has to be an

22  issue, a significant issue with the wafer

23  itself?

24     A.    No, it's the issue is the

25  temperature.

1                     Maltiel - 11/2/21

2             I'm using fault like failure.  So

3    probably should use the way that the patent

4    talking about it.

5             The fault, in my mind, is a

6    synonym to the cause, the reason why you

7    have the die failing, not functioning, not

8    yielding.  So the fault, the temperature

9    being too high.

10       Q.    So just to make sure we are on

11   the same page, the fault is not the die

12   failure.  The fault is what leads to the

13   die failure?

14       A.    Yeah, the fault is the reason why

15   the die failed.

16       Q.    So the fault itself is -- has

17   nothing do -- strike that.

18             The fault is not on the wafer.

19   The fault is in the machine?

20       A.    Sorry, what was the last word you

21   said?

22       Q.    The fault is not a fault with the

23   wafer, the fault is a fault with the

24   machine?

25       A.    Well, I mean, this machine, all

1                  Maltiel - 11/2/21

2    these machines process wafers.  So the

3    thing that you are trying to make is

4    semiconductor dies.  And you care whether

5    they work or not.

6              So the cause is something

7    happened on the wafer due to machines that

8    process the wafer.  So the fault is the

9    high temperature, if it's too high,

10   deposition, and this caused the wafer to

11   not function.  Or the die.

12       Q.    So in the context of the '538

13   patent, when it uses the term "fault," you

14   understand that to be referring to

15   conditions with the tool?

16       A.    Well, it's not always conditions

17   of the tool.  But a typical example would

18   be something happened on a tool which is

19   different.

20              So you mean fault like it's the

21   die on the tool to heated to, I don't know,

22   700 degree and they take it to 705 degree.

23       Q.    So in the context of the '538

24   patent, when the '538 claims use the term

25   "fault," in your opinion they are not

1                    Maltiel - 11/2/21

2     referring to any faults or issues with the

3     wafer itself?

4          A.    No, can we go to the specific --

5     we are talking here out of context.  Can

6     you show me what claim and what thing you

7     are talking about?

8               Because I cannot answer just for

9     it doesn't apply your question for the

10    claim.  I don't understand your question.

11    Can you tell me which claim you are

12    talking, the specific line and I can

13    explain it.

14         Q.    I'm talking about the '538 patent

15    in general.

16         A.    OK, so let me open the '538 or if

17    you want, you could give me the '538.  I

18    have copies in my computer.

19         Q.    So I believe the '538 patent has

20    been marked as Exhibit 4.

21         A.    OK, let me open it.

22         Q.    So it was provided to you.

23         A.    I have it -- yeah, I followed I

24    don't see a written Exhibit 4, but OK, I

25    open it.

1                    Maltiel - 11/2/21

2            So can you refer me to specific

3   line or item you are talking about and then

4   you can explain what I am saying?

5       Q.    Before I refer you to a specific

6   line, I guess I was just trying to get the

7   bound of your understand of the '538 patent

8   generally.

9            Based on your -- strike that.

10           Did you review the '538 patent --

11      A.    Yes.

12      Q.    -- in preparation for your

13  deposition today?

14      A.    Yes, I did.

15      Q.    Do you recall there being

16  instances of the '538 patent where the term

17  "fault" referred to issues with the wafer

18  itself?

19      A.    I don't recall the specific

20  sentence, but I mean if you look at table

21  4, in figure -- let me try to find it.

22           I mean, all this patent is

23  talking about systems that's used to

24  process wafers.  It's not building the cut.

25  It's for processing wafers as far as I'm

```
1                      Maltiel - 11/2/21

2     aware.

3               So let me turn, turn it.  You

4     don't want to show it.  I'm trying to look

5     sideways.

6               So basically talking on wafer, if

7     you look at figure 4, which is an example

8     of what you measure and all the things that

9     you monitor, so it's showing -- all the

10    values wafer and each wafer is a measure

11    for specific operation, the pressure, the

12    humidity, the temperature, gas flow and so

13    on.  And from this, it generated data and

14    you know what is the average value and then

15    they can assign value for things that are

16    considered to be out of the -- like talking

17    back here about the temperature, so yeah,

18    column 3, the temperature.

19              So if, let's say the range is, I

20    don't know, 698 to 702, and you get

21    suddenly a wafer the temperature was 705,

22    then this wafer would have a fault and you

23    know you need to see what's going on with

24    the machines.

25        Q.    So using figure 4 as an example
```

```
 1                    Maltiel - 11/2/21
 2   and the example you just gave, the fault is
 3   the temperature being too high, correct?
 4        A.    Yes.
 5        Q.    The fault is not necessarily a
 6   problem with the wafer, correct?
 7        A.    Well, the only way that you know
 8   that you have a fault is that when the
 9   wafer is defective, that you designed the
10   process to be a certain a set of parameters
11   and if the process deviate from this
12   parameter and the device stopped to
13   conform, you know that some equipment or
14   something has malfunctioned.
15              So the fault is it something in
16   the equipment wasn't operating within the
17   range that it should.
18        Q.    So if you don't have any defects
19   in the wafer, is it fair to say there has
20   not been a fault?
21        A.    When you say -- what do you mean
22   when you say defect in the wafer?
23        Q.    You, I believe you referred to a
24   wafer as defective.  So what do you mean by
25   a wafer as defective?
```

1                  Maltiel - 11/2/21

2      A.     That it doesn't meet the data

3   sheet specification.

4      Q.     OK.  So using that definition, if

5   you have a wafer that meets the data sheet

6   specification, is it fair to say that there

7   has not been a fault?

8      A.     There hasn't been a fault in the

9   values systems that produce the wafer at

10  that moment in time.

11     Q.     And based on how faults are

12  detected, it's fair to say that if a wafer

13  meets the data sheet specification, no

14  fault would have been detected?

15     A.     Yes.

16     Q.     So faults are only detected if a

17  wafer does not meet the data sheet

18  specification?

19     A.     Not necessarily that you -- you

20  monitor all this machine and hundreds of

21  machine that's the wafer take -- to process

22  a wafer, like two, three months and 6,000

23  steps.

24             So you monitor all these

25  operations and you record the data and if

                    Maltiel - 11/2/21

1    you see problem with the wafer meeting the

2    data sheet specification, then you use it

3    to try to analyze and figure out what the

4    fault.

5          And sometimes you do experiment

6    to know what the boundary is like, like the

7    example I'm bringing of temperature, that

8    temperature of depositing, let's say, an

9    depositing gate oxide on the wafer, and you

10   monitor what kind of -- what rate of

11   temperature you can have and still get good

12   enough gate oxide, it will give you enough

13   current, so it will meet the data sheet

14   specification.

15   Q.   Again, I just want to talk about

16   situations in which the wafer -- excuse me,

17   strike that.

18          If faults are only detected when

19   the wafer does not meet the data sheet

20   specification, then if the data sheet -- if

21   the wafer is within the specs of the data

22   sheet, no fault would be detected, correct?

23   A.   I mean, it's not accurate -- or

24   maybe I didn't explain it enough.

1                    Maltiel - 11/2/21

2               This equipment is all the time

3    the equipment that process the wafer is all

4    the time monitored.

5               So you will have a situation that

6    you see the temperature fluctuate or gas

7    pressure was too high or too low and you

8    use this information correlated with how

9    the wafer come out at the end of the

10   production line to try to see which of this

11   fault that happened in the equipment caused

12   problems that caused the wafer to fail, not

13   to meet the data sheet.

14               So it is sort of an interactive

15   process.

16      Q.    Understood.  So if the wafer

17   hasn't failed and it's within the

18   specifications, there would be no reason to

19   believe any fault has occurred in the tool,

20   correct?

21      A.    Yes, only when the wafer doesn't

22   meet specification, you can then try to

23   pinpoint what caused -- what was the fault

24   that caused it.

25      Q.    So I want to now turn your

```
1                    Maltiel - 11/2/21

2    attention to what's been marked --

3        A.    Let me elaborate though so that

4    you -- like for example, you also on test

5    wafer during, let's say, the gate

6    deposition as a process, and you see that

7    the gate come too thick, the thickness is

8    too high or too low, so you don't need to

9    wait for the end of the processing to see

10   if it conform to the data sheet because you

11   know it's going to be defective, so you

12   know at this end.  So you have other way to

13   monitor.  It's not only at the end of the

14   line.

15       Q.    Understood.

16             But in that situation that you

17   just gave, even in the middle of the

18   process, it would already be out of

19   specification, correct?

20       A.    Yeah, it would be out of the

21   specification of what is the gate supposed

22   to be in single -- it's not -- the gate

23   oxide is supposed to be to for that

24   process.

25       Q.    So now I want to turn your
```

```
 1                    Maltiel - 11/2/21

 2    attention, Mr. Maltiel, to what's been

 3    marked as Exhibit 1 which is your

 4    declaration from the Western District of

 5    Texas case, and specifically to paragraph

 6    78.

 7         A.    Hold on.  Let me get that.

 8               OK.

 9         Q.    Specifically I'm interested in

10    talking about the last sentence in

11    paragraph 7.  So let me know when you're

12    there.

13         A.    OK.

14         Q.    So in this paragraph, I believe

15    you're discussing an example from the

16    patent in which in the prior art faults

17    were detected that weren't actually faults,

18    is that correct?

19         A.    Yes.

20         Q.    And they're not actually faults

21    because in looking at the last sentence,

22    the end product was not impacted by

23    whatever variation is being detected, is

24    that correct?

25         A.    Yes.
```

1                    Maltiel - 11/2/21

2         Q.    So again, this is the idea that

3    if the end wafer or end product is not

4    affected, there has not actually been a

5    fault.  Correct?

6         A.    Yes.

7         Q.    And so then looking at your next

8    paragraph, 79, you state that, "The '538

9    patent, however, considered this fact that

10   the product being manufactured is not

11   impacted by the insignificant, i.e. not

12   important, fault."

13            Isn't it true, though, that no

14   fault has occurred if the product being

15   manufactured is not impacted?

16        A.    Well, I mean, the fault is if the

17   equipment was supposed to be -- the

18   pressure gauge, I don't know, between let's

19   say -- say between 750 to 760 bar, and it

20   was -- went to 770, so there is a fault in

21   the equipment.

22            But based on the previous

23   experience, it's part of the database that

24   is used, so not to consider this as a fault

25   that damaged the wafer.

1                    Maltiel - 11/2/21

2       Q.    So there are faults that don't

3   damage the wafer?

4       A.    It's fault -- for each piece of

5   equipment, there is specifications that

6   says when you do operation XYZ, you need to

7   have the pressure gauge for oxygen between

8   this value, or radio between this value and

9   so on.

10           And any time during the operation

11  it deviate from it, it's recorded.  And so

12  you can call it a fault of the equipment.

13           But as far as manufacturing

14  semiconductor die, it's not a significant

15  one, and this is -- it's giving weighting

16  parameter lower when it get out of range

17  for this specific nonimportant one.

18      Q.    The overall purpose of one of

19  these tools is to manufacture wafers within

20  specification parameters, correct?

21      A.    Well, yeah, within electrical

22  specification parameter.

23      Q.    So if the tool produces a wafer

24  within the electrical specification

25  parameters, it is performed -- it has

1                    Maltiel - 11/2/21

2    performed its intended function, correct?

3        A.    Yeah, but you don't know because

4    assuming the design, the process, the

5    defined range for which -- of the machine

6    in each operation and it's always

7    fluctuate, nothing is always exactly the

8    same value, no deviation to the 10 digits

9    or whatever.

10            So you don't know if it's the

11   pressure went too high or too low that it

12   wouldn't cause the product then not perform

13   electrically as needed as it's supposed to

14   by the data sheet specification.

15            So you flag it.  But by assigning

16   different weighing factor to each of this

17   parameter for wherever it may fall, you

18   have column for each of the pressure,

19   humidity and so on.  So by assigning

20   different weight factor, you could consider

21   it insignificant if you know that based on

22   previous tests or the engineering value or

23   basic experience that it wouldn't cause it

24   to electrically be defective.

25       Q.    So even if the tool performs its

1                    Maltiel - 11/2/21

2    intended function and produces a wafer that

3    is within the electrical specification on

4    the data sheet, it is your opinion that

5    there could still be faults with the tool?

6        A.    I'm sorry, I think you have been

7    cut off.  Or couldn't hear the last part.

8        Q.    So even if the tool performs its

9    intended function and produces a wafer that

10   is within the electrical specification in

11   the data sheet, it is your opinion there

12   could still be faults within the tool?

13       A.    Well, there are multiple tools to

14   produce the wafer.  So we are talking about

15   just one tool out of the hundred tool,

16   talking the last two or three months, the

17   wafer process tool was out of the range of

18   what the process parameter it was supposed

19   to and this would be insignificant if at

20   the end when you do the electrical testing,

21   the wafer pass.

22       Q.    When you say an insignificant

23   fault, doesn't that just mean there was no

24   fault because an acceptable wafer was

25   created?

1                    Maltiel - 11/2/21

2      A.     No.   Because if a piece of

3    equipment -- again, let's use the same

4    example of temperature of 700 plus minus 2

5    degree and it starts one day to have out of

6    the few minutes, let's say, the wafer is

7    brought to this temperature, it spend two

8    out of the five minutes, instead of being

9    702 max, it would be 705.  And then the

10   next day, it spent -- it happened more than

11   once.

12            So you know the equipment has a

13   fault and it starts to deviate from what

14   it's supposed to provide you.

15            So you know that the equipment is

16   failing and you know that at certain point,

17   it will have a major failure that instead

18   of being most of the time between 698 to

19   702, it spend all the time at 705 to 710.

20   So you know that it is going to start

21   reaching a point it would be need to be

22   repaired.

23            So the equipment, it has a fault

24   when it doesn't stay within the range.

25      Q.    Did the '538 patent discuss

1                    Maltiel - 11/2/21

2    lead to the wafer being outside of the

3    specification data sheet parameters somehow

4    but would not be a significant fault?

5        A.    No, we are talking about

6    significant.  This is a definition of

7    significant fault.

8              So significant fault is a fault

9    that happened at the equipment and cause

10   the die to be out of the data sheet -- out

11   of the date sheet specification.

12       Q.    So what would a fault be if that

13   is a significant fault?

14       A.    If the parameter tend to

15   fluctuate outside of the specification, and

16   the equipment temperature, like if it's for

17   few minutes get out of what the spec should

18   be, this should be just a fault by itself.

19   Not necessarily significant.

20       Q.    But in the example you just gave,

21   if the resulting wafer completely passed

22   all requirements of the data sheet

23   specification, there wouldn't actually have

24   been a fault with the tool, correct?

25       A.    Yeah, but this would be

1                    Maltiel - 11/2/21

2    nonsignificant fault if it passes.  If it

3    doesn't pass, it will be a significant

4    fault.  I mean, if it doesn't pass -- yes,

5    if it does not pass, it will be a

6    significant fault.

7         Q.    So there is no fault --

8         A.    I wouldn't use it as no fault.

9    There is a spec what equipment should -- I

10   mean, what parameter, let's say the high

11   temperature oxidation machine rate what

12   it's supposed to be, if it's fluctuate

13   outside of this range, it's a fault.  If it

14   does -- but if it's not at the level that

15   produce nonfunctioning die, it's not a

16   significant fault.

17        Q.    If -- strike that.

18              In your opinion, in the context

19   of the '538 patent, are there only

20   insignificant and significant faults?

21        A.    Yes, you can recognize a fault

22   that cause the die not to function and

23   fault that doesn't impact the die at the

24   end of the hundred of steps of the

25   processing of the wafer.

1                    Maltiel - 11/2/21

2       A.     When you say unambiguous, you

3   don't need to consider anything else.  I

4   wouldn't consider extrinsic -- I wouldn't

5   consider extrinsic if intrinsic is fairly

6   clear and not ambiguous at all.

7       Q.     Is it your opinion that the

8   intrinsic evidence of the '097 patent

9   defines the phrase "ultra-thin resist"?

10      A.     Yes.

11      Q.     Is it your opinion that the

12  specification of the '097 patent is

13  unambiguous on that point?

14      A.     Yes.

15      Q.     If the court disagrees and finds

16  that the specification is ambiguous, should

17  the court consider extrinsic evidence?

18      A.     I don't know, I'm not an

19  attorney.

20             MR. PARKER:  Calls for a legal

21      conclusion.

22      A.     I cannot say to a legal

23  conclusion.

24      Q.     Let's talk for a few minutes on

25  the doctrine of claim differentiation.  Are

1                    Maltiel - 11/2/21

2    different in the way that it describes an

3    ultra-thin resist?

4              MR. PARKER:  Objection.  Vague.

5         A.    It's talking about ultra-thin

6    layer that is in claim 1, and it just puts

7    out a number that is mentioned in the

8    specification of 2500 angstrom.

9         Q.    So claim 4 does provide a

10   thickness for an ultra-thin resist layer,

11   is that correct?

12        A.    It cites -- it cites the number

13   that is mentioned also -- I think it was

14   like four times the specification, and

15   several more times in the figure of the

16   2500 angstrom.

17        Q.    So in your view, based on the

18   specification, any time the patent refers

19   to an ultra-thin resist layer, would a

20   person of ordinary skill in the art

21   understand that to be a resist layer with a

22   thickness of less than 2500 angstroms?

23        A.    Yes.

24        Q.    Then why would the inventors

25   include that language in claim 4?  Why

```
 1                  Maltiel - 11/2/21

 2       Q.    So I'm not asking you at all

 3  about claims 2 or 3.  Is it your opinion

 4  that claim 1 always includes what's recited

 5  in claims 2 and 3?

 6       A.    No, there are under certain

 7  circumstances, so this is why you need to

 8  ask a legal expert whether the scope is

 9  different or not.  But I'm not an attorney.

10       Q.    OK.  Well, I'll try one more

11  time.

12             From a technical perspective can

13  you tell me whether the scope of claim 1 is

14  the same as scope of claim 4?

15       A.    It's, again, that you have the

16  issue of claim 2 and 3, how you interpret

17  them in relationship that make me -- make

18  it hard for me to tell you whether it's the

19  same scope or different.

20       Q.    Is that the only issue you can

21  see from a technical perspective as to

22  whether claim 1 and claim 4 have the same

23  scope?

24       A.    Right at this moment, yes.

25       Q.    Is it your testimony,
```

1                   Maltiel - 11/2/21
2    Mr. Maltiel, that claims 1 and claims 4
3    both require an ultra-thin resist that has
4    less than 2500 angstroms of thickness?
5         A.    Yes, based on the specifications.
6         Q.    Why would the inventors include
7    two claims that both require an ultra-thin
8    resist of less than 2500 angstroms?
9              MR. PARKER:  Objection calls for
10        speculation, objection, asked and
11        answered.
12        A.    Yeah, I believe I answered it at
13   least a couple of times.
14        Q.    Well, for my benefit, could you
15   repeat your answer.
16        A.    I don't know the inventor, I
17   never met him, I believe, and I didn't
18   discuss it with him.  So I don't know his
19   reason.
20        Q.    Mr. Maltiel, would you turn to
21   column 1, lines 43 through 45 of the '097
22   patent.
23              Let me know when you're there.
24        A.    Column 1, which lines?
25        Q.    Lines 43 to 45.

1                 Maltiel - 11/2/21

2       A.      Maybe this is why he put claim 4.

3    I mean, I don't know the mind of the

4    inventor.  Like if I say, I didn't met him,

5    I didn't know him.  I didn't interview him.

6       Q.      Mr. Maltiel, let's turn back to

7    column 1, lines 43 through 45.

8       A.      OK.

9       Q.      Do you see the phrase there "is

10   considered to be"?

11      A.      Yes.

12      Q.      What do the words "considered to

13   be" mean to you as a person of ordinary

14   skill in the art?

15      A.      That in his experience, people

16   would recognize it to be this thickness.

17   But at the same time, you want to be sure

18   that they know what he means.

19      Q.      A person of ordinary skill in the

20   art at the time of the alleged invention,

21   where would you go to look for what other

22   people of skill in the art recognized as an

23   ultra-thin resist?

24      A.      I'll ask them.  I'll basically

25   ask the people or try to find a record of

1                    Maltiel - 11/2/21

2   what is it considered to be.

3       Q.    Would that include publications

4   like in IEEE or SPIE?

5       A.    I wouldn't need to if I am

6   reading this patent.  It mention things

7   like three or four times what it is.  There

8   are at least twice in the figure they

9   mention it.  So it would be clear enough

10  that what the inventor, when he is talking

11  about ultra-thin resist, what he means.

12      Q.    So did you consider the fact that

13  the inventor didn't use the word "is" by

14  itself but used the phrase "is considered

15  to be"?

16      A.    I mean, it's possible that he

17  just was talking here that potentially that

18  maybe other people call ultra-thin resist

19  different thicknesses, but he want for

20  people to be clear that when he is talking

21  in this patent of ultra-thin resist, it has

22  to be less 2500 angstroms.

23      Q.    Wouldn't it have been clearer he

24  just said that an ultra-thin resist is

25  resist films of less than 2500 angstroms?

1                   Maltiel - 11/2/21

2             MR. PARKER:  Objection, vague.

3      A.    I don't know.

4      Q.    So is it accurate to say you

5   don't know what the inventors meant when

6   they used the phrase "is considered to be"?

7      A.    No, I mean, maybe he want to make

8   sure that for his case, it has to be 2500

9   angstrom, and if he thought it not

10  important, he wouldn't have mentioned it so

11  many different times.

12     Q.    Why was it necessary for him to

13  mention it more than once at all if this is

14  a definition of what an ultra-thin resist

15  means?

16            MR. PARKER:  Objection,

17     speculation.

18     A.    I don't know what was in his

19  mind, but he wanted for people to be clear

20  what he is talking about, and if it was

21  only once, it shows that he didn't care

22  that much what the thickness would be or he

23  hopes that people will use the thickness.

24            But if he really cared a lot

25  about it, this is why it is mentioned so