# EXHIBIT F

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE WESTERN DISTRICT OF TEXAS

 3                        WACO DIVISION

 4
     Ocean Semiconductor LLC,      )    REPORTER CERTIFIED
 5                                 )        TRANSCRIPT
                       Plaintiff   )
 6                                 )
         v.                        )    No. 6:20-cv-1210-ADA
 7                                 )
     MediaTek Inc. and MediaTek    )
 8   USA Inc. ("MediaTek"),        )
                                   )
 9                     Defendants.)
     _____)
10                                 )
      AND RELATED ACTIONS.         )
11   _____)

12

13

14              VIDEOCONFERENCE DEPOSITION OF

15                 COSTAS J. SPANOS, PH.D.

16       WEDNESDAY, OCTOBER 20, 2021, 12:11 P.M. PT

17

...

23   STENOGRAPHICALLY REPORTED BY:
     CHERYL M. HAAB, RPR, CCRR, CLR
24   CA CSR NO. 13600
     WA CSR NO. 3499
25   FILE NO. 42305
```

BY MR. CHAN:

Q    That's fine.

The specification does not mention noble gas; correct?

A    Not that I recall.

Q    Now, your definition says "air or other gas," but it doesn't say that it is limited to inert gas; correct?

A    Yes.

Q    So it could be construed broadly to include noble gas; correct?

MR. BOWEN:  Objection.  Speculation.  Calls for a legal conclusion.

You can answer.

THE WITNESS:  It could.

BY MR. CHAN:

Q    Dr. Spanos?

A    Yes.  It could.

Q    Okay.  Also, air is not gas; am I right?

A    Air is not gas?  Well, it's not a single gas. It's a mixture of various gases, yes.

Q    Okay.  If the pneumatic cylinder were to be defined as only a gas cylinder, is that a correct construction?

A    You mean by that, excluding the possibility of

1   operating a pneumatic cylinder with air?

2      Q    That's right, as only a gas cylinder.

3           Do you agree with that construction?

4      A    I do not.  As an engineer, I think a pneumatic

5   cylinder, depending on the circumstances of

6   applications, can very nicely operate on air as well.

7      Q    Thank you.

8           Conversely, if a pneumatic cylinder were to be

9   defined as only an air cylinder, is that a correct

10  construction?

11     A    It is not.

12     Q    Dr. Spanos, I recall the specification

13  describes the pneumatic cylinder as having a shaft 49.

14          Do you remember that?

15     A    Shaft 49?  Yes.  Are you referring to figure 2,

16  I presume?  Yes.

17     Q    That's right.

18     A    Yes, I do.

19     Q    What does a shaft mean to you?

20     A    Shaft is a -- is a mechanical element.  It's

21  usually a rod that is used to transfer motion.

22          (Reporter clarification.)

23          THE WITNESS:  Yes.  Sometimes, this motion is

24  rotational.  Sometimes this motion is linear.  In this

25  case, I think we're referring to the latter, to linear

1   motion.
2   BY MR. CHAN:
3       Q   In your opinion, is a shaft the same as a rod?
4       A   No.  The two words do not mean the same.  But a
5   shaft is usually a rod, but a rod is not always a shaft.
6       Q   What does a rod mean to you, then?
7       A   A rod is generally used to describe a shape
8   which is usually an item that has some length and some
9   diameter.  And that's how people would describe it.
10      Q   Is a piston a shaft?
11      A   Not necessarily.
12      Q   Is a piston a rod?
13      A   I don't think engineers will describe it as
14  such.
15      Q   Can I direct your attention back to Exhibit 22.
16      A   Okay.
17      Q   Let me know when you're there.
18      A   On page 87.
19      Q   Let me know when you're there.
20      A   Okay.
21      Q   In figure 5.1(b), do you see the piston rod
22  labeled as referenced in numeral 11?
23      A   Okay.  Yes, I do.
24      Q   And that rod has three portions.  The middle
25  portion is the expanded portion with a wider diameter,

1  something to mean other than hydraulic, electromagnetic,
2  or pneumatic.  So this is the context I'm referring to.
3      Q   Do you see the word "comprised of" in that
4  sentence you just read?
5      A   I do.
6      Q   What does that mean to you?
7          MR. BOWEN:  Objection.  Calls for a legal
8  conclusion.
9          THE WITNESS:  It means "made of."
10 BY MR. CHAN:
11     Q   It means "made of"?
12     A   Uh-huh.  In combination for any of these parts.
13     Q   Does your definition of "made of" include
14 multiple of those mechanisms?
15         MR. BOWEN:  Objection.  Asked and answered.
16         THE WITNESS:  Yes, it does.
17 BY MR. CHAN:
18     Q   Okay.  Mr. Spanos, I think we talked about the
19 shaft 49 and the valve 61.
20         Those are mechanical parts; right?
21     A   Yeah.  People would describe them as
22 mechanical, correct.
23     Q   So those mechanical parts -- excuse me.
24         Those mechanical parts are used by pneumatic
25 cylinders; correct?

1    A    Sure.  Cylinders are made of parts and people
2  could call those mechanical parts.
3    Q    And are you aware that mechanical parts such as
4  the shaft 49 are used in hydraulic applications?
5    A    Yes.
6         MR. BOWEN:  Objection.  Scope.
7  BY MR. CHAN:
8    Q    I'm sorry.  Can you repeat the answer again,
9  Dr. Spanos?
10   A    Yes.  They can be used in hydraulic
11 applications.
12   Q    And are you aware that mechanical parts such as
13 the shaft 49, again, are used in electromagnetic
14 applications?
15        MR. BOWEN:  Objection.  Scope.
16        THE WITNESS:  Yes.  They could be used, even
17 though 49 -- the way figure 2 -- the way it's drawn
18 doesn't show how.  But yes, in general, they could.
19 BY MR. CHAN:
20   Q    In opining on the construction of the term
21 "pneumatic cylinder," did you consider that hybrid
22 pneumatic mechanical cylinders were readily available at
23 the time of your invention?
24        MR. BOWEN:  Objection.  Vague.
25        THE WITNESS:  Yes.

1      MR. BOWEN:  Go ahead.
2      THE WITNESS:  Could you please repeat the
3  question.
4  BY MR. CHAN:
5      Q    Sure.
6           In opining on the construction of pneumatic
7  cylinder, did you consider that hybrid pneumatic
8  mechanical cylinders were readily available at the time
9  of the invention?
10     MR. BOWEN:  Objection.
11     THE WITNESS:  Yes, I was aware of that.
12     THE COURT REPORTER:  What's the objection?
13     MR. BOWEN:  Vague.
14  BY MR. CHAN:
15     Q    What are hydraulic cylinders?
16     A    Hydraulic cylinders are devices that use
17  compressed liquid, liquid under some pressure, in order
18  to generate some kind of action, motion, typically.
19     Q    So it is different than pneumatic cylinder in
20  that it uses liquid instead of air or gas?
21     A    Primarily, yes.  That's the main difference.
22     Q    Could I turn your attention to column 8,
23  line 48.
24     A    Yes.
25     Q    Now, the inventor describes pneumatic cylinders

1  in both the drawings and specification as, I believe,
2  pneumatic cylinder 46. It reads:
3       "As another example, the pneumatic cylinder 46
4         may be provided with sensors to detect the
5         travel of the rod 49 of the cylinder 46."
6       Do you see that?
7   A   I do.
8   Q   And it continues and reads:
9       "Initially, the controller 74 may position the
10        surface 42 at an approximately horizontal
11        position with the travel rack 82 and/or rod 49
12        of the hydraulic cylinders 46 located at the
13        approximate middle of their overall travel
14        length."
15      Do you see that?
16  A   I do see that.
17  Q   Now, the inventor used that same numerical
18 label 46 to describe hydraulic cylinders and pneumatic
19 cylinders; right?
20      MR. BOWEN: Objection. Misrepresents the
21 document.
22      THE WITNESS: I see they refer to line 50,
23 cylinder -- I'm sorry -- the pneumatic cylinder 46 is
24 referred to in line 48 and 49. And then the same
25 numerical element 46 is used with the term "hydraulic

1  cylinder" near the bottom of this paragraph.  I do see
2  that, yes.
3  BY MR. CHAN:
4     Q   Have you considered why the inventor used that
5  same numerical label to describe both hydraulic
6  cylinders and pneumatic cylinders?
7         MR. BOWEN:  Objection.  Misstates the document.
8         THE WITNESS:  I have.
9  BY MR. CHAN:
10    Q   And what is your conclusion?
11    A   I think it's probably a mistake in the way this
12  part of the specification is written.
13    Q   Did you consider that the inventor intended
14  that "pneumatic cylinder" and "hydraulic cylinder" be
15  interchangeable?
16        MR. BOWEN:  Objection.  Objection.  Misstates
17  the document.
18        THE WITNESS:  The document does not say that
19  they're interchangeable.  If they intended to say that,
20  they would have said so explicitly.
21  BY MR. CHAN:
22    Q   Are you aware that there were hybrid cylinders
23  that combined pneumatic and hydraulic functions at the
24  time of the invention?
25    A   Yes.

1  number, but it requires a little bit longer explanation
2  of what it actually means.  And I'll be glad to go into
3  that explanation.  But it relates to the type one and
4  type two errors in some hypothesis testing.  So this
5  item is a bit esoteric.  I'll be glad to talk about it
6  if you want.
7      Q   Okay.  That's okay.
8          Dr. Spanos, are you aware that you used the
9  term "significant" or "significantly" or "insignificant"
10 more than 18 times in this article?
11     A   That's quite likely, yes.
12     Q   And do you have any reason to dispute that this
13 term "significant" or "significantly" or
14 "insignificance" as used by you are not clear as to the
15 meaning?
16     A   No.  I disagree with that.  This paper is
17 placed in a statistical experimental context.  It is --
18 it says so in the abstract.  It says so in the footnote
19 that you pointed me to.  So it was very reasonable for
20 the readers to infer that I'm using the term in its
21 formal sense -- in its formal, quantifiable sense, and
22 the audience -- it's meant for that.  The forum where
23 the paper was presented was meant for that.  So no, I
24 think the term is very clear.
25         MR. CHAN:  Thank you.

1  abnormalities or the fault indications point to that

2  definition.  But that definition is missing.

3  BY MR. CHAN:

4      Q    Dr. Spanos, for a skilled engineer, would there

5  be any issue with respect to identifying whether a fault

6  is an actual fault or a false positive?

7      A    A skilled engineer -- given enough context and

8  enough information, and given a specific processes to

9  define things, deciding what kind of hypothesis test I

10 need to do, they may be able to classify the fault.  But

11 the faults in semiconductor manufacturing do not simply

12 fall in the category of significant or insignificant.

13 It's much more nuanced than that.  So that is my whole

14 problem with the definition.

15     Q    I understand.  But my question is a little

16 different.

17          My question is, for a skilled engineer, will

18 there be any issue in terms of identifying whether

19 there's an actual fault or a false positive?

20     A    In a very narrow context with enough

21 information known, I think skilled engineers could do

22 that.

23     Q    For a skilled engineer, would there be any

24 issue with respect to identifying whether a fault is an

25 actual fault or a false negative?

1  then I should not look for extrinsic evidence?  If that
2  patent informs me completely, yes.  The question is that
3  this one does not.
4  BY MR. PARKER:
5     Q    What is your understanding of the doctrine of
6  claim differentiation?
7         MR. BOWEN:  Objection.  Calls for legal
8  analysis.
9         THE WITNESS:  My general understanding, not
10 having legal training, is that its claim has to add
11 something that other claims do not have.  They have to
12 be different.  They have to be covering different
13 things.
14 BY MR. PARKER:
15    Q    Is it your understanding that the doctrine
16 should always be followed when construing claims?
17    A    I do not know the legal answer to that.  My
18 common sense understanding is yes, it should be.
19        MR. PARKER:  I don't have any further
20 questions.
21        MR. BOWEN:  I think we should take a break.
22        THE COURT REPORTER:  Off the record?
23        (Recess.)
24        MR. BOWEN:  So the defendants don't have any
25 questions for Dr. Spanos, but they do reserve the right