# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>   v.<br><br>MediaTek Inc. and MediaTek USA Inc.,<br><br>        Defendants. | Civil Action No.: 6:20-cv-1210-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>   v.<br><br>NVIDIA Corporation,<br><br>        Defendant. | Civil Action No.: 6:20-cv-01211-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>   v.<br><br>NXP USA, Inc.<br><br>        Defendant. | Civil Action No.: 6:20-cv-1212-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>Renesas Electronics Corporation and Renesas Electronics America, Inc.,<br><br>　　　　　Defendants. | Civil Action No.: 6:20-cv-1213-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>Silicon Laboratories Inc.,<br><br>　　　　　Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>STMicroelectronics, Inc.,<br><br>　　　　　Defendant. | Civil Action No.: 6:20-cv-1215-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>                    Plaintiff<br><br>        v.<br><br>Western Digital Technologies, Inc.<br><br>                    Defendant. | Civil Action No.: 6:20-cv-1216-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Scheduling Order entered July 15, 2021,[1] Plaintiff Ocean Semiconductor LLC ("Ocean") and the Defendants in the above captioned actions ("Defendants") hereby submit by and through their counsel the Joint Claim Construction Chart attached hereto as Exhibit A for U.S. Patent Nos. 6,660,651 ("'651 Patent"), 6,907,305 ("'305 Patent"), 6,968,248 ("'248 Patent"), 6,420,097 ("'097 Patent"), 7,080,330 ("'330 Patent"), and 8,676,538 ("'538 Patent").  While U.S. Patent Nos. 6,725,402 and 6,836,691 are also asserted in the actions, the parties do not have any claim construction disputes for those patents at this time.

Exhibit A is the parties' chart of proposed constructions for the claim terms that are in dispute for the Asserted Patents. The chart sets forth each party's positions regarding proposed constructions of these disputed claim terms.[2]

---

[1] C.A. Nos. 6:20-cv-01210-ADA, Dkt. 32; 6:20-cv-01211-ADA, Dkt. 32; 6:20-cv-01212-ADA, Dkt. 34; 6:20-cv-01213-ADA, Dkt. 43; 6:20-cv-01214-ADA, Dkt. 31; 6:20-cv-01215-ADA, Dkt. 34; 6:20-cv-01216-ADA, Dkt. 34.

[2] Defendants reserve the right to provide explanation and/or details regarding the plain and ordinary meaning of any term, including those for which Defendants proposed "plain and ordinary meaning" during claim construction exchanges, to the extent Ocean relies on any interpretation that differs from plain and ordinary meaning.  Defendants originally proposed several limitations be given their "plain and ordinary meaning."  In response, Ocean argued "no construction is necessary" for those limitations.  During the meet and confer process, Ocean did not provide any additional details about what it believed the scope of these limitations to be, and there was no clear

The parties anticipate that the length of time necessary for a hearing on the claim construction issues is approximately three hours. Neither side intends to call any live witnesses to testify at the hearing.

Dated: November 23, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Timothy Devlin* | */s/ Tyler R. Bowen* |
| Timothy Devlin | Janice L. Ta, Texas 24075138 |
| tdevlin@devlinlawfirm.com | JTa@perkinscoie.com |
| Henrik D. Parker | Perkins Coie LLP |
| hparker@devlinlawfirm.com | 500 West Second St., Suite 1900 |
| Alex Chan | Austin, TX 78701 |
| State Bar No. 24108051 | |
| achan@devlinlawfirm.com | Chad S. Campbell (admitted pro hac vice) |
| DEVLIN LAW FIRM LLC | CSCampbell@perkinscoie.com |
| 1526 Gilpin Avenue | Tyler R. Bowen (admitted pro hac vice) |
| Wilmington, Delaware 19806 | TBowen@perkinscoie.com |
| Telephone: (302) 449-9010 | Perkins Coie LLP |
| Facsimile: (302) 353-4251 | 2901 North Central Avenue, Suite 2000 |
| | Phoenix, AZ 85012 |
| ATTORNEYS FOR PLAINTIFF | |
| OCEAN SEMICONDUCTOR LLC | Philip A. Morin (admitted pro hac vice) |
| | PMorin@perkinscoie.com |
| | Yudong Kim (admitted pro hac vice) |
| | YKim@perkinscoie.com |
| | Perkins Coie LLP |
| | 11452 El Camino Real, Suite 300 |

---

dispute to brief. As it stands, Defendants have no ability to gauge whether Ocean's undisclosed interpretations are consistent with the terms' plain and ordinary meaning. That will come into focus when Ocean later divulges what it really thinks the claim terms mean. It is Ocean's position that Defendants' attempt to reserve rights as stated above is an improper, surreptitious effort to allow them to raise and argue additional claim construction issues at a later date of their choosing. During the various exchanges leading up to claim construction briefing, Defendants proposed to Ocean that multiple terms be given their "plain and ordinary meaning," while Ocean countered that no construction was necessary for any of Defendants' list of terms. The parties never resolved this disagreement and Defendants subsequently filed their opening claim construction brief on October 8, 2021, arguing that only a single term—"pneumatic cylinder"—needed to be construed to have its "plain and ordinary meaning." There was no mention in any of Defendants' briefing of any other term or terms needing to be given their "plain and ordinary meaning." As such, Defendants waived the right to have any additional terms construed and Defendants' "reservation" of rights should be found by the Court to be a nullity.

San Diego, CA 92130-2020

ATTORNEYS FOR DEFENDANT
STMICROELECTRONICS, INC.


*/s/ L. Kieran Kieckhefer*
L. Kieran Kieckhefer (pro hac vice)
Shearman & Sterling LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.616.1124
Facsimile: 415.616.1199
Kieran.Kieckhefer@Shearman.com

David P. Whittlesey
Shearman & Sterling LLP
300 West 6th Street, 22nd Floor
Austin, TX 78701
Telephone: 512.647.1907
Facsimile: 512.857.6602
David.Whittlesey@Shearman.com

Matthew G. Berkowitz (pro hac vice)
Patrick Colsher (pro hac vice)
Yue (Joy) Wang (pro hac vice)
Shearman & Sterling LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3737
Facsimile: 650.838.5141
Matt.Berkowitz@Shearman.com
Patrick.Colsher@Shearman.com
Joy.Wang@Shearman.com

Ahmed ElDessouki (pro hac vice)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4908
Ahmed.ElDessouki@Shearman.com

COUNSEL FOR DEFENDANT WESTERN
DIGITAL TECHS., INC.

*/s/ Stephanie N. Sivinski*
David H. Harper
Texas Bar No. 09025540
david.harper@haynesboone.com
David L. McCombs
Texas Bar No. 13438700
david.mccombs@haynesboone.com
Stephanie N. Sivinski
Texas Bar No. 24075080
stephanie.sivinski@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000 (telephone)
(214) 200-0615 (fax)

COUNSEL FOR DEFENDANTS
MEDIATEK INC. AND MEDIATEK USA
INC.


*/s/ Marc B. Collier*
Marc B. Collier (SBN 00792418)
marc.collier@nortonrosefulbright.com
Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
Catherine Garza (SBN 24073318)
cat.garza@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel: (512) 474-5201
Fax: (512) 536-4598

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
Darren Smith (SBN 24088433)
darren.smith@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

COUNSEL FOR DEFENDANT SILICON
LABORATORIES INC.

6

*/s/ Andrew M. Holmes*
Sean S. Pak
seanpak@quinnemanuel.com
admitted pro hac vice
California Bar No. 219032
Andrew M. Holmes
drewholmes@quinnemanuel.com
admitted pro hac vice
California Bar No. 260475
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street
22nd Floor
San Francisco, CA 94111
Phone: (415) 875-6600
Fax: (415) 875-6700

Scott L. Cole
scottcole@quinnemanuel.com
Texas Bar No. 00790481
QUINN EMANUEL URQUHART &
SULLIVAN LLP
201 West 5th Street
11th Floor
Austin, TX 77002Phone: (737) 667-6104
Fax: (737) 667-6110

COUNSEL FOR DEFENDANT NVIDIA CORP.

*/s/ Patrick J. McCarthy*
Darryl Adams, State Bar No. 00796101
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave, Ste 1650
Austin, TX 78701
Telephone: 512-402-3562
dadams@sgbfirm.com

Neel Chatterjee (admitted pro hac vice)
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
DG-RenesasDCt@goodwinlaw.com

Brett Schuman (admitted pro hac vice)
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, CA 94111-4003
Telephone: (415) 733-6000 Case 6:20-cv-01215-ADA Document 40 Filed 10/06/21
Facsimile: (415) 677-9041
DG-RenesasDCt@goodwinlaw.com

Patrick J. McCarthy (admitted pro hac vice)
Kelly Grosshuesch (admitted pro hac vice)
Amanda E. Stephenson (admitted pro hac vice)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
DG-RenesasDCt@goodwinlaw.com

Suhrid A. Wadekar (admitted pro hac vice)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1465
Facsimile: (617) 523-1231
DG-RenesasDCt@goodwinlaw.com

COUNSEL FOR DEFENDANTS RENESAS ELECTRONICS CORPORATION AND RENESAS ELECTRONICS AMERICA, INC.

*/s/ Bradley D. Coburn*
Barry K. Shelton
Texas Bar No. 24055029
Bradley D. Coburn
Texas Bar No. 24036377
SHELTON COBURN LLP
311 RR 620, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com
(512) 589-9154 (Telephone)
(512) 263-2166 (Facsimile)

COUNSEL FOR DEFENDANT NXP USA, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 23, 2021, I caused a copy of this document to be served by transmitting it via e-mail or electronic transmission to counsel of record for Defendants.

                                       */s/ Timothy Devlin*
                                       Timothy Devlin