EXHIBIT A

<u>PARTIES' PROPOSED CONSTRUCTIONS</u>

| | '651 Patent | | | | |
|---|---|---|---|---|---|
| | Term or Phrase | Party Proposing Term for Construction | Ocean's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
| 1 | "pneumatic cylendar"<br><br>Asserted claims: 19-24, 75, and 81 | All Parties | No construction is necessary, or in the alternative, "a pneumatic, hydraulic, electromagnetic or mechanical device" | Plain and ordinary meaning | |
| 2 | "said process chamber"<br><br>Asserted claims: 31, 32, and 34-37 | All Parties | "said process tool" | Indefinite | |

| | '305 and '248 Patents | | | | |
|---|---|---|---|---|---|
| | Term or Phrase | Party Proposing Term for Construction | Ocean's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
| 1 | "software scheduling agent"<br><br>Asserted claims: 1-5 and 7-11 ('305 patent), 1-12 ('248 patent) | Defendants | No construction is necessary | "a software agent that schedules, initiates, and executes activities on behalf of a single manufacturing domain entity" | |

| | '097 Patent ||||| 
|---|---|---|---|---|---|
| | Term or Phrase | Party Proposing Term for Construction | Ocean's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
| 1 | "ultra thin resist layer[s]"<br><br>Asserted claims: 1-14 and 17 | Defendants | No construction is necessary | Indefinite | |

| | '330 Patent ||||| 
|---|---|---|---|---|---|
| | Term or Phrase | Party Proposing Term for Construction | Ocean's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
| 1 | "concurrently measuring"<br><br>Asserted claims: 19-21 | Defendants | No construction is necessary | "simultaneously measuring with a single measuring tool" | |

| | Term or Phrase | Party Proposing Term for Construction | Ocean's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | '538 Patent | | | | |
| 1 | "significant fault"<br><br>Asserted claims: 5 | All Parties | No construction is necessary, or in the alternative, "abnormality or fault that relates to an actual fault" | Indefinite | |
| 2 | "determining in said computer whether said parameter is a significant factor"<br><br>Asserted claims: 7 | All Parties | No construction is necessary, or in the alternative, "a parameter that provides a significant contribution to the fault" | Indefinite | |