# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| OCEAN SEMICONDUCTOR LLC | § § | |
| vs. | § § | NO: WA:20-CV-01214-ADA |
| SILICON LABORATORIES INC. | § § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Zoom on December 09, 2021 at 01:30 PM .

IT IS SO ORDERED this 29th day of November, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE