# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **OCEAN SEMICONDUCTOR LLC,**<br>            *Plaintiff*<br><br>-v-<br><br>**MEDIATEK INC., MEDIATEK USA INC.,**<br>            *Defendants* | § § § § § § § § § § | **6-20-CV-01210-ADA** |
| **OCEAN SEMICONDUCTOR LLC,**<br>            *Plaintiff*<br><br>-v-<br><br>**NVIDIA CORPORATION,**<br>            *Defendants* | § § § § § § § § § § | **6-20-cv-01211-ADA** |
| **OCEAN SEMICONDUCTOR LLC,**<br>            PLAINTIFF<br><br>-v-<br><br>**NXP USA, INC.,**<br>            *Defendants* | § § § § § § § § § § | **6-20-cv-01212-ADA** |
| **OCEAN SEMICONDUCTOR LLC,**<br>            PLAINTIFF<br><br>-v-<br><br>**RENESAS ELECTRONICS CORPORATION, RENESAS ELECTRONICS AMERICA, INC.,**<br>            *Defendants* | § § § § § § § § § § § | **6-20-cv-01213-ADA** |

| | | |
|---|---|---|
| **OCEAN SEMICONDUCTOR LLC,**<br>PLAINTIFF<br><br>-v-<br><br>**SILICON LABORATORIES INC.,**<br>*Defendants* | § § § § § § § § § § § | 6-20-cv-01214-ADA |
| **OCEAN SEMICONDUCTOR LLC,**<br>PLAINTIFF<br><br>-v-<br><br>**STMICROELECTRONICS INC.,**<br>*Defendants* | § § § § § § § § § § § | 6-20-cv-01215-ADA |
| **OCEAN SEMICONDUCTOR LLC,**<br>PLAINTIFF<br><br>-v-<br><br>**WESTERN DIGITAL TECHNOLOGIES, INC.,**<br>*Defendants* | § § § § § § § § § § § | 6-20-cv-01216-ADA |

## CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on December 9, 2021. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 9th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| 1: "ultra-thin resist layer[s]"<br><br>U.S. Patent No. 6,420,097, Cls. 1–14, 17<br><br>Proposed by Defendants | No construction is necessary | Indefinite | Not indefinite. Plain-and-ordinary meaning. |
| 2: "pneumatic cylinder"<br><br>U.S. Patent No. 6,660,651, Cls. 19–24, 75, and 81<br><br>Proposed by all parties | No construction is necessary, or in the alternative, "a pneumatic, hydraulic, electromagnetic or mechanical device" | Plain and ordinary meaning | Plain and ordinary meaning[1]<br><br>[1] Note not for the jury: "pneumatic cylinder" uses pneumatic force only |
| 3: "said process chamber"<br><br>U.S. Patent No. 6,660,651, Cls. 31, 32, and 34-37<br><br>Proposed by all parties | "said process tool" | Indefinite | Indefinite |
| 4: "software scheduling agent"<br><br>U.S. Patent No. 6,907,305, Cls. 1–5 and 7–11; U.S. Patent No. 6,968,248, Cls. 1–12<br><br>Proposed by Defendants | No construction is necessary | "a software agent that schedules, initiates, and executes activities on behalf of a single manufacturing domain entity" | "a software agent that at least schedules activities on behalf of a single manufacturing domain entity at any given time" |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| 5: "concurrently measuring"<br><br>U.S. Patent No. 7,080,330, Cls. 19–21<br><br>Proposed by Defendants | No construction is necessary | "simultaneously measuring with a single measuring tool" | Plain-and-ordinary meaning |
| 6A: "significant fault"<br><br>U.S. Patent No. 8,676,538, Cl. 5<br><br>Proposed by All Parties | No construction is necessary, or in the alternative, "abnormality or fault that relates to an actual fault" | Indefinite | Not indefinite. "an actual fault" |
| 6B: "determining in said computer whether said parameter is a significant factor"<br><br>U.S. Patent No. 8,676,538, Cl. 7<br><br>Proposed by All Parties | No construction is necessary, or in the alternative, "a parameter that provides a significant contribution to the fault" | Indefinite | Not indefinite. Plain-and-ordinary meaning. |