# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **OCEAN SEMICONDUCTOR LLC,**<br>           *Plaintiff*<br><br>**-v-**<br><br>**MEDIATEK INC., MEDIATEK USA INC.,**<br>           *Defendants* | § § § § § § § § § § | **6-20-CV-01210-ADA** |
| **OCEAN SEMICONDUCTOR LLC,**<br>           *Plaintiff*<br><br>**-v-**<br><br>**NVIDIA CORPORATION,**<br>           *Defendants* | § § § § § § § § § § | **6-20-cv-01211-ADA** |
| **OCEAN SEMICONDUCTOR LLC,**<br>           **PLAINTIFF**<br><br>**-v-**<br><br>**NXP USA, INC.,**<br>           *Defendants* | § § § § § § § § § § | **6-20-cv-01212-ADA** |
| **OCEAN SEMICONDUCTOR LLC,**<br>           **PLAINTIFF**<br><br>**-v-**<br><br>**RENESAS ELECTRONICS CORPORATION, RENESAS ELECTRONICS AMERICA, INC.,**<br>           *Defendants* | § § § § § § § § § § | **6-20-cv-01213-ADA** |

| | | |
|---|---|---|
| **OCEAN SEMICONDUCTOR LLC,**<br>**PLAINTIFF**<br><br>-v-<br><br>**SILICON LABORATORIES INC.,**<br>*Defendants* | § § § § § § § § § | **6-20-cv-01214-ADA** |
| **OCEAN SEMICONDUCTOR LLC,**<br>**PLAINTIFF**<br><br>-v-<br><br>**STMICROELECTRONICS INC.,**<br>*Defendants* | § § § § § § § § § | **6-20-cv-01215-ADA** |
| **OCEAN SEMICONDUCTOR LLC,**<br>**PLAINTIFF**<br><br>-v-<br><br>**WESTERN DIGITAL TECHNOLOGIES, INC.,**<br>*Defendants* | § § § § § § § § § | **6-20-cv-01216-ADA** |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

```
Plaintiff:           $2,415.69
MediaTek:            $2,415.69
NVIDIA:              $2,415.69
NXP:                 $2,415.69
Renesas:             $2,415.69
Silicon Labs:        $2,415.69
ST Micro:            $2,415.69
Wester Digital:      $2,415.69
```

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 9th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE