# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>   v.<br><br>MediaTek Inc. and MediaTek USA Inc. ("MediaTek"),<br><br>        Defendants. | Civil Action No.: 6:20-cv-1210-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>   v.<br><br>NVIDIA Corporation,<br><br>        Defendant. | Civil Action No.: 6:20-cv-01211-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>   v.<br><br>NXP USA, Inc.<br><br>        Defendants. | Civil Action No.: 6:20-cv-1212-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

1

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br> v.<br><br>Renesas Electronics Corporation and Renesas Electronics America, Inc.,<br><br>    Defendants. | Civil Action No.: 6:20-cv-1213-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br> v.<br><br>Silicon Laboratories Inc.,<br><br>    Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br> v.<br><br>STMicroelectronics, Inc.,<br><br>    Defendant. | Civil Action No.: 6:20-cv-1215-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>                  Plaintiff<br><br>v.<br><br>Western Digital Technologies, Inc.<br><br>                  Defendant. | Civil Action No.: 6:20-cv-1216-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**NOTICE OF AMENDED SCHEDULING ORDER TO EXTEND
FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS**

Plaintiff Ocean Semiconductor, LLC ("Ocean") and the named defendants in each of the seven above-captioned actions (collectively "Defendants"), by and through their counsel, hereby stipulate to extending the deadlines for serving final infringement contentions and final invalidity contentions from the February 2, 2022, date currently set forth in the Scheduling Orders for these actions (C.A. No. 6:20-cv-01210-ADA, Dkt. 32; C.A. No. 6:20-cv-01211-ADA, Dkt. 32; C.A. No. 6:20-cv-01212-ADA, Dkt. 34; C.A. No. 6:20-cv-01213-ADA, Dkt. 43; C.A. No. 6:20-cv-01214-ADA, Dkt. 31; C.A. No. 6:20-cv-01215-ADA, Dkt. 34; and C.A. No. 6:20-cv-01216-ADA, Dkt. 34) to March 30, 2022.

| | |
|---|---|
| Dated: January 25, 2022 | Respectfully submitted, |
| */s/ Timothy Devlin* | */s/ Tyler R. Bowen* |
| Timothy Devlin | Janice L. Ta, Texas 24075138 |
| tdevlin@devlinlawfirm.com | JTa@perkinscoie.com |
| Henrik D. Parker | Perkins Coie LLP |
| hparker@devlinlawfirm.com | 500 West Second St., Suite 1900 |
| Alex Chan | Austin, TX 78701 |
| State Bar No. 24108051 | |
| achan@devlinlawfirm.com | Chad S. Campbell (admitted pro hac vice) |
| DEVLIN LAW FIRM LLC | CSCampbell@perkinscoie.com |
| 1526 Gilpin Avenue | Tyler R. Bowen (admitted pro hac vice) |
| Wilmington, Delaware 19806 | TBowen@perkinscoie.com |
| Telephone: (302) 449-9010 | Perkins Coie LLP |
| Facsimile: (302) 353-4251 | 2901 North Central Avenue, Suite 2000 |
| | Phoenix, AZ 85012 |
| ATTORNEYS FOR PLAINTIFF | |
| OCEAN SEMICONDUCTOR LLC | Philip A. Morin (admitted pro hac vice) |
| | PMorin@perkinscoie.com |
| | Yudong Kim (admitted pro hac vice) |
| | YKim@perkinscoie.com |
| | Perkins Coie LLP |
| | 11452 El Camino Real, Suite 300 |
| | San Diego, CA 92130-2020 |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | STMICROELECTRONICS, INC. |
| | */s/ L. Kieran Kieckhefer* |
| | L. Kieran Kieckhefer (pro hac vice) |
| | Shearman & Sterling LLP |
| | 535 Mission Street, 25th Floor |
| | San Francisco, CA 94105 |
| | Telephone: 415.616.1124 |
| | Facsimile: 415.616.1199 |
| | Kieran.Kieckhefer@Shearman.com |
| | |
| | David P. Whittlesey |
| | Shearman & Sterling LLP |
| | 300 West 6th Street, 22nd Floor |
| | Austin, TX 78701 |
| | Telephone: 512.647.1907 |
| | Facsimile: 512.857.6602 |
| | David.Whittlesey@Shearman.com |
| | |
| | Matthew G. Berkowitz (pro hac vice) |
| | Patrick Colsher (pro hac vice) |
| | Yue (Joy) Wang (pro hac vice) |
| | Shearman & Sterling LLP |

1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3737
Facsimile: 650.838.5141
Matt.Berkowitz@Shearman.com
Patrick.Colsher@Shearman.com
Joy.Wang@Shearman.com

Ahmed ElDessouki (pro hac vice)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4908
Ahmed.ElDessouki@Shearman.com

COUNSEL FOR DEFENDANT WESTERN DIGITAL TECHS., INC.


/s/ Stephanie N. Sivinski
David H. Harper
Texas Bar No. 09025540
david.harper@haynesboone.com
David L. McCombs
Texas Bar No. 13438700
david.mccombs@haynesboone.com
Stephanie N. Sivinski
Texas Bar No. 24075080
stephanie.sivinski@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000 (telephone)
(214) 200-0615 (fax)

COUNSEL FOR DEFENDANTS MEDIATEK INC. AND MEDIATEK USA INC.

*/s/ Marc B. Collier*
Marc B. Collier (SBN 00792418)
marc.collier@nortonrosefulbright.com
Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
Catherine Garza (SBN 24073318)
cat.garza@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel: (512) 474-5201
Fax: (512) 536-4598

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
Darren Smith (SBN 24088433)
darren.smith@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

COUNSEL FOR DEFENDANT SILICON LABORATORIES INC.

/s/ Andrew M. Holmes
Sean S. Pak
seanpak@quinnemanuel.com
admitted pro hac vice
California Bar No. 219032
Andrew M. Holmes
drewholmes@quinnemanuel.com
admitted pro hac vice
California Bar No. 260475
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street
22nd Floor
San Francisco, CA 94111
Phone: (415) 875-6600
Fax: (415) 875-6700

Scott L. Cole
scottcole@quinnemanuel.com
Texas Bar No. 00790481
QUINN EMANUEL URQUHART &
SULLIVAN LLP
201 West 5th Street
11th Floor
Austin, TX 77002Phone: (737) 667-6104
Fax: (737) 667-6110

COUNSEL FOR DEFENDANT NVIDIA CORP.

/s/ Patrick J. McCarthy
Darryl Adams, State Bar No. 00796101
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave, Ste 1650
Austin, TX 78701
Telephone: 512-402-3562
dadams@sgbfirm.com

Neel Chatterjee (admitted pro hac vice)
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
DG-RenesasDCt@goodwinlaw.com

Brett Schuman (admitted pro hac vice)
GOODWIN PROCTER LLP

7

Three Embarcadero Center
San Francisco, CA 94111-4003
Telephone: (415) 733-6000 Case 6:20-cv-01215-ADA Document 40 Filed 10/06/21
Facsimile: (415) 677-9041
DG-RenesasDCt@goodwinlaw.com

Patrick J. McCarthy (admitted pro hac vice)
Kelly Grosshuesch (admitted pro hac vice)
Amanda E. Stephenson (admitted pro hac vice)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
DG-RenesasDCt@goodwinlaw.com

Suhrid A. Wadekar (admitted pro hac vice)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1465
Facsimile: (617) 523-1231
DG-RenesasDCt@goodwinlaw.com

COUNSEL FOR DEFENDANTS RENESAS ELECTRONICS CORPORATION AND RENESAS ELECTRONICS AMERICA, INC.

*/s/ Bradley D. Coburn*
Barry K. Shelton
Texas Bar No. 24055029
Bradley D. Coburn
Texas Bar No. 24036377
SHELTON COBURN LLP
311 RR 620, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com
(512) 589-9154 (Telephone)
(512) 263-2166 (Facsimile)

COUNSEL FOR DEFENDANT NXP USA, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                              */s/ Henrik D. Parker*
                              Henrik D. Parker