IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| OCEAN SEMICONDUCTOR LLC, <br><br>*Plaintiff,* <br><br> vs. <br><br> SILICON LABORATORIES INC., <br><br>*Defendant.* | § § § § § § § § § § § § §   NO. 6:20-CV-01214-ADA |

**JOINT MOTION AND STIPULATION OF**
**PARTIAL DISMISSAL WITH PREJUDICE**

Plaintiff Ocean Semiconductor ("Ocean") and Defendant Silicon Laboratories Inc. ("Silicon Labs") submit the following Joint Motion and Stipulation of Partial Dismissal and respectfully state as follows:

Ocean hereby stipulates and dismisses with prejudice that portion of Count VII (Infringement of U.S. Patent No. 8,676,538) of its Complaint (Dkt. 1) alleging infringement by accused products fabricated by Taiwan Semiconductor Manufacturing Company Ltd. or any of its subsidiaries ("TSMC"). Silicon Labs agrees and hereby stipulates to such partial dismissal of Count VII.

Therefore, Ocean and Silicon Labs respectfully request that the Court enter an order dismissing with prejudice that portion of Count VII of Plaintiff's Complaint alleging infringement by accused products fabricated by TSMC.

The parties agree that each party will bear its own fees and costs for claims relating to U.S. Patent No. 8,676,538, with respect to any accused products fabricated by TSMC.

| | |
|---|---|
| Dated: February 7, 2022 | Respectfully submitted, |
| By: /s/ *Henrik D. Parker* | */s/ Marc B. Collier* |
| | Marc B. Collier (SBN 00792418) |
| Timothy Devlin | marc.collier@nortonrosefulbright.com |
| tdevlin@devlinlawfirm.com | Eric C. Green (SBN 24069824) |
| Henrik D. Parker | eric.green@nortonrosefulbright.com |
| hparker@devlinlawfirm.com | Catherine Garza (SBN 24073318) |
| Alex Chan | cat.garza@nortonrosefulbright.com |
| State Bar No. 24108051 | NORTON ROSE FULBRIGHT US LLP |
| achan@devlinlawfirm.com | 98 San Jacinto Boulevard, Suite 1100 |
| DEVLIN LAW FIRM LLC | Austin, Texas 78701 |
| 1526 Gilpin Avenue | Tel:  (512) 474-5201 |
| Wilmington, Delaware 19806 | Fax:  (512) 536-4598 |
| Telephone: (302) 449-9010 | |
| Facsimile: (302) 353-4251 | Richard S. Zembek (SBN 00797726) |
| | richard.zembek@nortonrosefulbright.com |
| *Attorneys for Plaintiff,* | Darren Smith (SBN 24088433) |
| *Ocean Semiconductor LLC* | darren.smith@nortonrosefulbright.com |
| | NORTON ROSE FULBRIGHT US LLP |
| | 1301 McKinney, Suite 5100 |
| | Houston, Texas 77010-3095 |
| | Tel: (713) 651-5151 |
| | Fax: (713) 651-5246 |
| | *Counsel for Defendant Silicon Laboratories Inc.* |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2022, I served the foregoing electronically to all counsel of record.

                                                  */s/ Eric C. Green*
                                                  Eric C. Green

154701209.2