United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Collier, Marc B. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, February 7, 2022 |
| Re: | 06:20-CV-01214-ADA / Doc # 50 / Filed On: 02/07/2022 12:57 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
    Remarks: Pursuant to the Standing Order Governing Proceedings Dated 10/8/2021. The proposed Order shall omit the word "Proposed" from the title.
Resubmit the Proposed "order" using the attachment event and link back to motion.