IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| OCEAN SEMICONDUCTOR LLC, | § | |
| *Plaintiff,* | § | |
| vs. | § | NO. 6:20-CV-01214-ADA |
| SILICON LABORATORIES INC., | § | |
| *Defendant.* | § | |

# ORDER

Before the Court is the parties' Joint Motion and Stipulation of Partial Dismissal with Prejudice ("the Motion"). In the Motion, the parties agree and stipulate to dismissal of that portion of Count VII of Plaintiff's Complaint alleging infringement of U.S. Patent No. 8,676,538 by accused products fabricated by Taiwan Semiconductor Manufacturing Company Ltd. or any of its subsidiaries ("TSMC"). The parties agree that such partial dismissal is with prejudice.

Having considered the Motion, the Court finds that it should be, and hereby is, **GRANTED**. It is therefore **ORDERED** that the portion of Count VII of Plaintiff's Complaint alleging infringement by Silicon Labs' products fabricated by TSMC is **DISMISSED WITH PREJUDICE**. Each party will bear its own fees and costs for claims relating to U.S. Patent No. 8,676,538 and any accused products fabricated by TSMC.

So ORDERED and SIGNED this 8th day of February, 2022.

_____
THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE