# EXHIBIT C

1   Robert G. Litts (No. 205984)
    CANDESCENT LAW GROUP
2   1350 Old Bayshore Hwy, Ste. 520
    Burlingame, CA 94010
3   Telephone: (925) 644-1102
    robert.litts@candescentlaw.com
4
    Attorney for Non-Party
5   UMC Group (USA)

6

7                    **UNITED STATES DISTRICT COURT**

8                   **NORTHERN DISTRICT OF CALIFORNIA**

9   OCEAN SEMICONDUCTOR LLC,            | Case No. 6:20-cv-1210-ADA
                                        | (Pending in W.D. Tex.)
10              Plaintiff,
                                        | **NON-PARTY UMC GROUP (USA)'S**
11         v.                           | **OBJECTIONS AND RESPONSES TO**
                                        | **OCEAN SEMICONDUCTOR LLC'S**
12  MEDIATEK INC. AND MEDIATEK USA      | **SUBPOENA TO TESTIFY AT A**
    INC.,                               | **DEPOSITION IN A CIVIL ACTION**
13
                Defendants.
14

15

16         Pursuant to Rules 26, 30, 34 and 45 of the Federal Rules of Civil Procedure, non-party

17  UMC Group (USA) hereby responds and objects to the Subpoena to Testify at a Deposition in a

18  Civil Action ("Subpoena") which was issued by Plaintiff Ocean Semiconductor LLC ("Ocean"

19  or "Plaintiff") in the above-captioned action and served on UMC Group (USA) at its offices in

20  Sunnyvale, California on December 22, 2021.  The Subpoena seeks deposition testimony from

21  UMC Group (USA) on eleven Deposition Topics (each a "Topic" and collectively the "Topics")

22  listed in Attachment A to the Subpoena, and production by UMC Group (USA) of documents,

23  electronically stored information ("ESI"), or objects described in forty-five Requests for

24  Production of Documents (each a "Request" and collectively the "Requests") also listed in

25  Attachment A.

26

27

28

                                         -1-

1

**PRELIMINARY STATEMENT**

2    A.    The following objections and responses are based on UMC Group (USA)'s

3 current knowledge, information and belief after making a reasonable inquiry within the time

4 allotted by the Subpoena.  UMC Group (USA)'s investigation into this matter is ongoing, and

5 UMC Group (USA) is willing to meet and confer with Ocean regarding the scope of the

6 documents and deposition testimony sought.  UMC Group (USA) reserves the right to

7 supplement its objections and responses to the Subpoena to the extent additional or different

8 information becomes available.

9    B.    UMC Group (USA)'s objections and response to a particular Request or Topic

10 shall not be interpreted as implying that documents responsive to the Request exist or that

11 information covered by the Topic is known or reasonably available to UMC Group (USA), or

12 that UMC Group (USA) acknowledges the appropriateness of the Request or Topic.  Nothing in

13 these objections or responses should be construed as a waiver of any rights of UMC Group

14 (USA) under applicable rules and governing laws.

15    C.    Any production of information by UMC Group (USA) in response to the

16 Subpoena will made pursuant to the Protective Order governing the disclosure of confidential

17 information in the underlying action.  UMC Group (USA) reserves the right to insist upon

18 supplemental protections.

19    D.    UMC Group (USA)'s offices are located within the Northern District of

20 California, not within the Western District of Texas where the underlying action is pending.

21 Pursuant to Federal Rule of Civil Procedure 45, the United States District Court for the Northern

22 District of California is the governing district for purposes of the Subpoena and any related

23 motions.  Nothing in these objections and responses, and no request by UMC Group (USA) for

24 additional protections through entry of a supplemental protective order, should be construed as a

25 waiver of the jurisdiction of the Northern District of California.

26

27

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

**GENERAL OBJECTIONS**

1.      UMC Group (USA) objects to the time, place, and manner specified in the Subpoena for appearing for a deposition and producing documents to the extent they are inconvenient and unduly burdensome to UMC Group (USA).  UMC Group (USA) will appear for a deposition and produce documents, if at all, at a time and location, and in a manner, to be agreed upon by UMC Group (USA) and Ocean.

2.      UMC Group (USA) objects to each Request and Topic to the extent it seeks to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, the Civil Local Rules of the United States District Court for the Northern District of California, or any other applicable rule or law.

3.      UMC Group (USA) objects to each Request and Topic the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.

4.      UMC Group (USA) objects to each Request and Topic to the extent it seeks trade secret and/or other confidential research, development, or commercial information.  Any production of information by UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental protections.

5.      UMC Group (USA) objects to each Request and Topic to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

6.      UMC Group (USA) objects to each Request and Topic to the extent it seeks information that is available from one or more parties to the underlying action and/or from public sources.

7.      UMC Group (USA) objects to each Request and Topic to the extent it seeks information that is more readily and/or appropriately available from, or confidential to, another non-party.

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

1    8.    UMC Group (USA) objects to each Request and Topic to the extent it is

2    duplicative of other discovery already taken or requested in the underlying action.

3    9.    UMC Group (USA) objects to each Request and Topic to the extent it seeks

4    information that is not relevant to any party's claim or defense and proportional to the needs of

5    the case.

6    10.    UMC Group (USA) objects to each Request and Topic to the extent it is

7    overbroad, vague and ambiguous, and/or imposes undue burden or expense upon UMC Group

8    (USA).

9    11.    UMC Group (USA) objects to each Request and Topic to the extent it is not

10   reasonably limited in time and scope.

11   12.    UMC Group (USA) objects to each Request and Topic to the extent that

12   responding or providing testimony would require subjective judgment and/or speculation on the

13   part of UMC Group (USA).

14   13.    UMC Group (USA) objects to each Request and Topic to the extent that it calls

15   for a legal conclusion.

16   **OBJECTIONS TO DEFINITIONS**

17   1.    UMC Group (USA) objects to the definition of "UMC," "You," and "Your" as

18   overbroad, vague and ambiguous, calling for a legal conclusion, and seeking to impose duties or

19   obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at

20   least to the extent it covers entities and persons other than UMC Group (USA).  For purposes of

21   these objections and responses, UMC Group (USA) will interpret these terms to mean only UMC

22   Group (USA).

23   2.    UMC Group (USA) objects to the definition of "Plaintiff," "Ocean

24   Semiconductor," and "Ocean" as overbroad, vague and ambiguous, calling for a legal

25   conclusion, providing insufficient identification and specificity, requiring subjective judgment

26   and speculation, and seeking to impose duties or obligations beyond or inconsistent with those

27   set forth in the Federal Rules of Civil Procedure, at least to the extent it covers entities and

28

-4-

1    persons other than Ocean Semiconductor LLC.  For purposes of these objections and responses,

2    UMC Group (USA) will interpret these terms to mean only Ocean Semiconductor LLC.

3         3.    UMC Group (USA) objects to the definition of "ASML" as overbroad, vague and

4    ambiguous, calling for a legal conclusion, providing insufficient identification and specificity,

5    requiring subjective judgment and speculation, and seeking to impose duties or obligations

6    beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the

7    extent it covers entities and persons other than ASML Holding N.V. and ASML Netherlands

8    B.V.  For purposes of these objections and responses, UMC Group (USA) will interpret this term

9    to mean only ASML Holding N.V. and ASML Netherlands B.V.

10        4.    UMC Group (USA) objects to the definition of "Applied Materials" as overbroad,

11   vague and ambiguous, calling for a legal conclusion, providing insufficient identification and

12   specificity, requiring subjective judgment and speculation, and seeking to impose duties or

13   obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at

14   least to the extent it covers entities and persons other than Applied Materials, Inc.  For purposes

15   of these objections and responses, UMC Group (USA) will interpret this term to mean only

16   Applied Materials, Inc.

17        5.    UMC Group (USA) objects to the definition of "PDF Solutions" as overbroad,

18   vague and ambiguous, calling for a legal conclusion, providing insufficient identification and

19   specificity, requiring subjective judgment and speculation, and seeking to impose duties or

20   obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at

21   least to the extent it covers entities and persons other than PDF Solutions, Inc.  For purposes of

22   these objections and responses, UMC Group (USA) will interpret this term to mean only PDF

23   Solutions, Inc.

24        6.    UMC Group (USA) objects to the definition of "Defendant" and "Defendants" as

25   overbroad, vague and ambiguous, calling for a legal conclusion, providing insufficient

26   identification and specificity, requiring subjective judgment and speculation, and seeking to

27   impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of

28

-5-

1  Civil Procedure, at least to the extent it covers entities and persons other than MediaTek Inc.,

2  MediaTek USA Inc., NVIDIA Corporation, NXP USA, Inc., Renesas Electronics Corporation,

3  Renesas Electronics America, Inc., Silicon Laboratories Inc., STMicroelectronics, Inc., Western

4  Digital Technologies, Inc., Huawei Device USA, Inc., Huawei Device Co., Ltd., HiSilicon

5  Technologies Co., Ltd., Analog Devices, Inc., Infineon Technologies AG, and Infineon

6  Technologies Americas Corp.  For purposes of these objections and responses, UMC Group

7  (USA) will interpret these terms to mean only MediaTek Inc., MediaTek USA Inc., NVIDIA

8  Corporation, NXP USA, Inc., Renesas Electronics Corporation, Renesas Electronics America,

9  Inc., Silicon Laboratories Inc., STMicroelectronics, Inc., Western Digital Technologies, Inc.,

10  Huawei Device USA, Inc., Huawei Device Co., Ltd., HiSilicon Technologies Co., Ltd., Analog

11  Devices, Inc., Infineon Technologies AG, and Infineon Technologies Americas Corp.

12       7.     UMC Group (USA) objects to the definitions of "Mediatek Infringing

13  Instrumentalities," "NVIDIA Infringing Instrumentalities," "NXP Infringing Instrumentalities,"

14  "Renesas Infringing Instrumentalities," "STMicro Infringing Instrumentalities," "Silicon Labs

15  Infringing Instrumentalities," "Western Digital Infringing Instrumentalities," "Huawei Infringing

16  Instrumentalities," and "Infringing Instrumentalities" as overbroad, vague and ambiguous,

17  calling for a legal conclusion, providing insufficient identification and specificity, requiring

18  subjective judgment and speculation, and seeking to impose duties or obligations beyond or

19  inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent

20  they list product identifiers that are unfamiliar to UMC Group (USA) and therefore would

21  require UMC Group (USA) to speculate about what product(s) are associated with those product

22  identifiers and about the identity of the manufacturer(s) of those products, and to the extent they

23  would require UMC Group (USA) to speculate about what constitutes "similar systems,

24  products, devices, and integrated circuits."  UMC Group (USA) further objects to the definitions

25  of these terms as overbroad and vague and ambiguous, at least to the extent they improperly

26  suggest that any products associated with the listed product identifiers infringe the Asserted

27

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

1    Patents.  Alleged infringement of the Asserted Patents has not yet been adjudicated in the

2    underlying action.

3         8.    UMC Group (USA) objects to the definitions of "person," documents," "thing,"

4    "sale," "sold," "communication," "identify," "identity," "information," "describe," "date,"

5    "relate to," "related to," "relating to," "concerning," and "possession," at least to the extent they

6    seek to impose duties or obligations beyond or inconsistent with those set forth in the Federal

7    Rules of Civil Procedure, the Civil Local Rules of the United States District Court for the

8    Northern District of California, or any other applicable rule or law.  For purposes of these

9    objections and responses, UMC Group (USA) will interpret these terms in a manner consistent

10   with Federal Rules of Civil Procedure, the Civil Local Rules of the United States District Court

11   for the Northern District of California, and any other applicable rules and laws.

12        9.    UMC Group (USA) objects to the definition of "Advanced Process Control" and

13   "APC" as overbroad, vague and ambiguous, calling for a legal conclusion, providing insufficient

14   identification and specificity, requiring subjective judgment and speculation, and seeking to

15   impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of

16   Civil Procedure, at least to the extent it would require UMC Group (USA) to speculate about

17   what constitutes "any computer integrated system or factory automation hardware or software for

18   monitoring and/or controlling processes and tools," to the extent it covers systems, hardware,

19   and/or software that has not been identified by Ocean in its pleadings or in its Preliminary

20   Disclosure of Asserted Claims and Infringement Contentions in the underlying action and/or

21   does not perform the accused functionalities claimed in any of the Asserted Patents, and to the

22   extent it is inconsistent with any use of this term or similar terms in any of the Asserted Patents,

23   or in any claim construction order or other orders entered in the underlying action.

24        10.   UMC Group (USA) objects to the definition of "Fault Detection and

25   Classification" and "FDC" as overbroad, vague and ambiguous, calling for a legal conclusion,

26   providing insufficient identification and specificity, requiring subjective judgment and

27   speculation, and seeking to impose duties or obligations beyond or inconsistent with those set

28

-7-

forth in the Federal Rules of Civil Procedure, at least to the extent it would require UMC Group (USA) to speculate about what constitutes "any computer integrated hardware or software for the detection and/or classification of manufacturing-related fault events," to the extent it covers systems, hardware, and/or software that has not been identified by Ocean in its pleadings or in its Preliminary Disclosure of Asserted Claims and Infringement Contentions in the underlying action and/or does not perform the accused functionalities claimed in any of the Asserted Patents, and to the extent it is inconsistent with any use of this term or similar terms in any of the Asserted Patents, or in any claim construction order or other orders entered in the underlying action.

11.   UMC Group (USA) objects to the definition of "YieldStar" as overbroad, vague and ambiguous, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it would require UMC Group (USA) to speculate about what constitutes "any and all metrology and inspection systems designed, developed, assembled, and/or manufactured by ASML," "ASML's optical metrology systems," "E-beam metrology and inspection systems," and "all models, versions, and their predecessors," and to the extent it covers systems, hardware, and/or software that has not been identified by Ocean in its pleadings or in its Preliminary Disclosure of Asserted Claims and Infringement Contentions in the underlying action and/or does not perform the accused functionalities claimed in any of the Asserted Patents.

12.   UMC Group (USA) objects to the definition of "TWINSCAN" as overbroad, vague and ambiguous, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it would require UMC Group (USA) to speculate about what constitutes "any and all lithography systems designed, developed, assembled, and/or manufactured by ASML," "ASML's deep ultraviolet (DUY) lithography systems," "extreme ultraviolet (EUV) lithography

systems," "lithography systems that utilize more than one wafer table," and "their predecessors," and to the extent it covers systems, hardware, and/or software that has not been identified by Ocean in its pleadings or in its Preliminary Disclosure of Asserted Claims and Infringement Contentions in the underlying action and/or does not perform the accused functionalities claimed in any of the Asserted Patents.

13.     UMC Group (USA) objects to the definition of "E3" as overbroad, vague and ambiguous, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it would require UMC Group (USA) to speculate about what constitutes "Applied Materials' E3 framework, platform, hardware, and/or software and all equipment modules of E3" and "all models, versions, and their predecessors," and to the extent it covers systems, hardware, and/or software that has not been identified by Ocean in its pleadings or in its Preliminary Disclosure of Asserted Claims and Infringement Contentions in the underlying action and/or does not perform the accused functionalities claimed in any of the Asserted Patents.

14.     UMC Group (USA) objects to the definition of "SmartFactory" as overbroad, vague and ambiguous, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it would require UMC Group (USA) to speculate about what constitutes "Applied Materials' SmartFactory Productivity Solution framework, platform, hardware and/or software and all equipment modules of SmartFactory" and "all models, versions, and their predecessors," and to the extent it covers systems, hardware, and/or software that has not been identified by Ocean in its pleadings or in its Preliminary Disclosure of Asserted Claims and Infringement Contentions in the underlying action and/or does not perform the accused functionalities claimed in any of the Asserted Patents.

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

15.     UMC Group (USA) objects to the definition of "Exensio" as overbroad, vague and ambiguous, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it would require UMC Group (USA) to speculate about what constitutes "PDF Solutions' Exensio framework, platform, hardware and/or software and all equipment modules of Exensio" and "all models, versions, and their predecessors," and to the extent it covers systems, hardware, and/or software that has not been identified by Ocean in its pleadings or in its Preliminary Disclosure of Asserted Claims and Infringement Contentions in the underlying action and/or does not perform the accused functionalities claimed in any of the Asserted Patents.

16.     UMC Group (USA) objects to the definition of "Manufacturing Equipment" as overbroad, vague and ambiguous, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it refers to "TWINSCAN," "YieldStar," "E3," "SmartFactory," and "Exensio," for the same reasons as provided herein for those terms individually, and to the extent it would require UMC Group (USA) to speculate about what constitutes "their respective frameworks, platforms, hardware and/or software and all equipment modules."

17.     UMC Group (USA) objects to the definition of "Equipment Manufacturers" as overbroad, vague and ambiguous, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it refers to "Manufacturing Equipment," for the same reasons as provided herein for that term.

18.     UMC Group (USA) objects to the definition of "MES" as overbroad, vague and ambiguous, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it would require UMC Group (USA) to speculate about what constitutes "any and all manufacturing execution system used for monitoring, tracking, and/or documenting the process of manufacturing, fabricating, and/or assembling," to the extent it covers systems, hardware, and/or software that has not been identified by Ocean in its pleadings or in its Preliminary Disclosure of Asserted Claims and Infringement Contentions in the underlying action and/or does not perform the accused functionalities claimed in any of the Asserted Patents, and to the extent it is inconsistent with any use of this term or similar terms in any of the Asserted Patents, or in any claim construction order or other orders entered in the underlying action.

19.     UMC Group (USA) objects to the definition of "Product" and "Products" as overbroad, vague and ambiguous, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it would require UMC Group (USA) to speculate about what constitutes "any and all components, subcomponents, auxiliary components, and accessory products," and to the extent it covers systems, hardware, and/or software that has not been identified by Ocean in its pleadings or in its Preliminary Disclosure of Asserted Claims and Infringement Contentions in the underlying action and/or does not perform the accused functionalities claimed in any of the Asserted Patents.

## OBJECTIONS TO INSTRUCTIONS

1.     UMC Group (USA) objects to the Instructions in Attachment A to the Subpoena to the extent they seek to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, the Civil Local Rules of the United States District Court for the Northern District of California, or any other applicable rule or law.

-11-

1
2

## SPECIFIC OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

3 **REQUEST NO. 1:**

4      Documents sufficient to show the use, utilization, installation, implementation, and/or

5 deployment of ASML's TWINSCAN lithography system and/or YieldStar metrology system in

6 any of Your manufacturing and/or fabrication facility in connection with Your manufacture,

7 fabrication, and/or assembly of any and all Infringing Instrumentalities for any Defendant,

8 including the identification of all versions and models of any such system and the location of

9 such use, utilization, installation, implementation, and/or deployment including the location of

10 any and all such fabrication facilities.

11 **OBJECTIONS AND RESPONSE TO REQUEST NO. 1:**

12      UMC Group (USA) incorporates each of its General Objections, Objections to

13 Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

14 objects to this Request to the extent it seeks information that is protected from discovery by the

15 attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

16 immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

17 not in UMC Group (USA)'s possession, custody or control.

18      UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

19 imposing undue burden and expense, calling for a legal conclusion, providing insufficient

20 identification and specificity, requiring subjective judgment and speculation, seeking information

21 that is not relevant to any party's claim or defense and proportional to the needs of the case, and

22 seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

23 Rules of Civil Procedure, at least to the extent it seeks information about "ASML's TWINSCAN

24 lithography system and/or YieldStar metrology system," about "Your manufacturing and/or

25 fabrication facility," about "any and all Infringing Instrumentalities," and about "any

26 Defendant."

27

28

1       UMC Group (USA) further objects to this Request as seeking information that is more

2   readily and/or appropriately available from, or confidential to, another non-party, at least to the

3   extent it seeks information about "ASML's TWINSCAN lithography system and/or YieldStar

4   metrology system."

5       UMC Group (USA) further objects to this Request as seeking information that that is

6   available from one or more parties to the underlying action, and duplicative of other discovery

7   already taken or requested in the underlying action, at least to the extent it seeks information

8   about "any and all Infringing Instrumentalities for any Defendant."

9       UMC Group (USA) further objects to this Request as seeking trade secret and/or other

10  confidential research, development, or commercial information, at least to the extent it seeks

11  information about "use, utilization, installation, implementation, and/or deployment of ASML's

12  TWINSCAN lithography system and/or YieldStar metrology system in any of Your

13  manufacturing and/or fabrication facility," about "Your manufacture, fabrication, and/or

14  assembly of any and all Infringing Instrumentalities for any Defendant," and about

15  "identification of all versions and models of any such system and the location of such use,

16  utilization, installation, implementation, and/or deployment including the location of any and all

17  such fabrication facilities."  Any production of information by UMC Group (USA) in response to

18  the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential

19  information in the underlying action.  UMC Group (USA) reserves the right to insist upon

20  supplemental protections.

21      Subject to and without waiving these specific objections or the foregoing General

22  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

23  responds that following a reasonable search, it has no non-privileged, relevant, responsive

24  documents.

25  **REQUEST NO. 2:**

26

27

28

1    Purchase or sales orders, invoices, purchase agreements, sales agreements, and/or

2    supplier agreements relating to any TWINSCAN and/or YieldStar system(s) as described in

3    Request for Production No. 1 between You and ASML.

4    **OBJECTIONS AND RESPONSE TO REQUEST NO. 2:**

5    UMC Group (USA) incorporates each of its General Objections, Objections to

6    Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

7    objects to this Request to the extent it seeks information that is protected from discovery by the

8    attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

9    immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

10   not in UMC Group (USA)'s possession, custody or control.

11   UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

12   imposing undue burden and expense, calling for a legal conclusion, providing insufficient

13   identification and specificity, requiring subjective judgment and speculation, seeking information

14   that is not relevant to any party's claim or defense and proportional to the needs of the case, and

15   seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

16   Rules of Civil Procedure, at least to the extent it seeks information about "any TWINSCAN

17   and/or YieldStar system(s)," and about "ASML."

18   UMC Group (USA) further objects to this Request as seeking information that is more

19   readily and/or appropriately available from, or confidential to, another non-party, at least to the

20   extent it seeks information about "[p]urchase or sales orders, invoices, purchase agreements,

21   sales agreements, and/or supplier agreements … between You and ASML."

22   UMC Group (USA) further objects to this Request as seeking trade secret and/or other

23   confidential research, development, or commercial information, at least to the extent it seeks

24   information about "[p]urchase or sales orders, invoices, purchase agreements, sales agreements,

25   and/or supplier agreements relating to any TWINSCAN and/or YieldStar system(s)."  Any

26   production of information by UMC Group (USA) in response to the Subpoena will made

27   pursuant to the Protective Order governing the disclosure of confidential information in the

28

-14-

1  underlying action.  UMC Group (USA) reserves the right to insist upon supplemental

2  protections.

3          Subject to and without waiving these specific objections or the foregoing General

4  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

5  responds that following a reasonable search, it has no non-privileged, relevant, responsive

6  documents.

7  **REQUEST NO. 3**:

8          Documents sufficient to show the identity and role played by any and all Defendants in

9  the design, development, manufacture, testing, and/or importation of the Infringing

10  Instrumentalities that are/were fabricated, manufactured, and/or assembled by You using any

11  TWINSCAN and/or YieldStar system(s) as described in Request for Production No. 1.

12  **OBJECTIONS AND RESPONSE TO REQUEST NO. 3**:

13          UMC Group (USA) incorporates each of its General Objections, Objections to

14  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

15  objects to this Request to the extent it seeks information that is protected from discovery by the

16  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

17  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

18  not in UMC Group (USA)'s possession, custody or control.

19          UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

20  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

21  identification and specificity, requiring subjective judgment and speculation, seeking information

22  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

23  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

24  Rules of Civil Procedure, at least to the extent it seeks information about "any and all

25  Defendants," about "Infringing Instrumentalities," and about "any TWINSCAN and/or YieldStar

26  system(s)."

27

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

1        UMC Group (USA) further objects to this Request as seeking information that is more

2  readily and/or appropriately available from, or confidential to, another non-party, at least to the

3  extent it seeks information about "any TWINSCAN and/or YieldStar system(s)."

4        UMC Group (USA) further objects to this Request as seeking information that that is

5  available from one or more parties to the underlying action, and duplicative of other discovery

6  already taken or requested in the underlying action, at least to the extent it seeks information

7  about "the identity and role played by any and all Defendants," and about "Infringing

8  Instrumentalities."

9        UMC Group (USA) further objects to this Request as seeking trade secret and/or other

10  confidential research, development, or commercial information, at least to the extent it seeks

11  information about "the design, development, manufacture, testing, and/or importation of the

12  Infringing Instrumentalities that are/were fabricated, manufactured, and/or assembled by You

13  using any TWINSCAN and/or YieldStar system(s)."  Any production of information by UMC

14  Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing

15  the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves

16  the right to insist upon supplemental protections.

17        Subject to and without waiving these specific objections and the foregoing General

18  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

19  responds that following a reasonable search, it has no non-privileged, relevant, responsive

20  documents.

21  **REQUEST NO. 4:**

22        Documents sufficient to identify any and all systems, devices, components, and/or

23  integrated circuits manufactured, fabricated, and/or assembled by, or on behalf of, any and all

24  Defendants using any TWINSCAN and/or YieldStar system(s) as described in Request for

25  Production No. 1, including the identification of any and all applicable technology node(s) for

26  which such system is/was used in such manufacture, fabrication, or assembly.

27

28

**OBJECTIONS AND RESPONSE TO REQUEST NO. 4:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Request to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "any and all Defendants," and about "any TWINSCAN and/or YieldStar system(s)."

UMC Group (USA) further objects to this Request as seeking information that is more readily and/or appropriately available from, or confidential to, another non-party, at least to the extent it seeks information about "any TWINSCAN and/or YieldStar system(s)."

UMC Group (USA) further objects to this Request as seeking information that that is available from one or more parties to the underlying action, and duplicative of other discovery already taken or requested in the underlying action, at least to the extent it seeks information about "any and all systems, devices, components, and/or integrated circuits manufactured, fabricated, and/or assembled by, or on behalf of, any and all Defendants."

UMC Group (USA) further objects to this Request as seeking trade secret and/or other confidential research, development, or commercial information, at least to the extent it seeks information about "any and all systems, devices, components, and/or integrated circuits manufactured, fabricated, and/or assembled or on behalf of, any and all Defendants using any TWINSCAN and/or YieldStar system(s)" and about "identification of any and all applicable

-17-

1  technology node(s) for which such system is/was used in such manufacture, fabrication, or

2  assembly."  Any production of information by UMC Group (USA) in response to the Subpoena

3  will made pursuant to the Protective Order governing the disclosure of confidential information

4  in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental

5  protections.

6       Subject to and without waiving these specific objections and the foregoing General

7  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

8  responds that following a reasonable search, it has no non-privileged, relevant, responsive

9  documents.

10  **REQUEST NO. 5:**

11       Documents relating to Your agreement or contract with any and all Defendants to

12  fabricate, manufacture, or assemble those systems, devices, components, and/or integrated

13  circuits described in Request for Production No. 4, including, without limitation, master service

14  agreements, partnership agreements, development agreements, contract manufacturing

15  agreements, manufacturing supply agreements, supplier agreements, distribution agreements,

16  manufacturing contract service level agreements, and semiconductor purchase agreements.

17  **OBJECTIONS AND RESPONSE TO REQUEST NO. 5:**

18       UMC Group (USA) incorporates each of its General Objections, Objections to

19  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

20  objects to this Request to the extent it seeks information that is protected from discovery by the

21  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

22  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

23  not in UMC Group (USA)'s possession, custody or control.

24       UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

25  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

26  identification and specificity, requiring subjective judgment and speculation, seeking information

27  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

28

1   seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

2   Rules of Civil Procedure, at least to the extent it seeks information about "any and all

3   Defendants," and about "those systems, devices, components, and/or integrated circuits

4   described in Request for Production No. 4."

5        UMC Group (USA) further objects to this Request as seeking information that that is

6   available from one or more parties to the underlying action, and duplicative of other discovery

7   already taken or requested in the underlying action, at least to the extent it seeks information

8   about "Your agreement or contract with any and all Defendants."

9        UMC Group (USA) further objects to this Request as seeking trade secret and/or other

10  confidential research, development, or commercial information, at least to the extent it seeks

11  information about "Your agreement or contract with any and all Defendants to fabricate,

12  manufacture, or assemble those systems, devices, components, and/or integrated circuits

13  described in Request for Production No. 4," and about "master service agreements, partnership

14  agreements, development agreements, contract manufacturing agreements, manufacturing supply

15  agreements, supplier agreements, distribution agreements, manufacturing contract service level

16  agreements, and semiconductor purchase agreements."  Any production of information by UMC

17  Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing

18  the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves

19  the right to insist upon supplemental protections.

20       Subject to and without waiving these specific objections and the foregoing General

21  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

22  responds that following a reasonable search, it has no non-privileged, relevant, responsive

23  documents that would not also be available from one or more parties to the underlying action,

24  and therefore UMC Group (USA) will not produce any documents in response to this topic.

25  **REQUEST NO. 6:**

26       Documents relating to, or reflecting, any agreement between You and ASML to be

27  indemnified by, or to indemnify, ASML for patent infringement in connection with Your use,

28

-19-

1  utilization, installation, implementation, and/or deployment of ASML's TWINSCAN and/or

2  YieldStar system(s) as described in Request for Production No. 1.

3  **OBJECTIONS AND RESPONSE TO REQUEST NO. 6:**

4      UMC Group (USA) incorporates each of its General Objections, Objections to

5  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

6  objects to this Request to the extent it seeks information that is protected from discovery by the

7  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

8  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

9  not in UMC Group (USA)'s possession, custody or control.

10      UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

11  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

12  identification and specificity, requiring subjective judgment and speculation, seeking information

13  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

14  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

15  Rules of Civil Procedure, at least to the extent it seeks information about "ASML," and about

16  "ASML's TWINSCAN and/or YieldStar system(s) as described in Request for Production No.

17  1."

18      UMC Group (USA) further objects to this Request as seeking information that is more

19  readily and/or appropriately available from, or confidential to, another non-party, at least to the

20  extent it seeks information about "any agreement between You and ASML," and about "ASML's

21  TWINSCAN and/or YieldStar system(s) as described in Request for Production No. 1."

22      UMC Group (USA) further objects to this Request as seeking trade secret and/or other

23  confidential research, development, or commercial information, at least to the extent it seeks

24  information about "any agreement between You and ASML to be indemnified by, or to

25  indemnify, ASML for patent infringement," and about "Your use, utilization, installation,

26  implementation, and/or deployment of ASML's TWINSCAN and/or YieldStar system(s) as

27  described in Request for Production No. 1."  Any production of information by UMC Group

28

-20-

(USA) in response to the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental protections.

Subject to and without waiving these specific objections and the foregoing General Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) responds that following a reasonable search, it has no non-privileged, relevant, responsive documents.

**REQUEST NO. 7:**

Documents sufficient to show the use, utilization, installation, implementation, and/or deployment of Applied Materials' APC and/or FDC hardware, software, systems, components, and/or modules, including without limitation, Applied Materials' E3 system and/or Smart Factory system, in any of Your manufacture, fabrication, and/or assembly tool, equipment and/or facility in connection with Your manufacture, fabrication, and/or assembly of any and all Infringing Instrumentalities for any Defendant, including the identification of all versions and models of any such system and the location of such use, utilization, installation, implementation, and/or deployment including the location of any and all manufacturing and/or fabrication facilities.

**OBJECTIONS AND RESPONSE TO REQUEST NO. 7:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Request to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information

1   that is not relevant to any party's claim or defense and proportional to the needs of the case, and

2   seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

3   Rules of Civil Procedure, at least to the extent it seeks information about "Applied Materials'

4   APC and/or FDC hardware, software, systems, components, and/or modules, including without

5   limitation, Applied Materials' E3 system and/or Smart Factory system," about "Your

6   manufacture, fabrication, and/or assembly tool, equipment and/or facility," about "any and all

7   Infringing Instrumentalities," and about "any Defendant."

8          UMC Group (USA) further objects to this Request as seeking information that is more

9   readily and/or appropriately available from, or confidential to, another non-party, at least to the

10  extent it seeks information about "Applied Materials' APC and/or FDC hardware, software,

11  systems, components, and/or modules, including without limitation, Applied Materials' E3

12  system and/or Smart Factory system."

13         UMC Group (USA) further objects to this Request as seeking information that that is

14  available from one or more parties to the underlying action, and duplicative of other discovery

15  already taken or requested in the underlying action, at least to the extent it seeks information

16  about "any and all Infringing Instrumentalities for any Defendant."

17         UMC Group (USA) further objects to this Request as seeking trade secret and/or other

18  confidential research, development, or commercial information, at least to the extent it seeks

19  information about "use, utilization, installation, implementation, and/or deployment of Applied

20  Materials' APC and/or FDC hardware, software, systems, components, and/or modules,

21  including without limitation, Applied Materials' E3 system and/or Smart Factory system, in any

22  of Your manufacture, fabrication, and/or assembly tool, equipment and/or facility," about "Your

23  manufacture, fabrication, and/or assembly of any and all Infringing Instrumentalities for any

24  Defendant," and about "identification of all versions and models of any such system and the

25  location of such use, utilization, installation, implementation, and/or deployment including the

26  location of any and all manufacturing and/or fabrication facilities."  Any production of

27  information by UMC Group (USA) in response to the Subpoena will made pursuant to the

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

Protective Order governing the disclosure of confidential information in the underlying action. UMC Group (USA) reserves the right to insist upon supplemental protections.

Subject to and without waiving these specific objections and the foregoing General Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) responds that following a reasonable search, it has no non-privileged, relevant, responsive documents.

**REQUEST NO. 8:**

Purchase or sales orders, invoices, purchase agreements, sales agreements, and/or supplier agreements relating to any Applied Materials APC and/or FDC hardware, software, systems, components, and/or modules, including the E3 and/or Smart Factory system(s), as described in Request for Production No. 7 between You and Applied Materials.

**OBJECTIONS AND RESPONSE TO REQUEST NO. 8:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Request to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "any Applied Materials APC and/or FDC hardware, software, systems, components, and/or modules, including the E3 and/or Smart Factory system(s)," and about "Applied Materials."

1   UMC Group (USA) further objects to this Request as seeking information that is more

2   readily and/or appropriately available from, or confidential to, another non-party, at least to the

3   extent it seeks information about "[p]urchase or sales orders, invoices, purchase agreements,

4   sales agreements, and/or supplier agreements … between You and Applied Materials."

5   UMC Group (USA) further objects to this Request as seeking trade secret and/or other

6   confidential research, development, or commercial information, at least to the extent it seeks

7   information about "[p]urchase or sales orders, invoices, purchase agreements, sales agreements,

8   and/or supplier agreements relating to any Applied Materials APC and/or FDC hardware,

9   software, systems, components, and/or modules, including the E3 and/or Smart Factory

10   system(s)."  Any production of information by UMC Group (USA) in response to the Subpoena

11   will made pursuant to the Protective Order governing the disclosure of confidential information

12   in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental

13   protections.

14   Subject to and without waiving these specific objections and the foregoing General

15   Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

16   responds that following a reasonable search, it has no non-privileged, relevant, responsive

17   documents.

18   **REQUEST NO. 9:**

19   Documents sufficient to show the identity and role played by any and all Defendants in

20   the design, development, manufacture, testing, and/or importation of the Infringing

21   Instrumentalities that are/were fabricated, manufactured, and/or assembled by You using any

22   Applied Materials APC and/or FDC hardware, software, systems, components, and/or modules,

23   as described in Request for Production No. 7, including the E3 and/or Smart Factory system(s).

24   **OBJECTIONS AND RESPONSE TO REQUEST NO. 9:**

25   UMC Group (USA) incorporates each of its General Objections, Objections to

26   Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

27   objects to this Request to the extent it seeks information that is protected from discovery by the

28

-24-

1    attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

2    immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

3    not in UMC Group (USA)'s possession, custody or control.

4          UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

5    imposing undue burden and expense, calling for a legal conclusion, providing insufficient

6    identification and specificity, requiring subjective judgment and speculation, seeking information

7    that is not relevant to any party's claim or defense and proportional to the needs of the case, and

8    seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

9    Rules of Civil Procedure, at least to the extent it seeks information about "any and all

10   Defendants," about "Infringing Instrumentalities," and about "any Applied Materials APC and/or

11   FDC hardware, software, systems, components, and/or modules, …, including the E3 and/or

12   Smart Factory system(s)."

13         UMC Group (USA) further objects to this Request as seeking information that is more

14   readily and/or appropriately available from, or confidential to, another non-party, at least to the

15   extent it seeks information about "any Applied Materials APC and/or FDC hardware, software,

16   systems, components, and/or modules, …, including the E3 and/or Smart Factory system(s)."

17         UMC Group (USA) further objects to this Request as seeking information that that is

18   available from one or more parties to the underlying action, and duplicative of other discovery

19   already taken or requested in the underlying action, at least to the extent it seeks information

20   about "the identity and role played by any and all Defendants," and about "Infringing

21   Instrumentalities."

22         UMC Group (USA) further objects to this Request as seeking trade secret and/or other

23   confidential research, development, or commercial information, at least to the extent it seeks

24   information about "the design, development, manufacture, testing, and/or importation of the

25   Infringing Instrumentalities that are/were fabricated, manufactured, and/or assembled by You

26   using any Applied Materials APC and/or FDC hardware, software, systems, components, and/or

27   modules, …, including the E3 and/or Smart Factory system(s)."  Any production of information

28

-25-

1    by UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order

2    governing the disclosure of confidential information in the underlying action.  UMC Group

3    (USA) reserves the right to insist upon supplemental protections.

4           Subject to and without waiving these specific objections and the foregoing General

5    Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

6    responds that following a reasonable search, it has no non-privileged, relevant, responsive

7    documents.

8    **REQUEST NO. 10:**

9           Documents sufficient to identify any and all systems, devices, components, and/or

10   integrated circuits manufactured, fabricated, and/or assembled on behalf of any and all

11   Defendants using any Applied Materials APC and/or FDC hardware, software, systems,

12   components, and/or modules, including the E3 and/or Smart Factory system(s), as described in

13   Request for Production No. 7, including the identification of any and all applicable technology

14   node(s) for which each such system is/was used.

15   **OBJECTIONS AND RESPONSE TO REQUEST NO. 10:**

16          UMC Group (USA) incorporates each of its General Objections, Objections to

17   Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

18   objects to this Request to the extent it seeks information that is protected from discovery by the

19   attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

20   immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

21   not in UMC Group (USA)'s possession, custody or control.

22          UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

23   imposing undue burden and expense, calling for a legal conclusion, providing insufficient

24   identification and specificity, requiring subjective judgment and speculation, seeking information

25   that is not relevant to any party's claim or defense and proportional to the needs of the case, and

26   seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

27   Rules of Civil Procedure, at least to the extent it seeks information about "any and all

28

-26-

Defendants," and about "any Applied Materials APC and/or FDC hardware, software, systems, components, and/or modules, including the E3 and/or Smart Factory system(s)."

UMC Group (USA) further objects to this Request as seeking information that is more readily and/or appropriately available from, or confidential to, another non-party, at least to the extent it seeks information about "any Applied Materials APC and/or FDC hardware, software, systems, components, and/or modules, including the E3 and/or Smart Factory system(s)."

UMC Group (USA) further objects to this Request as seeking information that that is available from one or more parties to the underlying action, and duplicative of other discovery already taken or requested in the underlying action, at least to the extent it seeks information about "any and all systems, devices, components, and/or integrated circuits manufactured, fabricated, and/or assembled on behalf of any and all Defendants."

UMC Group (USA) further objects to this Request as seeking trade secret and/or other confidential research, development, or commercial information, at least to the extent it seeks information about "any and all systems, devices, components, and/or integrated circuits manufactured, fabricated, and/or assembled on behalf of any and all Defendants using any Applied Materials APC and/or FDC hardware, software, systems, components, and/or modules," and about "identification of any and all applicable technology node(s) for which each such system is/was used." Any production of information by UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential information in the underlying action. UMC Group (USA) reserves the right to insist upon supplemental protections.

Subject to and without waiving these specific objections and the foregoing General Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) responds that following a reasonable search, it has no non-privileged, relevant, responsive documents.

**REQUEST NO. 11:**

Documents relating to Your agreement or contract with any and all Defendants to fabricate, manufacture, and/or assemble those systems, devices, components, and/or integrated circuits described in Request for Production No. 10, including, without limitation, master service agreements, partnership agreements, development agreements, contract manufacturing agreements, manufacturing supply agreements, supplier agreements, distribution agreements, manufacturing contract service level agreements, and semiconductor purchase agreements.

**OBJECTIONS AND RESPONSE TO REQUEST NO. 11:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference. UMC Group (USA) further objects to this Request to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity. UMC Group (USA) further objects to this Request to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "any and all Defendants," and about "those systems, devices, components, and/or integrated circuits described in Request for Production No. 10."

UMC Group (USA) further objects to this Request as seeking information that that is available from one or more parties to the underlying action, and duplicative of other discovery already taken or requested in the underlying action, at least to the extent it seeks information about "Your agreement or contract with any and all Defendants."

-28-

UMC Group (USA) further objects to this Request as seeking trade secret and/or other confidential research, development, or commercial information, at least to the extent it seeks information about "Your agreement or contract with any and all Defendants to fabricate, manufacture, and/or assemble those systems, devices, components, and/or integrated circuits described in Request for Production No. 10," and about "master service agreements, partnership agreements, development agreements, contract manufacturing agreements, manufacturing supply agreements, supplier agreements, distribution agreements, manufacturing contract service level agreements, and semiconductor purchase agreements." Any production of information by UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential information in the underlying action. UMC Group (USA) reserves the right to insist upon supplemental protections.

Subject to and without waiving these specific objections and the foregoing General Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) responds that following a reasonable search, it has no non-privileged, relevant, responsive documents that would not also be available from one or more parties to the underlying action, and therefore UMC Group (USA) will not produce any documents in response to this topic.

**REQUEST NO. 12:**

Documents relating to any agreement between You and Applied Materials to be indemnified by, or to indemnify, Applied Materials for patent infringement in connection with Your use, utilization, installation, implementation, and/or deployment of any Applied Materials APC and/or FDC hardware, software, systems, components, and/or modules as described in Request for Production No. 7, including the E3 and/or Smart Factory system(s).

**OBJECTIONS AND RESPONSE TO REQUEST NO. 12:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference. UMC Group (USA) further objects to this Request to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

1    immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

2    not in UMC Group (USA)'s possession, custody or control.

3         UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

4    imposing undue burden and expense, calling for a legal conclusion, providing insufficient

5    identification and specificity, requiring subjective judgment and speculation, seeking information

6    that is not relevant to any party's claim or defense and proportional to the needs of the case, and

7    seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

8    Rules of Civil Procedure, at least to the extent it seeks information about "Applied Materials,"

9    and about "any Applied Materials APC and/or FDC hardware, software, systems, components,

10   and/or modules as described in Request for Production No. 7, including the E3 and/or Smart

11   Factory system(s)."

12        UMC Group (USA) further objects to this Request as seeking information that is more

13   readily and/or appropriately available from, or confidential to, another non-party, at least to the

14   extent it seeks information about "any agreement between You and Applied Materials," and

15   about "any Applied Materials APC and/or FDC hardware, software, systems, components,

16   and/or modules as described in Request for Production No. 7, including the E3 and/or Smart

17   Factory system(s)."

18        UMC Group (USA) further objects to this Request as seeking trade secret and/or other

19   confidential research, development, or commercial information, at least to the extent it seeks

20   information about "any agreement between You and Applied Materials to be indemnified by, or

21   to indemnify, Applied Materials for patent infringement," and about "Your use, utilization,

22   installation, implementation, and/or deployment of any Applied Materials APC and/or FDC

23   hardware, software, systems, components, and/or modules as described in Request for

24   Production No. 7, including the E3 and/or Smart Factory system(s)."  Any production of

25   information by UMC Group (USA) in response to the Subpoena will made pursuant to the

26   Protective Order governing the disclosure of confidential information in the underlying action.

27   UMC Group (USA) reserves the right to insist upon supplemental protections.

28

-30-

1   Subject to and without waiving these specific objections and the foregoing General

2   Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

3   responds that following a reasonable search, it has no non-privileged, relevant, responsive

4   documents.

5   **REQUEST NO. 13:**

6   Documents relating to the design, development, operation, and/or implementation of any

7   APC and/or FDC hardware, software, systems, components, and/or modules by any entity other

8   than Applied Materials that are/were used, utilized, installed, implemented and/or deployed in

9   Your manufacturing, fabrication, and/or assembly tool, equipment, and/or facility in connection

10  with Your manufacturing, fabrication, and/or assembly of any Infringing Instrumentalities,

11  including any in-house and/or proprietary APC and/or FDC hardware, software, systems,

12  components, and/or modules designed, developed, operated, and/or implemented by You.

13  **OBJECTIONS AND RESPONSE TO REQUEST NO. 13:**

14  UMC Group (USA) incorporates each of its General Objections, Objections to

15  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

16  objects to this Request to the extent it seeks information that is protected from discovery by the

17  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

18  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

19  not in UMC Group (USA)'s possession, custody or control.

20  UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

21  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

22  identification and specificity, requiring subjective judgment and speculation, seeking information

23  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

24  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

25  Rules of Civil Procedure, at least to the extent it seeks information about "any APC and/or FDC

26  hardware, software, systems, components, and/or modules by any entity other than Applied

27  Materials," about "Your manufacturing, fabrication, and/or assembly tool, equipment, and/or

28

1   facility," about "any Infringing Instrumentalities," and about "any in-house and/or proprietary

2   APC and/or FDC hardware, software, systems, components, and/or modules designed,

3   developed, operated, and/or implemented by You."

4          UMC Group (USA) further objects to this Request as seeking information that that is

5   available from one or more parties to the underlying action, and duplicative of other discovery

6   already taken or requested in the underlying action, at least to the extent it seeks information

7   about "any Infringing Instrumentalities."

8          UMC Group (USA) further objects to this Request as seeking trade secret and/or other

9   confidential research, development, or commercial information, at least to the extent it seeks

10  information about "the design, development, operation, and/or implementation of any APC

11  and/or FDC hardware, software, systems, components, and/or modules that are/were used,

12  utilized, installed, implemented and/or deployed in Your manufacturing, fabrication, and/or

13  assembly tool, equipment, and/or facility," about "Your manufacturing, fabrication, and/or

14  assembly of any Infringing Instrumentalities," and about "any in-house and/or proprietary APC

15  and/or FDC hardware, software, systems, components, and/or modules designed, developed,

16  operated, and/or implemented by You."  Any production of information by UMC Group (USA)

17  in response to the Subpoena will made pursuant to the Protective Order governing the disclosure

18  of confidential information in the underlying action.  UMC Group (USA) reserves the right to

19  insist upon supplemental protections.

20         Subject to and without waiving these specific objections and the foregoing General

21  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

22  responds that following a reasonable search, it has no non-privileged, relevant, responsive

23  documents.

24  **REQUEST NO. 14:**

25         Documents sufficient to show the use, utilization, installation, implementation, and/or

26  deployment of PDF Solutions' process control and/or FDC hardware, software, systems,

27  components, and/or modules, including without limitation, PDF Solutions' Exensio platform and

28

modules, in any of Your manufacture, fabrication, and/or assembly tool, equipment and/or

facility in connection with Your manufacture, fabrication, and/or assembly of any and all

Infringing Instrumentalities for any Defendant, including the identification of all versions and

models of any such system and the location of such use, utilization, installation, implementation,

and/or deployment including the location of any and all such manufacturing or fabrication

facilities.

**OBJECTIONS AND RESPONSE TO REQUEST NO. 14:**

UMC Group (USA) incorporates each of its General Objections, Objections to

Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

objects to this Request to the extent it seeks information that is protected from discovery by the

attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

imposing undue burden and expense, calling for a legal conclusion, providing insufficient

identification and specificity, requiring subjective judgment and speculation, seeking information

that is not relevant to any party's claim or defense and proportional to the needs of the case, and

seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

Rules of Civil Procedure, at least to the extent it seeks information about "PDF Solutions'

process control and/or FDC hardware, software, systems, components, and/or modules, including

without limitation, PDF Solutions' Exensio platform and modules," about "Your manufacture,

fabrication, and/or assembly tool, equipment and/or facility," about "any and all Infringing

Instrumentalities," and about "any Defendant."

UMC Group (USA) further objects to this Request as seeking information that is more

readily and/or appropriately available from, or confidential to, another non-party, at least to the

extent it seeks information about "PDF Solutions' process control and/or FDC hardware,

-33-

1  software, systems, components, and/or modules, including without limitation, PDF Solutions'

2  Exensio platform and modules."

3       UMC Group (USA) further objects to this Request as seeking information that that is

4  available from one or more parties to the underlying action, and duplicative of other discovery

5  already taken or requested in the underlying action, at least to the extent it seeks information

6  about "any and all Infringing Instrumentalities for any Defendant."

7       UMC Group (USA) further objects to this Request as seeking trade secret and/or other

8  confidential research, development, or commercial information, at least to the extent it seeks

9  information about "use, utilization, installation, implementation, and/or deployment of PDF

10  Solutions' process control and/or FDC hardware, software, systems, components, and/or

11  modules, including without limitation, PDF Solutions' Exensio platform and modules, in any of

12  Your manufacture, fabrication, and/or assembly tool, equipment and/or facility," about "Your

13  manufacture, fabrication, and/or assembly of any and all Infringing Instrumentalities for any

14  Defendant," and about "identification of all versions and models of any such system and the

15  location of such use, utilization, installation, implementation, and/or deployment including the

16  location of any and all such manufacturing or fabrication facilities."  Any production of

17  information by UMC Group (USA) in response to the Subpoena will made pursuant to the

18  Protective Order governing the disclosure of confidential information in the underlying action.

19  UMC Group (USA) reserves the right to insist upon supplemental protections.

20       Subject to and without waiving these specific objections and the foregoing General

21  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

22  responds that following a reasonable search, it has no non-privileged, relevant, responsive

23  documents.

24  **REQUEST NO. 15:**

25       Purchase or sales orders, invoices, purchase agreements, sales agreements, and/or

26  supplier agreements relating to any PDF Solutions process control and/or FDC hardware,

27

28

-34-

software, systems, components, and/or modules, including the Exensio platform and modules, as

described in Request for Production No. 14 between You and PDF Solutions.

**OBJECTIONS AND RESPONSE TO REQUEST NO. 15:**

UMC Group (USA) incorporates each of its General Objections, Objections to

Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

objects to this Request to the extent it seeks information that is protected from discovery by the

attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

imposing undue burden and expense, calling for a legal conclusion, providing insufficient

identification and specificity, requiring subjective judgment and speculation, seeking information

that is not relevant to any party's claim or defense and proportional to the needs of the case, and

seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

Rules of Civil Procedure, at least to the extent it seeks information about "any PDF Solutions

process control and/or FDC hardware, software, systems, components, and/or modules, including

the Exensio platform and modules," and about "PDF Solutions."

UMC Group (USA) further objects to this Request as seeking information that is more

readily and/or appropriately available from, or confidential to, another non-party, at least to the

extent it seeks information about "[p]urchase or sales orders, invoices, purchase agreements,

sales agreements, and/or supplier agreements … between You and PDF Solutions."

UMC Group (USA) further objects to this Request as seeking trade secret and/or other

confidential research, development, or commercial information, at least to the extent it seeks

information about "[p]urchase or sales orders, invoices, purchase agreements, sales agreements,

and/or supplier agreements relating to any PDF Solutions process control and/or FDC hardware,

software, systems, components, and/or modules, including the Exensio platform and modules."

Any production of information by UMC Group (USA) in response to the Subpoena will made

-35-

1  pursuant to the Protective Order governing the disclosure of confidential information in the

2  underlying action.  UMC Group (USA) reserves the right to insist upon supplemental

3  protections.

4        Subject to and without waiving these specific objections and the foregoing General

5  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

6  responds that following a reasonable search, it has no non-privileged, relevant, responsive

7  documents.

8  **REQUEST NO. 16:**

9        Documents sufficient to show the identity and role played by any and all Defendants in

10  the design, development, manufacture, testing, and/or importation of the Infringing

11  Instrumentalities that are/were fabricated, manufactured, and/or assembled by You using any

12  PDF Solutions process control and/or FDC hardware, software, systems, components, and/or

13  modules, as described in Request for Production No. 14, including the Exensio platform and

14  modules.

15  **OBJECTIONS AND RESPONSE TO REQUEST NO. 16:**

16        UMC Group (USA) incorporates each of its General Objections, Objections to

17  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

18  objects to this Request to the extent it seeks information that is protected from discovery by the

19  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

20  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

21  not in UMC Group (USA)'s possession, custody or control.

22        UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

23  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

24  identification and specificity, requiring subjective judgment and speculation, seeking information

25  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

26  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

27  Rules of Civil Procedure, at least to the extent it seeks information about "any and all

28

1  Defendants," about "Infringing Instrumentalities," and about "any PDF Solutions process control

2  and/or FDC hardware, software, systems, components, and/or modules."

3      UMC Group (USA) further objects to this Request as seeking information that is more

4  readily and/or appropriately available from, or confidential to, another non-party, at least to the

5  extent it seeks information about "any PDF Solutions process control and/or FDC hardware,

6  software, systems, components, and/or modules."

7      UMC Group (USA) further objects to this Request as seeking information that that is

8  available from one or more parties to the underlying action, and duplicative of other discovery

9  already taken or requested in the underlying action, at least to the extent it seeks information

10  about "the identity and role played by any and all Defendants," and about "Infringing

11  Instrumentalities."

12      UMC Group (USA) further objects to this Request as seeking trade secret and/or other

13  confidential research, development, or commercial information, at least to the extent it seeks

14  information about "the design, development, manufacture, testing, and/or importation of the

15  Infringing Instrumentalities that are/were fabricated, manufactured, and/or assembled by You

16  using any PDF Solutions process control and/or FDC hardware, software, systems, components,

17  and/or modules."  Any production of information by UMC Group (USA) in response to the

18  Subpoena will made pursuant to the Protective Order governing the disclosure of confidential

19  information in the underlying action.  UMC Group (USA) reserves the right to insist upon

20  supplemental protections.

21      Subject to and without waiving these specific objections and the foregoing General

22  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

23  responds that following a reasonable search, it has no non-privileged, relevant, responsive

24  documents.

25  **REQUEST NO. 17:**

26      Documents sufficient to identify any and all systems, devices, components, or integrated

27  circuits manufactured, fabricated, and/or assembled on behalf of any and all Defendants using

28

1   any PDF Solutions process control and/or FDC hardware, software, systems, components, and/or

2   modules, including the Exensio platform and modules, as described in Request for Production

3   No. 14, including the identification of any and all applicable technology node(s) for which each

4   such system is/was used.

5   **OBJECTIONS AND RESPONSE TO REQUEST NO. 17:**

6       UMC Group (USA) incorporates each of its General Objections, Objections to

7   Definitions, and Objections to Instructions herein by reference. UMC Group (USA) further

8   objects to this Request to the extent it seeks information that is protected from discovery by the

9   attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

10  immunity. UMC Group (USA) further objects to this Request to the extent it seeks information

11  not in UMC Group (USA)'s possession, custody or control.

12      UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

13  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

14  identification and specificity, requiring subjective judgment and speculation, seeking information

15  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

16  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

17  Rules of Civil Procedure, at least to the extent it seeks information about "any and all

18  Defendants," and about "any PDF Solutions process control and/or FDC hardware, software,

19  systems, components, and/or modules, including the Exensio platform and modules."

20      UMC Group (USA) further objects to this Request as seeking information that is more

21  readily and/or appropriately available from, or confidential to, another non-party, at least to the

22  extent it seeks information about "any PDF Solutions process control and/or FDC hardware,

23  software, systems, components, and/or modules, including the Exensio platform and modules."

24      UMC Group (USA) further objects to this Request as seeking information that that is

25  available from one or more parties to the underlying action, and duplicative of other discovery

26  already taken or requested in the underlying action, at least to the extent it seeks information

27

28

1  about "any and all systems, devices, components, or integrated circuits manufactured, fabricated,

2  and/or assembled on behalf of any and all Defendants."

3       UMC Group (USA) further objects to this Request as seeking trade secret and/or other

4  confidential research, development, or commercial information, at least to the extent it seeks

5  information about "any and all systems, devices, components, or integrated circuits

6  manufactured, fabricated, and/or assembled on behalf of any and all Defendants using any PDF

7  Solutions process control and/or FDC hardware, software, systems, components, and/or modules,

8  including the Exensio platform and modules," and about "identification of any and all applicable

9  technology node(s) for which each such system is/was used."  Any production of information by

10  UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order

11  governing the disclosure of confidential information in the underlying action.  UMC Group

12  (USA) reserves the right to insist upon supplemental protections.

13       Subject to and without waiving these specific objections and the foregoing General

14  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

15  responds that following a reasonable search, it has no non-privileged, relevant, responsive

16  documents.

17  **REQUEST NO. 18:**

18       Documents relating to Your agreement or contract with any and all Defendants to

19  fabricate, manufacture, and/or assemble those systems, devices, components, and/or integrated

20  circuits described in Request for Production No. 17, including, without limitation, master service

21  agreements, partnership agreements, development agreements, contract manufacturing

22  agreements, manufacturing supply agreements, supplier agreements, distribution agreements,

23  manufacturing contract service level agreements, and semiconductor purchase agreements.

24  **OBJECTIONS AND RESPONSE TO REQUEST NO. 18:**

25       UMC Group (USA) incorporates each of its General Objections, Objections to

26  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

27  objects to this Request to the extent it seeks information that is protected from discovery by the

28

attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "any and all Defendants," and about "those systems, devices, components, and/or integrated circuits described in Request for Production No. 17."

UMC Group (USA) further objects to this Request as seeking information that that is available from one or more parties to the underlying action, and duplicative of other discovery already taken or requested in the underlying action, at least to the extent it seeks information about "Your agreement or contract with any and all Defendants."

UMC Group (USA) further objects to this Request as seeking trade secret and/or other confidential research, development, or commercial information, at least to the extent it seeks information about "Your agreement or contract with any and all Defendants to fabricate, manufacture, and/or assemble those systems, devices, components, and/or integrated circuits described in Request for Production No. 17," and about "master service agreements, partnership agreements, development agreements, contract manufacturing agreements, manufacturing supply agreements, supplier agreements, distribution agreements, manufacturing contract service level agreements, and semiconductor purchase agreements."  Any production of information by UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental protections.

1        Subject to and without waiving these specific objections and the foregoing General

2  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

3  responds that following a reasonable search, it has no non-privileged, relevant, responsive

4  documents that would not also be available from one or more parties to the underlying action,

5  and therefore UMC Group (USA) will not produce any documents in response to this topic.

6  **REQUEST NO. 19:**

7        Documents relating to any agreement between You and PDF Solutions to be indemnified

8  by, or to indemnify, PDF Solutions for patent infringement in connection with Your use,

9  utilization, installation, implementation, and/or deployment of any PDF Solutions process

10  control and/or FDC hardware, software, systems, components, and/or modules as described in

11  Request for Production No. 14, including the Exensio platform and modules.

12  **OBJECTIONS AND RESPONSE TO REQUEST NO. 19:**

13        UMC Group (USA) incorporates each of its General Objections, Objections to

14  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

15  objects to this Request to the extent it seeks information that is protected from discovery by the

16  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

17  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

18  not in UMC Group (USA)'s possession, custody or control.

19        UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

20  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

21  identification and specificity, requiring subjective judgment and speculation, seeking information

22  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

23  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

24  Rules of Civil Procedure, at least to the extent it seeks information about "PDF Solutions," and

25  about "any PDF Solutions process control and/or FDC hardware, software, systems, components,

26  and/or modules as described in Request for Production No. 14, including the Exensio platform

27  and modules."

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

1    UMC Group (USA) further objects to this Request as seeking information that is more

2    readily and/or appropriately available from, or confidential to, another non-party, at least to the

3    extent it seeks information about "any agreement between You and PDF Solutions," and about

4    "any PDF Solutions process control and/or FDC hardware, software, systems, components,

5    and/or modules as described in Request for Production No. 14, including the Exensio platform

6    and modules."

7    UMC Group (USA) further objects to this Request as seeking trade secret and/or other

8    confidential research, development, or commercial information, at least to the extent it seeks

9    information about "any agreement between You and PDF Solutions to be indemnified by, or to

10   indemnify, PDF Solutions for patent infringement," and about "Your use, utilization, installation,

11   implementation, and/or deployment of any PDF Solutions process control and/or FDC hardware,

12   software, systems, components, and/or modules as described in Request for Production No. 14,

13   including the Exensio platform and modules."  Any production of information by UMC Group

14   (USA) in response to the Subpoena will made pursuant to the Protective Order governing the

15   disclosure of confidential information in the underlying action.  UMC Group (USA) reserves the

16   right to insist upon supplemental protections.

17   Subject to and without waiving these specific objections and the foregoing General

18   Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

19   responds that following a reasonable search, it has no non-privileged, relevant, responsive

20   documents.

21   **REQUEST NO. 20:**

22   Documents relating to any agreement between You and equipment suppliers, including

23   ASML, Applied Materials, and PDF Solutions, to indemnify, and/or be indemnified by, any of

24   the Defendants for patent infringement in relation with Your use, utilization, installation,

25   implementation, and/or deployment of:

26       1.   ASML's TWINSCAN and/or YieldStar system(s) as described in Request for

27            Production No. l;

28

-42-

2. Applied Materials' APC and/or FDC hardware, software, systems, components, and/or modules, including the E3 and/or Smart Factory system(s), as described inRequest for Production No. 7; and

3. PDF Solutions' process control and/or FDC hardware, software, systems, components, and/or modules, including the Exensio platform as described in Request for Production No. 14.

**OBJECTIONS AND RESPONSE TO REQUEST NO. 20:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Request to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "ASML," about "Applied Materials," about "PDF Solutions," about "any and all Defendants," about "ASML's TWINSCAN and/or YieldStar system(s) as described in Request forProduction No. l," about "Applied Materials' APC and/or FDC hardware, software, systems, components, and/or modules, including the E3 and/or Smart Factory system(s), as described in Request for Production No. 7," and about "PDF Solutions' process control and/or FDC hardware, software, systems, components, and/or modules, including the Exensio platform as described in Request for Production No. 14."

-43-

1    UMC Group (USA) further objects to this Request as seeking information that is more

2    readily and/or appropriately available from, or confidential to, another non-party, at least to the

3    extent it seeks information about "any agreement between You and equipment suppliers,

4    including ASML, Applied Materials, and PDF Solutions," about "ASML's TWINSCAN and/or

5    YieldStar system(s) as described in Request forProduction No. l," about "Applied Materials'

6    APC and/or FDC hardware, software, systems, components, and/or modules, including the

7    E3 and/or Smart Factory system(s), as described in Request for Production No. 7," and

8    about "PDF Solutions' process control and/or FDC hardware, software, systems,

9    components, and/or modules, including the Exensio platform as described in Request for

10   Production No. 14."

11   UMC Group (USA) further objects to this Request as seeking trade secret and/or other

12   confidential research, development, or commercial information, at least to the extent it seeks

13   information about "any agreement between You and equipment suppliers, including ASML,

14   Applied Materials, and PDF Solutions, to indemnify, and/or be indemnified by, any of the

15   Defendants for patent infringement," about "Your use, utilization, installation, implementation,

16   and/or deployment of … ASML's TWINSCAN and/or YieldStar system(s)," about "Your

17   use, utilization, installation, implementation, and/or deployment of … Applied Materials' APC

18   and/or FDC hardware, software, systems, components, and/or modules, including the E3

19   and/or Smart Factory system(s)," and about "Your use, utilization, installation, implementation,

20   and/or deployment of … PDF Solutions' process control and/or FDC hardware, software,

21   systems, components, and/or modules, including the Exensio platform."  Any production of

22   information by UMC Group (USA) in response to the Subpoena will made pursuant to the

23   Protective Order governing the disclosure of confidential information in the underlying action.

24   UMC Group (USA) reserves the right to insist upon supplemental protections.

25   Subject to and without waiving these specific objections and the foregoing General

26   Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

27

28

1  responds that following a reasonable search, it has no non-privileged, relevant, responsive

2  documents.

3  **REQUEST NO. 21:**

4      Documents sufficient to show the set-up, configuration, maintenance, and operation of

5  the Manufacturing Equipment including describing how You set up, configure, maintain, and/or

6  operate the Manufacturing Equipment involved in the manufacture, fabrication, and/or assembly

7  of any and all Infringing Instrumentalities.

8  **OBJECTIONS AND RESPONSE TO REQUEST NO. 21:**

9      UMC Group (USA) incorporates each of its General Objections, Objections to

10  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

11  objects to this Request to the extent it seeks information that is protected from discovery by the

12  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

13  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

14  not in UMC Group (USA)'s possession, custody or control.

15      UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

16  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

17  identification and specificity, requiring subjective judgment and speculation, seeking information

18  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

19  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

20  Rules of Civil Procedure, at least to the extent it seeks information about "Manufacturing

21  Equipment," and about "any and all Infringing Instrumentalities."

22      UMC Group (USA) further objects to this Request as seeking information that is more

23  readily and/or appropriately available from, or confidential to, another non-party, at least to the

24  extent it seeks information about "Manufacturing Equipment."

25      UMC Group (USA) further objects to this Request as seeking information that that is

26  available from one or more parties to the underlying action, and duplicative of other discovery

27

28

1  already taken or requested in the underlying action, at least to the extent it seeks information

2  about "any and all Infringing Instrumentalities."

3        UMC Group (USA) further objects to this Request as seeking trade secret and/or other

4  confidential research, development, or commercial information, at least to the extent it seeks

5  information about "the set-up, configuration, maintenance, and operation of the Manufacturing

6  Equipment," about "how You set up, configure, maintain, and/or operate the Manufacturing

7  Equipment," and about "the manufacture, fabrication, and/or assembly of any and all Infringing

8  Instrumentalities."  Any production of information by UMC Group (USA) in response to the

9  Subpoena will made pursuant to the Protective Order governing the disclosure of confidential

10  information in the underlying action.  UMC Group (USA) reserves the right to insist upon

11  supplemental protections.

12        Subject to and without waiving these specific objections and the foregoing General

13  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

14  responds that following a reasonable search, it has no non-privileged, relevant, responsive

15  documents.

16  **REQUEST NO. 22:**

17        Documents relating to technical evaluation, testing, qualification, or inspection of any

18  and all Manufacturing Equipment used, utilized, installed, implemented, and/or deployed in the

19  manufacture, fabrication, or assembly of any and all Infringing Instrumentalities.

20  **OBJECTIONS AND RESPONSE TO REQUEST NO. 22:**

21        UMC Group (USA) incorporates each of its General Objections, Objections to

22  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

23  objects to this Request to the extent it seeks information that is protected from discovery by the

24  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

25  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

26  not in UMC Group (USA)'s possession, custody or control.

27

28

1  UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

2  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

3  identification and specificity, requiring subjective judgment and speculation, seeking information

4  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

5  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

6  Rules of Civil Procedure, at least to the extent it seeks information about "any and all

7  Manufacturing Equipment," and about "any and all Infringing Instrumentalities."

8  UMC Group (USA) further objects to this Request as seeking information that is more

9  readily and/or appropriately available from, or confidential to, another non-party, at least to the

10  extent it seeks information about "Manufacturing Equipment."

11  UMC Group (USA) further objects to this Request as seeking information that that is

12  available from one or more parties to the underlying action, and duplicative of other discovery

13  already taken or requested in the underlying action, at least to the extent it seeks information

14  about "any and all Infringing Instrumentalities."

15  UMC Group (USA) further objects to this Request as seeking trade secret and/or other

16  confidential research, development, or commercial information, at least to the extent it seeks

17  information about "technical evaluation, testing, qualification, or inspection of any and all

18  Manufacturing Equipment," and about "the manufacture, fabrication, or assembly of any and all

19  Infringing Instrumentalities."  Any production of information by UMC Group (USA) in response

20  to the Subpoena will made pursuant to the Protective Order governing the disclosure of

21  confidential information in the underlying action.  UMC Group (USA) reserves the right to insist

22  upon supplemental protections.

23  Subject to and without waiving these specific objections and the foregoing General

24  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

25  responds that following a reasonable search, it has no non-privileged, relevant, responsive

26  documents.

27

28

**REQUEST NO. 23:**

Documents relating to technical evaluation, testing, qualification, or inspection of any of the Infringing Instrumentalities manufactured, fabricated, or assembled by You in connection with Your use, utilization, installation, implementation, and/or deployment of the Manufacturing Equipment.

**OBJECTIONS AND RESPONSE TO REQUEST NO. 23:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Request to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "any of the Infringing Instrumentalities," and about "Manufacturing Equipment."

UMC Group (USA) further objects to this Request as seeking information that is more readily and/or appropriately available from, or confidential to, another non-party, at least to the extent it seeks information about "Manufacturing Equipment."

UMC Group (USA) further objects to this Request as seeking information that that is available from one or more parties to the underlying action, and duplicative of other discovery already taken or requested in the underlying action, at least to the extent it seeks information about "any of the Infringing Instrumentalities."

1    UMC Group (USA) further objects to this Request as seeking trade secret and/or other

2    confidential research, development, or commercial information, at least to the extent it seeks

3    information about "technical evaluation, testing, qualification, or inspection of any of the

4    Infringing Instrumentalities manufactured, fabricated, or assembled by You," and about "Your

5    use, utilization, installation, implementation, and/or deployment of the Manufacturing

6    Equipment."  Any production of information by UMC Group (USA) in response to the Subpoena

7    will made pursuant to the Protective Order governing the disclosure of confidential information

8    in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental

9    protections.

10    Subject to and without waiving these specific objections and the foregoing General

11    Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

12    responds that following a reasonable search, it has no non-privileged, relevant, responsive

13    documents.

14    **REQUEST NO. 24:**

15    Documents sufficient to show technical, hardware, or software support requested by You

16    and sent to any of the Equipment Manufacturers in connection with Your use, utilization,

17    installation, implementation, and/or deployment of any and all Manufacturing Equipment.

18    **OBJECTIONS AND RESPONSE TO REQUEST NO. 24:**

19    UMC Group (USA) incorporates each of its General Objections, Objections to

20    Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

21    objects to this Request to the extent it seeks information that is protected from discovery by the

22    attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

23    immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

24    not in UMC Group (USA)'s possession, custody or control.

25    UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

26    imposing undue burden and expense, calling for a legal conclusion, providing insufficient

27    identification and specificity, requiring subjective judgment and speculation, seeking information

28

1   that is not relevant to any party's claim or defense and proportional to the needs of the case, and

2   seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

3   Rules of Civil Procedure, at least to the extent it seeks information about "any of the Equipment

4   Manufacturers," and about "any and all Manufacturing Equipment."

5          UMC Group (USA) further objects to this Request as seeking information that is more

6   readily and/or appropriately available from, or confidential to, another non-party, at least to the

7   extent it seeks information about "technical, hardware, or software support requested by You and

8   sent to any of the Equipment Manufacturers," and about "Manufacturing Equipment."

9          UMC Group (USA) further objects to this Request as seeking trade secret and/or other

10  confidential research, development, or commercial information, at least to the extent it seeks

11  information about "technical, hardware, or software support requested by You and sent to any of

12  the Equipment Manufacturers," and about "Your use, utilization, installation, implementation,

13  and/or deployment of any and all Manufacturing Equipment."  Any production of information by

14  UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order

15  governing the disclosure of confidential information in the underlying action.  UMC Group

16  (USA) reserves the right to insist upon supplemental protections.

17         Subject to and without waiving these specific objections and the foregoing General

18  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

19  responds that following a reasonable search, it has no non-privileged, relevant, responsive

20  documents.

21  **REQUEST NO. 25:**

22         Documents sufficient to show the sales volume, revenues, costs of goods sold, gross

23  profits, operating costs, operating profits, and/or net profits directly or indirectly related to the

24  manufacture, fabrication, and/or assembly of systems, devices, components, or integrated

25  circuits, including the Infringing Instrumentalities, that are/were manufactured, fabricated, and/or

26  assembly on behalf of any and all Defendants in connection with Your use, utilization,

27

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

1  installation, implementation, and/or deployment of the Manufacturing Equipment from 2014 to

2  the present.

3  **OBJECTIONS AND RESPONSE TO REQUEST NO. 25:**

4  UMC Group (USA) incorporates each of its General Objections, Objections to

5  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

6  objects to this Request to the extent it seeks information that is protected from discovery by the

7  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

8  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

9  not in UMC Group (USA)'s possession, custody or control.

10  UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

11  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

12  identification and specificity, requiring subjective judgment and speculation, seeking information

13  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

14  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

15  Rules of Civil Procedure, at least to the extent it seeks information about "systems, devices,

16  components, or integrated circuits, including the Infringing Instrumentalities," about "any and all

17  Defendants," and about "Manufacturing Equipment."

18  UMC Group (USA) further objects to this Request as seeking information that is more

19  readily and/or appropriately available from, or confidential to, another non-party, at least to the

20  extent it seeks information about "Manufacturing Equipment."

21  UMC Group (USA) further objects to this Request as seeking information that that is

22  available from one or more parties to the underlying action, and duplicative of other discovery

23  already taken or requested in the underlying action, at least to the extent it seeks information

24  about "systems, devices, components, or integrated circuits, including the Infringing

25  Instrumentalities, that are/were manufactured, fabricated, and/or assembly on behalf of any and

26  all Defendants."

27

28

1   UMC Group (USA) further objects to this Request as seeking trade secret and/or other

2   confidential research, development, or commercial information, at least to the extent it seeks

3   information about "sales volume, revenues, costs of goods sold, gross profits, operating costs,

4   operating profits, and/or net profits," about "the manufacture, fabrication, and/or assembly of

5   systems, devices, components, or integrated circuits, including the Infringing Instrumentalities,"

6   and about "Your use, utilization, installation, implementation, and/or deployment of the

7   Manufacturing Equipment."  Any production of information by UMC Group (USA) in response

8   to the Subpoena will made pursuant to the Protective Order governing the disclosure of

9   confidential information in the underlying action.  UMC Group (USA) reserves the right to insist

10  upon supplemental protections.

11          Subject to and without waiving these specific objections and the foregoing General

12  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

13  responds that following a reasonable search, it has no non-privileged, relevant, responsive

14  documents.

15  **REQUEST NO. 26:**

16          Documents sufficient to show any manufacturing equipment, tool, and/or platform used,

17  utilized, installed, implemented, and/or deployed in any of Your manufacturing and/or

18  fabrication facilities that includes an adjustable wafer stage.

19  **OBJECTIONS AND RESPONSE TO REQUEST NO. 26:**

20          UMC Group (USA) incorporates each of its General Objections, Objections to

21  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

22  objects to this Request to the extent it seeks information that is protected from discovery by the

23  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

24  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

25  not in UMC Group (USA)'s possession, custody or control.

26          UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

27  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

28

1   identification and specificity, requiring subjective judgment and speculation, seeking information

2   that is not relevant to any party's claim or defense and proportional to the needs of the case, and

3   seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

4   Rules of Civil Procedure, at least to the extent it seeks information about "any manufacturing

5   equipment, tool, and/or platform," and about "any of Your manufacturing and/or fabrication

6   facilities that includes an adjustable wafer stage."

7       UMC Group (USA) further objects to this Request as seeking information that is more

8   readily and/or appropriately available from, or confidential to, another non-party, at least to the

9   extent it seeks information about "any manufacturing equipment, tool, and/or platform … that

10  includes an adjustable wafer stage."

11      UMC Group (USA) further objects to this Request as seeking trade secret and/or other

12  confidential research, development, or commercial information, at least to the extent it seeks

13  information about "any manufacturing equipment, tool, and/or platform used, utilized, installed,

14  implemented, and/or deployed in any of Your manufacturing and/or fabrication facilities that

15  includes an adjustable wafer stage."  Any production of information by UMC Group (USA) in

16  response to the Subpoena will made pursuant to the Protective Order governing the disclosure of

17  confidential information in the underlying action.  UMC Group (USA) reserves the right to insist

18  upon supplemental protections.

19      Subject to and without waiving these specific objections and the foregoing General

20  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

21  responds that following a reasonable search, it has no non-privileged, relevant, responsive

22  documents.

23  **REQUEST NO. 27:**

24      Documents relating to identifying, detecting and/or determining whether a

25  manufacturing-related fault exists in Your manufacturing and/or fabrication tool and/or

26  equipment used for Your manufacture, fabrication, and/or assembly of any and all Infringing

27  Instrumentalities.

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

**OBJECTIONS AND RESPONSE TO REQUEST NO. 27:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Request to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "Your manufacturing and/or fabrication tool and/or equipment," and about "any and all Infringing Instrumentalities."

UMC Group (USA) further objects to this Request as seeking information that is more readily and/or appropriately available from, or confidential to, another non-party, at least to the extent it seeks information about "Your manufacturing and/or fabrication tool and/or equipment."

UMC Group (USA) further objects to this Request as seeking information that that is available from one or more parties to the underlying action, and duplicative of other discovery already taken or requested in the underlying action, at least to the extent it seeks information about "any and all Infringing Instrumentalities."

UMC Group (USA) further objects to this Request as seeking trade secret and/or other confidential research, development, or commercial information, at least to the extent it seeks information about "identifying, detecting and/or determining whether a manufacturing-related fault exists in Your manufacturing and/or fabrication tool and/or equipment," and about "Your manufacture, fabrication, and/or assembly of any and all Infringing Instrumentalities."  Any

-54-

1  production of information by UMC Group (USA) in response to the Subpoena will made

2  pursuant to the Protective Order governing the disclosure of confidential information in the

3  underlying action.  UMC Group (USA) reserves the right to insist upon supplemental

4  protections.

5         Subject to and without waiving these specific objections and the foregoing General

6  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

7  responds that following a reasonable search, it has no non-privileged, relevant, responsive

8  documents.

9  **REQUEST NO. 28:**

10        Documents sufficient to show any remedial actions taken by You upon identifying,

11  detecting, and/or determining manufacturing-related faults exist in Your manufacturing and/or

12  fabrication tool and/or equipment used for Your manufacture, fabrication, and/or assembly of

13  any and all Infringing Instrumentalities.

14  **OBJECTIONS AND RESPONSE TO REQUEST NO. 28:**

15        UMC Group (USA) incorporates each of its General Objections, Objections to

16  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

17  objects to this Request to the extent it seeks information that is protected from discovery by the

18  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

19  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

20  not in UMC Group (USA)'s possession, custody or control.

21        UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

22  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

23  identification and specificity, requiring subjective judgment and speculation, seeking information

24  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

25  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

26  Rules of Civil Procedure, at least to the extent it seeks information about "Your manufacturing

27  and/or fabrication tool and/or equipment," and about "any and all Infringing Instrumentalities."

28

**UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

1    UMC Group (USA) further objects to this Request as seeking information that is more

2    readily and/or appropriately available from, or confidential to, another non-party, at least to the

3    extent it seeks information about "Your manufacturing and/or fabrication tool and/or

4    equipment."

5    UMC Group (USA) further objects to this Request as seeking information that that is

6    available from one or more parties to the underlying action, and duplicative of other discovery

7    already taken or requested in the underlying action, at least to the extent it seeks information

8    about "any and all Infringing Instrumentalities."

9    UMC Group (USA) further objects to this Request as seeking trade secret and/or other

10   confidential research, development, or commercial information, at least to the extent it seeks

11   information about "any remedial actions taken by You upon identifying, detecting, and/or

12   determining manufacturing-related faults exist," about "Your manufacturing and/or fabrication

13   tool and/or equipment," and about "Your manufacture, fabrication, and/or assembly of any and

14   all Infringing Instrumentalities."  Any production of information by UMC Group (USA) in

15   response to the Subpoena will made pursuant to the Protective Order governing the disclosure of

16   confidential information in the underlying action.  UMC Group (USA) reserves the right to insist

17   upon supplemental protections.

18   Subject to and without waiving these specific objections and the foregoing General

19   Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

20   responds that following a reasonable search, it has no non-privileged, relevant, responsive

21   documents.

22   **REQUEST NO. 29:**

23   Documents relating to the translation of communications or data connection protocols

24   (e.g., SECS (SEMI equipment communication standard), TCP/IP, OPC (OLE for Process

25   Control), TIBCO, and ODP (optical data profiling)) between Your manufacturing and/or

26   fabrication tool and/or equipment and Your FDC system, platform, and/or framework.

27

28

**OBJECTIONS AND RESPONSE TO REQUEST NO. 29:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Request to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "Your manufacturing and/or fabrication tool and/or equipment," and about "Your FDC system, platform, and/or framework."

UMC Group (USA) further objects to this Request as seeking information that is more readily and/or appropriately available from, or confidential to, another non-party, at least to the extent it seeks information about "Your manufacturing and/or fabrication tool and/or equipment," and about "Your FDC system, platform, and/or framework."

UMC Group (USA) further objects to this Request as seeking trade secret and/or other confidential research, development, or commercial information, at least to the extent it seeks information about "translation of communications or data connection protocols," about "Your FDC system, platform, and/or framework," and about "Your FDC system, platform, and/or framework."  Any production of information by UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental protections.

1    Subject to and without waiving these specific objections and the foregoing General

2    Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

3    responds that following a reasonable search, it has no non-privileged, relevant, responsive

4    documents.

5    **REQUEST NO. 30:**

6    Documents sufficient to show the scheduling of factory events, preventive maintenance

7    ("PMs"), manufacturing tasks and/or qualification tests ("Quals") in connection with Your

8    manufacturing and/or fabrication tool and/or equipment used for Your manufacture, fabrication,

9    and/or assembly of any and all Infringing Instrumentalities, including, without limitation,

10   scheduling of processing for lots and/or wafers, manufacturing and/or fabrication tool and/or

11   equipment, PMs and Quals, and/or manufacturing resources in connection with Your

12   manufacture, fabrication and/or assembly of the Infringing Instrumentalities.

13   **OBJECTIONS AND RESPONSE TO REQUEST NO. 30:**

14   UMC Group (USA) incorporates each of its General Objections, Objections to

15   Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

16   objects to this Request to the extent it seeks information that is protected from discovery by the

17   attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

18   immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

19   not in UMC Group (USA)'s possession, custody or control.

20   UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

21   imposing undue burden and expense, calling for a legal conclusion, providing insufficient

22   identification and specificity, requiring subjective judgment and speculation, seeking information

23   that is not relevant to any party's claim or defense and proportional to the needs of the case, and

24   seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

25   Rules of Civil Procedure, at least to the extent it seeks information about "Your manufacturing

26   and/or fabrication tool and/or equipment," and about "any and all Infringing Instrumentalities."

27

28

1   UMC Group (USA) further objects to this Request as seeking information that is more

2   readily and/or appropriately available from, or confidential to, another non-party, at least to the

3   extent it seeks information about "Your manufacturing and/or fabrication tool and/or

4   equipment."

5   UMC Group (USA) further objects to this Request as seeking information that that is

6   available from one or more parties to the underlying action, and duplicative of other discovery

7   already taken or requested in the underlying action, at least to the extent it seeks information

8   about "any and all Infringing Instrumentalities."

9   UMC Group (USA) further objects to this Request as seeking trade secret and/or other

10  confidential research, development, or commercial information, at least to the extent it seeks

11  information about "the scheduling of factory events, preventive maintenance ("PMs"),

12  manufacturing tasks and/or qualification tests ("Quals")," about "Your manufacturing and/or

13  fabrication tool and/or equipment," about "Your manufacture, fabrication, and/or assembly of

14  any and all Infringing Instrumentalities," and about "scheduling of processing for lots and/or

15  wafers, manufacturing and/or fabrication tool and/or equipment, PMs and Quals, and/or

16  manufacturing resources."  Any production of information by UMC Group (USA) in response to

17  the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential

18  information in the underlying action.  UMC Group (USA) reserves the right to insist upon

19  supplemental protections.

20  Subject to and without waiving these specific objections and the foregoing General

21  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

22  responds that following a reasonable search, it has no non-privileged, relevant, responsive

23  documents.

24  **REQUEST NO. 31:**

25  Documents sufficient to show Your manufacturing execution system ("MES") used,

26  utilized, installed, implemented, and/or deployed at any of Your manufacturing and/or

27  fabrication facilities in connection with Your manufacturing and/or fabrication tool and/or

28

1  equipment used for Your manufacture, fabrication, and/or assembly of any and all Infringing

2  Instrumentalities.

3  **OBJECTIONS AND RESPONSE TO REQUEST NO. 31:**

4  UMC Group (USA) incorporates each of its General Objections, Objections to

5  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

6  objects to this Request to the extent it seeks information that is protected from discovery by the

7  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

8  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

9  not in UMC Group (USA)'s possession, custody or control.

10  UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

11  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

12  identification and specificity, requiring subjective judgment and speculation, seeking information

13  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

14  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

15  Rules of Civil Procedure, at least to the extent it seeks information about "Your manufacturing

16  execution system ("MES")," about "Your manufacturing and/or fabrication facilities," about

17  "Your manufacturing and/or fabrication tool and/or equipment," and about "any and all

18  Infringing Instrumentalities."

19  UMC Group (USA) further objects to this Request as seeking information that is more

20  readily and/or appropriately available from, or confidential to, another non-party, at least to the

21  extent it seeks information about "Your manufacturing execution system ("MES")," and about

22  "Your manufacturing and/or fabrication tool and/or equipment."

23  UMC Group (USA) further objects to this Request as seeking information that that is

24  available from one or more parties to the underlying action, and duplicative of other discovery

25  already taken or requested in the underlying action, at least to the extent it seeks information

26  about "any and all Infringing Instrumentalities."

27

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

1    UMC Group (USA) further objects to this Request as seeking trade secret and/or other

2    confidential research, development, or commercial information, at least to the extent it seeks

3    information about "Your manufacturing execution system ("MES")," about "Your

4    manufacturing and/or fabrication facilities," about "Your manufacturing and/or fabrication tool

5    and/or equipment," and about "Your manufacture, fabrication, and/or assembly of any and all

6    Infringing Instrumentalities."  Any production of information by UMC Group (USA) in response

7    to the Subpoena will made pursuant to the Protective Order governing the disclosure of

8    confidential information in the underlying action.  UMC Group (USA) reserves the right to insist

9    upon supplemental protections.

10    Subject to and without waiving these specific objections and the foregoing General

11    Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

12    responds that following a reasonable search, it has no non-privileged, relevant, responsive

13    documents.

14    **REQUEST NO. 32:**

15    Documents sufficient to show manufacturing-related actions taken by You in response to

16    any of Your manufacturing and/or fabrication tool and/or equipment used for Your manufacture,

17    fabrication, and/or assembly of any and all Infringing Instrumentalities being malfunctioned,

18    inoperable, and/or defective during such manufacture, fabrication, and/or assembly.

19    **OBJECTIONS AND RESPONSE TO REQUEST NO. 32:**

20    UMC Group (USA) incorporates each of its General Objections, Objections to

21    Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

22    objects to this Request to the extent it seeks information that is protected from discovery by the

23    attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

24    immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

25    not in UMC Group (USA)'s possession, custody or control.

26    UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

27    imposing undue burden and expense, calling for a legal conclusion, providing insufficient

28

1   identification and specificity, requiring subjective judgment and speculation, seeking information

2   that is not relevant to any party's claim or defense and proportional to the needs of the case, and

3   seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

4   Rules of Civil Procedure, at least to the extent it seeks information about "Your manufacturing

5   and/or fabrication tool and/or equipment," and about "any and all Infringing Instrumentalities."

6          UMC Group (USA) further objects to this Request as seeking information that is more

7   readily and/or appropriately available from, or confidential to, another non-party, at least to the

8   extent it seeks information about "Your manufacturing and/or fabrication tool and/or

9   equipment."

10         UMC Group (USA) further objects to this Request as seeking information that that is

11  available from one or more parties to the underlying action, and duplicative of other discovery

12  already taken or requested in the underlying action, at least to the extent it seeks information

13  about "any and all Infringing Instrumentalities."

14         UMC Group (USA) further objects to this Request as seeking trade secret and/or other

15  confidential research, development, or commercial information, at least to the extent it seeks

16  information about "manufacturing-related actions taken by You," about "Your manufacturing

17  and/or fabrication tool and/or equipment," and about "Your manufacture, fabrication, and/or

18  assembly of any and all Infringing Instrumentalities."  Any production of information by UMC

19  Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing

20  the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves

21  the right to insist upon supplemental protections.

22         Subject to and without waiving these specific objections and the foregoing General

23  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

24  responds that following a reasonable search, it has no non-privileged, relevant, responsive

25  documents.

26

27

28

**REQUEST NO. 33:**

Documents sufficient to show Your measurement of critical dimension ("CD") and/or overlay in connection with any and all semiconductor wafers used for Your manufacture, fabrication, and/or assembly of any and all Infringing Instrumentalities.

**OBJECTIONS AND RESPONSE TO REQUEST NO. 33:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Request to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "Your measurement of critical dimension ("CD") and/or overlay," about "any and all semiconductor wafers," and about "any and all Infringing Instrumentalities."

UMC Group (USA) further objects to this Request as seeking information that is more readily and/or appropriately available from, or confidential to, another non-party, at least to the extent it seeks information about "Your measurement of critical dimension ("CD") and/or overlay."

UMC Group (USA) further objects to this Request as seeking information that that is available from one or more parties to the underlying action, and duplicative of other discovery already taken or requested in the underlying action, at least to the extent it seeks information about "any and all Infringing Instrumentalities."

-63-

UMC Group (USA) further objects to this Request as seeking trade secret and/or other confidential research, development, or commercial information, at least to the extent it seeks information about "Your measurement of critical dimension ("CD") and/or overlay," and about "Your manufacture, fabrication, and/or assembly of any and all Infringing Instrumentalities." Any production of information by UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental protections.

Subject to and without waiving these specific objections and the foregoing General Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) responds that following a reasonable search, it has no non-privileged, relevant, responsive documents.

**REQUEST NO. 34:**

Documents sufficient to show the use, implementation, or deployment of any grating or grating structure in connection with any and all semiconductor wafers used for Your manufacture, fabrication, and/or assembly of any and all Infringing Instrumentalities during Your measurement of CD and/or overlay as described in Request for Production No. 33.

**OBJECTIONS AND RESPONSE TO REQUEST NO. 34:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Request to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information

1  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

2  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

3  Rules of Civil Procedure, at least to the extent it seeks information about "any grating or grating

4  structure," about "any and all semiconductor wafers," about "any and all Infringing

5  Instrumentalities," and about "Your measurement of CD and/or overlay."

6         UMC Group (USA) further objects to this Request as seeking information that is more

7  readily and/or appropriately available from, or confidential to, another non-party, at least to the

8  extent it seeks information about "the use, implementation, or deployment of any grating or

9  grating structure," and about "Your measurement of CD and/or overlay."

10        UMC Group (USA) further objects to this Request as seeking information that that is

11 available from one or more parties to the underlying action, and duplicative of other discovery

12 already taken or requested in the underlying action, at least to the extent it seeks information

13 about "any and all Infringing Instrumentalities."

14        UMC Group (USA) further objects to this Request as seeking trade secret and/or other

15 confidential research, development, or commercial information, at least to the extent it seeks

16 information about "the use, implementation, or deployment of any grating or grating structure,"

17 about "Your manufacture, fabrication, and/or assembly of any and all Infringing

18 Instrumentalities," and about "Your measurement of CD and/or overlay."  Any production of

19 information by UMC Group (USA) in response to the Subpoena will made pursuant to the

20 Protective Order governing the disclosure of confidential information in the underlying action.

21 UMC Group (USA) reserves the right to insist upon supplemental protections.

22        Subject to and without waiving these specific objections and the foregoing General

23 Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

24 responds that following a reasonable search, it has no non-privileged, relevant, responsive

25 documents.

26

27

28

1  **REQUEST NO. 35:**

2      Documents sufficient to show any efforts made by You to mitigate overlay errors and/or

3  bring CDs within acceptable tolerance in connection with any and all semiconductor wafers used

4  for Your manufacture, fabrication, and/or assembly of any and all Infringing Instrumentalities.

5  **OBJECTIONS AND RESPONSE TO REQUEST NO. 35:**

6      UMC Group (USA) incorporates each of its General Objections, Objections to

7  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

8  objects to this Request to the extent it seeks information that is protected from discovery by the

9  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

10  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

11  not in UMC Group (USA)'s possession, custody or control.

12      UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

13  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

14  identification and specificity, requiring subjective judgment and speculation, seeking information

15  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

16  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

17  Rules of Civil Procedure, at least to the extent it seeks information about "any efforts made by

18  You," about "any and all semiconductor wafers," and about "any and all Infringing

19  Instrumentalities."

20      UMC Group (USA) further objects to this Request as seeking information that is more

21  readily and/or appropriately available from, or confidential to, another non-party, at least to the

22  extent it seeks information about "any efforts made by You mitigate overlay errors and/or bring

23  CDs within acceptable tolerance."

24      UMC Group (USA) further objects to this Request as seeking information that that is

25  available from one or more parties to the underlying action, and duplicative of other discovery

26  already taken or requested in the underlying action, at least to the extent it seeks information

27  about "any and all Infringing Instrumentalities."

28

1    UMC Group (USA) further objects to this Request as seeking trade secret and/or other

2    confidential research, development, or commercial information, at least to the extent it seeks

3    information about "efforts made by You to mitigate overlay errors and/or bring CDs within

4    acceptable tolerance," and about "Your manufacture, fabrication, and/or assembly of any and all

5    Infringing Instrumentalities."  Any production of information by UMC Group (USA) in response

6    to the Subpoena will made pursuant to the Protective Order governing the disclosure of

7    confidential information in the underlying action.  UMC Group (USA) reserves the right to insist

8    upon supplemental protections.

9    Subject to and without waiving these specific objections and the foregoing General

10   Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

11   responds that following a reasonable search, it has no non-privileged, relevant, responsive

12   documents.

13   **REQUEST NO. 36:**

14   Documents relating to Your collection of metrology data used in connection with Your

15   manufacture, fabrication, and/or assembly of any and all Infringing Instrumentalities, including

16   processing of such data such as, without limitation, data filtering.

17   **OBJECTIONS AND RESPONSE TO REQUEST NO. 36:**

18   UMC Group (USA) incorporates each of its General Objections, Objections to

19   Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

20   objects to this Request to the extent it seeks information that is protected from discovery by the

21   attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

22   immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

23   not in UMC Group (USA)'s possession, custody or control.

24   UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

25   imposing undue burden and expense, calling for a legal conclusion, providing insufficient

26   identification and specificity, requiring subjective judgment and speculation, seeking information

27   that is not relevant to any party's claim or defense and proportional to the needs of the case, and

28

1   seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

2   Rules of Civil Procedure, at least to the extent it seeks information about "Your collection of

3   metrology data," and about "any and all Infringing Instrumentalities."

4        UMC Group (USA) further objects to this Request as seeking information that is more

5   readily and/or appropriately available from, or confidential to, another non-party, at least to the

6   extent it seeks information about "Your collection of metrology data," and about "processing of

7   such data such as, without limitation, data filtering."

8        UMC Group (USA) further objects to this Request as seeking information that that is

9   available from one or more parties to the underlying action, and duplicative of other discovery

10  already taken or requested in the underlying action, at least to the extent it seeks information

11  about "any and all Infringing Instrumentalities."

12       UMC Group (USA) further objects to this Request as seeking trade secret and/or other

13  confidential research, development, or commercial information, at least to the extent it seeks

14  information about "Your collection of metrology data," about "Your manufacture, fabrication,

15  and/or assembly of any and all Infringing Instrumentalities," and about "processing of such data

16  such as, without limitation, data filtering."  Any production of information by UMC Group

17  (USA) in response to the Subpoena will made pursuant to the Protective Order governing the

18  disclosure of confidential information in the underlying action.  UMC Group (USA) reserves the

19  right to insist upon supplemental protections.

20       Subject to and without waiving these specific objections and the foregoing General

21  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

22  responds that following a reasonable search, it has no non-privileged, relevant, responsive

23  documents.

24  **REQUEST NO. 37:**

25       Documents sufficient to show how Your collection of metrology data as described in

26  Request for Production No. 36 is used in connection with Your manufacture, fabrication, and/or

27  assembly of any and all Infringing Instrumentalities, including monitoring semiconductor wafers,

28

1  modifying operating recipes, and/or controlling Your manufacturing and/or fabrication tool

2  and/or equipment used for Your manufacture, fabrication, and/or assembly of any and all

3  Infringing Instrumentalities.

4  **OBJECTIONS AND RESPONSE TO REQUEST NO. 37:**

5        UMC Group (USA) incorporates each of its General Objections, Objections to

6  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

7  objects to this Request to the extent it seeks information that is protected from discovery by the

8  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

9  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

10  not in UMC Group (USA)'s possession, custody or control.

11        UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

12  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

13  identification and specificity, requiring subjective judgment and speculation, seeking information

14  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

15  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

16  Rules of Civil Procedure, at least to the extent it seeks information about "Your collection of

17  metrology data," about "any and all Infringing Instrumentalities," and about "Your

18  manufacturing and/or fabrication tool and/or equipment."

19        UMC Group (USA) further objects to this Request as seeking information that is more

20  readily and/or appropriately available from, or confidential to, another non-party, at least to the

21  extent it seeks information about "Your collection of metrology data," about "monitoring

22  semiconductor wafers, modifying operating recipes, and/or controlling Your manufacturing

23  and/or fabrication tool and/or equipment."

24        UMC Group (USA) further objects to this Request as seeking information that that is

25  available from one or more parties to the underlying action, and duplicative of other discovery

26  already taken or requested in the underlying action, at least to the extent it seeks information

27  about "any and all Infringing Instrumentalities."

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

1    UMC Group (USA) further objects to this Request as seeking trade secret and/or other

2    confidential research, development, or commercial information, at least to the extent it seeks

3    information about "Your collection of metrology data," about "Your manufacture, fabrication,

4    and/or assembly of any and all Infringing Instrumentalities," about "monitoring semiconductor

5    wafers, modifying operating recipes, and/or controlling Your manufacturing and/or fabrication

6    tool and/or equipment," and about "Your manufacture, fabrication, and/or assembly of any and

7    all Infringing Instrumentalities."  Any production of information by UMC Group (USA) in

8    response to the Subpoena will made pursuant to the Protective Order governing the disclosure of

9    confidential information in the underlying action.  UMC Group (USA) reserves the right to insist

10   upon supplemental protections.

11   Subject to and without waiving these specific objections and the foregoing General

12   Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

13   responds that following a reasonable search, it has no non-privileged, relevant, responsive

14   documents.

15   **REQUEST NO. 38:**

16   Documents sufficient to show how You determine whether a manufacturing-related fault

17   identified, detected, and/or determined to exist in Your manufacturing and/or fabrication tool

18   and/or equipment used for Your manufacture, fabrication, and/or assembly of any and all

19   Infringing Instrumentalities is a false positive or false negative.

20   **OBJECTIONS AND RESPONSE TO REQUEST NO. 38:**

21   UMC Group (USA) incorporates each of its General Objections, Objections to

22   Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

23   objects to this Request to the extent it seeks information that is protected from discovery by the

24   attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

25   immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

26   not in UMC Group (USA)'s possession, custody or control.

27

28

1   UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

2   imposing undue burden and expense, calling for a legal conclusion, providing insufficient

3   identification and specificity, requiring subjective judgment and speculation, seeking information

4   that is not relevant to any party's claim or defense and proportional to the needs of the case, and

5   seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

6   Rules of Civil Procedure, at least to the extent it seeks information about "Your manufacturing

7   and/or fabrication tool and/or equipment," and about "any and all Infringing Instrumentalities."

8   UMC Group (USA) further objects to this Request as seeking information that is more

9   readily and/or appropriately available from, or confidential to, another non-party, at least to the

10   extent it seeks information about "how You determine whether a manufacturing-related fault

11   identified, detected, and/or determined to exist in Your manufacturing and/or fabrication tool

12   and/or equipment … is a false positive or false negative."

13   UMC Group (USA) further objects to this Request as seeking information that that is

14   available from one or more parties to the underlying action, and duplicative of other discovery

15   already taken or requested in the underlying action, at least to the extent it seeks information

16   about "any and all Infringing Instrumentalities."

17   UMC Group (USA) further objects to this Request as seeking trade secret and/or other

18   confidential research, development, or commercial information, at least to the extent it seeks

19   information about "how You determine whether a manufacturing-related fault identified,

20   detected, and/or determined to exist in Your manufacturing and/or fabrication tool and/or

21   equipment … is a false positive or false negative," and about "Your manufacture, fabrication,

22   and/or assembly of any and all Infringing Instrumentalities."  Any production of information by

23   UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order

24   governing the disclosure of confidential information in the underlying action.  UMC Group

25   (USA) reserves the right to insist upon supplemental protections.

26   Subject to and without waiving these specific objections and the foregoing General

27   Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

28

-71-

1   responds that following a reasonable search, it has no non-privileged, relevant, responsive

2   documents.

3   **REQUEST NO. 39:**

4       Documents sufficient to show how You determine whether a manufacturing-related fault

5   identified, detected, and/or determined to exist in Your manufacturing and/or fabrication tool

6   and/or equipment used for Your manufacture, fabrication, and/or assembly of any and all

7   Infringing Instrumentalities is one that requires You to remediate, rectify, cure, or correct such a

8   fault.

9   **OBJECTIONS AND RESPONSE TO REQUEST NO. 39:**

10       UMC Group (USA) incorporates each of its General Objections, Objections to

11   Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

12   objects to this Request to the extent it seeks information that is protected from discovery by the

13   attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

14   immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

15   not in UMC Group (USA)'s possession, custody or control.

16       UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

17   imposing undue burden and expense, calling for a legal conclusion, providing insufficient

18   identification and specificity, requiring subjective judgment and speculation, seeking information

19   that is not relevant to any party's claim or defense and proportional to the needs of the case, and

20   seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

21   Rules of Civil Procedure, at least to the extent it seeks information about "Your manufacturing

22   and/or fabrication tool and/or equipment," and about "any and all Infringing Instrumentalities."

23       UMC Group (USA) further objects to this Request as seeking information that is more

24   readily and/or appropriately available from, or confidential to, another non-party, at least to the

25   extent it seeks information about "how You determine whether a manufacturing-related fault

26   identified, detected, and/or determined to exist in Your manufacturing and/or fabrication tool

27   and/or equipment … requires You to remediate, rectify, cure, or correct such a fault."

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

1    UMC Group (USA) further objects to this Request as seeking information that that is

2    available from one or more parties to the underlying action, and duplicative of other discovery

3    already taken or requested in the underlying action, at least to the extent it seeks information

4    about "any and all Infringing Instrumentalities."

5    UMC Group (USA) further objects to this Request as seeking trade secret and/or other

6    confidential research, development, or commercial information, at least to the extent it seeks

7    information about "how You determine whether a manufacturing-related fault identified,

8    detected, and/or determined to exist in Your manufacturing and/or fabrication tool and/or

9    equipment … requires You to remediate, rectify, cure, or correct such a fault," and about "Your

10   manufacture, fabrication, and/or assembly of any and all Infringing Instrumentalities."  Any

11   production of information by UMC Group (USA) in response to the Subpoena will made

12   pursuant to the Protective Order governing the disclosure of confidential information in the

13   underlying action.  UMC Group (USA) reserves the right to insist upon supplemental

14   protections.

15   Subject to and without waiving these specific objections and the foregoing General

16   Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

17   responds that following a reasonable search, it has no non-privileged, relevant, responsive

18   documents.

19   **REQUEST NO. 40:**

20   Documents sufficient to show any fault detection analysis performed by You to identify,

21   detect, and/or determine manufacturing-related faults in Your manufacturing and/or fabrication

22   tool and/or equipment used for Your manufacture, fabrication, and/or assembly of any and all

23   Infringing Instrumentalities.

24   **OBJECTIONS AND RESPONSE TO REQUEST NO. 40:**

25   UMC Group (USA) incorporates each of its General Objections, Objections to

26   Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

27   objects to this Request to the extent it seeks information that is protected from discovery by the

28

-73-

1    attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

2    immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

3    not in UMC Group (USA)'s possession, custody or control.

4         UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

5    imposing undue burden and expense, calling for a legal conclusion, providing insufficient

6    identification and specificity, requiring subjective judgment and speculation, seeking information

7    that is not relevant to any party's claim or defense and proportional to the needs of the case, and

8    seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

9    Rules of Civil Procedure, at least to the extent it seeks information about "Your manufacturing

10   and/or fabrication tool and/or equipment," and about "any and all Infringing Instrumentalities."

11        UMC Group (USA) further objects to this Request as seeking information that is more

12   readily and/or appropriately available from, or confidential to, another non-party, at least to the

13   extent it seeks information about "any fault detection analysis performed by You to identify,

14   detect, and/or determine manufacturing-related faults in Your manufacturing and/or fabrication

15   tool and/or equipment."

16        UMC Group (USA) further objects to this Request as seeking information that that is

17   available from one or more parties to the underlying action, and duplicative of other discovery

18   already taken or requested in the underlying action, at least to the extent it seeks information

19   about "any and all Infringing Instrumentalities."

20        UMC Group (USA) further objects to this Request as seeking trade secret and/or other

21   confidential research, development, or commercial information, at least to the extent it seeks

22   information about "any fault detection analysis performed by You to identify, detect, and/or

23   determine manufacturing-related faults in Your manufacturing and/or fabrication tool and/or

24   equipment," and about "Your manufacture, fabrication, and/or assembly of any and all Infringing

25   Instrumentalities."  Any production of information by UMC Group (USA) in response to the

26   Subpoena will made pursuant to the Protective Order governing the disclosure of confidential

27

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

1  information in the underlying action.  UMC Group (USA) reserves the right to insist upon

2  supplemental protections.

3          Subject to and without waiving these specific objections and the foregoing General

4  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

5  responds that following a reasonable search, it has no non-privileged, relevant, responsive

6  documents.

7  **REQUEST NO. 41:**

8          Documents sufficient to show any adjustment or modification to any fault detection

9  analysis as described in Request for Production No. 40, including any adjustment or modification

10  of any parameters that contribute to the identification, detection, and/or determination as to

11  whether a manufacturing-related fault exists in Your manufacturing and/or fabrication tool

12  and/or equipment used for Your manufacture, fabrication, and/or assembly of any and all

13  Infringing Instrumentalities.

14  **OBJECTIONS AND RESPONSE TO REQUEST NO. 41:**

15          UMC Group (USA) incorporates each of its General Objections, Objections to

16  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

17  objects to this Request to the extent it seeks information that is protected from discovery by the

18  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

19  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

20  not in UMC Group (USA)'s possession, custody or control.

21          UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

22  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

23  identification and specificity, requiring subjective judgment and speculation, seeking information

24  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

25  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

26  Rules of Civil Procedure, at least to the extent it seeks information about "Your manufacturing

27  and/or fabrication tool and/or equipment," and about "any and all Infringing Instrumentalities."

28

-75-

1       UMC Group (USA) further objects to this Request as seeking information that is more

2   readily and/or appropriately available from, or confidential to, another non-party, at least to the

3   extent it seeks information about "any adjustment or modification to any fault detection analysis

4   as described in Request for Production No. 40," and about "any adjustment or modification of

5   any parameters that contribute to the identification, detection, and/or determination as to whether

6   a manufacturing-related fault exists in Your manufacturing and/or fabrication tool and/or

7   equipment."

8       UMC Group (USA) further objects to this Request as seeking information that that is

9   available from one or more parties to the underlying action, and duplicative of other discovery

10   already taken or requested in the underlying action, at least to the extent it seeks information

11   about "any and all Infringing Instrumentalities."

12       UMC Group (USA) further objects to this Request as seeking trade secret and/or other

13   confidential research, development, or commercial information, at least to the extent it seeks

14   information about "any adjustment or modification to any fault detection analysis as described in

15   Request for Production No. 40," about "any adjustment or modification of any parameters that

16   contribute to the identification, detection, and/or determination as to whether a manufacturing-

17   related fault exists in Your manufacturing and/or fabrication tool and/or equipment," and about

18   "Your manufacture, fabrication, and/or assembly of any and all Infringing Instrumentalities."

19   Any production of information by UMC Group (USA) in response to the Subpoena will made

20   pursuant to the Protective Order governing the disclosure of confidential information in the

21   underlying action.  UMC Group (USA) reserves the right to insist upon supplemental

22   protections.

23       Subject to and without waiving these specific objections and the foregoing General

24   Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

25   responds that following a reasonable search, it has no non-privileged, relevant, responsive

26   documents.

27

28

1   **REQUEST NO. 42:**

2        Documents sufficient to show any use of a resist layer that is less than 2500 Angstroms

3   thick by You for Your manufacture, fabrication, and/or assembly of any and all STMicro

4   Infringing Instrumentalities and/or Infineon Infringing Instrumentalities.

5   **OBJECTIONS AND RESPONSE TO REQUEST NO. 42:**

6        UMC Group (USA) incorporates each of its General Objections, Objections to

7   Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

8   objects to this Request to the extent it seeks information that is protected from discovery by the

9   attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

10  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

11  not in UMC Group (USA)'s possession, custody or control.

12        UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

13  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

14  identification and specificity, requiring subjective judgment and speculation, seeking information

15  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

16  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

17  Rules of Civil Procedure, at least to the extent it seeks information about "any use of a resist

18  layer that is less than 2500 Angstroms thick," and about "any and all STMicro Infringing

19  Instrumentalities and/or Infineon Infringing Instrumentalities."

20        UMC Group (USA) further objects to this Request as seeking information that that is

21  available from one or more parties to the underlying action, and duplicative of other discovery

22  already taken or requested in the underlying action, at least to the extent it seeks information

23  about "any and all STMicro Infringing Instrumentalities and/or Infineon Infringing

24  Instrumentalities."

25        UMC Group (USA) further objects to this Request as seeking trade secret and/or other

26  confidential research, development, or commercial information, at least to the extent it seeks

27  information about "any use of a resist layer that is less than 2500 Angstroms thick by You," and

28

about "Your manufacture, fabrication, and/or assembly of any and all STMicro Infringing

Instrumentalities and/or Infineon Infringing Instrumentalities."  Any production of information

by UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order

governing the disclosure of confidential information in the underlying action.  UMC Group

(USA) reserves the right to insist upon supplemental protections.

Subject to and without waiving these specific objections and the foregoing General

Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

responds that following a reasonable search, it has no non-privileged, relevant, responsive

documents.

**REQUEST NO. 43:**

Documents relating to the importation into the United States and/or offer for sale, sale, or

use within the United States of any and all systems, devices, components, and/or integrated

circuits that are/were manufactured, fabricated, or assembled by You on behalf of any and all

Defendants in connection with the use, utilization, installation, implementation, and/or

deployment of the Manufacturing Equipment.

**OBJECTIONS AND RESPONSE TO REQUEST NO. 43:**

UMC Group (USA) incorporates each of its General Objections, Objections to

Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

objects to this Request to the extent it seeks information that is protected from discovery by the

attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

imposing undue burden and expense, calling for a legal conclusion, providing insufficient

identification and specificity, requiring subjective judgment and speculation, seeking information

that is not relevant to any party's claim or defense and proportional to the needs of the case, and

seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

1   Rules of Civil Procedure, at least to the extent it seeks information about "any and all systems,

2   devices, components, and/or integrated circuits that are/were manufactured, fabricated, or

3   assembled by You on behalf of any and all Defendants."

4        UMC Group (USA) further objects to this Request as seeking information that that is

5   available from one or more parties to the underlying action, and duplicative of other discovery

6   already taken or requested in the underlying action, at least to the extent it seeks information

7   about "importation into the United States and/or offer for sale, sale, or use within the United

8   States of any and all systems, devices, components, and/or integrated circuits that are/were

9   manufactured, fabricated, or assembled by You on behalf of any and all Defendants."

10       UMC Group (USA) further objects to this Request as seeking trade secret and/or other

11  confidential research, development, or commercial information, at least to the extent it seeks

12  information about "importation into the United States and/or offer for sale, sale, or use within the

13  United States of any and all systems, devices, components, and/or integrated circuits that

14  are/were manufactured, fabricated, or assembled by You on behalf of any and all Defendants,"

15  and about "use, utilization, installation, implementation, and/or deployment of the Manufacturing

16  Equipment."  Any production of information by UMC Group (USA) in response to the Subpoena

17  will made pursuant to the Protective Order governing the disclosure of confidential information

18  in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental

19  protections.

20       Subject to and without waiving these specific objections and the foregoing General

21  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

22  responds that following a reasonable search, it has no non-privileged, relevant, responsive

23  documents.

24  **REQUEST NO. 44:**

25       Documents sufficient to show royalties You paid to any Equipment Manufacturers

26  related to the use, utilization, installation, implementation, and/or deployment of the

27  Manufacturing Equipment.

28

**OBJECTIONS AND RESPONSE TO REQUEST NO. 44:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Request to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "any Equipment Manufacturers," and about "Manufacturing Equipment."

UMC Group (USA) further objects to this Request as seeking information that is more readily and/or appropriately available from, or confidential to, another non-party, at least to the extent it seeks information about "royalties You paid to any Equipment Manufacturers," and about "use, utilization, installation, implementation, and/or deployment of the Manufacturing Equipment."

UMC Group (USA) further objects to this Request as seeking trade secret and/or other confidential research, development, or commercial information, at least to the extent it seeks information about "royalties You paid to any Equipment Manufacturers," and about "use, utilization, installation, implementation, and/or deployment of the Manufacturing Equipment." Any production of information by UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental protections.

1  Subject to and without waiving these specific objections and the foregoing General

2  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

3  responds that following a reasonable search, it has no non-privileged, relevant, responsive

4  documents.

5  **REQUEST NO. 45:**

6  All non-privileged Documents that refer to Ocean Semiconductor LLC or any of the

7  Actions, including communications between You and any Defendant and/or any third party such

8  as an Equipment Manufacturer that mention Ocean or any of the Actions.

9  **OBJECTIONS AND RESPONSE TO REQUEST NO. 45:**

10  UMC Group (USA) incorporates each of its General Objections, Objections to

11  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

12  objects to this Request to the extent it seeks information that is protected from discovery by the

13  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

14  immunity.  UMC Group (USA) further objects to this Request to the extent it seeks information

15  not in UMC Group (USA)'s possession, custody or control.

16  UMC Group (USA) further objects to this Request as overbroad, vague and ambiguous,

17  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

18  identification and specificity, requiring subjective judgment and speculation, seeking information

19  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

20  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

21  Rules of Civil Procedure, at least to the extent it seeks information about "[a]ll non-privileged

22  documents," about "any of the Actions," about "any Defendant," and about "any third party such

23  as an Equipment Manufacturer."

24  UMC Group (USA) further objects to this Request as seeking information that is more

25  readily and/or appropriately available from, or confidential to, another non-party, at least to the

26  extent it seeks information about "communications between You and … any third party such as

27  an Equipment Manufacturer."

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

1    UMC Group (USA) further objects to this Request as seeking information that that is

2    available from one or more parties to the underlying action, and duplicative of other discovery

3    already taken or requested in the underlying action, at least to the extent it seeks information

4    about "communications between You and any Defendant."

5    UMC Group (USA) further objects to this Request as seeking trade secret and/or other

6    confidential research, development, or commercial information, at least to the extent it seeks

7    information about "non-privileged Documents that refer to Ocean Semiconductor LLC or any of

8    the Actions," and about "communications between You and any Defendant and/or any third

9    party such as an Equipment Manufacturer that mention Ocean or any of the Actions."  Any

10    production of information by UMC Group (USA) in response to the Subpoena will made

11    pursuant to the Protective Order governing the disclosure of confidential information in the

12    underlying action.  UMC Group (USA) reserves the right to insist upon supplemental

13    protections.

14    Subject to and without waiving these specific objections and the foregoing General

15    Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA)

16    responds that following a reasonable search, it has no non-privileged, relevant, responsive

17    documents.

18
      **SPECIFIC OBJECTIONS AND RESPONSES TO**
19    **DEPOSITION TOPICS**

20    **TOPIC NO. 1:**

21    Explanation of the context or content of the Documents that You produced in response to

22    the Requests for Production of Documents.

23    **OBJECTIONS AND RESPONSE TO TOPIC NO. 1:**

24    UMC Group (USA) incorporates each of its General Objections, Objections to

25    Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

26    objects to this Topic to the extent it seeks information that is protected from discovery by the

27    attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

28

-82-

1  immunity.  UMC Group (USA) further objects to this Topic to the extent it seeks information not

2  in UMC Group (USA)'s possession, custody or control.

3  UMC Group (USA) further objects to this Topic as overbroad, vague and ambiguous,

4  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

5  identification and specificity, requiring subjective judgment and speculation, seeking information

6  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

7  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

8  Rules of Civil Procedure, at least to the extent it refers to the Requests, for the same reasons as

9  provided herein for each Request individually.

10  UMC Group (USA) further objects to this Topic as seeking information that is more

11  readily and/or appropriately available from, or confidential to, another non-party, at least to the

12  extent it refers to the Requests, for the same reasons as provided herein for each Request

13  individually.

14  UMC Group (USA) further objects to this Topic as seeking information that that is

15  available from one or more parties to the underlying action, and duplicative of other discovery

16  already taken or requested in the underlying action, at least to the extent it refers to the Requests,

17  for the same reasons as provided herein for each Request individually.

18  UMC Group (USA) further objects to this Topic as seeking trade secret and/or other

19  confidential research, development, or commercial information, at least to the extent it refers to

20  the Requests, for the same reasons as provided herein for each Request individually.  Any

21  production of information by UMC Group (USA) in response to the Subpoena will made

22  pursuant to the Protective Order governing the disclosure of confidential information in the

23  underlying action.  UMC Group (USA) reserves the right to insist upon supplemental

24  protections.

25  Subject to and without waiving these specific objections and the foregoing General

26  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) states

27  that it is willing to meet and confer with Ocean regarding the scope of this Topic.

28

**TOPIC NO. 2:**

The source and authenticity of the Documents produced by You in response to the Requests for Production of Documents, including without limitation the processes, systems, persons and locations that are involved in creating, generating, storing, and/or maintaining any of the produced documents as business records.

**OBJECTIONS AND RESPONSE TO TOPIC NO. 2:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Topic to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Topic to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Topic as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it refers to the Requests, for the same reasons as provided herein for each Request individually.

UMC Group (USA) further objects to this Topic as seeking information that is more readily and/or appropriately available from, or confidential to, another non-party, at least to the extent it refers to the Requests, for the same reasons as provided herein for each Request individually.

UMC Group (USA) further objects to this Topic as seeking information that that is available from one or more parties to the underlying action, and duplicative of other discovery already taken or requested in the underlying action, at least to the extent it refers to the Requests, for the same reasons as provided herein for each Request individually.

UMC Group (USA) further objects to this Topic as seeking trade secret and/or other confidential research, development, or commercial information, at least to the extent it refers to the Requests, for the same reasons as provided herein for each Request individually.  Any production of information by UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental protections.

Subject to and without waiving these specific objections and the foregoing General Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) states that it is willing to meet and confer with Ocean regarding the scope of this Topic.

**TOPIC NO. 3:**

The extent and scope of use of any and all Manufacturing Equipment that is/was used, utilized, installed, implemented or deployed by You in connection with the manufacture, fabrication, and/or assembly of the Infringing Instrumentalities, including any and all contracts and/or agreements between You and Equipment Manufacturers relating to the use, utilization, installation, implementation, and/or deployment of the Manufacturing Equipment at Your manufacturing and/or fabrication facilities.

**OBJECTIONS AND RESPONSE TO TOPIC NO. 3:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Topic to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Topic to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Topic as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

1   that is not relevant to any party's claim or defense and proportional to the needs of the case, and

2   seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

3   Rules of Civil Procedure, at least to the extent it seeks information about "any and all

4   Manufacturing Equipment," about "Infringing Instrumentalities," about "Equipment

5   Manufacturers," about "any and all contracts and/or agreements," and about "Your

6   manufacturing and/or fabrication facilities."

7          UMC Group (USA) further objects to this Topic as seeking information that is more

8   readily and/or appropriately available from, or confidential to, another non-party, at least to the

9   extent it seeks information about "Manufacturing Equipment," and about "any and all contracts

10  and/or agreements between You and Equipment Manufacturers."

11         UMC Group (USA) further objects to this Topic as seeking information that that is

12  available from one or more parties to the underlying action, and duplicative of other discovery

13  already taken or requested in the underlying action, at least to the extent it seeks information

14  about "Infringing Instrumentalities."

15         UMC Group (USA) further objects to this Topic as seeking trade secret and/or other

16  confidential research, development, or commercial information, at least to the extent it seeks

17  information about "[t]he extent and scope of use of any and all Manufacturing Equipment that

18  is/was used, utilized, installed, implemented or deployed by You," about "the manufacture,

19  fabrication, and/or assembly of the Infringing Instrumentalities ," about "any and all contracts

20  and/or agreements between You and Equipment Manufacturers," and about "use, utilization,

21  installation, implementation, and/or deployment of the Manufacturing Equipment at Your

22  manufacturing and/or fabrication facilities."  Any production of information by UMC Group

23  (USA) in response to the Subpoena will made pursuant to the Protective Order governing the

24  disclosure of confidential information in the underlying action.  UMC Group (USA) reserves the

25  right to insist upon supplemental protections.

26         Subject to and without waiving these specific objections and the foregoing General

27  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) states

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

that the information sought by this Topic is not known or reasonably available to UMC Group (USA), and therefore there is no officer, director, managing agent, or other person at UMC Group (USA) who can be designated to testify on UMC Group (USA)'s behalf about this Topic.

**TOPIC NO. 4:**

Your use, utilization, installation, implementation, deployment, operation, testing, qualification, configuration, and maintenance of any and all Manufacturing Equipment, and/or any in-house or proprietary tool and/or equipment used in your manufacturing and/or facility to manufacture, fabricate, and/or assemble the Infringing Instrumentalities.

**OBJECTIONS AND RESPONSE TO TOPIC NO. 4:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Topic to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Topic to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Topic as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "any and all Manufacturing Equipment," about "any in-house or proprietary tool and/or equipment ," about "your manufacturing and/or facility ," and about "Infringing Instrumentalities."

UMC Group (USA) further objects to this Topic as seeking information that is more readily and/or appropriately available from, or confidential to, another non-party, at least to the extent it seeks information about "any and all Manufacturing Equipment."

1    UMC Group (USA) further objects to this Topic as seeking information that that is

2    available from one or more parties to the underlying action, and duplicative of other discovery

3    already taken or requested in the underlying action, at least to the extent it seeks information

4    about "Infringing Instrumentalities."

5    UMC Group (USA) further objects to this Topic as seeking trade secret and/or other

6    confidential research, development, or commercial information, at least to the extent it seeks

7    information about "Your use, utilization, installation, implementation, deployment, operation,

8    testing, qualification, configuration, and maintenance of any and all Manufacturing Equipment,"

9    and about "any in-house or proprietary tool and/or equipment used in your manufacturing and/or

10   facility."  Any production of information by UMC Group (USA) in response to the Subpoena

11   will made pursuant to the Protective Order governing the disclosure of confidential information

12   in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental

13   protections.

14   Subject to and without waiving these specific objections and the foregoing General

15   Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) states

16   that the information sought by this Topic is not known or reasonably available to UMC Group

17   (USA), and therefore there is no officer, director, managing agent, or other person at UMC

18   Group (USA) who can be designated to testify on UMC Group (USA)'s behalf about this Topic.

19   **TOPIC NO. 5:**

20   Manufacturing facilities owned, controlled or operated by or on Your behalf or Your

21   subsidiaries where the Manufacturing Equipment is/was used, utilized, installed, implemented

22   and/or deployed.

23   **OBJECTIONS AND RESPONSE TO TOPIC NO. 5:**

24   UMC Group (USA) incorporates each of its General Objections, Objections to

25   Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

26   objects to this Topic to the extent it seeks information that is protected from discovery by the

27   attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

28

1   immunity.  UMC Group (USA) further objects to this Topic to the extent it seeks information not

2   in UMC Group (USA)'s possession, custody or control.

3           UMC Group (USA) further objects to this Topic as overbroad, vague and ambiguous,

4   imposing undue burden and expense, calling for a legal conclusion, providing insufficient

5   identification and specificity, requiring subjective judgment and speculation, seeking information

6   that is not relevant to any party's claim or defense and proportional to the needs of the case, and

7   seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

8   Rules of Civil Procedure, at least to the extent it seeks information about "Manufacturing

9   facilities owned, controlled or operated by or on Your behalf or Your subsidiaries," and about

10  "Manufacturing Equipment."

11          UMC Group (USA) further objects to this Request as seeking information that is more

12  readily and/or appropriately available from, or confidential to, another non-party, at least to the

13  extent it seeks information about "Manufacturing Equipment."

14          UMC Group (USA) further objects to this Topic as seeking trade secret and/or other

15  confidential research, development, or commercial information, at least to the extent it seeks

16  information about "Manufacturing facilities … where the Manufacturing Equipment is/was used,

17  utilized, installed, implemented and/or deployed."  Any production of information by UMC

18  Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing

19  the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves

20  the right to insist upon supplemental protections.

21          Subject to and without waiving these specific objections and the foregoing General

22  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) states

23  that the information sought by this Topic is not known or reasonably available to UMC Group

24  (USA), and therefore there is no officer, director, managing agent, or other person at UMC

25  Group (USA) who can be designated to testify on UMC Group (USA)'s behalf about this Topic.

26

27

28

**TOPIC NO. 6:**

Any making, using, selling, or offers to sell the Infringing Instrumentalities within the United States, or importing into the United States of the Infringing Instrumentalities, including any and all contracts and/or agreements between You and any and all Defendants governing Your making, using, selling, offering to sell, or importation of the Infringing Instrumentalities.

**OBJECTIONS AND RESPONSE TO TOPIC NO. 6:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Topic to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Topic to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Topic as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "Infringing Instrumentalities," about "any and all contracts and/or agreements," and about "any and all Defendants."

UMC Group (USA) further objects to this Topic as seeking information that that is available from one or more parties to the underlying action, and duplicative of other discovery already taken or requested in the underlying action, at least to the extent it seeks information about "[a]ny making, using, selling, or offers to sell the Infringing Instrumentalities within the United States," about "importing into the United States of the Infringing Instrumentalities," and about "any and all contracts and/or agreements between You and any and all Defendants."

UMC Group (USA) further objects to this Topic as seeking trade secret and/or other confidential research, development, or commercial information, at least to the extent it seeks information about "[a]ny making, using, selling, or offers to sell the Infringing Instrumentalities within the United States ," about "importing into the United States of the Infringing Instrumentalities," about "any and all contracts and/or agreements between You and any and all Defendants," and about "Your making, using, selling, offering to sell, or importation of the Infringing Instrumentalities."  Any production of information by UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental protections.

Subject to and without waiving these specific objections and the foregoing General Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) states that the information sought by this Topic is not known or reasonably available to UMC Group (USA), and therefore there is no officer, director, managing agent, or other person at UMC Group (USA) who can be designated to testify on UMC Group (USA)'s behalf about this Topic.

**TOPIC NO. 7:**

Your first awareness of the Asserted Patents.

**OBJECTIONS AND RESPONSE TO TOPIC NO. 7:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Topic to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Topic to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Topic as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information

1  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

2  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

3  Rules of Civil Procedure, at least because UMC Group (USA) is not a defendant in the

4  underlying action.

5        Subject to and without waiving these specific objections and the foregoing General

6  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) states

7  that the information sought by this Topic is not known or reasonably available to UMC Group

8  (USA) or otherwise protected from discovery by the attorney-client privilege, the attorney work-

9  product doctrine, and the common interest doctrine, and therefore there is no officer, director,

10  managing agent, or other person at UMC Group (USA) who can be designated to testify on

11  UMC Group (USA)'s behalf about this Topic.

12  **TOPIC NO. 8:**

13        The means by which You identify each of the Infringing Instrumentalities, including, but

14  not limited to, any internal or external reference or part numbers used to identify such

15  Instrumentalities when sold to, or made for, any Defendant.

16  **OBJECTIONS AND RESPONSE TO TOPIC NO. 8:**

17        UMC Group (USA) incorporates each of its General Objections, Objections to

18  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further

19  objects to this Topic to the extent it seeks information that is protected from discovery by the

20  attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or

21  immunity.  UMC Group (USA) further objects to this Topic to the extent it seeks information not

22  in UMC Group (USA)'s possession, custody or control.

23        UMC Group (USA) further objects to this Topic as overbroad, vague and ambiguous,

24  imposing undue burden and expense, calling for a legal conclusion, providing insufficient

25  identification and specificity, requiring subjective judgment and speculation, seeking information

26  that is not relevant to any party's claim or defense and proportional to the needs of the case, and

27  seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal

28

1  Rules of Civil Procedure, at least to the extent it seeks information about "Infringing
2  Instrumentalities," and about "any Defendant."

3     UMC Group (USA) further objects to this Topic as seeking information that that is
4  available from one or more parties to the underlying action, and duplicative of other discovery
5  already taken or requested in the underlying action, at least to the extent it seeks information
6  about "Infringing Instrumentalities," and about "any internal or external reference or part
7  numbers used to identify such Instrumentalities."

8     UMC Group (USA) further objects to this Topic as seeking trade secret and/or other
9  confidential research, development, or commercial information, at least to the extent it seeks
10  information about "[t]he means by which You identify each of the Infringing Instrumentalities,"
11  about "any internal or external reference or part numbers used to identify such Instrumentalities."
12  Any production of information by UMC Group (USA) in response to the Subpoena will made
13  pursuant to the Protective Order governing the disclosure of confidential information in the
14  underlying action.  UMC Group (USA) reserves the right to insist upon supplemental
15  protections.

16     Subject to and without waiving these specific objections and the foregoing General
17  Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) states
18  that the information sought by this Topic is not known or reasonably available to UMC Group
19  (USA), and therefore there is no officer, director, managing agent, or other person at UMC
20  Group (USA) who can be designated to testify on UMC Group (USA)'s behalf about this Topic.

21  **TOPIC NO. 9:**

22     Revenue, costs and profits that You derive from the manufacture, fabrication, and/or
23  assembly of the Infringing Instrumentalities.

24  **OBJECTIONS AND RESPONSE TO TOPIC NO. 9:**

25     UMC Group (USA) incorporates each of its General Objections, Objections to
26  Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further
27  objects to this Topic to the extent it seeks information that is protected from discovery by the

28

-93-

attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Topic to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Topic as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "Infringing Instrumentalities."

UMC Group (USA) further objects to this Topic as seeking information that that is available from one or more parties to the underlying action, and duplicative of other discovery already taken or requested in the underlying action, at least to the extent it seeks information about "Infringing Instrumentalities."

UMC Group (USA) further objects to this Topic as seeking trade secret and/or other confidential research, development, or commercial information, at least to the extent it seeks information about "[r]evenue, costs and profits that You derive," and about "the manufacture, fabrication, and/or assembly of the Infringing Instrumentalities."  Any production of information by UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental protections.

Subject to and without waiving these specific objections and the foregoing General Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) states that the information sought by this Topic is not known or reasonably available to UMC Group (USA), and therefore there is no officer, director, managing agent, or other person at UMC Group (USA) who can be designated to testify on UMC Group (USA)'s behalf about this Topic.

**TOPIC NO. 10:**

Your customers, other than Defendants, whose products are/were manufactured, fabricated, and/or assembled using any and all Manufacturing Equipment.

**OBJECTIONS AND RESPONSE TO TOPIC NO. 10:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Topic to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Topic to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Topic as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "Your customers, other than Defendants," and about "any and all Manufacturing Equipment."

UMC Group (USA) further objects to this Topic as seeking trade secret and/or other confidential research, development, or commercial information, at least to the extent it seeks information about "[y]our customers, other than Defendants."  Any production of information by UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order governing the disclosure of confidential information in the underlying action.  UMC Group (USA) reserves the right to insist upon supplemental protections.

Subject to and without waiving these specific objections and the foregoing General Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) states that the information sought by this Topic is not known or reasonably available to UMC Group

(USA), and therefore there is no officer, director, managing agent, or other person at UMC Group (USA) who can be designated to testify on UMC Group (USA)'s behalf about this Topic.

**TOPIC NO. 11:**

Any communications between You and any Equipment Manufacturer or any of the Defendants concerning these Actions, Ocean, the Asserted Patents, or any of the Infringing Instrumentalities.

**OBJECTIONS AND RESPONSE TO TOPIC NO. 11:**

UMC Group (USA) incorporates each of its General Objections, Objections to Definitions, and Objections to Instructions herein by reference.  UMC Group (USA) further objects to this Topic to the extent it seeks information that is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.  UMC Group (USA) further objects to this Topic to the extent it seeks information not in UMC Group (USA)'s possession, custody or control.

UMC Group (USA) further objects to this Topic as overbroad, vague and ambiguous, imposing undue burden and expense, calling for a legal conclusion, providing insufficient identification and specificity, requiring subjective judgment and speculation, seeking information that is not relevant to any party's claim or defense and proportional to the needs of the case, and seeking to impose duties or obligations beyond or inconsistent with those set forth in the Federal Rules of Civil Procedure, at least to the extent it seeks information about "any Equipment Manufacturer," about "any of the Defendants," and about "any of the Infringing Instrumentalities."

UMC Group (USA) further objects to this Topic as seeking information that is more readily and/or appropriately available from, or confidential to, another non-party, at least to the extent it seeks information about "[a]ny communications between You and any Equipment Manufacturer," and about "any of the infringing Instrumentalities."

UMC Group (USA) further objects to this Topic as seeking information that that is available from one or more parties to the underlying action, and duplicative of other discovery

1    already taken or requested in the underlying action, at least to the extent it seeks information

2    about "[a]ny communications between You and … any of the Defendants."

3          UMC Group (USA) further objects to this Topic as seeking trade secret and/or other

4    confidential research, development, or commercial information, at least to the extent it seeks

5    information about "any of the Infringing Instrumentalities."  Any production of information by

6    UMC Group (USA) in response to the Subpoena will made pursuant to the Protective Order

7    governing the disclosure of confidential information in the underlying action.  UMC Group

8    (USA) reserves the right to insist upon supplemental protections.

9          Subject to and without waiving these specific objections and the foregoing General

10   Objections, Objections to Definitions, and Objections to Instructions, UMC Group (USA) states

11   that the information sought by this Topic is not known or reasonably available to UMC Group

12   (USA) or otherwise protected from discovery by the attorney-client privilege, the attorney work-

13   product doctrine, and the common interest doctrine, and therefore there is no officer, director,

14   managing agent, or other person at UMC Group (USA) who can be designated to testify on

15   UMC Group (USA)'s behalf about this Topic.

16

17

     DATED:   January 14, 2022          By:  /s/ Robert G. Litts
18
                                        Robert G. Litts (No. 205984)
19                                      CANDESCENT LAW GROUP
                                        1350 Old Bayshore Hwy, Ste. 520
20                                      Burlingame, CA 94010
                                        Telephone: (925) 644-1102
21                                      robert.litts@candescentlaw.com

22
                                        Attorney for Non-Party
23                                      UMC Group (USA)

24

25

26

27

28

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR
LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

## **CERTIFICATE OF SERVICE**

I, Robert G. Litts, hereby certify that on January 14, 2022, I caused a true and correct copy of the foregoing document to be served on counsel listed below via electronic mail and U.S. Mail:

By Electronic Mail:

Alex Chan
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
achan@devlinlawfirm.com

Joel Glazer
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
jglazer@devlinlawfirm.com

Peter Mazur
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
PMazur@devlinlawfirm.com

By U.S. Mail:

Alex Chan
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
achan@devlinlawfirm.com

/s/ Robert G. Litts
Robert G. Litts
CANDESCENT LAW GROUP

UMC GROUP (USA)'S OBJECTIONS AND RESPONSES TO OCEAN SEMICONDUCTOR LLC'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION