# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>MediaTek Inc. and MediaTek USA Inc. ("MediaTek"),<br><br>        Defendants. | Civil Action No.: 6:20-cv-1210-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>NVIDIA Corporation,<br><br>        Defendant. | Civil Action No.: 6:20-cv-01211-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>NXP USA, Inc.<br><br>        Defendants. | Civil Action No.: 6:20-cv-1212-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>Renesas Electronics Corporation and Renesas Electronics America, Inc.,<br><br>　　　　　　Defendants. | Civil Action No.: 6:20-cv-1213-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>Silicon Laboratories Inc.,<br><br>　　　　　　Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>STMicroelectronics, Inc.,<br><br>　　　　　　Defendant. | Civil Action No.: 6:20-cv-1215-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>Western Digital Technologies, Inc.<br><br>　　　　　　　Defendant. | Civil Action No.: 6:20-cv-1216-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## MOTION TO SUBSTITUTE EXHIBIT

Plaintiff Ocean Semiconductor LLC ("Ocean") filed the Motion for Issuance of Letters Rogatory in the above referenced cases on February 16, 2022. An incorrect version of the Exhibit A was inadvertently filed with the motion. Plaintiff respectfully requests that this Court substitute the corrected version of Exhibit A filed with this motion.

Dated: February 16, 2022

*/s/ Alex Chan*
Timothy Devlin
tdevlin@devlinlawfirm.com
Henrik D. Parker
hparker@devlinlawfirm.com
Alex Chan (State Bar No. 24108051)
achan@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Ocean Semiconductor LLC*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 16, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a).

                              */s/ Alex Chan*
                              Alex Chan