# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>MediaTek Inc. and MediaTek USA Inc. ("MediaTek"),<br><br>        Defendants. | Civil Action No.: 6:20-cv-1210-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>NVIDIA Corporation,<br><br>        Defendant. | Civil Action No.: 6:20-cv-01211-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>NXP USA, Inc.<br><br>        Defendants. | Civil Action No.: 6:20-cv-1212-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>       Plaintiff<br><br>   v.<br><br>Renesas Electronics Corporation and Renesas Electronics America, Inc.,<br><br>       Defendants. | Civil Action No.: 6:20-cv-1213-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>       Plaintiff<br><br>   v.<br><br>Silicon Laboratories Inc.,<br><br>       Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>       Plaintiff<br><br>   v.<br><br>STMicroelectronics, Inc.,<br><br>       Defendant. | Civil Action No.: 6:20-cv-1215-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>                    Plaintiff<br><br>     v.<br><br>Western Digital Technologies, Inc.<br><br>                    Defendant. | Civil Action No.: 6:20-cv-1216-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## ORDER FOR MOTION TO SUBSTITUTE EXHIBIT

Before the Court is Plaintiff Ocean Semiconductor LLC's Motion to Substitute Exhibit (the "Motion").

Having considered the Motion presented by Plaintiff, the Court is of the opinion that this Motion should be GRANTED.

It is therefore ORDERED that Exhibit A of the Motion for Issuance of Letters Rogatory is removed and is substituted by the Exhibit A attached in the Motion.

Entered this 22nd day of February, 2022

_____
U.S. District Judge Alan D Albright