# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC, <br><br> Plaintiff <br><br> v. <br><br> MediaTek Inc. and MediaTek USA Inc. ("MediaTek"), <br><br> Defendants. | Civil Action No.: 6:20-cv-1210-ADA <br><br> JURY TRIAL DEMANDED <br><br> PATENT CASE |
| Ocean Semiconductor LLC, <br><br> Plaintiff <br><br> v. <br><br> NVIDIA Corporation, <br><br> Defendant. | Civil Action No.: 6:20-cv-01211-ADA <br><br> JURY TRIAL DEMANDED <br><br> PATENT CASE |
| Ocean Semiconductor LLC, <br><br> Plaintiff <br><br> v. <br><br> NXP USA, Inc. <br><br> Defendants. | Civil Action No.: 6:20-cv-1212-ADA <br><br> JURY TRIAL DEMANDED <br><br> PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC, <br><br>    Plaintiff <br><br>  v. <br><br> Renesas Electronics Corporation and Renesas Electronics America, Inc., <br><br>    Defendants. | Civil Action No.: 6:20-cv-1213-ADA <br><br> JURY TRIAL DEMANDED <br><br> PATENT CASE |
| Ocean Semiconductor LLC, <br><br>    Plaintiff <br><br>  v. <br><br> Silicon Laboratories Inc., <br><br>    Defendant. | Civil Action No.: 6:20-cv-1214-ADA <br><br> JURY TRIAL DEMANDED <br><br> PATENT CASE |
| Ocean Semiconductor LLC, <br><br>    Plaintiff <br><br>  v. <br><br> STMicroelectronics, Inc., <br><br>    Defendant. | Civil Action No.: 6:20-cv-1215-ADA <br><br> JURY TRIAL DEMANDED <br><br> PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>                Plaintiff<br><br>v.<br><br>Western Digital Technologies, Inc.<br><br>                Defendant. | Civil Action No.: 6:20-cv-1216-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## ORDER FOR MOTION FOR ISSUANCE OF LETTERS ROGATORY

Before the Court is Plaintiff Ocean Semiconductor LLC's Motion for Issuance of Letters Rogatory (the "Motion").

Having considered the Motion presented by Plaintiff, the Court is of the opinion that this Motion should be GRANTED.

It is therefore ORDERED that the Court will return (a) one original copy of the signed and issued Letters Rogatory; and (b) one certified copy, to Plaintiff's counsel.

It is FURTHER ORDERED that Plaintiff will transmit the issued Letters Rogatory to the United States Department of State to oversee transmission of the Letters Rogatory to Japan through diplomatic channels as provided in 28 U.S.C. § 1781(a)(2).

Entered this _____ day of March, 2022

_____
U.S. District Judge Alan D Albright