IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| OCEAN SEMICONDUCTOR LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:20-cv-1214 |
| SILICON LABORATORIES INC. | § § § | |
| Defendant. | § § § § § | |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Plaintiff Ocean Semiconductor, LLC and Defendant Silicon Laboratories Inc. respectfully submit this Joint Motion for Entry of Agreed Protective Order which is attached hereto as Exhibit 1.

| | |
|---|---|
| March 10, 2022 | Respectfully submitted, |
| By: /s/ *Alex Chan* | By:   /s/ *Marc Collier* |
| Timothy Devlin<br>tdevlin@devlinlawfirm.com<br>Henrik D. Parker<br>hparker@devlinlawfirm.com<br>Alex Chan<br>State Bar No. 24108051<br>achan@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>**COUNSEL FOR PLAINTIFF,**<br>**OCEAN SEMICONDUCTOR LLC** | Richard S. Zembek (SBN 00797726)<br>richard.zembek@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel:   (713) 651-5151<br>Fax:   (713) 651-5246<br><br>Marc B. Collier (SBN 00792418)<br>marc.collier@nortonrosefulbright.com<br>Eric C. Green (SBN 24069824)<br>eric.green@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Tel:   (512) 474-5201<br>Fax:   (512) 536-4598<br><br>**COUNSEL FOR DEFENDANT SILICON**<br>**LABORATORIES INC.** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 10, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

   /s/ Eric C. Green