IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>   Plaintiff<br><br> v.<br><br>MediaTek Inc. and MediaTek USA Inc.,<br><br>   Defendants. | Civil Action No.: 6:20-cv-1210-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>   Plaintiff<br><br> v.<br><br>NVIDIA Corporation,<br><br>   Defendant. | Civil Action No.: 6:20-cv-01211-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>   Plaintiff<br><br> v.<br><br>NXP Semiconductors N.V., NXP B.V. and NXP USA, Inc.<br><br>   Defendants. | Civil Action No.: 6:20-cv-1212-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br> v.<br><br>Renesas Electronics Corporation and Renesas Electronics America, Inc.,<br><br>    Defendants. | Civil Action No.: 6:20-cv-1213-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br> v.<br><br>Silicon Laboratories Inc.,<br><br>    Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br> v.<br><br>STMicroelectronics, Inc.,<br><br>    Defendant. | Civil Action No.: 6:20-cv-1215-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>                Plaintiff<br><br>    v.<br><br>Western Digital Technologies, Inc.<br><br>                Defendants. | Civil Action No.: 6:20-cv-1216-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**ORDER EXTENDING TIME TO SERVE**
**<u>FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS</u>**

      Before the Court is Plaintiff Ocean Semiconductor LLC's Motion to Extend Time to Serve Final Infringement Contentions in each of the seven actions captioned above (the "Motion").

      Having considered the Motion presented by Plaintiff, the Court is of the opinion that this Motion should be GRANTED.

      It is therefore ORDERED that the deadline for Plaintiff to serve any Final Infringement Contentions in the captions actions is extended from March 30, 2022, to May 27, 2022, and that the deadline for each of the defendants in the captioned actions to serve any Final Invalidity Contentions is also extended to May 27, 2022.

Entered this 29th day of March, 2022.

                                                                                                  _____
                                                                                                  U.S. District Judge Alan D Albright