# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>   v.<br><br>MediaTek Inc. and MediaTek USA Inc. ("MediaTek"),<br><br>        Defendants. | Civil Action No.: 6:20-cv-1210-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>   v.<br><br>NVIDIA Corporation,<br><br>        Defendant. | Civil Action No.: 6:20-cv-01211-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>   v.<br><br>NXP USA, Inc.<br><br>        Defendants. | Civil Action No.: 6:20-cv-1212-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br> v.<br><br>Renesas Electronics Corporation and Renesas Electronics America, Inc.,<br><br>    Defendants. | Civil Action No.: 6:20-cv-1213-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br> v.<br><br>Silicon Laboratories Inc.,<br><br>    Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br> v.<br><br>STMicroelectronics, Inc.,<br><br>    Defendant. | Civil Action No.: 6:20-cv-1215-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br>v.<br><br>Western Digital Technologies, Inc.<br><br>    Defendant. | Civil Action No.: 6:20-cv-1216-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## ORDER OF LIMITED REFERRAL

  Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, the April 11th, 2022, hearing on the pending Motions for Intra-District Transfer to the Austin Division in the above captioned cases is referred to United States Magistrate Judge Derek T. Gilliland.

SIGNED this the 7th day of April, 2022.

                    _____
                    U.S. District Judge Alan D Albright