UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| OCEAN SEMICONDUCTOR LLC | § § | |
| vs. | § § | NO:  WA:20-CV-01214-ADA |
| SILICON LABORATORIES INC. | § § | |

### ORDER SETTING MOTION HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MOTION HEARING VIA ZOOM for purposes of limited referral on Thursday, April, 14 2022 at 09:00 AM before the Honorable Derek T. Gilliland. The Zoom link will be sent via email.

SIGNED this 8th day of April, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE