# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| OCEAN SEMICONDUCTOR LLC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-01214-ADA |
| | § | |
| SILICON LABORATORIES INC. | § | |

## ORDER SETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTIONS HEARING by Zoom on April 14, 2022 at 10:30 AM.

IT IS SO ORDERED this 13th day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE