# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>MediaTek Inc. and MediaTek USA Inc.,<br><br>        Defendants. | Civil Action No.: 6:20-cv-1210-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>NXP USA, Inc.<br><br>        Defendant. | Civil Action No.: 6:20-cv-1212-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>Silicon Laboratories Inc.,<br><br>        Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>STMicroelectronics, Inc.,<br><br>        Defendant. | Civil Action No.: 6:20-cv-1215-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>v.<br><br>Western Digital Technologies, Inc.<br><br>        Defendant. | Civil Action No.: 6:20-cv-1216-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**DECLARATION OF JANICE L. TA IN SUPPORT OF**
**DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER**

I, Janice Ta, declare and state as follows:

1. I am an attorney admitted to practice in the State of Texas.

2. I am a partner at the law firm Perkins Coie LLP and represent Defendant STMicroelectronics, Inc. ("ST Inc.").

3. I provide this declaration in support of the Defendants' Motion to Modify Scheduling Order. If called to testify as a witness, I could and would competently do so under oath.

4. Exhibits A–K are attached to my declaration submitted in support of Defendants' Motion to Modify Scheduling Order.

5. Attached as **Exhibit A** is a true and correct copy of an email from Ocean's counsel, Mr. Henrik Parker, to defendants' counsel dated January 6, 2022.

6. Attached as **Exhibit B** is a true and correct copy of a letter from ST Inc.'s counsel, Mr. Tyler R. Bowen, to Ocean's counsel, Mr. Parker, dated August 11, 2021.

7. Attached as **Exhibit C** is a true and correct copy of a letter from ST Inc.'s counsel, Mr. Bowen, to Ocean's counsel, Mr. Alex Chan, dated October 26, 2021.

8. Attached as **Exhibit D** is a true and correct copy of a letter from ST Inc.'s counsel, Mr. Bowen, to Ocean's counsel, Mr. Chan, dated February 15, 2022.

9. Attached as **Exhibit E** is a true and correct copy of an email thread containing an email from ST Inc.'s counsel, Mr. Bowen, to Ocean's counsel, Mr. Parker, and cc'ing others dated January 21, 2022.

10. Attached as **Exhibit F** is a true and correct copy of an email thread containing an email from MediaTek's counsel, Ms. Stephanie Sivinski, to Ocean's counsel, Mr. Parker, and cc'ing others dated January 21, 2022.

11. Attached as **Exhibit G** is a true and correct copy of an email from Ocean's counsel, Mr. Parker, to defendants' counsel dated January 21, 2022.

-2-

12. Attached as **Exhibit H** is a true and correct copy of an email thread containing an email from Silicon Labs, Western Digital, ST Inc. and NXP's counsel to Ocean's counsel and defendants' counsel dated March 28, 2022.

13. Attached as **Exhibit I** is a true and correct copy of is a true and correct copy of an email thread containing an email from NVIDIA's counsel, Mr. Brice Lynch, to Ocean's counsel and defendants' counsel dated March 28, 2022.

14. Attached as **Exhibit J** is a true and correct copy of an email thread containing an email from Ocean's counsel, Mr. Parker, to defendants' counsel dated March 29, 2022.

15. Attached as **Exhibit K** is a true and correct copy of an email thread containing an email from Ocean's counsel, Mr. Parker, to defendants' counsel dated April 6, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 13, 2022

                                                  /s/ *Janice L. Ta*
                                                  Janice L. Ta