# Exhibit G

| | |
|---|---|
| **From:** | Henrik Parker |
| **To:** | OceanSemi-WDTX Defs@devlinlawfirm.com; ge-nvidia-oceansemiconductor; Drew Holmes |
| **Cc:** | oceansemi-dlf; Timothy Devlin |
| **Subject:** | Ocean Semiconductor Cases in W.D. Tex. (Nos. 20-cv-01210 through 20-cv-01216) |
| **Date:** | Friday, January 21, 2022 3:38:53 PM |
| **Attachments:** | image001.png<br>DRAFT 2022-01-21 Notice of Amending Scheduling Order Re Serving Final Contentions.docx |

Counsel:

Thank you for responding with each of your defendants' agreement to extend the deadline for final infringement and invalidity contentions to March 30.

As this is an agreement that has no specific impact on the Court, attached is a joint Notice of Amending rather than a Motion.  I would appreciate each defendant letting me know as soon as possible if the stipulation is acceptable and confirming that Ocean has authority to sign this stipulation on your behalf.

Although not particularly relevant given the parties' agreement, it should be noted that Ocean disagrees with many of your contentions that somehow Ocean delayed (e.g., Ocean began service of the subpoenas on TSMC less than a week after discovery opened).  Moreover, as Ocean had set out in the draft motion that I sent to defendants yesterday, while Ocean has every expectation that the March 30 extension will be sufficient and Ocean will diligently work to meet that deadline, it can never be predicted what may happen when third parties are involved.  Thus, while not anticipated, it is possible that Ocean may need to file an additional motion to extend and Ocean is not agreeing to forego that right.  Ocean understands that defendants will oppose any such motion.

Best regards,

Rik



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential and is intended only for the use of the intended addressee.  It is the property of Devlin Law Firm LLC, and may contain information subject to attorney-client privilege and/or may constitute inside information.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to correspondence@devlinlawfirm.com, and destroy this communication and all copies thereof, including all attachments.