# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>MediaTek Inc. and MediaTek USA Inc.,<br><br>        Defendants. | Civil Action No.: 6:20-cv-1210-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>NXP USA, Inc.<br><br>        Defendant. | Civil Action No.: 6:20-cv-1212-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>Silicon Laboratories Inc.,<br><br>        Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>STMicroelectronics, Inc.,<br><br>        Defendant. | Civil Action No.: 6:20-cv-1215-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>               Plaintiff<br><br>   v.<br><br>Western Digital Technologies, Inc.<br><br>               Defendant. | Civil Action No.: 6:20-cv-1216-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**ORDER GRANTING DEFENDANTS'**
**OPPOSED MOTION TO MODIFY SCHEDULING ORDER**

The Court, having considered the Opposed Motion to Modify Scheduling Order in the above-captioned cases, and all associated briefing, supporting documents, and evidence, **HEREBY ORDERS** that the Motion should be **GRANTED**.

Accordingly, it is **ORDERED** that the following schedule will govern deadlines up to and including the trial of this matter:

| Item | Deadline |
|---|---|
| Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. | September 7, 2022 |
| Close of Fact Discovery. | October 5, 2022 |
| Opening Expert Reports. | October 12, 2022 |
| Rebuttal Expert Reports. | November 9, 2022 |
| Close of Expert Discovery. | November 30, 2022 |
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. | December 7, 2022 |
| Dispositive motion deadline and Daubert motion deadline. | December 14, 2022 |
| Serve Pretrial Disclosures | January 11, 2023 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | January 25, 2023 |
| Serve objections to rebuttal disclosures and File Motions *in limine*. | February 1, 2023 |
| File Joint Pretrial Order and Pretrial Submissions; file oppositions to motions *in limine* | February 8, 2023 |

| Item | Deadline |
|---|---|
| File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | February 15, 2023 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | February 24, 2023 |
| Final Pretrial Conference. | [Subject to the convenience of the Court's schedule] |
| Jury Selection/Trial. | [Subject to the convenience of the Court's schedule] |

SIGNED this _____ day of _____, 2022.

_____
Judge Alan D Albright