# EXHIBIT 14

| | |
|---|---|
| **From:** | Joy Wang |
| **To:** | Bradley Coburn; Brice Lynch; stephanie sivinski; eric green; TBowen; Henrik Parker; Olga Slobodyanyuk; Ahmed ElDessouki; Barry Shelton; cat garza; CSCampbell; dadams; darren smith; David Harper; david mccombs; David Whittlesey; DG-RenesasDC; drewholmes; JTa; kevin@radip.com; Kieran Kieckhefer; marc collier; Matt Berkowitz; Patrick Colsher; PMorin; richard zembek; scott cole; seanpak; qe-nvidia-oceansemiconductor; SiLabs_Ocean_NRF |
| **Cc:** | oceansemi-dlf; Timothy Devlin |
| **Subject:** | RE: Ocean Semiconductor litigation |
| **Date:** | Wednesday, April 13, 2022 3:07:54 PM |
| **Attachments:** | image002.png<br>image003.png |

Rik,

WDT will file a similar motion for the reasons articulated below by the other defendants and will indicate Ocean is opposed.

Best regards,
Joy

**From:** Coburn, Bradley D. <BCoburn@winston.com>
**Sent:** Wednesday, April 13, 2022 11:07 AM
**To:** Brice Lynch <bricelynch@quinnemanuel.com>; Sivinski, Stephanie <Stephanie.Sivinski@haynesboone.com>; Green, Eric <eric.green@nortonrosefulbright.com>; Bowen, Tyler R. (PHX) <TBowen@perkinscoie.com>; Henrik Parker <hparker@devlinlawfirm.com>; Olga Slobodyanyuk <olgaslobodyanyuk@quinnemanuel.com>; Ahmed ElDessouki <Ahmed.ElDessouki@Shearman.com>; Shelton, Barry K. <BShelton@winston.com>; Garza, Cat <cat.garza@nortonrosefulbright.com>; Campbell, Chad (PHX) <CSCampbell@perkinscoie.com>; dadams <dadams@sgbfirm.com>; Smith, Darren <darren.smith@nortonrosefulbright.com>; Harper, David H. <David.Harper@haynesboone.com>; McCombs, David L. <David.McCombs@haynesboone.com>; David Whittlesey <David.Whittlesey@Shearman.com>; DG-RenesasDC <DG-RenesasDCt@goodwinlaw.com>; Drew Holmes <drewholmes@quinnemanuel.com>; Joy Wang <Joy.Wang@Shearman.com>; Ta, Janice (AUS) <JTa@perkinscoie.com>; kevin@radip.com; Kieran Kieckhefer <Kieran.Kieckhefer@Shearman.com>; Collier, Marc <marc.collier@nortonrosefulbright.com>; Matt Berkowitz <matt.berkowitz@shearman.com>; Patrick Colsher <Patrick.Colsher@Shearman.com>; Morin, Philip A. (SDO) <PMorin@perkinscoie.com>; Zembek, Richard <richard.zembek@nortonrosefulbright.com>; Scott Cole <scottcole@quinnemanuel.com>; Sean Pak <seanpak@quinnemanuel.com>; qe-nvidia-oceansemiconductor <qe-nvidia-oceansemiconductor@quinnemanuel.com>; SiLabs_Ocean_NRF <SiLabs_Ocean_NRF@nortonrosefulbright.com>
**Cc:** oceansemi-dlf <oceansemi-dlf@devlinlawfirm.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>
**Subject:** Re: Ocean Semiconductor litigation

Rik,

NXP will be doing the same for the reasons articulated below by the other defendants. We will indicate Ocean's opposition.

Best,
Bradley

**From:** Brice Lynch <bricelynch@quinnemanuel.com>
**Sent:** Wednesday, April 13, 2022 1:05:35 PM
**To:** Sivinski, Stephanie <Stephanie.Sivinski@haynesboone.com>; Green, Eric <eric.green@nortonrosefulbright.com>; Bowen, Tyler R. (PHX) <TBowen@perkinscoie.com>; Henrik Parker <hparker@devlinlawfirm.com>; Olga Slobodyanyuk <olgaslobodyanyuk@quinnemanuel.com>; Ahmed ElDessouki <Ahmed.ElDessouki@Shearman.com>; Shelton, Barry K. <BShelton@winston.com>; Coburn, Bradley D. <BCoburn@winston.com>; Garza, Cat <cat.garza@nortonrosefulbright.com>; Campbell, Chad (PHX) <CSCampbell@perkinscoie.com>; dadams <dadams@sgbfirm.com>; Smith, Darren <darren.smith@nortonrosefulbright.com>; Harper, David H. <David.Harper@haynesboone.com>; McCombs, David L. <David.McCombs@haynesboone.com>; David Whittlesey <David.Whittlesey@Shearman.com>; DG-RenesasDC <DG-RenesasDCt@goodwinlaw.com>; Drew Holmes <drewholmes@quinnemanuel.com>; Joy Wang <Joy.Wang@Shearman.com>; Ta, Janice (AUS) <JTa@perkinscoie.com>; kevin@radip.com <kevin@radip.com>; Kieran Kieckhefer <Kieran.Kieckhefer@Shearman.com>; Collier, Marc <marc.collier@nortonrosefulbright.com>; Matt Berkowitz <Matt.Berkowitz@Shearman.com>; Patrick Colsher <Patrick.Colsher@Shearman.com>; Morin, Philip A. (SDO) <PMorin@perkinscoie.com>; Zembek, Richard <richard.zembek@nortonrosefulbright.com>; Scott Cole <scottcole@quinnemanuel.com>; Sean Pak <seanpak@quinnemanuel.com>; qe-nvidia-oceansemiconductor <qe-nvidia-oceansemiconductor@quinnemanuel.com>; SiLabs_Ocean_NRF <SiLabs_Ocean_NRF@nortonrosefulbright.com>
**Cc:** oceansemi-dlf <oceansemi-dlf@devlinlawfirm.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>
**Subject:** RE: Ocean Semiconductor litigation

Rik,

NVIDIA will also be filing a similar motion and will indicate that Ocean is opposed.

Best,
Brice

**Brice Lynch**
Silicon Valley | Quinn Emanuel Urquhart & Sullivan, LLP
Direct: (650) 801-5104 | bricelynch@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Sivinski, Stephanie <Stephanie.Sivinski@haynesboone.com>
**Sent:** Tuesday, April 12, 2022 7:58 PM
**To:** Green, Eric <eric.green@nortonrosefulbright.com>; Bowen, Tyler R. (PHX) <TBowen@perkinscoie.com>; Henrik Parker <hparker@devlinlawfirm.com>; Brice Lynch <bricelynch@quinnemanuel.com>; Olga Slobodyanyuk <olgaslobodyanyuk@quinnemanuel.com>; Ahmed ElDessouki <Ahmed.ElDessouki@Shearman.com>; Barry Shelton <bshelton@winston.com>; Bradley Coburn <bcoburn@winston.com>; Garza, Cat <cat.garza@nortonrosefulbright.com>; Campbell, Chad (PHX) <CSCampbell@perkinscoie.com>; dadams <dadams@sgbfirm.com>; Smith, Darren <darren.smith@nortonrosefulbright.com>; Harper, David H. <David.Harper@haynesboone.com>; McCombs, David L. <David.McCombs@haynesboone.com>; David Whittlesey <David.Whittlesey@Shearman.com>; DG-RenesasDC <DG-RenesasDCt@goodwinlaw.com>; Drew Holmes <drewholmes@quinnemanuel.com>; Joy Wang <Joy.Wang@Shearman.com>; Ta, Janice (AUS) <JTa@perkinscoie.com>; kevin@radip.com; Kieran Kieckhefer <Kieran.Kieckhefer@Shearman.com>; Collier, Marc <marc.collier@nortonrosefulbright.com>; Matt Berkowitz <Matt.Berkowitz@Shearman.com>; Patrick Colsher <Patrick.Colsher@Shearman.com>; Morin, Philip A. (SDO) <PMorin@perkinscoie.com>; Zembek, Richard <richard.zembek@nortonrosefulbright.com>; Scott Cole <scottcole@quinnemanuel.com>; Sean Pak <seanpak@quinnemanuel.com>; qe-nvidia-oceansemiconductor <qe-nvidia-oceansemiconductor@quinnemanuel.com>; SiLabs_Ocean_NRF <SiLabs_Ocean_NRF@nortonrosefulbright.com>
**Cc:** oceansemi-dlf <oceansemi-dlf@devlinlawfirm.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>
**Subject:** RE: Ocean Semiconductor litigation

**[EXTERNAL EMAIL from stephanie.sivinski@haynesboone.com]**

Rik-

MediaTek will file a similar motion and will indicate Ocean is opposed.

Best,
Stephanie

**HAYNES BOONE**

**Stephanie Sivinski** | Partner
stephanie.sivinski@haynesboone.com | (t) +1 214.651.5078

**From:** Green, Eric <eric.green@nortonrosefulbright.com>
**Sent:** Tuesday, April 12, 2022 5:23 PM
**To:** Bowen, Tyler R. (PHX) <TBowen@perkinscoie.com>; Henrik Parker <hparker@devlinlawfirm.com>; Brice Lynch <bricelynch@quinnemanuel.com>; Olga Slobodyanyuk <olgaslobodyanyuk@quinnemanuel.com>; Ahmed ElDessouki <Ahmed.ElDessouki@Shearman.com>; Barry Shelton <bshelton@winston.com>; Bradley Coburn <bcoburn@winston.com>; Garza, Cat <cat.garza@nortonrosefulbright.com>; Campbell, Chad (PHX) <CSCampbell@perkinscoie.com>; dadams <dadams@sgbfirm.com>; Smith, Darren <darren.smith@nortonrosefulbright.com>; Harper, David H. <David.Harper@haynesboone.com>;

McCombs, David L. <David.McCombs@haynesboone.com>; David Whittlesey <David.Whittlesey@Shearman.com>; DG-RenesasDC <DG-RenesasDCt@goodwinlaw.com>; Drew Holmes <drewholmes@quinnemanuel.com>; Joy Wang <Joy.Wang@Shearman.com>; Ta, Janice (AUS) <JTa@perkinscoie.com>; kevin@radip.com; Kieran Kieckhefer <Kieran.Kieckhefer@Shearman.com>; Collier, Marc <marc.collier@nortonrosefulbright.com>; Matt Berkowitz <Matt.Berkowitz@Shearman.com>; Patrick Colsher <Patrick.Colsher@Shearman.com>; Morin, Philip A. (SDO) <PMorin@perkinscoie.com>; Zembek, Richard <richard.zembek@nortonrosefulbright.com>; scott cole <scottcole@quinnemanuel.com>; seanpak <seanpak@quinnemanuel.com>; Sivinski, Stephanie <Stephanie.Sivinski@haynesboone.com>; qe-nvidia-oceansemiconductor <qe-nvidia-oceansemiconductor@quinnemanuel.com>; SiLabs_Ocean_NRF <SiLabs_Ocean_NRF@nortonrosefulbright.com>
**Cc:** oceansemi-dlf <oceansemi-dlf@devlinlawfirm.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>
**Subject:** RE: Ocean Semiconductor litigation

**EXTERNAL:** Sent from outside Haynes and Boone, LLP

Rik –

Like ST, Silicon Labs also believes that Ocean's counterproposal does not provide adequate time between the final contentions deadline and the close of discovery, particularly in light of the Court's default schedule that provides 22 weeks between service of final infringement contentions and the close of fact discovery.  As noted by ST, Ocean's counterproposal unduly compresses the time periods between expert discovery, dispositive motions, and pretrial deadlines, which increases prejudice to the defendants, including Silicon Labs.  Accordingly, Silicon Labs cannot agree to Ocean's counterproposal and will file a motion to modify the court's scheduling order to extend case deadlines by roughly three months.  We will indicate that Ocean opposes the motion.

Best,

Eric

**Eric Green** | Partner
Norton Rose Fulbright US LLP
Tel +1 512 536 3009
eric.green@nortonrosefulbright.com

**From:** Bowen, Tyler R. (PHX) <TBowen@perkinscoie.com>
**Sent:** Tuesday, April 12, 2022 12:54 PM
**To:** Henrik Parker <hparker@devlinlawfirm.com>; Brice Lynch <bricelynch@quinnemanuel.com>; Olga Slobodyanyuk <olgaslobodyanyuk@quinnemanuel.com>; Ahmed ElDessouki <Ahmed.ElDessouki@Shearman.com>; Barry Shelton <bshelton@winston.com>; Bradley Coburn <bcoburn@winston.com>; Garza, Cat <cat.garza@nortonrosefulbright.com>; Campbell, Chad (PHX) <CSCampbell@perkinscoie.com>; dadams <dadams@sgbfirm.com>; Smith, Darren <darren.smith@nortonrosefulbright.com>; David Harper <david.harper@haynesboone.com>; david mccombs <david.mccombs@haynesboone.com>; David Whittlesey

<David.Whittlesey@Shearman.com>; DG-RenesasDC <DG-RenesasDCt@goodwinlaw.com>; Drew Holmes <drewholmes@quinnemanuel.com>; Green, Eric <eric.green@nortonrosefulbright.com>; Joy Wang <Joy.Wang@Shearman.com>; Ta, Janice (AUS) <JTa@perkinscoie.com>; kevin@radip.com; Kieran Kieckhefer <Kieran.Kieckhefer@Shearman.com>; Collier, Marc <marc.collier@nortonrosefulbright.com>; Matt Berkowitz <Matt.Berkowitz@Shearman.com>; Patrick Colsher <Patrick.Colsher@Shearman.com>; Morin, Philip A. (SDO) <PMorin@perkinscoie.com>; Zembek, Richard <richard.zembek@nortonrosefulbright.com>; scott cole <scottcole@quinnemanuel.com>; seanpak <seanpak@quinnemanuel.com>; Sivinski, Stephanie <stephanie.sivinski@haynesboone.com>; qe-nvidia-oceansemiconductor <qe-nvidia-oceansemiconductor@quinnemanuel.com>; SiLabs_Ocean_NRF <SiLabs_Ocean_NRF@nortonrosefulbright.com>
**Cc:** oceansemi-dlf <oceansemi-dlf@devlinlawfirm.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>
**Subject:** RE: Ocean Semiconductor litigation

**[External Email – Use Caution]**

Rik,

Ocean's counterproposal does not provide adequate time for discovery between the final contentions deadline and the close of discovery. As noted below, the court's default schedule provides 22 weeks for a defendant to obtain discovery after a plaintiff serves final infringement contentions. Ocean's proposal provides less than 10 weeks between the two deadlines. In addition, Ocean's counterproposal compresses the time periods between expert, dispositive motion, and pretrial deadlines, increasing prejudice to ST and the other defendants. Accordingly, ST cannot agree to Ocean's counterproposal and will file a motion to modify the court's scheduling order to extend case deadlines by roughly three months. We will indicate that Ocean opposes the motion.

Regards,
Tyler

**From:** Henrik Parker <hparker@devlinlawfirm.com>
**Sent:** Wednesday, April 06, 2022 2:25 PM
**To:** Bowen, Tyler R. (PHX) <TBowen@perkinscoie.com>; Brice Lynch <bricelynch@quinnemanuel.com>; Olga Slobodyanyuk <olgaslobodyanyuk@quinnemanuel.com>; Ahmed ElDessouki <Ahmed.ElDessouki@Shearman.com>; Barry Shelton <bshelton@winston.com>; Bradley Coburn <bcoburn@winston.com>; Garza, Cat <cat.garza@nortonrosefulbright.com>; Campbell, Chad (PHX) <CSCampbell@perkinscoie.com>; dadams <dadams@sgbfirm.com>; Smith, Darren <darren.smith@nortonrosefulbright.com>; David Harper <david.harper@haynesboone.com>; david mccombs <david.mccombs@haynesboone.com>; David Whittlesey <David.Whittlesey@Shearman.com>; DG-RenesasDC <DG-RenesasDCt@goodwinlaw.com>; Drew Holmes <drewholmes@quinnemanuel.com>; eric green <eric.green@nortonrosefulbright.com>; Joy Wang <Joy.Wang@Shearman.com>; Ta, Janice (AUS)

<JTa@perkinscoie.com>; kevin@radip.com; Kieran Kieckhefer <Kieran.Kieckhefer@Shearman.com>; marc collier <marc.collier@nortonrosefulbright.com>; Matt Berkowitz <Matt.Berkowitz@Shearman.com>; Patrick Colsher <patrick.colsher@shearman.com>; Morin, Philip A. (SDO) <PMorin@perkinscoie.com>; richard zembek <richard.zembek@nortonrosefulbright.com>; scott cole <scottcole@quinnemanuel.com>; seanpak <seanpak@quinnemanuel.com>; Sivinski, Stephanie <stephanie.sivinski@haynesboone.com>; qe-nvidia-oceansemiconductor <qe-nvidia-oceansemiconductor@quinnemanuel.com>; SiLabs_Ocean_NRF@nortonrosefulbright.com
**Cc:** oceansemi-dlf <oceansemi-dlf@devlinlawfirm.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>
**Subject:** RE: Ocean Semiconductor litigation

Counsel:

Ocean disagrees with your self-serving characterization of Ocean's Preliminary Infringement Contentions.  Those contentions properly articulate Ocean's theories of infringement and provide defendants with more than sufficient notice to move forward with any and all aspects of discovery.  Ocean sees no legitimate reason why the entire schedule needs to be extended by three months or more.

Nevertheless, in an effort to accommodate defendants' alleged concerns, Ocean is willing to consider extending the close of fact discovery by a month while modifying the various deadlines thereafter up to, but not including, the November 16 Final Pretrial Conference so as to shorten the intervals between deadlines to allow for that month extension of discovery.  In other words, the schedule between the close of fact discovery and the Final Pretrial Conference would be tightened up by a month, but the Final Pretrial Conference date and the date for Trial would remain the same.

Please let Ocean know if this is an agreeable compromise.

Best regards,
     Rik



Henrik Parker
1526 Gilpin Ave, Wilmington, DE 19806
(302) 300-4541  |  (610) 348-6634
Admitted in PA
Not Admitted in DE

*************************************************************
The information contained in this communication is confidential and is intended only for the use of the intended addressee.  It is the property of Devlin Law Firm LLC, and may contain information subject to attorney-client privilege and/or may constitute inside information.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to correspondence@devlinlawfirm.com, and destroy this communication and all copies thereof, including all attachments.

**From:** Bowen, Tyler R. (PHX) <TBowen@perkinscoie.com>
**Sent:** Tuesday, April 5, 2022 1:36 PM
**To:** Henrik Parker <hparker@devlinlawfirm.com>; Brice Lynch <bricelynch@quinnemanuel.com>; Olga Slobodyanyuk <olgaslobodyanyuk@quinnemanuel.com>; Ahmed ElDessouki <Ahmed.ElDessouki@Shearman.com>; Barry Shelton <bshelton@winston.com>; Bradley Coburn <bcoburn@winston.com>; cat garza <cat.garza@nortonrosefulbright.com>; CSCampbell <CSCampbell@perkinscoie.com>; dadams <dadams@sgbfirm.com>; darren smith <darren.smith@nortonrosefulbright.com>; David Harper <david.harper@haynesboone.com>; david mccombs <david.mccombs@haynesboone.com>; David Whittlesey <David.Whittlesey@Shearman.com>; DG-RenesasDC <DG-RenesasDCt@goodwinlaw.com>; drewholmes <drewholmes@quinnemanuel.com>; eric green <eric.green@nortonrosefulbright.com>; Joy Wang <Joy.Wang@Shearman.com>; JTa <JTa@perkinscoie.com>; kevin@radip.com; Kieran Kieckhefer <Kieran.Kieckhefer@Shearman.com>; marc collier <marc.collier@nortonrosefulbright.com>; Matt Berkowitz <Matt.Berkowitz@Shearman.com>; Patrick Colsher <Patrick.Colsher@Shearman.com>; PMorin <PMorin@perkinscoie.com>; richard zembek <richard.zembek@nortonrosefulbright.com>; scott cole <scottcole@quinnemanuel.com>; seanpak <seanpak@quinnemanuel.com>; stephanie sivinski <stephanie.sivinski@haynesboone.com>; qe-nvidia-oceansemiconductor <qe-nvidia-oceansemiconductor@quinnemanuel.com>; SiLabs_Ocean_NRF@nortonrosefulbright.com
**Cc:** oceansemi-dlf <oceansemi-dlf@devlinlawfirm.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>
**Subject:** RE: Ocean Semiconductor litigation

Rik,

The current schedule prejudices defendants. As defendants have repeatedly explained in correspondence, Ocean's preliminary infringement contentions are defective. They do not identify colorable infringement theories or indicate how Ocean interprets the plain meaning of the claims. Because of the recent extension of the final contentions deadline, defendants will remain in the dark for nearly two more months. And Ocean has noted it is likely to seek to expand the scope of this already unwieldy set of cases by attempting to add new accused systems. Based on these factors, it is not reasonable to expect discovery to close or opening expert reports to be served with just a few weeks after Ocean provides final infringement contentions. Indeed, while the court's default schedule provides 22 weeks between the final contentions deadline and close of discovery, the current schedule in these cases includes less than 6 weeks between those events. Depending on the scope and content of Ocean's contentions, defendants are likely to need to engage in third-party discovery to obtain relevant materials from, for example, suppliers of accused systems, foundries, and potential sources of prior art. The current compressed case schedule does not provide defendants with sufficient time to adequately prepare their defenses.

Please let us know by the end of the day tomorrow whether Ocean will oppose defendants' proposed extension.

Regards,
Tyler

**From:** Henrik Parker <hparker@devlinlawfirm.com>
**Sent:** Monday, April 04, 2022 1:54 PM
**To:** Bowen, Tyler R. (PHX) <TBowen@perkinscoie.com>; Brice Lynch <bricelynch@quinnemanuel.com>; Olga Slobodyanyuk <olgaslobodyanyuk@quinnemanuel.com>; Ahmed ElDessouki <Ahmed.ElDessouki@Shearman.com>; Barry Shelton <bshelton@winston.com>; Bradley Coburn <bcoburn@winston.com>; Garza, Cat <cat.garza@nortonrosefulbright.com>; Campbell, Chad (PHX) <CSCampbell@perkinscoie.com>; dadams <dadams@sgbfirm.com>; Smith, Darren <darren.smith@nortonrosefulbright.com>; David Harper <david.harper@haynesboone.com>; david mccombs <david.mccombs@haynesboone.com>; David Whittlesey <David.Whittlesey@Shearman.com>; DG-RenesasDC <DG-RenesasDCt@goodwinlaw.com>; Drew Holmes <drewholmes@quinnemanuel.com>; eric green <eric.green@nortonrosefulbright.com>; Joy Wang <Joy.Wang@Shearman.com>; Ta, Janice (AUS) <JTa@perkinscoie.com>; kevin@radip.com; Kieran Kieckhefer <Kieran.Kieckhefer@Shearman.com>; marc collier <marc.collier@nortonrosefulbright.com>; Matt Berkowitz <Matt.Berkowitz@Shearman.com>; Patrick Colsher <patrick.colsher@shearman.com>; Morin, Philip A. (SDO) <PMorin@perkinscoie.com>; richard zembek <richard.zembek@nortonrosefulbright.com>; scott cole <scottcole@quinnemanuel.com>; seanpak <seanpak@quinnemanuel.com>; Sivinski, Stephanie <stephanie.sivinski@haynesboone.com>; qe-nvidia-oceansemiconductor <qe-nvidia-oceansemiconductor@quinnemanuel.com>; SiLabs_Ocean_NRF@nortonrosefulbright.com
**Cc:** oceansemi-dlf <oceansemi-dlf@devlinlawfirm.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>
**Subject:** RE: Ocean Semiconductor litigation

Tyler:
Can defendants please explain to Ocean why the current schedule is "unreasonable" as you have termed it?
Best regards,
   Rik



*************************************************************
The information contained in this communication is confidential and is intended only for the use of the intended addressee.  It is the property of Devlin Law Firm LLC, and may contain information subject to attorney-client privilege and/or may constitute inside information.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to correspondence@devlinlawfirm.com, and destroy this communication and all copies thereof, including all attachments.

**From:** Bowen, Tyler R. (PHX) <TBowen@perkinscoie.com>

**Sent:** Monday, April 4, 2022 9:49 AM
**To:** Henrik Parker <hparker@devlinlawfirm.com>; Brice Lynch <bricelynch@quinnemanuel.com>; Olga Slobodyanyuk <olgaslobodyanyuk@quinnemanuel.com>; Ahmed ElDessouki <Ahmed.ElDessouki@Shearman.com>; Barry Shelton <bshelton@winston.com>; Bradley Coburn <bcoburn@winston.com>; cat garza <cat.garza@nortonrosefulbright.com>; CSCampbell <CSCampbell@perkinscoie.com>; dadams <dadams@sgbfirm.com>; darren smith <darren.smith@nortonrosefulbright.com>; David Harper <david.harper@haynesboone.com>; david mccombs <david.mccombs@haynesboone.com>; David Whittlesey <David.Whittlesey@Shearman.com>; DG-RenesasDC <DG-RenesasDCt@goodwinlaw.com>; drewholmes <drewholmes@quinnemanuel.com>; eric green <eric.green@nortonrosefulbright.com>; Joy Wang <Joy.Wang@Shearman.com>; JTa <JTa@perkinscoie.com>; kevin@radip.com; Kieran Kieckhefer <Kieran.Kieckhefer@Shearman.com>; marc collier <marc.collier@nortonrosefulbright.com>; Matt Berkowitz <Matt.Berkowitz@Shearman.com>; Patrick Colsher <Patrick.Colsher@Shearman.com>; PMorin <PMorin@perkinscoie.com>; richard zembek <richard.zembek@nortonrosefulbright.com>; scott cole <scottcole@quinnemanuel.com>; seanpak <seanpak@quinnemanuel.com>; stephanie sivinski <stephanie.sivinski@haynesboone.com>; qe-nvidia-oceansemiconductor <qe-nvidia-oceansemiconductor@quinnemanuel.com>; SiLabs_Ocean_NRF@nortonrosefulbright.com
**Cc:** oceansemi-dlf <oceansemi-dlf@devlinlawfirm.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>
**Subject:** Ocean Semiconductor litigation

Rik,

The recent two-month extension of the final contentions deadline, on top of an initial agreed-upon two-month extension, renders the current schedule in Ocean Semiconductor cases in W.D. Tex. unreasonable. At least ST, Silicon Labs, MediaTek, Western Digital, NVIDIA, and NXP plan to request that the court extend discovery, expert discovery, and dispositive motion deadlines by roughly three months. Please let us know before the end of the day on Wednesday, April 6 whether Ocean will agree to this proposed extension or oppose it. We are also available for a call on Tuesday or Wednesday to discuss by phone, if that would be helpful.

Regards,
Tyler

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential,

may be privileged and should be read or retained only by the intended

recipient. If you have received this transmission in error, please

immediately notify the sender and delete it from your system.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.