# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC, <br><br> Plaintiff <br><br> v. <br><br> Silicon Laboratories Inc., <br><br> Defendant. | Civil Action No.: 6:20-cv-1214-ADA <br><br> JURY TRIAL DEMANDED <br><br> PATENT CASE |
| Ocean Semiconductor LLC, <br><br> Plaintiff <br><br> v. <br><br> STMicroelectronics, Inc., <br><br> Defendant. | Civil Action No.: 6:20-cv-1215-ADA <br><br> JURY TRIAL DEMANDED <br><br> PATENT CASE |
| Ocean Semiconductor LLC, <br><br> Plaintiff <br><br> v. <br><br> Western Digital Technologies, Inc. <br><br> Defendant. | Civil Action No.: 6:20-cv-1216-ADA <br><br> JURY TRIAL DEMANDED <br><br> PATENT CASE |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR INTRA-DISTRICT TRANSFER**

Before the Court is Plaintiff Ocean Semiconductor LLC's Motion to Strike Defendants' Notice of Supplemental Authority in Support of Motion for Intra-District Transfer ("the Motion").

The Court is of the opinion that this motion should be GRANTED.

It is therefore ORDERED that Defendants' Notice of Supplemental Authority in Support of Motion for Intra-District Transfer in the above referenced cases is stricken.

Entered this \_\_\_\_\_ day of May, 2022

U.S. District Judge Alan D Albright