# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>      Plaintiff<br><br>  v.<br><br>MediaTek Inc. and MediaTek USA Inc. ("MediaTek"),<br><br>      Defendants. | Civil Action No.: 6:20-cv-1210-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>      Plaintiff<br><br>  v.<br><br>Silicon Laboratories Inc.,<br><br>      Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>      Plaintiff<br><br>  v.<br><br>STMicroelectronics, Inc.,<br><br>      Defendant. | Civil Action No.: 6:20-cv-1215-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>      Plaintiff<br><br>  v.<br><br>Western Digital Technologies, Inc.,<br><br>      Defendant. | Civil Action No.: 6:20-cv-1216-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS'
NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
<u>MOTION FOR INTRA-DISTRICT TRANSFER</u>**

Before the Court is Plaintiff Ocean Semiconductor LLC's Motion to Strike Defendants' Notice of Supplemental Authority in Support of Motion for Intra-District Transfer ("the Motion") and related responses thereto. Having considered the Motion and related responses, the Court hereby DENIES the Motion.

Entered this \_\_\_\_ day of May, 2022.

_____
U.S. District Judge Alan D. Albright