# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>　　　　Plaintiff<br><br>　v.<br><br>MediaTek Inc. and MediaTek USA Inc.,<br><br>　　　　Defendants. | Civil Action No.: 6:20-cv-1210-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>　　　　Plaintiff<br><br>　v.<br><br>Silicon Laboratories Inc.,<br><br>　　　　Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>　　　　Plaintiff<br><br>　v.<br><br>STMicroelectronics, Inc.,<br><br>　　　　Defendant. | Civil Action No.: 6:20-cv-1215-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>　　　　Plaintiff<br><br>　v.<br><br>Western Digital Technologies, Inc.<br><br>　　　　Defendant. | Civil Action No.: 6:20-cv-1216-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**PLAINTIFF'S REPLY RE MOTION TO STRIKE DEFENDANTS'
NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT
OF MOTION FOR INTRA-DISTRICT TRANSFER**

While this Court made a passing remark near the end of the April 14 hearing that "[i]f you all think of anything else you'd like to submit, please let us know" (4/14/22 Hearing Transcript at 41:15-16), this provides, at best, an invitation to seek permission to file further evidence and/or truly supplemental authority. Defendants' Opposition (*see, e.g.,* Dkt. 83 at 2-3)[1], however, each appear to twist this off-handed statement into something that it is not in an effort to justify submitting several pages of additional argument in their purported "Notices of Supplemental Authority."[2] Ocean has no doubt that the Court knows what it intended by this remark and Ocean will not attempt to re-characterize the Court's view, but Ocean does not believe that Defendants' submissions are appropriate or justified by the Court's remark.

Defendants' Opposition also misleadingly implies that their Notices were simply bringing the Court's attention to cases decided after briefing on the Motions for Intra-District Transfer ("Motions for Transfer") was completed. (*Id.* at 3.) In fact, beyond the fact that much of the Notices are focused on arguing caselaw that long pre-dated the Motions for Transfer, because not all of the seven co-defendants filed their Motions for Transfer on the same day, the final brief on the Motions for Transfer was not filed by NVIDIA until October 1, 2022. In that brief, NVIDIA discussed **both** the *In re Juniper Networks, Inc.*, No. 2021-160, 2021 WL 4343309 (Fed. Cir. Sept. 24, 2021) and *In re Apple Inc.*, No. 2021-187, 2021 WL 4485016 (Fed. Cir., Oct. 1, 2021)

---

[1]   For ease of reference, citations in this Reply are to the docket of *Ocean Semiconductor LLC v. MediaTek Inc. and MediaTek USA Inc.*, CA No. 6:20-cv-01210-ADA (W.D. Tex.), but the same Opposition was filed in each of the other three captioned actions.

[2]   After quoting and citing this remark, Defendants somewhat oddly further cite "*see also id.* at 40-19-41:8." (Dkt. 83 at 3.) This citation, however, is to argument by one of Defendants' counsel that **has nothing to do with the Court's remark**.

2

opinions.  (*Ocean Semiconductor LLC v. NVIDIA Corp.*, No. 6:20-cv-1211-ADA (W.D. Tex.), Dkt. 36 at 2, 4.)  As such, the Court was made fully aware of both of these decisions within the context of the Motions for Transfer.

Consequently, as discussed in Ocean's Motion to Strike (at 4), the ***only*** case discussed in the Notices that post-dated the Motions for Transfer briefing—and the only case that was not ***already discussed*** in those Motions—is *Unification Techs. LLC v. Micron Tech., Inc.*, No. 6:20-CV-500-ADA, 2022 WL 92809 (W.D. Tex. Jan. 10, 2022).  That decision, however, is a ***decision issued by this Court***.  There is certainly no need for a supplemental submission to bring this Court's attention to one of its own opinions.

Because none of the cases argued in Defendants' Notices of Supplemental Authority were actually new to this Court, the Defendants should not be allowed to flout this Court's procedural rules and the Court should strike the Notices of Supplemental Authority.


Dated:  May 18, 2022                                        Respectfully submitted,

                                                          By:   /s/ Alex Chan
                                                                Timothy Devlin
                                                                tdevlin@devlinlawfirm.com
                                                                Henrik Parker
                                                                hparker@devlinlawfirm.com
                                                                Alex Chan   (State Bar No. 24108051)
                                                                achan@devlinlawfirm.com
                                                                DEVLIN LAW FIRM LLC
                                                                1526 Gilpin Avenue
                                                                Wilmington, Delaware 19806
                                                                Telephone: (302) 449-9010
                                                                Facsimile: (302) 353-4251

                                                                *Attorneys for Plaintiff,*
                                                                *Ocean Semiconductor LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                                  */s/ Alex Chan*
                                                  Alex Chan