# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>MediaTek Inc. and MediaTek USA Inc. ("MediaTek"),<br><br>        Defendants. | Civil Action No.: 6:20-cv-1210-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>NVIDIA Corporation,<br><br>        Defendant. | Civil Action No.: 6:20-cv-01211-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>  v.<br><br>NXP USA, Inc.<br><br>        Defendants. | Civil Action No.: 6:20-cv-1212-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>   v.<br><br>Silicon Laboratories Inc.,<br><br>        Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>   v.<br><br>STMicroelectronics, Inc.,<br><br>        Defendant. | Civil Action No.: 6:20-cv-1215-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |
| Ocean Semiconductor LLC,<br><br>        Plaintiff<br><br>   v.<br><br>Western Digital Technologies, Inc.<br><br>        Defendant. | Civil Action No.: 6:20-cv-1216-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**NOTICE OF PENDING *INTER PARTES* REVIEW PROCEEDINGS**

Pursuant to the Court's Order Governing Proceedings—Patent Case, Plaintiff Ocean Semiconductor LLC ("Ocean") provides this notice of the filing of additional Petitions seeking *Inter Partes* Review ("IPR") before the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office.

1

On August 20, 2021, STMicroelectronics, Inc. ("STMicro") filed IPR2021-01349 challenging certain claims of U.S. Patent No. 6,420,097, which Ocean has asserted against Defendants NXP USA Inc. ("NXP") and STMicro in the above-captioned actions. The PTAB instituted *inter partes* review on March 4, 2022. A final written decision is anticipated from the PTAB on approximately March 4, 2023.

On March 9, 2022, PDF Solutions, Inc. ("PDF") filed IPR2022-00671 challenging certain claims of U.S. Patent No. 8,676,538, which Ocean has asserted against all Defendants in the above-captioned actions. This Petition was filed with an accompanying Motion for Joinder, requesting that the proceeding be joined with already-pending IPR2021-01339 (discussed in an earlier-filed Notice). Pursuant to 35 U.S.C. § 314(b), a PTAB decision as to whether or not to join the proceeding with the already-pending IPR is expected in IPR2022-00671 on approximately September 9, 2022. Pursuant to 35 U.S.C. § 316(a)(11) and 37 C.F.R. § 42.100(c), should the PTAB join the proceedings, a final written decision is anticipated in this matter at the same time as in IPR2021-01339—on approximately February 9, 2023. Pursuant to 37 C.F.R. §42.101(b), should the PTAB deny the motion for joinder, Ocean believes that the Petition will be denied as time-barred for being filed more than one year after the date on which the Petitioner's real party-in-interest—the Defendants in the above-captioned actions—was served with a complaint alleging infringement of the patent.

Also on March 9, 2022, PDF filed IPR2022-00672 challenging certain claims of U.S. Patent No. 6,725,402, which Ocean has asserted against all Defendants in the above-captioned actions. This Petition was filed with an accompanying Motion for Joinder, requesting that the proceeding be joined with already-pending IPR2021-01340 (discussed in an earlier-filed Notice). Pursuant to 35 U.S.C. § 314(b), a PTAB decision as to whether or not to join the proceeding with

2

the already-pending IPR is expected in IPR2022-00672 on approximately September 9, 2022. Pursuant to 35 U.S.C. § 316(a)(11) and 37 C.F.R. § 42.100(c), should the PTAB join the proceedings, a final written decision is anticipated in this matter at the same time as in IPR2021-01340—on approximately February 9, 2023. Pursuant to 37 C.F.R. §42.101(b), should the PTAB deny the motion for joinder, Ocean believes that the Petition will be denied as time-barred for being filed more than one year after the date on which the Petitioner's real party-in-interest—the Defendants in the above-captioned actions—was served with a complaint alleging infringement of the patent.

Also on March 9, 2022, STMicro filed IPR2022-00680 challenging certain claims of U.S. Patent No. 6,907,305, which Ocean has asserted against all Defendants in the above-captioned actions. This Petition was filed with an accompanying Motion for Joinder, requesting that the proceeding be joined with already-pending IPR2021-01344 (discussed in an earlier-filed Notice). Pursuant to 35 U.S.C. § 314(b), a PTAB decision as to whether or not to join the proceeding with the already-pending IPR is expected in IPR2022-00680 on approximately September 9, 2022. Pursuant to 35 U.S.C. § 316(a)(11) and 37 C.F.R. § 42.100(c), should the PTAB join the proceedings, a final written decision is anticipated in this matter at the same time as in IPR2021-01344—on approximately February 9, 2023. Pursuant to 37 C.F.R. §42.101(b), should the PTAB deny the motion for joinder, the Petition will be denied as time-barred for being filed more than one year after the date on which the Petitioner was served with a complaint alleging infringement of the patent.

Also on March 9, 2022, STMicro filed IPR2022-00681 challenging certain claims of U.S. Patent No. 6,968,248 which Ocean has asserted against all Defendants in the above-captioned actions. This Petition was filed with an accompanying Motion for Joinder, requesting that the

proceeding be joined with already-pending IPR2021-01342 (discussed in an earlier-filed Notice). Pursuant to 35 U.S.C. § 314(b), a PTAB decision as to whether or not to join the proceeding with the already-pending IPR is expected in IPR2022-00681 on approximately September 9, 2022. Pursuant to 35 U.S.C. § 316(a)(11) and 37 C.F.R. § 42.100(c), should the PTAB join the proceedings, a final written decision is anticipated in this matter at the same time as in IPR2021-01344—on approximately February 9, 2023.  Pursuant to 37 C.F.R. §42.101(b), should the PTAB deny the motion for joinder, the Petition will be denied as time-barred for being filed more than one year after the date on which the Petitioner was served with a complaint alleging infringement of the patent.

On June 30, 2022, PDF Solutions, Inc. ("PDF") filed IPR2022-01196 challenging certain claims of U.S. Patent No. 6,836,691, which Ocean has asserted against all Defendants in the above-captioned actions.  This is the second Petition for *Inter Partes* Review filed by a Party or Third-Party.  The first Petition related to the '691 patent was denied for lacking a reasonable likelihood of success on the merits.  The PTAB has not yet accorded this second Petition a filing date.  The PTAB will likely decide whether or not to institute this second Petition on approximately December 30, 2022.  Should the PTAB institute a proceeding, the deadline for a final written decision will be approximately December 20, 2023.

Dated:  July 13, 2022

                DEVLIN LAW FIRM LLC

                */s/ Alex Chan*
                Timothy Devlin
                tdevlin@devlinlawfirm.com
                Henrik D. Parker
                hparker@devlinlawfirm.com
                Alex Chan (State Bar No. 24108051)
                achan@devlinlawfirm.com
                1526 Gilpin Avenue
                Wilmington, DE 19806
                Telephone: (302) 449-9010
                Facsimile: (302) 353-4251

                *Attorneys for Plaintiff*
                *Ocean Semiconductor LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2022, a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF system.

                                        */s/ Alex Chan*
                                        Alex Chan