IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>                Plaintiff<br><br>   v.<br><br>Silicon Laboratories, Inc.,<br><br>                Defendant. | Civil Action No.: 6:20-cv-1214-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**JOINT MOTION TO STAY ALL DEADLINES AND
NOTICE OF SETTLEMENT**

Plaintiff Ocean Semiconductor LLC ("Plaintiff") and Defendant Silicon Laboratories, Inc. ("Defendant") by and through their undersigned counsel, file this Joint Notice of Settlement and Motion to Stay All Deadlines.

The Parties hereby notify the Court that a settlement in principle has been reached to resolve all matters in controversy between them in the above-entitled and numbered action. The parties expect to jointly file a dismissal with prejudice of all claims between them within 30 days. Accordingly, the parties respectfully request that the Court stay all pending deadlines between them for 30 days, up to and including October 1, 2022. Plaintiff and Defendant request this stay, not for purposes of any delay, but so that they may finalize and file dismissal papers without incurring additional expenses.

Dated: September 1, 2022

/s/ Henrik D. Parker
Timothy Devlin
tdevlin@devlinlawfirm.com
Henrik D. Parker
hparker@devlinlawfirm.com
Alex Chan (State Bar No. 24108051)
achan@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Ocean Semiconductor LLC*

/s/ Eric C. Green
Marc B. Collier (SBN 00792418)
marc.collier@nortonrosefulbright.com
Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
Catherine Garza (SBN 24073318)
cat.garza@nortonrosefulbright.com
Gabriel Culver (SBN 24116240)
gabriel.culver@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel: (512) 474-5201
Fax: (512) 536-4598

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
Darren Smith (SBN 24088433)
darren.smith@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

*Counsel for Defendant Silicon Laboratories Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 1, 2022, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ Henrik D. Parker*
Henrik D. Parker