**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| Ocean Semiconductor LLC, | Civil Action No.: 6:20-cv-1214-ADA |
| Plaintiff | JURY TRIAL DEMANDED |
| v. | PATENT CASE |
| Silicon Laboratories, Inc., | |
| Defendant. | |

**ORDER GRANTING JOINT MOTION TO STAY**

Before the Court is the Parties' Joint Motion to Stay All Deadlines by 30 Days Pending Settlement. Having considered the motion, it is hereby GRANTED.

Accordingly, all unreached case deadlines applicable between the Parties are extended for thirty (30) days, up to and including October 1, 2022.

**SO ORDERED**

Dated:

_____
THE HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

1