IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>Silicon Laboratories Inc.,<br><br>    Defendant. | CIVIL ACTION NO. 6:20-cv-1214-ADA |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Ocean Semiconductor LLC ("Plaintiff") and Defendant Silicon Laboratories Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

1

| | |
|---|---|
| September 22, 2022 | Respectfully submitted, |

| | |
|---|---|
| /s/ Henrik D. Parker | /s/ Eric C. Green |
| Timothy Devlin<br>tdevlin@devlinlawfirm.com<br>Henrik D. Parker<br>hparker@devlinlawfirm.com<br>Alex Chan (State Bar No. 24108051)<br>achan@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>*Attorneys for Plaintiff Ocean Semiconductor, LLC* | Marc B. Collier (SBN 00792418)<br>marc.collier@nortonrosefulbright.com<br>Eric C. Green (SBN 24069824)<br>eric.green@nortonrosefulbright.com<br>Catherine Garza (SBN 24073318)<br>cat.garza@nortonrosefulbright.com<br>Gabriel Culver (SBN 24116240)<br>gabriel.culver@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Tel: (512) 474-5201<br>Fax: (512) 536-4598<br><br>Richard S. Zembek (SBN 00797726)<br>richard.zembek@nortonrosefulbright.com<br>Darren Smith (SBN 24088433)<br>darren.smith@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel: (713) 651-5151<br>Fax: (713) 651-5246<br><br>*Attorneys for Defendant Silicon Laboratories Inc.* |