IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>Silicon Laboratories Inc.,<br><br>  Defendant. | CIVIL ACTION NO. 6:20-cv-1214-ADA |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Ocean Semiconductor LLC ("Plaintiff") and Defendant Silicon Laboratories Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same.

The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice.

1

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.